**HANLY CONROY BIERSTEIN & SHERIDAN LLP**
**Attorneys for Plaintiffs**
**415 Madison Avenue**
**New York, New York 10017**
**(212) 401-7600**
**Paul J. Hanly, Jr. (PH-5486)**
**Jayne Conroy, Esquire (JC-8611)**

RECEIVED
MAR 24 2005
U.S.D.C. S.D. N.Y.
CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Allison Vadhan**, individually and as administratrix of the estate of Kristin White-Gould;

**William Doyle**, individually and as administrator of the estate of Joseph Michael Doyle;

**April Gallop**;

**Eugenia Singer**;

**Sharon Premoli**;

**Joseph Giampa**;

**Julio Roig**;

**Yvonne V. Abdool**;

**Celso Abdool**;

**Vanessa Abreu**;

**John Acerno**;

**Humberto Acosta**;

**Kevin Adams**;

**Darryl Adone**;

**Mark Aiken**;

**James Albach Jr.**;

**Vincent Albanese**;

CASE NUMBER:
04 CV 7281 (RCC)

**AMENDED COMPLAINT**

Plaintiffs Demand a Jury Trial

**Thomas Albert;**

**Karium Ali;**

**Ronald Allen;**

**Ingrid Alleyne-Robertson;**

**Ivan Almendarez Jr.;**

**Neil Alper;**

**Leonor Alvarez;**

**Robert Alverson;**

**Jocelyne Ambroise;**

**Mitchell Amerbach;**

**Douglas Anderson;**

**Thomas Anderson;**

**Morien Angaroo;**

**Ioannis Antoniadis;**

**Joseph Antony;**

**David Archbold;**

**Peter Archer;**

**Tony Archer;**

**Joseph Ariola;**

**Michael Arniero;**

**Cynthia Arnold;**

**Suzanne Arnold;**

**Benjamin Arroyo;**

**Adolfo Arzu;**

**Shawn Ashe;**

**Philipson Azenabor;**

**George Bachmann;**

**Paul Bader;**

**Diana Baez;**

**Lynette Bangaree;**

**Gentil Baptiste;**

**Mary Barbieri;**

**Garrett Barbosa;**

**Armando Bardales;**

**Lee Barnes Jr.;**

**Thomas Baroz;**

**John Barry;**

**Patrick Barry;**

**Frank Barton;**

**Burney Bates;**

**Pedro Batista;**

**James Bauer;**

**Christopher Baumann;**

**Faveur Bazilme;**

**Frank Bazzicalupo;**

**Larry Bealer;**

**Thomas Beattie;**

**Janice Beatty;**

**Richard Beatty;**

**Jonathan Becker;** )
)
**Christian Bediako;** )
)
**Michael Beehler;** )
)
**Thomas Beirne;** )
)
**Michael Bell;** )
)
**John Bellew;** )
)
**Anthony Bellisari;** )
)
**Scott Beloten;** )
)
**Derek Bennett;** )
)
**Ian Bennett;** )
)
**Gail Benzman;** )
)
**Frances Berdan;** )
)
**James Berghorn;** )
)
**Juliette Bergman;** )
)
**Deborah Berk;** )
)
**Eric Bernsten;** )
)
**Joseph Berry;** )
)
**Dominic Bertucci;** )
)
**Francisco Betancourt;** )
)
**Prakash Bhatt;** )
)
**Donald Bigi;** )
)
**Stephen Bileski;** )
)
**Christopher Bilotti;** )
)
**James A. Bittles;** )
)
**Daniel Bivona;** )

**Patrick Blaine;**

**James Blake;**

**Robert Blake;**

**Jody Blanchard;**

**Stan Blaskey;**

**Richard Blatus;**

**Aaron Bogad;**

**Edward Bolger;**

**Jan Bonanza;**

**Luis Bonilla;**

**Quinceyann Booker-Jackson;**

**Chester Botch;**

**Ronald Boyce;**

**James R. Boyle;**

**James J. Boyle;**

**John Boyle;**

**Joseph Boyle;**

**Kevin Bradbury;**

**Frank Brancato;**

**George Brennan;**

**Raymond Bressingham;**

**Jeffrey Brezil;**

**David Bridgeforth;**

**James Briordy;**

**Michael Brodbeck;** )
)
**Eric Brodn;** )
)
**Boris Bronshteyn;** )
)
**Robert Broome;** )
)
**Edward Brown;** )
)
**Ernest Brown;** )
)
**Kevin Brown;** )
)
**Michael Brown;** )
)
**Stephen Brown;** )
)
**Eduardo Bruno;** )
)
**Thomas Bubelnik;** )
)
**Jonathan Buchsbaum;** )
)
**Joseph Buda;** )
)
**Brook Budd;** )
)
**Vincent Bulzomi;** )
)
**Javier Burgos;** )
)
**Thomas Burke;** )
)
**Timothy Burke;** )
)
**Michael Burns;** )
)
**Barry Buss;** )
)
**Kevin Butler;** )
)
**Lois Buxbaum;** )
)
**Pasquale Buzzelli;** )
)
**Richard Bylicki;** )
)
**Louie Cacchioli;** )

**James Caddigan;** )

**Kevin Cahill;** )

**Kevin J. Cahill;** )

**Michael Cain;** )

**John Cairney;** )

**William Calahan;** )

**Christopher Calamia;** )

**Ronald Calegno;** )

**Jose Callejas;** )

**Fernando Camacho;** )

**William Cantres;** )

**Robert Carberry;** )

**Luis Carbonell;** )

**Salvatore Carcaterra;** )

**Martha Carden;** )

**Ralph Cardino;** )

**Colette Cardoza;** )

**Michael Carlisi;** )

**Anita Carmine;** )

**Dominick Carolei;** )

**David Carpenter Jr.;** )

**Gary Carpentier;** )

**Charles Carroll Jr.;** )

**Robert Carroll;** )

**Eugene Carty;** )
)
**Desiret Carvache;** )
)
**Frank Casalino;** )
)
**Vincent Cascone;** )
)
**Joseph Castellano;** )
)
**Maria Castillo;** )
)
**John Castles;** )
)
**Frank Castrogiovanni;** )
)
**Juan Cayetano;** )
)
**Maria Ceballos;** )
)
**Domingo Cepeda;** )
)
**Robert Ceresia;** )
)
**Arlene Charles;** )
)
**Salvatore Chillemi;** )
)
**Arthur Christensen;** )
)
**Gary Christensen;** )
)
**Anthony Ciarnella;** )
)
**Nicholas Cicero Jr.;** )
)
**Thomas Cinotti;** )
)
**Michael Cioffi;** )
)
**John Citarella;** )
)
**Patricia Ciuzio;** )
)
**Guillermo Clark;** )
)
**Brian Clarke;** )
)
**Thomas Clarke;** )

**Christine Claudi-Petosa;**

**John Clavin;**

**Sharron Clemons;**

**Robert Cobb;**

**Steve Coffin;**

**Lisa Cohn;**

**Anthony Coiro;**

**David Collins;**

**George Collins III;**

**Richard Collins;**

**Bruce Collister;**

**Carmen Colon;**

**John Colon;**

**Martha Colon;**

**John Combos;**

**Gary Connelly;**

**Thomas Connolly;**

**William Connolly;**

**Jose Contes;**

**Theodore Cook;**

**Walter Cooper;**

**Brian Corcoran;**

**Gregory Corona;**

**Patrick Corr;**

**Stephen Corr;** )
)
**Mathew Corrigan;** )
)
**Lawrence Costello;** )
)
**Joel Council;** )
)
**Scott Cowan;** )
)
**Andre Cox;** )
)
**Dudley Cox;** )
)
**Stephen Cox;** )
)
**Brian Coyle;** )
)
**John Coyle;** )
)
**Walter Cramer;** )
)
**Peter Creegan;** )
)
**John Cretella;** )
)
**Craig Crichlow;** )
)
**Robert Cristadoro;** )
)
**Brent Crobak;** )
)
**Enrique Cruz;** )
)
**Luis Cruz;** )
)
**Juan Cruz-Santiago;** )
)
**James Csorny;** )
)
**Fernando Cuba;** )
)
**Carmen Cubero;** )
)
**Sean Cummins;** )
)
**Thomas Cunneen;** )
)
**Muriel Cunningham;** )

**Ronald Curaba;**

**Edward Cusack**

**Philip D'Agostino;**

**Christopher D'Ambrosio;**

**James D'Avolio;**

**Hipolito D'Oleo;**

**Vincent D'Orio;**

**Alan Dagistino;**

**Joanne Dalton;**

**Mark Damitz;**

**Flory Danish;**

**Roger Danvers;**

**Richard Davan;**

**Felipe David;**

**Jeremy Davids;**

**Harry Davis;**

**Jean Davis;**

**Thomas Davis;**

**Judith Day;**

**Andres De La Rosa;**

**Maria De Olio-Beato;**

**Anthony De Vita;**

**Beverly De Witt;**

**John Debenedittis;**

**Carlota DeCastillo;**

**Henry Decker;**

**Kevin Deehan;**

**Edward DeGaetano**

**Warren Degen;**

**John Delaney;**

**Paul DeLeo;**

**Edward Delfino;**

**Julio Delgado;**

**Bruce DelGiorno;**

**Richard Dell Italia;**

**August DeLorenzo;**

**Todd DeMayo;**

**Jan Demczur;**

**Michael Dempsey;**

**Stephen Dempsey;**

**Gary Demry;**

**John Deneau;**

**Dwayne Dent;**

**Peter DePalma;**

**John DePrizio;**

**Anthony DeSimone;**

**George DeSimone;**

**Anex Desinor;**

**James DeStasio;**

**John DeStefano;**

**Richard DeStefano;**

**Kiernan Deto;**

**Gregory DeVerna;**

**James Devery;**

**Kevin Devine;**

**David DeVito;**

**John Devoti;**

**Nelson Diaz;**

**Salvatore DiBlasi;**

**George DiCostanzo;**

**Jerrold Dietz;**

**Jessica Diggs;**

**John DiLillo;**

**Steven DiMaggio;**

**Omar Dixon;**

**Vincent Dodd;**

**Kevin Doherty;**

**Scott Doherty;**

**Stephen Dominick;**

**Walter Donahue;**

**John Donnelly;**

**James Donovan Jr.;**

**Michael Donovan;**

**Kenneth Donovon;** )
)
**Gregory Dougherty;** )
)
**Michael Dowling;** )
)
**Heather Downey;** )
)
**Daniel Doyle;** )
)
**Edward Doyle;** )
)
**Steven Doyle;** )
)
**Thomas Doyle;** )
)
**John Drapas Jr.;** )
)
**Duncan Driscoll;** )
)
**Eugene Drury;** )
)
**Roman Ducalo;** )
)
**Elaine Duch;** )
)
**Dennis Duffy;** )
)
**Timothy Duffy;** )
)
**William Duffy;** )
)
**Kevin Duggan;** )
)
**Patrick Duignan;** )
)
**Darrell Dunbar;** )
)
**Philip Duncan;** )
)
**Thomas Dunn;** )
)
**Thomas Dunne;** )
)
**Michael Dunphy;** )
)
**Curtis Durning Sr.;** )
)
**Francis Durr;** )

**Brian Eagers;**

**Douglas Edel;**

**Jeff Ehret;**

**Barbara Einzig;**

**Joseph Eivers;**

**Duke Ellis;**

**Christian Engledrum;**

**Justin Enzmann;**

**Gabe Esposito;**

**Joseph Falco;**

**James Falcone;**

**John Falconite;**

**Paul Fanara;**

**Robert Farley;**

**Peter Farr;**

**Patricia Farrar;**

**John Farrell;**

**Anthony Farrington;**

**Francis Fee Jr.;**

**John Fee Sr.;**

**Mark Feldman;**

**Russell Feliciano;**

**Edgar Felix;**

**Delio Feliz;**

**Fern Feller;** )
)
**Barton Fendelman;** )
)
**Stephen Fenley;** )
)
**Christopher Fenya;** )
)
**Frank Ferdinandi;** )
)
**Erasmo Fernandes;** )
)
**Nuno Fernandes;** )
)
**Antonio Fernandez;** )
)
**Hernando Fernandez;** )
)
**Jenny Fernandez;** )
)
**Larissa Fernandez;** )
)
**Roger Fernandez;** )
)
**Vincent Ferranti;** )
)
**Michael Ferrara;** )
)
**Douglas Ferretti;** )
)
**Gerard Ferrin;** )
)
**Steven Ferriolo;** )
)
**John Finamore;** )
)
**Joseph Finley;** )
)
**Edward Finnegan;** )
)
**Michael Finnegan;** )
)
**Terence Finneran;** )
)
**Victor Fiorella;** )
)
**Glenn Fischer;** )
)
**Jay Fischler;** )

**Stephen Fish;**

**Neil Fitzpatrick;**

**Zachary Fletcher;**

**Patrick Flynn;**

**Theresa Folino-Montuori;**

**Thomas Forbes;**

**Frederick Ford;**

**Nicholas Fornario;**

**Gregory Forsyth;**

**Leileth Foster;**

**Eugene Fox;**

**Michael Francese;**

**Stanley Freedner;**

**Charles Freeman;**

**Dennis Freyre;**

**Robert Froner;**

**Xiang Fu;**

**Daniel Fucella;**

**Steven Fucile;**

**Henry Fuerte;**

**Sheila Fuller;**

**Paul Fusaro;**

**Thomas Gabay;**

**Thomas Gaby;**

**Philip Gaetani;** )

**Michael Gager;** )

**Emma Gaitan;** )

**Ana Galang-Morente;** )

**Brian Gallagher;** )

**Hugh Gallagher;** )

**John Gallagher;** )

**John Gallagher;** )

**Kevin Gallagher;** )

**Terence Gallagher;** )

**April Gallop;** )

**Lawrence Garda;** )

**Robert Garrett;** )

**Louis Garriz;** )

**John Gatto;** )

**Joseph Gavitt;** )

**Brendan Gebert;** )

**Getachew Gedfe;** )

**John Gennosa;** )

**Greg Gessner;** )

**Daniel Geysen;** )

**Ronald Ghiraldi;** )

**Louis Giaconelli;** )

**Joseph Giampa;** )

**Garry Giannandrea;** )

**Michael Gibbons;**

**Joseph Gibney;**

**Robert Gibson;**

**Bonnie Jean Giebfried;**

**John Giebler;**

**Thomas Gillam;**

**Andrew Gilmore;**

**John Ginty;**

**Vincent Giordano;**

**Theodore Goddard;**

**Raymond Going;**

**Fausto Gomez;**

**Lisa Gong;**

**Paul Gonzales;**

**Manuel Gonzalez;**

**Ruben Gordillo;**

**Edwin Gordon;**

**Frank Gorglinoe;**

**Thomas Gorham;**

**Gerard Gorman;**

**Joseph Gorman;**

**Albert Gotay;**

**Andrew Graf;**

**Carmen Gray;**

**Joseph Graziano;** )
)
**Albert Greene;** )
)
**Edmund Greene;** )
)
**Michael Greene;** )
)
**James Gregoretti;** )
)
**James Grillo;** )
)
**Michael Grillo;** )
)
**John Grogan;** )
)
**Thomas Grogan;** )
)
**Dan Grossi;** )
)
**Scott Grubert;** )
)
**John Guarneri;** )
)
**Arthur Guastamacchia;** )
)
**John Gubelli;** )
)
**Rafael Gudmuch;** )
)
**Nichola Gugliemo;** )
)
**Vincent Gugliuzzo;** )
)
**John Gulotta;** )
)
**Kenneth Gunther;** )
)
**Peter Gunther;** )
)
**Wilbert Gurganious;** )
)
**Steven Gurnick;** )
)
**Edgar Gutierrez;** )
)
**Francine Gutwilik;** )
)
**Angel Tadeo Guzman;** )

Martize Guzman; )

Matthew Hackett; )

Michael Hadden; )

Alexander Hagan; )

Steve Hagis Sr.; )

Paul Haley; )

Robert Hall; )

David Handschuh; )

William Hankins; )

David Hanley; )

Philip Hanna; )

Anthony Hanson; )

Rajkumar Hardeo; )

Catherine Harding; )

Dennis Hargett; )

Darren Harkins; )

Robert Harper Jr.; )

Thomas Harris; )

Carmela Harrison; )

James Harten; )

Shirley Harvey; )

Paul Hashagen; )

William Hasseck; )

Howard Hawkins; )

**Scott Hawkins;** )
)
**Raymond Hayden;** )
)
**Norma Haynes;** )
)
**Joseph Healy;** )
)
**Joseph Healy;** )
)
**Marilyn Heckstall;** )
)
**Dennis Heedles** )
)
**James Heerey;** )
)
**Glen Heffel;** )
)
**Eugene Heghmann;** )
)
**John Heigl;** )
)
**Mark Heintz;** )
)
**William Heintz;** )
)
**Robert Hellmers;** )
)
**Elaine Helms;** )
)
**Robert Heney;** )
)
**Jeffrey Henkel;** )
)
**Edward Henry;** )
)
**Lucille Henry;** )
)
**Rusty Henry;** )
)
**Patricia Herbert;** )
)
**Thomas Herrlich;** )
)
**Thomas Hickey;** )
)
**John Hinchey;** )
)
**William Hiney;** )

**Michael Hipsman;**

**Gregg Hirschfield;**

**Gwennett Hodge;**

**William Hodgens;**

**Daniel Hogan;**

**Vincent Hogan;**

**Todd Holgan;**

**James Holly;**

**Clifford Hollywood;**

**Janet Holmes-Alfred;**

**George Holzmann;**

**James Horch;**

**Doug Horning;**

**Alicia Howard;**

**Mary Hrabowska;**

**Vincent Hubner;**

**Gerald Hunt;**

**Jean Hunt;**

**John Hunt;**

**Andrea Hurst;**

**Kenneth Hutchinson;**

**Amirha Hutto;**

**Paul Hyland;**

**James Hynes;**

**Frederick Ill III** )
)
**Sharon Imbert** )
)
**Patrick Imperato;** )
)
**Steven Incarnato;** )
)
**Joseph Intintoli;** )
)
**Michael Iounio;** )
)
**Eric Iversen;** )
)
**Walter Iwachiw;** )
)
**John Jackson;** )
)
**Neil Jacobson;** )
)
**Brenda James;** )
)
**Joseph James;** )
)
**Matthew James;** )
)
**Elian Jaramillo;** )
)
**Clifford Jenkins;** )
)
**Christopher Jensen;** )
)
**Marc Jensen;** )
)
**Rose Jeunes;** )
)
**Humberto Jimenez;** )
)
**Luis Jimenez;** )
)
**Ysidro Jimenez;** )
)
**Fitz-Harry Johnson;** )
)
**John Johnson;** )
)
**Kurt Johnson;** )
)
**Robert Johnson Jr.;** )

**Robert Johnson Sr.;**

**Sylvia Johnson;**

**John Jones;**

**Terrence Jordan;**

**Mark Joseph;**

**Luke Jurain;**

**Joseph Kadillac;**

**James Kadnar;**

**Jane Kahoro;**

**Razi Kalish;**

**George Kaperonis;**

**Howard Katzman;**

**Christopher Kazimir;**

**Dennis Keane;**

**Lawrence Keating;**

**Thomas Keeling;**

**John Keenan;**

**Michael Kelleher;**

**Racquel Kelley;**

**Derek Kelly;**

**James Kelly;**

**John Kelly;**

**John Kelly;**

**Kevin Kelly;**

**Patrick Kelly;** )
)
**Robert Kelly;** )
)
**Thomas Kelly;** )
)
**William Kelly;** )
)
**Donald Kennedy;** )
)
**Lisa Kennedy;** )
)
**Richard Kenney;** )
)
**Peter Kenny;** )
)
**John Kershis;** )
)
**Robert Keys;** )
)
**Patrick Kiernan;** )
)
**Susanne Kikkenborg;** )
)
**Michael Killarney;** )
)
**Michael Killcommons;** )
)
**David King Jr.;** )
)
**Emanuel King;** )
)
**Stephen King III;** )
)
**John Kinta;** )
)
**Blaik Kirby;** )
)
**Ronald Kirchner;** )
)
**Robert Klaum;** )
)
**Steven Klein;** )
)
**David Kletsman;** )
)
**Lawrence Klingener;** )
)
**Richard Kobbe;** )

**Edward Kohler;** )

**Nicholas Koloszuk;** )

**Robert Korfman;** )

**Armen Koroghlian;** )

**Helen Kresz;** )

**Daniel Kruesi;** )

**Kevin Kubler;** )

**Louise Kurtz;** )

**Sidney Kyle;** )

**Rosetta La Vena;** )

**David Labatto;** )

**Orfelina Lachapel;** )

**John LaFemina;** )

**Romano Lake;** )

**Thomas LaMacchia;** )

**George Lamoreaux;** )

**Brian Landau;** )

**James Lang;** )

**Paul Lang;** )

**George Lantay;** )

**James Lanza;** )

**James Lanze;** )

**Richard LaPiedra;** )

**Jean Laraque;** )

**Philip Larimore;** )
)
**Brain Larney;** )
)
**John Larocchia;** )
)
**Anthony Larosa;** )
)
**John LaSala;** )
)
**Joseph Lashendock III;** )
)
**Peter Laudati;** )
)
**Kevin LaVelle;** )
)
**Michael Lavin;** )
)
**Kevin Lawe;** )
)
**Arnold Lederman;** )
)
**Barry Lee;** )
)
**Larry Lee;** )
)
**Robert Lee;** )
)
**Alicia LeGuillow;** )
)
**Joyce Leigh;** )
)
**Robert Leonick;** )
)
**Hursley Lever;** )
)
**Jeffrey Lever;** )
)
**James Lewis;** )
)
**Otis Lewis;** )
)
**Michael Liantonio;** )
)
**Joseph Libretti;** )
)
**Frank Licausi;** )
)
**Christopher Lindberg;** )

.
**Elena Linis;**

**Rosemaria Lipari;**

**Emanuel Lipscomb;**

**Antonio Lloret;**

**Edward Locher;**

**Anthony Lomeli;**

**Christopher Long;**

**Arnaldo Lopez;**

**Mario Lopez;**

**Daniel Lopuzzo;**

**Joseph Lowney;**

**Brendan Lowrey;**

**Alfred Luchetti;**

**Edmund Lucia;**

**Kenneth Lucianin;**

**Daniel Luge;**

**Evelyn Lugo;**

**Leoncio Luis;**

**Dennis Lusardi;**

**Jane Luther-Umstadter;**

**Jesse Lynch;**

**Michael Lynch;**

**Thomas Lynch;**

**Charlie Lyons;**

**John Lyons;** )
)
**Michael Lyons;** )
)
**Peter Mabanta;** )
)
**Neil MacIntyre;** )
)
**Michael Macko;** )
)
**Janissa Macon;** )
)
**Rico Magalhaes;** )
)
**Thomas Magee;** )
)
**Robert Maguire;** )
)
**Eugene Mahlstadt;** )
)
**Joseph Mahoney;** )
)
**Thomas Mahoney;** )
)
**Llewellyn Malcolm;** )
)
**Jose Maldonado;** )
)
**Frank Malerba;** )
)
**Patrick Malloy;** )
)
**Frank Malone;** )
)
**John Maloney;** )
)
**Adriana Maluendas;** )
)
**Judy Manalastas;** )
)
**Michael Mandala;** )
)
**Ralph Mandia;** )
)
**Thomas Manley;** )
)
**Lauren Manning;** )
)
**Robert Mansberger;** )

**Wayne Manzie;** )

**Jodie Marcusi;** )

**Claudia Marin;** )

**Patrick Marinelli;** )

**Anthony Marino Jr.;** )

**Donald Marino;** )

**Martin Marino;** )

**Michael Marino;** )

**Jessie Marius;** )

**Timothy Marmion;** )

**Juan Marrero;** )

**Robert Marshall;** )

**Dennis Martin;** )

**Edward Martin;** )

**Edward Martin;** )

**Michael Martin;** )

**Angela Martinez;** )

**Jose Martinez;** )

**Rafaela Martinez;** )

**James Mascarella;** )

**Anthony Mastrelli;** )

**Vincenzo Mastropasqua;** )

**Anthony Mattone;** )

**Richard Mattone;** )

**Shawn May;** )
)
**Michael Maye;** )
)
**Jaysen Mayo;** )
)
**Thomas Mazza;** )
)
**Edward McAleer;** )
)
**John McAleese;** )
)
**John McAllister;** )
)
**Thomas McAllister;** )
)
**John McAndrews;** )
)
**Maureen McArdle-Schulman;** )
)
**Joseph McAuley;** )
)
**Carl McBratney Jr.;** )
)
**Mary McCall;** )
)
**Michael McCall;** )
)
**Eugene McCarey;** )
)
**Kevin McCarren;** )
)
**James McCarthy;** )
)
**Dan McCarvill;** )
)
**Timothy McCarvill;** )
)
**Michael McClelland;** )
)
**Dennis McConville;** )
)
**Charles McCormack;** )
)
**Marianne McCormack;** )
)
**Richard McCoy;** )
)
**Arthur McCrossen;** )

)
**James McDermott;** )
)
**Scott McDonnell;** )
)
**David McDonough;** )
)
**Gregory McFarland;** )
)
**Faridi McFree;** )
)
**Kevin McGeary;** )
)
**Lawrence McGee;** )
)
**Stephen McGee;** )
)
**Jon McGillick;** )
)
**Mark McGinty;** )
)
**Joseph McGovern;** )
)
**Thomas McGrade;** )
)
**Patrick McGreen;** )
)
**Joseph McGrory;** )
)
**Daniel McGuinn;** )
)
**James McGuire;** )
)
**Robert McGuire;** )
)
**John McGurren;** )
)
**James McHugh;** )
)
**Edward McKallen;** )
)
**John McKenna;** )
)
**Patrick McKenna;** )
)
**Richard McKenna;** )
)
**Martin McKeon;** )
)

**Roger McKnight;** )
)
**James McLoughlin;** )
)
**Kevin McLoughlin;** )
)
**Gerard McMahon;** )
)
**Frederick McNeely;** )
)
**Kevin McPike;** )
)
**Kevin McQuilly;** )
)
**Ernest Medaglia;** )
)
**Donald Meeg;** )
)
**Oscar Mejia;** )
)
**Nexhat Mela;** )
)
**Josefina Mendez;** )
)
**Benjamin Mercado;** )
)
**Carmelo Mercado;** )
)
**Ronald Merrill;** )
)
**Roberto Mesa;** )
)
**John Messina Jr.;** )
)
**Edward Metz;** )
)
**Rafaela Meurer;** )
)
**Harold Meyers;** )
)
**Thomas Meyers;** )
)
**Kenneth Miccio;** )
)
**Richard Miccio;** )
)
**Judy Michaels;** )
)
**Joseph Mickiewicz;** )

**Glen Midbo;** )

**Ciro Milano;** )

**Roland Miletti;** )

**Robert Miller;** )

**Thomas Milton;** )

**Joseph Minogue;** )

**William Mirro;** )

**Donald Mischke;** )

**Steve Modica;** )

**Bill Moffat;** )

**Ram Mohabir;** )

**Michael Molloy;** )

**Joseph Montaperto;** )

**Frank Montaruli;** )

**Josephine Monte;** )

**John Mooney;** )

**Joseph Mooney;** )

**Kevin Moore;** )

**Robert Moore Jr.;** )

**Tarnisa Moore;** )

**Edwin Morales;** )

**Noel Moran;** )

**James Morandi;** )

**Marc Morello;** )

**David Moriarty;** )
)
**Steven Mormino;** )
)
**John Morris;** )
)
**Nancy Morrison;** )
)
**Peter Morrissey;** )
)
**Michael Moschitta;** )
)
**Steven Moss;** )
)
**Omar Mota;** )
)
**Dennis Muia;** )
)
**Matthew Mulhan;** )
)
**Michael Mullarkey;** )
)
**George Mullen Jr.;** )
)
**Brian Muller;** )
)
**Steven Muller;** )
)
**Michael Mulligan;** )
)
**Michael Mulqueen;** )
)
**Tom Mulqueen;** )
)
**Thomas Mundy;** )
)
**Lois Mungay;** )
)
**Valeriy Muratov;** )
)
**Jennifer Murawski;** )
)
**Allen Murphy;** )
)
**David Murphy;** )
)
**Joseph Murphy;** )
)
**Richard Murphy;** )

**Vincent Murphy;**

**James Murray;**

**Richard Murray;**

**Robert Murray;**

**Kenneth Muxie;**

**John Najmy;**

**Parasar Nandan;**

**Louis Napoli;**

**Thomas Napolitano;**

**Robert Narducci;**

**Daniel Narlock;**

**Bridget Nee;**

**Ralph Negron;**

**Dean Neligan;**

**John Nesbitt;**

**Allan Neuendorf;**

**Brian Neville;**

**Sean Newman;**

**Fook Ngooi;**

**James Niebler;**

**Elizabeth Nielsen;**

**John Nimmo III;**

**Jose Nivar;**

**Richard Nogan;**

**Terry Norton;** )

**Santos Nunez;** )

**Robert Nussberger;** )

**Kofi Nyantakyi;** )

**Frank O'Brien;** )

**John O'Brien;** )

**John O'Brien;** )

**Michael O'Brien;** )

**Richard O'Brien;** )

**Luis O'Campo;** )

**Christopher O'Connell;** )

**Sean O'Connor;** )

**Gerard O'Donnell;** )

**John O'Donnell;** )

**Brian O'Flaherty;** )

**Robert O'Flaherty;** )

**Joseph O'Hagan;** )

**Edward O'Hare;** )

**Christopher O'Keefe;** )

**Patrick O'Keefe;** )

**Martin O'Leary;** )

**Richard O'Mack;** )

**Thomas O'Meara;** )

**Joseph O'Neil;** )

**Kevin O'Neill;** )

**Eugene O'Reilly;**

**Radames Ocasio;**

**Kayode Oladunjoye;**

**Dalisay Olaes;**

**Angel Ortiz;**

**Francisco Ortiz;**

**Venus Ortiz;**

**Veronica Ortiz;**

**Petero Otigho;**

**Vincent Panaro;**

**Keith Pander;**

**Carol Pantalone;**

**Jennifer Panzella;**

**Victor Panzella Jr.;**

**Thomas Papaccio;**

**Mark Papadopulos;**

**Dean Pappas;**

**Ralph Paprocki;**

**Valentin Paredes;**

**Salvatore Parisi;**

**Wilston Parris;**

**Anant Patel;**

**Gregory Patsos;**

**Paul Patsos;**

**Louis Pecora;** )
)
**Richard Peitler;** )
)
**Maria Pellot;** )
)
**Michael Pena;** )
)
**Milcia Pena;** )
)
**Francesca Penoro;** )
)
**Ralph Pepe;** )
)
**Guido Peralta;** )
)
**Steven Perez;** )
)
**Steven Perry;** )
)
**William Pesature;** )
)
**Joseph Pesce;** )
)
**Robert Peters;** )
)
**Nathan Peterson;** )
)
**Joseph Petrassi;** )
)
**Gregory Petrik;** )
)
**Lori Pfeil;** )
)
**Christopher Piazza;** )
)
**Maneula Pichardo;** )
)
**Pedro Pichardo;** )
)
**Ruben Pimentel;** )
)
**Vincent Pinto;** )
)
**Gerard Pirraglia;** )
)
**Carl Pisani;** )
)
**Leonard Pittz;** )

**Larrie Placide;**

**Edmund Plunkett;**

**Daniel Pollicino;**

**Dan Potter;**

**Sharon Premoli;**

**John Prendergast;**

**Kevin Prendergast;**

**John Prenty;**

**Frank Prescia;**

**Bambang Priatno;**

**Salvatore Princiotta Jr.;**

**Michael Prior;**

**Brian Pritchard;**

**William Privitar;**

**Salvatore Provenzano;**

**Vincent Puleo;**

**Robert Pulizzotto;**

**Daniel Purcell;**

**Francis Pursley;**

**John Quevedo Jr.;**

**Michael Quevedo;**

**Edwin Quinn;**

**Peter Quinn;**

**Antonio Quinones;**

**Carmen Quinones;** )
)
**Godwin Quinones;** )
)
**Paul Quirke;** )
)
**James Rae;** )
)
**Robert Rae;** )
)
**Raymond Ragucci;** )
)
**Kenneth Rallis;** )
)
**Richard Ramaizel;** )
)
**Juan Ramirez;** )
)
**Vigita Ramnath;** )
)
**Alfonso Ramos;** )
)
**Mildred Ramos;** )
)
**Roberto Ramos;** )
)
**Michael Ramputi;** )
)
**Sebastian Raspanti;** )
)
**James Reddan;** )
)
**Joshua Reder;** )
)
**Daniel Reeber;** )
)
**Pamela Reeves;** )
)
**Richard Regis;** )
)
**Joseph Reid;** )
)
**Timothy Reid;** )
)
**Charles Reilly;** )
)
**Thomas Reilly;** )
)
**John Reinhardt;** )

**Lloyd Rendall;** )

**John Renna;** )

**Francis Renois;** )

**Richard Resto;** )

**Alfred Retundie;** )

**Christopher Revere;** )

**Fernando Reyes;** )

**Juan Reyes;** )

**Karem Reynoso;** )

**Frank Ricca;** )

**William Riccardulli;** )

**Daniel Ricciardi;** )

**Arthur Riccio;** )

**Steven Richards;** )

**Maurice Richardson;** )

**Franco Riggio;** )

**William Riordan;** )

**David Rivas;** )

**Carlos Rivera;** )

**Edwin Rivera;** )

**Edwin Rivera;** )

**Grace Rivera;** )

**Jose Rivera;** )

**Omayra Rivera;** )

**Vincent Rivera;** )
)
**Michael Rizzo;** )
)
**Douglas Robinson;** )
)
**Kenneth Robulak;** )
)
**Anthony Rocco;** )
)
**Nelson Rocha;** )
)
**John Roche;** )
)
**Bryan Rodrigues;** )
)
**Abimael Rodriguez;** )
)
**Carlota Rodriguez;** )
)
**David Rodriguez;** )
)
**Miriam Rodriguez;** )
)
**Rosaulina Rodriguez;** )
)
**John Rogers;** )
)
**Julio Roig Jr.;** )
)
**John Rokee;** )
)
**Arnold Roma;** )
)
**William Romaka;** )
)
**Filomena Roman;** )
)
**Frank Romano;** )
)
**John Rooney;** )
)
**Victor Rosa;** )
)
**Anthony Rosado;** )
)
**Michael Rossello;** )
)
**Joseph Rotondi;** )

**Louis Rotondo;**

**David Rowan;**

**Mark Rowan;**

**James Rozas;**

**Steven Ruggiero;**

**Louis Ruggirello;**

**Donald Ruland;**

**Mark Ruppert;**

**Damian Rusin;**

**Marshall Ryan;**

**Susan Ryan;**

**Michael Rynn;**

**Matthew Salmon;**

**Robert Salmon;**

**Reina Salzedo;**

**Audrey Sammis;**

**Clide Sampson;**

**Carlos Sanchez;**

**Concepcion Sanchez;**

**Jose Sanchez Jr.;**

**Joe Sanders;**

**Oscar Sandoval;**

**David Sandvik;**

**Robert Santandrea;**

**Luis Santiago;**

**David Santise;**

**Christopher Santos;**

**LaShea Saunders;**

**Glenn Savery;**

**Thelma Savery;**

**Robert Scally;**

**Thomas Scally;**

**Philip Scarfi;**

**Benedict Scarsella;**

**Carl Scheetz;**

**Lori Schertzer;**

**Donald Schipf;**

**Brian Schmitt;**

**Robert Schmitt;**

**Edward Schneider;**

**Peter Schoepe;**

**Daniel Schofield;**

**Daniel Schug;**

**Robert Schumacker;**

**Richard Scola;**

**Anthony Scolavino;**

**Howard Scott;**

**Daniel Seaman;**

**David Sears;** )

**David Sedacca;** )

**Ralph Seiter;** )

**Robert Senn;** )

**Jeffrey Sentowski;** )

**Lawrence Senzel;** )

**Anthony Sercia;** )

**William Sergio;** )

**Barbara Serna;** )

**Kevin Shaeffer;** )

**Michael Shagi;** )

**Abida Shaikh;** )

**Stephen Sharp;** )

**Kevin Shea;** )

**John Sheehan;** )

**Marilyn Shepard;** )

**Rodney Sherard;** )

**Edward Shields;** )

**Scott Shields;** )

**Steve Shtab;** )

**Frederic Siboulet;** )

**John Signorelli;** )

**Fabian Silva Jr.**; )

**Wendy Silva;** )

**Jennifer Simon;** )

**Linda Sims;**

**Brian Singer;**

**Donna Singer;**

**Eugenia Singer;**

**Clarence Singleton;**

**Neil Skow;**

**Terence Slane;**

**Eugene Slater;**

**Brandon Smith;**

**Gareth Smith;**

**Lauren Smith;**

**Michael Smith;**

**Michael Smith;**

**Neta Smith;**

**Peter Smith;**

**Todd Smith;**

**Andrew Sochinski;**

**Salvatore Sodano;**

**Roxanne Soliwoda;**

**Richard Souto;**

**David Sozio;**

**Michael Spiller;**

**Robert Spinelli;**

**Donald Spurrell;**

**Anthony Squillante;**

**Clifford Stabner;**

**Joseph Stach Jr.;**

**Nelly Stanicich;**

**Kathleen Stanton;**

**John Starace;**

**Peter Stathis;**

**Dennis Stefanak;**

**Harry Stefandel;**

**William Steinbuch III;**

**Maximino Sterling;**

**John Stiastny;**

**Eugene Stolowski;**

**Ethan Strauss;**

**Rasmond Streker;**

**Paul Stroessner;**

**Stephen Stroh;**

**Scott Stromer;**

**Anthony Suchon;**

**Gerard Suden;**

**Devindra Sukhram;**

**Linda Sulfaro;**

**Edward Sullivan;**

**James Sullivan;**

**Jerald Sullivan Jr.;**

**John Sullivan;** )

**John Sullivan;** )

**Lawrence Sullivan;** )

**Michael Sullivan;** )

**Kenneth Summers;** )

**Randolph Supek;** )

**Robert Sutton;** )

**Alfred Suwara;** )

**Otto Suwara;** )

**Ronald Svec;** )

**Thomas Swannick;** )

**Gerard Sweeney;** )

**Joseph Swick;** )

**Steven Syrop;** )

**Joseph Szymanski;** )

**Soudabeh Tabatabai;** )

**John Taggart;** )

**Carol Tannenbaum;** )

**Timothy Tarpey;** )

**Expedito Tavarez;** )

**Havergail Taylor;** )

**Roxanne Taylor;** )

**Geraldine Teixeira;** )

**Michael Telesca;** )

**Bidiawattie Tewari;** )
)
**Recide Thomas;** )
)
**Denise Thompson;** )
)
**Lloyd Thompson;** )
)
**Dennis Thomson;** )
)
**Frank Thurlow;** )
)
**John Thurman;** )
)
**Roderic Tierney;** )
)
**Richard Tishler;** )
)
**John Tiska;** )
)
**Anthony Tito;** )
)
**Michael Tobin;** )
)
**Edward Tomaszewski;** )
)
**Salvatore Torcivia;** )
)
**Gabriel Torres;** )
)
**Johnny Torres;** )
)
**Louis Torres;** )
)
**Miguel Torres;** )
)
**Michael Tracy;** )
)
**William Tracy;** )
)
**John Treglia;** )
)
**Joseph Trezza;** )
)
**Alfred Trinidad;** )
)
**Douglas Tripken;** )
)
**Michael Tripptree;** )

**Louis Troisi;**

**Stanley Trojanowski;**

**Lawrence Troy;**

**Dell Truax;**

**Kevin Tully;**

**Steven Turilli;**

**Thomas Turilli;**

**Joseph Tursi;**

**Antonina Tutkaj;**

**John Tyson;**

**Nosa Ugiagbe;**

**Gisela Valencia;**

**Dennis Valentin;**

**Hilda Valentine;**

**Robert Van Houten;**

**William Van Name;**

**Bruce Van Nosdall;**

**Anthony Vanacore;**

**Robert Varese Jr.;**

**Yuni Vasquez;**

**Al Vega;**

**Emmanuel Vega;**

**Charles Vella;**

**James Vella;**

**Lawrence Vento;** )
)
**Nellie Verdejo;** )
)
**John Verme;** )
)
**John Verrengia;** )
)
**Timothy Villari;** )
)
**Dominick Vincenti;** )
)
**Bryan Violetto;** )
)
**Darlene Vollenberg;** )
)
**Gerard Von Essen;** )
)
**Brian Voos;** )
)
**Edward Wagner;** )
)
**Daniel Walis;** )
)
**Mickey Walker;** )
)
**Brian Wall;** )
)
**Patrick Wall;** )
)
**Kerry Walsh;** )
)
**Margaret Walsh;** )
)
**Neil Walsh;** )
)
**Cecil Ward;** )
)
**Frank Ward;** )
)
**Marion Ward;** )
)
**Richard Ward;** )
)
**Sandra Ward;** )
)
**Thomas Ward;** )
)
**Thomas Warkenthien;** )

**Cynthia Warren;** )

**Wayne Warren;** )

**Romuald Waszielewicz;** )

**Gregory Waters;** )

**Christian Waugh;** )

**Michael Weaver Sr.;** )

**David Weber Sr.;** )

**William Weinert;** )

**Gregg Weisenburger;** )

**James Weisenburger Jr.;** )

**Gary Welge;** )

**Michael Welsh;** )

**James Werner;** )

**Kevin Whalen;** )

**Paul Whalen;** )

**Brendan Whelan;** )

**Henry White;** )

**Yaeno White;** )

**Steve Wiesner;** )

**Michael Wilbur;** )

**Barbara Williams;** )

**George Wilton Jr.;** )

**Ken Wiltse;** )

**Kenneth Winkler;** )

**Walter Wissell;** )
)
**John Wojcik;** )
)
**Clifford Wolken;** )
)
**Phidia Wong;** )
)
**William Woodlon;** )
)
**William Woytkin;** )
)
**Robert Wright;** )
)
**William Wright;** )
)
**Gregory Wyckoff;** )
)
**John Yates;** )
)
**Neil Yellew;** )
)
**Kah Yeoh;** )
)
**Christopher Young;** )
)
**Dianne Young;** )
)
**John Young;** )
)
**Thomas Young;** )
)
**Angelo Zecca;** )
)
**Dennis Zimmerman;** )
)
**Richard Zletz;** )
)
**Peter Zuk;** )
)
**Carolyn Abate,** representative of the estate of )
Andrew A. Abate; )
)
**Elaine Abate,** representative of the estate of )
Vincent Abate; )
)
**Ann Abrahamson,** representative of the estate )
of William F. Abrahamson; )
)

**Courtney Acquaviva,** representative of the estate of Paul Andrew Acquaviva; )
)
)

**Elizabeth Adams**, representative of the estate of Marylou Hague; )
)
)

**Heda Adams,** representative of the estate of Donald L. Adams; )
)
)

**Affiong Adanga,** representative of the estate of Ignatius Udo Adanga; )
)
)

**Gregory Addamo,** representative of the estate of Christy A. Addamo; )
)
)

**Rita Addamo,** representative of the estate of Christy A. Addamo; )
)
)

**Alice Adler,** representative of the estate of Lee Alan Adler; )
)

**Stacey Afflitto,** representative of the estate of Daniel Thomas Afflitto; )
)
)

**Diane Aguiar,** representative of the estate of Joao A. Aguiar Jr.; )
)
)

**Debra Ahearn,** representative of the estate of Brian Ahearn; )
)
)

**James Alario**, representative of the estate of Margaret Alario; )
)
)

**Elizabeth Alderman**, representative of the estate of Peter Craig Alderman; )
)
)

**Stephen Alderman**, representative of the estate of Peter Craig Alderman; )
)
)

**Laura Alessi,** representative of the estate of Pamela J. Boyce; )
)
)

**Louisa Allegretto,** representative of the estate of Edward L. Allegretto; )
)
)

**Madelyn Allen,** representative of the estate of Richard Dennis Allen; )
)
)

**Sharon Ambrose,** representative of the estate of )

Paul Wesley Ambrose; )
)
**Donna Allingham**, representative of the estate of Christopher Edward Allingham; )
)
)
**V. Blake Allison,** representative of the estate of Anna Allison; )
)
)
**Grace Alviar,** representative of the estate of Cesar A. Alviar; )
)
)
**Kenneth Ambrose,** representative of the estate of Paul Wesley Ambrose; )
)
)
**Edward Andrews,** representative of the estate of Michael R. Andrews; )
)
)
**Marie Anaya,** representative of the estate of Calixto Anaya Jr.; )
)
)
**Christine Anchundia,** representative of the estate of Joseph P. Anchundia; )
)
)
**Elias Anchundia,** representative of the estate of Joseph P. Anchundia; )
)
)
**Jill Anderson,** representative of the estate of Kermit C. Anderson; )
)
)
**Kathryn Anderson**, representative of the estate of Michael Edward Gould; )
)
)
**Michael Allen,** representative of the estate of Joseph R. Allen; )
)
)
**Donna Angelini,** representative of the estate of Joseph John Angelini Jr.; )
)
)
**Irene Angrisani,** representative of the estate of Doreen J. Angrisan;i )
)
)
**Cecile Apollo,** representative of the estate of Peter Paul Apollo; )
)
)
**Frank Aquilino,** representative of the estate of Frank Thomas Aquilino; )
)
)
**Lori Arczynski,** representative of the estate of Michael G. Arczynski; )
)

**Wandalee Arena,** representative of the estate of Louis Arena;

**Mary Armstrong,** representative of the estate of Michael Joseph Armstrong;

**Jules Aronson,** representative of the estate of Myra Joy Aronson;

**Maria Aryee,** representative of the estate of Japhet Aryee;

**Elaine Asciak,** representative of the estate of Michael Asciak;

**Dana Asher,** representative of the estate of Michael Edward Asher;

**Sigal Asher,** representative of the estate of Hagay Shefi;

**Carol Ashley**, representative of the estate of Janice Ashley;

**Se Jua Au,** representative of the estate of Wei Rong Lin;

**John Baeszler,** representative of the estate of Jane Ellen Baeszler;

**Judith Bailey,** representative of the estate of Brett T. Bailey;

**Katherine Bailey,** representative of the estate of Garnet Bailey;

**Ellen Bakalian**, representative of the estate of Jeffrey R. Smith;

**Anatoliy Bakalinskiy,** representative of the estate of Tatyana Bakalinskaya;

**Tara Bane,** representative of the estate of Michael A. Bane;

**Aristides Bantis,** representative of the estate of Katherine Bantis;

**Victor Barahona,** representative of the estate of Diarelia J. Mena; )
)
)

**Carol Baran,** representative of the estate of Walter Baran; )
)
)

**Kim Barbaro,** representative of the estate of Paul Barbaro; )
)

**Ina Barnes,** representative of the estate of Roy J. Barnes; )
)
)

**Audriene Barry,** representative of the estate of Arthur Barry; )
)
)

**Bertrand Barry,** representative of the estate of Arthur Barry; )
)
)

**Marianne Barry,** representative of the estate of Maurice V. Barry; )
)
)

**Gila Barzvi,** representative of the estate of Guy Barzvi; )
)
)

**Maureen Basnicki**, representative of the estate of Kenneth William Basnicki; )
)
)

**Rameses Bautista**, representative of the estate of Marlyn C. Bautista; )
)
)

**Mary Bavis,** representative of the estate of Mark L. Bavis; )
)
)

**Lillian Baxter**, representative of the estate of Jasper Baxter; )
)
)

**Myrtle Bazil,** representative of the estate of Shevonne Olicia Mentis; )
)
)

**Robert Beatty,** representative of the estate of Jane S. Beatty; )
)
)

**Theodore Beck**, representative of the estate of Lawrence I. Beck; )
)
)

**Theodora Beekman,** representative of the estate of Michael E. Beekman; )
)
)

**Sean Bellows,** representative of the estate of )

Debbie S. Bellows; )
)
**George Behr**, representative of the estate of Maria Behr; )
)
)
**Adrian Bennett,** representative of the estate of Oliver Duncan Bennett; )
)
)
**Brenda Bennett,** representative of the estate of Oliver Duncan Bennett; )
)
)
**Ondina Bennett,** representative of the estate of Bryan Craig Bennett; )
)
)
**Suzanne Berger,** representative of the estate of James P. Berger; )
)
)
**Michele Bergsohn,** representative of the estate of Alvin Bergsohn; )
)
)
**Nancy Bernard,** representative of the estate of David W. BernardL; )
)
)
**Robert Bernstein**, representative of the estate of William H. Bernstein: )
)
)
**Evelyn Berry,** representative of the estate of Joseph John Berry; )
)
)
**Eileen Bertorelli-Zangrillo**, representative of the estate of John Marcy Talignani ; )
)
)
**Joanne Betterly,** representative of the estate of Timothy D. Betterly; )
)
)
**Maria Bey,** representative of the estate of Ruben Esquilin Jr.; )
)
)
**Jagdish Bhukhan,** representative of the estate of Bella J. Bhukhan; )
)
)
**Tina Bilcher,** representative of the estate of Brian Bilcher; )
)
)
**Gerald Bingham,** representative of the estate of Mark K. Bingham; )
)
)
**Basmattie Bishundat,** representative of the estate of Kris Romeo Bishundat; )
)

**Bhola Bishundat,** representative of the estate of Kris Romeo Bishundat;

**Shawn Bittner,** representative of the estate of Angela Susan Perez;

**Albert Blackman**, representative of the estate of Albert B. Blackman Jr.;

**Jane Blackwell,** representative of the estate of Christopher Blackwell;

**Virginia Bladen**, representative of the estate of Jonathan Randall;

**Leslie Blair,** representative of the estate of Susan L. Blair;

**Victoria Blaksley,** representative of the estate of Pedro Grehan;

**Scott Blaney,** representative of the estate of Janice Blaney;

**Neil Blass,** representative of the estate of Craig Michael Blass;

**Derrill Bodley**, representative of the estate of Deora Frances Bodley;

**Ira Blau,** representative of the estate of Rita Blau;

**Vincent Boland Sr.,** representative of the estate of Vincent M. Boland Jr.;

**Julia Bondarenko**, representative of the estate of Alan Bondarenko;

**Roxane Bonheur,** representative of the estate of Andre Bonheur Jr.;

**Richard Booms Sr.,** representative of the estate of Kelly Ann Booms;

**John Bonomo,** representative of the estate of Yvonne Bonomo;

**Sharon Booker,** representative of the estate of

Sean Booker; )
)
**Linda.Boone,** representative of the estate of )
Canfield D. Boone; )
)
**Krystyna Boryczewski,** representative of the )
estate of Martin Boryczewski; )
)
**Deborah Borza**, representative of the estate of )
Deora Frances Bodley; )
)
**Frederick Bouchard,** representative of the estate )
of Carol Bouchard; )
)
**Vigdis Vaka Boulton**, representative of the estate )
of J. Howard Boulton Jr.; )
)
**Tracey Bourke,** representative of the estate of )
Sarah Miller Clark; )
)
**Stephanie Bowser,** representative of the estate )
of Kevin Leah Bowser; )
)
**Michael Brady**, representative of the estate of )
Michael Grady Jacobs; )
)
**Peter Brady,** representative of the estate of )
Michael Grady Jacobs; )
)
**Susann Brady,** representative of the estate of )
Gavin Cushny; )
)
**Nelly Braginskaya**, representative of the estate )
of Alexander Brakinsky; )
)
**Nancy Brandemart,** representative of the estate )
of Nicholas W. Brandemarti; )
)
**Nicholas Brandemarti,** representative of the )
estate of Nicholas W. Brandemarti; )
)
**David Brandhorst,** representative of the estate )
of Daniel Raymond Brandhorst; )
)
**William Bratton Jr.,** representative of the estate )
of Michelle Renee Bratton; )
)
**Juliette Brisman,** representative of the estate of )
Mark Brisman; )

**Barbara Brennan,** representative of the estate of Frank H. Brennan;

**Carol Brethel,** representative of the estate of Daniel J. Brethel;

**Derek Bristow,** representative of the estate of Paul Gary Bristow;

**Everton Brown,** representative of the estate of Lloyd Brown;

**Michael Brown,** representative of the estate of Patrick J. Brown;

**Sinita Brown,** representative of the estate of Bernard Curtis Brown II;

**Ronald Buchanan,** representative of the estate of Brandon J. Buchanan;

**Catherine Buck**, representative of the estate of Gregory J. Buck;

**Kathleen Buckley,** representative of the estate of Dennis Buckley;

**James Bueche**, representative of the estate of Nancy Clare Bueche;

**Linda Buffa,** representative of the estate of Michael A. Uliano;

**Michelle Bulaga**, representative of the estate of John E. Bulaga Jr.;

**Aseneth Bunin,** representative of the estate of Stephen Bunin;

**James Burke**, representative of the estate of William F. Burke Jr.;

**John Burke,** representative of the estate of Matthew J. Burke;

**Deena Burnett,** representative of the estate of Thomas Edward Burnett Jr.;

**Jennifer Burns,** representative of the estate of Keith James Burns; )

**Sandra Burnside,** representative of the estate of John P. Burnside; )

**Vivian Byas,** representative of the estate of Elizabeth Holmes; )

**Robert Byrne Sr.,** representative of the estate of Patrick D. Byrne; )

**Marmily Cabrera** representative of the estate of Pedro Checo; )

**Veronica Caggiano,** representative of the estate of Richard M. Caggiano; )

**Natividad Caguicla-Cruz,** representative of the estate of Cecile Marella Caguicla; )

**Colleen Cahill,** representative of the estate of Michael Cahill; )

**Sharon Cahill,** representative of the estate of John B. Cahill; )

**Rosemary Cain,** representative of the estate of George C. Cain; )

**Deborah Calandrillo**, representative of the estate of Joseph M. Calandrillo; )

**Gloria Calderon,** representative of the estate of Jose Orlando Calderon-Olmedo; )

**Marino Calderon,** representative of the estate of Lizie Martinez-Calderon; )

**Joan Callahan,** representative of the estate of Liam Callahan; )

**Joseph Cammarata,** representative of the estate of Michael F. Cammarata; )

**Linda Cammarata,** representative of the estate of Michael F. Cammarata; )

**Cynthia Campbell**, representative of the estate of David Otey Campbell; )

**Malcolm Campbell**, representative of the estate of Geoff Thomas Campbell; )

**Steven Campbell,** representative of the estate of Jill Marie Campbell; )

**Margaret Canavan,** representative of the estate of Sean Canavan; )

**Karen Cangialosi,** representative of the estate of Stephen J. Cangialosi; )

**Richard Cannava**, representative of the estate of Lisa Cannava; )

**Richard Caproni,** representative of the estate of Richard M. Caproni; )

**Robert Carlo,** representative of the estate of Michael Scott Carlo; )

**Kathlyn Carriker,** representative of the estate of Steven George Weinstein; )

**Mikael Carstanjen**, representative of the estate of Christoffer Mikael Carstanjen; )

**Abigail Carter,** representative of the estate of Caleb Arron Dack; )

**Sylvia Carver,** representative of the estate of Sharon Ann Carver; )

**Patricia Casazza,** representative of the estate of John Francis Casazza; )

**Michael Casey**, representative of the estate of Neilie Anne Heffernan Casey; )

**Margaret Cashman,** representative of the estate of William Joseph Cashman; )

**Gerard Cavalier Jr.,** representative of the estate of Judson Cavalier; )

**Elba Cedeno**, representative of the estate of Catherine T. Smith; )

**Yolanda Cerda**, representative of the estate of Matthew G. Leonard;

**Helaine Chairnoff,** representative of the estate of Jeffrey M. Chairnoff;

**Nageswararao Chalasani,** representative of the estate of Swarna Chalasani;

**Mable Chalcoff,** representative of the estate of William Chalcoff;

**Haim Chalouh,** representative of the estate of Eli Chalouh;

**Julia Chan,** representative of the estate of Charles L. Chan;

**Jose Chapa**, representative of the estate of Rosemary M. Chapa;

**Mary Ellen Cherry,** representative of the estate of Stephen Patrick Cherry;

**Zeneida Chevalier,** representative of the estate of Nestor Julio Chevalier Jr.;

**Elaine Chevelier,** representative of the estate of Swede Joseph Chevalier;

**Nicholas Chiarchiaro,** representative of the estate of Dorothy J. Chiarchiaro;

**Joan Chiofalo,** representative of the estate of Nicholas Paul Chiofalo;

**Gerard Chipura,** representative of the estate of John G. Chipura;

**Clara Chirchirillo,** representative of the estate of Peter Chirchirillo;

**David Chirls,** representative of the estate of Catherine Ellen Chirls;

**Yuree Cho,** representative of the estate of Kyung Hee Cho;

**Charles Christophe,** representative of the

estate of Kirsten L. Christophe; )
)
**Richard Chung,** representative of the estate )
of Wai C. Chung; )
)
**Theresa Cilente,** representative of the estate )
of Frances Cilente; )
)
**Lynne Cillo-Capaldo,** representative of the )
estate of Elaine Cillo; )
)
**Eileen Cirri,** representative of the estate of )
Robert D. Cirri Sr.; )
)
**Jean Cleere,** representative of the estate of )
James Durward Cleere; )
)
**William Coale,** representative of the estate of )
Jeffrey Alan Coale; )
)
**Frances Coffey,** representative of the estate of )
Jason M. Coffey; )
)
**Frances Coffey,** representative of the estate of )
Daniel M. Coffey; )
)
**Barry Cohen,** representative of the estate of )
Kevin Sanford Cohen; )
)
**Susan Cohen,** representative of the estate of )
John G. Chipura; )
)
**June Colaio,** representative of the estate of )
Mark J. Colaio; )
)
**Victor Colaio,** representative of the estate of )
Stephen J. Colaio; )
)
**Kelly Colasanti,** representative of the estate of )
Christopher Colasanti; )
)
**Raymond Colbert,** representative of the estate )
of Michel P. Colbert; )
)
**Elodi Coleman**, representative of the estate of )
Keith Eugene Coleman; )
)
**Jean Coleman,** representative of the estate of )
Scott Thomas Coleman; )

**Migdalia Coleman,** representative of the estate of Rosa J. Gonzalez;

**Neil Coleman,** representative of the estate of Scott Thomas Coleman;

**Jennifer Coll,** representative of the estate of Robert Joseph Coll II;

**Lissa Collins,** representative of the estate of Michael L. Collins;

**Martin Collins,** representative of the estate of John Michael Collins;

**Carlos Colon,** representative of the estate of Linda M. Colon;

**Michael Conner,** representative of the estate of Margaret M. Conner;

**Dawn Connolly,** representative of the estate of John Connolly Jr.;

**Jaymel Connor,** representative of the estate of James Lee Connor;

**Sylvia Connors,** representative of the estate of Kevin P. Connors;

**Mary Coombs,** representative of the estate of Jeffrey W. Coombs;

**Pui Yee Coppola,** representative of the estate of Gerard J. Coppola;

**Diann Corcoran,** representative of the estate of John J. Corcoran III;

**Caroline Cordice**, representative of the estate of Robert J. Cordice;

**Marie Corrigan,** representative of the estate of James J. Corrigan;

**Wendy Cosgrove,** representative of the estate of Kevin M. Cosgrove;

**Charles Costa,** representative of the estate of Delores M. Costa; )
)
)

**Nancy Costello,** representative of the estate of Michael S. Costello; )
)
)

**Clifton Cottom,** representative of the estate of Asia Cottom; )
)
)

**Michelle Cottom**, representative of the estate of Asia Cottom; )
)
)

**Catherine Coughlan,** representative of the estate of Martin Coughlan; )
)
)

**Fred Cox,** representative of the estate of Frederick John Cox; )
)
)

**Nigel Cox**, representative of the estate of Andre Cox; )
)
)

**Walter Cramer**, representative of the estate of Christopher Seton Cramer; )
)
)

**John Creamer,** representative of the estate of Tara Kathleen Creamer; )
)
)

**Mary Kaye Crenshaw,** representative of the estate of Michael M. Taylor; )
)
)

**Maria Crifasi,** representative of the estate of Lucia Crifasi; )
)
)

**Raffaella Crisci,** representative of the estate of John A. Crisci; )
)
)

**Christian Croner,** representative of the estate of Patricia V. Flounders; )
)
)

**Joanne Crotty,** representative of the estate of Thomas G. Crotty; )
)
)

**Lori Crotty**, representative of the estate of Kevin Raymond Crotty; )
)
)

**Pamela Crowe,** representative of the estate of John R. Crowe; )
)
)

**Jefferson Crowther,** representative of the estate )

of Welles Remy Crowther; )
)
**Albert Cuccinello,** representative of the estate of Thelma Cuccinello; )
)
)
**Georgia Cudina,** representative of the estate of Richard Joseph Cudina; )
)
)
**James Cudmore,** representative of the estate of Neil James Cudmore; )
)
)
**Thomas Cullinan,** representative of the estate of Joan McConnell Cullinan; )
)
)
**Mitchum Cummings**, representative of the estate of Joyce Cummings; )
)
)
**Maureen Cummins,** representative of the estate of Brian T. Cummins; )
)
)
**Kathi Curioli,** representative of the estate of Paul Dario Curioli; )
)
)
**Frederick Curry III**, representative of the estate Of Beverly L. Curry; )
)
)
**Raquel D'Amadeo,** representative of the estate of Vincent Gerard D'Amadeo; )
)
)
**Louisa D'Antonio**, representative of the estate of Mary D'Antonio; )
)
)
**Linda D'Atri,** representative of the estate of Edward A. D'Atri; )
)
)
**Jennifer D'Auria,** representative of the estate of Joseph R. Allen; )
)
)
**Grace D'Esposito**, representative of the estate of Michael Jude D'Esposito; )
)
)
**Jennifer Damaskinos,** representative of the estate of Thomas Damaskinos; )
)
)
**Barbara DaMota,** representative of the estate of Manuel DaMota; )
)
)
**Amy Davidson,** representative of the estate of Scott Davidson; )
)

**Ellen Davidson,** representative of the estate of Michael A. Davidson;

**Elizabeth Davila-Lopez**, representative of the estate of Daniel Lopez;

**Daphne Davis,** representative of the estate of Clinton Davis Sr.;

**Brigitte Day**, representative of the estate of Edward Day;

**Paul DeAngelis**, representative of the estate of Robert J. DeAngelis Jr.;

**Joaquim deAraujo,** representative of the estate of Dorothy A. DeAraujo;

**Jacques Debeuneure,** representative of the estate of James D. Debeuneure;

**George DeBin**, representative of the estate of Anna M. DeBin;

**Asuncion deChavez**, representative of the estate of Jayceryll M. deChavez;

**Bibiano deChavez,** representative of the estate of Jayceryll M. deChavez;

**Virginia DeCola,** representative of the estate of Paul DeCola;

**Nik Dedvukaj,** representative of the estate of Simon Marash Dedvukaj;

**Michele DeFazio ,** representative of the estate of Jason DeFazio;

**Manuel del Valle Sr.,** representative of the estate of Manuel del Valle Jr.;

**Sally DeLeo**, representative of the estate of Vito Joseph DeLeo;

**Richard Dell Italia**, representative of the estate of Richard Dell Italia;

**Joan DeMeo,** representative of the estate of Martin N. DeMeo; )
)
)

**Joanne DeSimone**, representative of the estate of Edward DeSimone III; )
)
)

**Cheryl Desmarais,** representative of the estate of Mark L. Charette; )
)
)

**Carmelo Di Franco,** representative of the estate of Carl A. Di Franco; )
)
)

**LaShawn Dickens,** representative of the estate of Rodney Alonzo Dickens; )
)
)

**Loisanne Diehl,** representative of the estate of Michael Diehl; )
)
)

**William Dietrich**, representative of the estate of Karen Lynn Seymour; )
)
)

**Susan DiFato**, representative of the estate of John DiFato; )
)
)

**Patricia DiFazio**, representative of the estate of Vincent F. DiFazio; )
)
)

**Carole DiFranco,** representative of the estate of Carl A. Di Franco; )
)
)

**Melissa DiPasquale,** representative of the estate of George DiPasquale; )
)
)

**Andrea Doctor,** representative of the estate of Johnnie Doctor Jr.; )
)
)

**Jonathan Dodge**, representative of the estate of Vita Marino; )
)
)

**Lisa Dolan**, representative of the estate of Robert E. Dolan )
)
)

**Helen Dollard**, representative of the estate of Neil M. Dollard; )
)
)

**Frank Dominguez**, representative of the estate of Jerome Dominguez; )
)
)

**Martha Dominguez,** representative of the estate )

of Alberto Piriz Dominguez;

**Elaine Donovan,** representative of the estate of William Howard Donovan;

**James Donovan,** representative of the estate of Jacqueline Donovan;

**Morris Dorf,** representative of the estate of Stephen Scott Dorf;

**Earl Dorsey**, representative of the estate of Dora Marie Menchaca;

**William Doyle Sr.,** representative of the estate of Joseph Michael Doyle;

**Adelaide Driscoll,** representative of the estate of Patrick Joseph Driscoll;

**Ann Driscoll,** representative of the estate of Stephen Patrick Driscoll;

**Robert Duffy**, representative of the estate of Gerard J. Duffy;

**Thomas Duffy,** representative of the estate of Gerard J. Duff;

**Raymond Duger**, representative of the estate of Antoinette Duger;

**Mitchell Duggan**, representative of the estate of Jackie Sayegh Duggan;

**James Dunne III,** representative of the estate of Christopher Quackenbush;

**Janet Dunstan,** representative of the estate of Richard A. Dunstan;

**Beverly Eckert,** representative of the estate of Sean Rooney;

**Audrey Economos,** representative of the estate of Constantine Economos;

**Anna Maria Egan**, representative of the estate of Michael Egan;

**Robert Elferis,** representative of the estate of Michael J. Elferis;

**Elizabeth Emery,** representative of the estate of Edgar H. Emery Jr.;

**Rogelio Escarcega**, representative of the estate of Sarah Ali Escarcega;

**Stephanie Esposito,** representative of the estate of William J. Esposito;

**Michael Esposito,** representative of the estate of Bridget Esposito;

**Jean Etzold,** representative of the estate of Barbara Etzold;

**Corinne Evans,** representative of the estate of Eric Brian Evans;

**Charles Evans Sr.,** representative of the estate of Eric Brian Evans;

**Jennifer Ewart,** representative of the estate of Meredith Ewart;

**Kenneth Bruce Fairben,** representative of the estate of Keith George Fairben;

**Patricia Fallon,** representative of the estate of Jamie Lynn Fallon;

**Ruth Fangman,** representative of the estate of Robert John Fangman;

**Beth Ann Faragher,** representative of the estate of Kathleen Faragher;

**Marjorie Farley,** representative of the estate of Paige Farley Hackel;

**Helenora Farrell,** representative of the estate of Terrence P. Farrell;

**James Farrell,** representative of the estate of John G. Farrell;

**Stacey Farrelly,** representative of the estate of Joseph Farrelly; )
)
)

**Linda Ann Favuzza,** representative of the estate of Bernard Favuzza; )
)
)

**Janet Fazio,** representative of the estate of Ronald C. Fazio Sr.; )
)
)

**Robert Fazio Sr.,** representative of the estate of Robert Fazio Jr.; )
)
)

**William Feehan,** representative of the estate of William M. Feehan; )
)
)

**Linda Fergus**, representative of the estate of Edward Thomas Fergus Jr.; )
)
)

**Corazon Fernandez,** representative of the estate of Judy Hazel Fernandez; )
)
)

**Rosanna Ferrugio,** representative of the estate of David Ferrugio; )
)
)

**Frank Fetchet,** representative of the estate of Bradley James Fetchet; )
)
)

**Robert Fialko,** representative of the estate of Jennifer L. Fialko; )
)
)

**Evelyn Fialko,** representative of the estate of Jennifer L. Fialko; )
)
)

**Warren Fiedel,** representative of the estate of Kristen Nicole Fiedel; )
)
)

**William Fields Sr.,** representative of the estate of Amelia V. Fields; )
)
)

**Loretta Filipov,** representative of the estate of Alexander Milan Filipov; )
)
)

**Karen Fiorito,** representative of the estate of John B. Fiorito; )
)
)

**Jean Fischer,** representative of the estate of John R. Fischer; )
)
)

**Christine Fisher,** representative of the estate )

of Gerald Paul Fisher; )
)
**Susan Fisher,** representative of the estate of Thomas J. Fisher; )
)
)
**Susan Fisher,** representative of the estate of Bennett Lawson Fisher; )
)
)
**Marianne Fitzpatrick,** representative of the estate of Thomas J. Fitzpatrick; )
)
)
**Joan Fiumefreddo,** representative of the estate of Salvatore A. Fiumefreddo; )
)
)
**Michael Flagg,** representative of the estate of Darlene Embree Flagg; )
)
)
**Lila May Flounders**, representative of the estate of Joseph W. Flounders; )
)
)
**Deborah Fodor,** representative of the estate of Michael N. Fodor; )
)
)
**Mary Grace Foti,** representative of the estate of Robert Foti; )
)
)
**Nancy Fox,** representative of the estate of Jeffrey L. Fox; )
)
)
**Mary Froehner**, representative of the estate of Gregg J. Froehner; )
)
)
**Katherine Fumando**, representative of the estate of Clement Fumando; )
)
)
**Cynthia Furmato,** representative of the estate of Paul Furmato; )
)
)
**Haven Fyfe,** representative of the estate of Karleton D. Fyfe; )
)
)
**Peter Gadiel,** representative of the estate of James Gadiel; )
)
)
**Kevin Gaff,** representative of the estate of Pamela Lee Gaff; )
)
)
**Anthony Galante,** representative of the estate of Deanna Micciulli Galante; )
)

**Giovanni Galante,** representative of the estate of Grace Galante;

**Maria Galea,** representative of the estate of Frances Haros;

**Regina Gallagher,** representative of the estate of Daniel James Gallagher;

**Anthony Gambale,** representative of the estate of Giovanna G. Gambale;

**Robin Gann**, representative of the estate of Claude Michael Gann;

**Andrea Garbarini,** representative of the estate of Charles Garbarini;

**Carmen Garcia,** representative of the estate of Ivan Vale;

**Carmen Garcia,** representative of the estate of Felix Vale;

**Celeste Garcia**, representative of the estate of Cesar R. Garcia;

**Deborah Garcia,** representative of the estate of David Garcia;

**Dorothy Garcia,** representative of the estate of Andrew Garcia;

**Wanda Garcia-Ortiz,** representative of the estate of Emilio Ortiz;

**Amy Gardner**, representative of the estate of Jeffrey B. Gardner;

**Harvey Gardner,** representative of the estate of Harvey Joseph Gardner III;

**Jennifer Gardner,** representative of the estate of Douglas B. Gardner;

**Susan Gardner,** representative of the estate of Christopher S. Gardner;

**Antonia Gargano,** representative of the estate of Rocco Nino Gargano; )
)
)

**Frances Garvey,** representative of the estate of Matthew D. Garvey; )
)
)

**Luis Gaston,** representative of the estate of Betsy Martinez; )
)
)

**Jacqueline Gavagan,** representative of the estate of Donald R. Gavagan Jr.; )
)
)

**Sonia Gawas,** representative of the estate of Ganesh Ladkat; )
)
)

**Linda Gay**, representative of the estate of Peter A. Gay; )
)
)

**Solomon Gayle,** representative of the estate of Seilai Khoo; )
)
)

**Maurizio Gazzani,** representative of the estate of Terence D. Gazzani; )
)
)

**Tracy Gazzani,** representative of the estate of Terence D. Gazzani; )
)
)

**Mathilda Geidel,** representative of the estate of Gary Paul Geidel; )
)
)

**Richard George,** representative of the estate of Linda George; )
)
)

**Hans Gerhardt,** representative of the estate of Ralph Gerhardt; )
)
)

**Rochelle Gerlich**, representative of the estate of Robert J. Gerlich; )
)
)

**Roman Gertsberg,** representative of the estate of Marina Gertsberg; )
)
)

**Rosemarie Giallombardo,** representative of the estate of Paul Richard Salvio; )
)
)

**Joseph Gibson III**, representative of the estate of Brenda C. Gibson; )
)
)

**Jacqueline Gilbert,** representative of the estate )

of Timothy Paul Gilbert;

**Deena Gilbey,** representative of the estate of Paul Stuart Gilbey;

**Eleanor Gillette,** representative of the estate of Evan Hunter Gillette;

**Elizabeth Gilligan,** representative of the estate of Ronald L. Gilligan;

**April Ginley,** representative of the estate of John F. Ginley;

**Elda Giron,** representative of the estate of Fabian Soto;

**Sali Gjonbalaj,** representative of the estate of Mon Gjonbalaj;

**Herbert Gladstone,** representative of the estate of Dianne Gladstone;

**Benjamin Glascoe,** representative of the estate of Keith Alexander Glascoe;

**Judith Glick,** representative of the estate of Barry H. Glick;

**Daniela Gogliormella,** representative of the estate of Michael Gogliormella;

**Lisa Goldberg,** representative of the estate of Martin Edward McWilliams;

**Rise Goldflam,** representative of the estate of Jeffrey Goldflam;

**Irene Golinski,** representative of the estate of Ronald F. Golinski;

**Hortensia Gonzalez,** representative of the estate of Dennis Mojica;

**Ellen Goodchild,** representative of the estate of Lynn Catherine Goodchild;

**William Goodchild**, representative of the estate of Lynn Catherine Goodchild;

**Claire Gorayeb,** representative of the estate of Catherine C. Gorayeb; )

**Barbara Gowell,** representative of the estate of Douglas A. Gowell; )

**Jack Grandcolas,** representative of the estate of Lauren C. Grandcolas; )

**James Gray,** representative of the estate of Christopher Stewart Gray; )

**Jean Marie Gray,** representative of the estate of James M. Gray; )

**Tina Grazioso,** representative of the estate of John Grazioso; )

**Roxanne Green**, representative of the estate of Wade Brian Green; )

**Kelly Green-Grady,** representative of the estate of Christopher Michael Grady; )

**Patricia Greene-Wotton,** representative of the estate of Rodney James Wotton; )

**Michael Greenstein,** representative of the estate of Eileen Greenstein; )

**Maureen Gregory,** representative of the estate of Donald H. Gregory; )

**Judith Grimner,** representative of the estate of David Joseph Grimner; )

**Laura Grygotis,** representative of the estate of John M. Pocher; )

**Joanne Grzelak,** representative of the estate of Joseph Grzelak; )

**Patricia Grzymalski,** representative of the estate of Matthew James Grzymalski; )

**Jerry Guadagno,** representative of the estate of Richard J. Guadagno; )

**Elise Guadalupe,** representative of the estate of Jose Antonio Guadalupe; )
)
)

**Annie Guerrero,** representative of the estate of Roland Pacheco; )
)
)

**Irinie Guirguis,** representative of the estate of Albert W. Elmarry; )
)
)

**Thomas Guza,** representative of the estate of Philip T. Guza; )
)
)

**Anthony Guzzardo,** representative of the estate of Barbara Guzzardo; )
)
)

**Gloria Hagis,** representative of the estate of Steven M. Hagis )
)
)

**Geraldine Halderman,** representative of the estate of David Halderman )
)
)

**Beverly Hall,** representative of the estate of Vaswald Hall; )
)
)

**Jeraldine Halligan,** representative of the estate of Robert John Halligan; )
)
)

**Maureen Halvorson,** representative of the estate of James D. Halvorson; )
)
)

**Elizabeth Hamilton,** representative of the estate of Robert Hamilton; )
)
)

**Bryan Hanley,** representative of the estate of Sean Hanley; )
)
)

**Eileen Hannaford,** representative of the estate of Kevin James Hannaford; )
)
)

**Thomas Hannon,** representative of the estate of Dana Rey Hannon; )
)
)

**C. Lee Hanson,** representative of the estate of Peter Burton Hanson; )
)
)

**C. Lee Hanson**, representative of the estate of Christine Lee Hanson; )
)
)

**Gloria Haramis,** representative of the estate of )

Cassikios G. Haramis; )
)
**Judith Hardacre,** representative of the estate of Gerald Hardacre; )
)
**Debra Harlin,** representative of the estate of Daniel Edward Harlin; )
)
**Arvette Harris,** representative of the estate of Aisha Ann Harris; )
)
**Laurie Hart,** representative of the estate of John P. Hart; )
)
**Robert Harvey,** representative of the estate of Sarah Elizabeth Manley; )
)
**Rita Hashem,** representative of the estate of Peter Paul Hashem; )
)
**Elizabeth Hatton,** representative of the estate of Terence Sean Hatton; )
)
**Erika Haub,** representative of the estate of Michael Haub; )
)
**Fiona Havlish,** representative of the estate of Donald G. Havlish Jr.; )
)
**ElizabethGail Hayden,** representative of the estate of James E. Hayden; )
)
**Charles Hazelcorn,** representative of the estate of Scott Hazelcorn; )
)
**Bernard Heeran,** representative of the estate of Charles F.X. Heeran; )
)
**Thomas Heidenberger,** representative of the estate of Michele M. Heidenberger; )
)
**Debora Hemschoot,** representative of the estate of Mark Hemschoot; )
)
**Alison Henderson,** representative of the estate of Christopher Sean Caton; )
)
**George Henrique**, representative of the estate of Michelle Marie Henrique; )

**Alice Henry,** representative of the estate of Joseph P. Henry;

**Edward Henry,** representative of the estate of Joseph P. Henry;

**Theresa Hepburn**, representative of the estate of Robert Allan Hepburn;

**Eslyn Hernandez,** representative of the estate of Claribel Hernandez;

**Eulogia Hernandez,** representative of the estate of Norberto  Hernandez;

**Leslie Hersch,** representative of the estate of Jeffrey A. Hersch;

**Diana Hetzel,** representative of the estate of Thomas J. Hetzel;

**Caren Higgins,** representative of the estate of Timothy Higgins;

**George Hindy,** representative of the estate of Mark   D. Hindy;

**Caryn Hinson,** representative of the estate of Michael Robert Wittenstein;

**Sheila Hobin,** representative of the estate of James J. Hobin;

**Cynthia Hobson,** representative of the estate of Robert Wayne Hobson III;

**Barbara Hoerner,** representative of the estate of Ronald G. Hoerner;

**Eileen Hoey,** representative of the estate of Patrick Aloysius Hoey;

**Rebecca Hofer**, representative of the estate of John Hofer;

**Gabrielle Hoffman,** representative of the estate of Stephen G. Hoffman;

**Gail Hoffmann,** representative of the estate of Michele Hoffmann;

**Gail Hoffmann,** representative of the estate of Frederick Hoffmann;

**Alice Hoglan,** representative of the estate of Mark K. Bingham;

**Stephen Holland**, representative of the estate of Cora Hidalgo Holland;

**Karen Homer,** representative of the estate of Herbert W. Homer;

**Tu HoNguyen,** representative of the estate of Khang N. Nguyen;

**Rita Hopper,** representative of the estate of James P. Hopper;

**Lisa Hord,** representative of the estate of Montgomery M. Hord;

**Kurt Horning,** representative of the estate of Matthew D. Horning;

**Patricia Horohoe,** representative of the estate of Robert L. Horohoe Jr.;

**Robert Horohoe Sr.,** representative of the estate of Robert L. Horohoe Jr.;

**Miriam Horrocks,** representative of the estate of Michael Robert Horrocks;

**Allan Horwitz,** representative of the estate of Aaron Horwitz;

**Sonya Houston,** representative of the estate of Uhuru Gonja Houston;

**Emily Howell,** representative of the estate of Michael C. Howell;

**Donna Hughes,** representative of the estate of Paul R. Hughes;

**Henry Hughes,** representative of the estate of Kris

Robert Hughes;

**Louise Hughes,** representative of the estate of Robert T. Hughes Jr.;

**Robert Hughes**, representative of the estate of Robert T. Hughes Jr.;

**Rosanne Hughes,** representative of the estate of Thomas F. Hughes Jr.;

**Christine Huhn**, representative of the estate of David Martin Graifman;

**Tennyson Huie,** representative of the estate of Susan Huie;

**Jennifer Woodward Hunt,** representative of the estate of William Hunt;

**Beatriz Hymel,** representative of the estate of Robert Joseph Hymel;

**Joseph Ianelli,** representative of the estate of Joseph A. Ianelli;

**Monica Iken,** representative of the estate of Michael Patrick Iken;

**Gloria Ingrassia,** representative of the estate of Christopher Noble Ingrassia;

**Lisa Inzerillo,** representative of the estate of William E. Krukowski;

**Steven Irgang,** representative of the estate of Doug Irgang;

**Lauri Isbrandtsen,** representative of the estate of Erik Hans Isbrandtsen;

**Anna Ivantsov,** representative of the estate of Aleksandr Ivantsov;

**Barry Jablonski**, representative of the estate of Virginia Jablonski;

**Martha Jackson-Holley,** representative of the estate of Jimmie I. Holley;

**Jennifer Jacobs,** representative of the estate of Jason Kyle Jacobs;

**Deborah Jacobson,** representative of the estate of Steven A. Jacobson;

**Kimberly Jacoby,** representative of the estate of Steven Donald Jacoby;

**Louis Jagoda,** representative of the estate of Jake D. Jagoda;

**Sneh Jain,** representative of the estate of Yudh V. Jain;

**Catherine Jalbert,** representative of the estate of Robert A. Jalbert;

**Aram Jarret Jr.,** representative of the estate of Amy Nicole Jarret;

**Diane Java**, representative of the estate of Jeff L. Simpson;

**Gisele Jean-Gilles,** representative of the estate of Mark Y. Gilles;

**Jennifer Jenkins,** representative of the estate of Joseph Jenkins Jr.;

**Frank Jensen,** representative of the estate of Suzanne M. Calley;

**Meena Jerath,** representative of the estate of Prem N. Jerath;

**Ju-Hsiu Jian,** representative of the estate of Hweidar Jian;

**Glyn John,** representative of the estate of Nicholas John;

**Timothy John,** representative of the estate of Nicholas John;

**Debra Johnson,** representative of the estate of David J. Williams;

**Joyce Johnson,** representative of the estate of Dennis M. Johnson; )
)
)

**Yassin Johnson,** representative of the estate of Jemal Legesse DeSantis; )
)
)

**Harry Jones IV,** representative of the estate of Allison H. Jones; )
)
)

**Mary Jones,** representative of the estate of Charles E. Jones; )
)
)

**Mary Jones,** representative of the estate of Christoffer Mikael Carstanjen; )
)
)

**Shawn Jones,** representative of the estate of Jeannine Damiani-Jones; )
)
)

**Susan Jones,** representative of the estate of Christopher Jones; )
)
)

**Jennifer Josiah,** representative of the estate of Jane Eileen Josiah; )
)
)

**Kelly Josiah,** representative of the estate of Jane Eileen Josiah; )
)
)

**Sentija Jovic,** representative of the estate of Anthony Jovic; )
)
)

**Ellen Judd,** representative of the estate of Christine Egan; )
)
)

**Vincent Kane,** representative of the estate of Vincent Kane; )
)
)

**Tamara Kanter,** representative of the estate of Sheldon Robert Kanter; )
)
)

**Francine Kaplan,** representative of the estate of Robin Kaplan; )
)
)

**Harold Kaplan,** representative of the estate of Deborah H. Kaplan; )
)
)

**Lauren Kasper,** representative of the estate of Charles Kasper; )
)
)

**Barbara Keane,** representative of the estate of )

Edward T. Keane; )
)
**Judith Keane,** representative of the estate of Richard M. Keane; )
)
**Denise Keasler,** representative of the estate of Karol Ann Keasler; )
)
**Diane Keating,** representative of the estate of Ryan Fitzgerald; )
)
**Michael Keating,** representative of the estate of Barbara Ann Keating; )
)
**Kristen Keene,** representative of the estate of Leo Russell Keene III; )
)
**JoAnne Kelly,** representative of the estate of William H. Kelly Jr.; )
)
**William Kelly Sr.,** representative of the estate of William H. Kelly Jr.; )
)
**Elizabeth Kemmerer,** representative of the estate of Hilda Marcin; )
)
**Donald Keohane,** representative of the estate of John Richard Keohane; )
)
**Hedi Kershaw,** representative of the estate of Ralph Kershaw; )
)
**Granvilette Kestenbaum,** representative of the estate of Howard L. Kestenbaum; )
)
**Tahira Khan**, representative of the estate of Taimour Khan; )
)
**Henry Kiefer,** representative of the estate of Michael Kiefer; )
)
**Sheila Kiernan,** representative of the estate of Christopher R. Zarba Jr.; )
)
**John Kim,** representative of the estate of Sue Ju Hanson; )
)
**Alison Kinney,** representative of the estate of Brian Kevin Kinney; )

**James Kirby,** representative of the estate of Chris M. Kirby;

**Rochelle Kirschbaum,** representative of the estate of Howard Barry Kirschbaum;

**Kevin Kittle,** representative of the estate of Helen P. Crossin-Kittle;

**Christina Kminek,** representative of the estate of Mari-Rae Sopper;

**Mea Knapp Esq.,** representative of the estate of Benilda Domingo;

**Grace Kneski,** representative of the estate of Steven Cafiero;

**Nancy Knox,** representative of the estate of Thomas Patrick Knox;

**Robert Kobus,** representative of the estate of Deborah Kobus;

**Geoffrey Kohart,** representative of the estate of Ryan A. Kohart;

**Aimee Kondratenko/Garrison,** representative of the estate of Suzanne Kondratenko;

**Nina Kostic,** representative of the estate of Bojan Kostic;

**Zoe Kousoulis,** representative of the estate of Danielle Kousoulis;

**Maria Koutny,** representative of the estate of Marie Pappalardo;

**Felix Ksido,** representative of the estate of Lyudmila Ksido;

**Nancy Kumpel,** representative of the estate of Kenneth B. Kumpel;

**James Kuveikis,** representative of the estate of Thomas J. Kuveikis;

**Eric LaBorie,** representative of the estate of Kathryn LaBorie; )
)
)

**Dominick LaFalce,** representative of the estate of Joseph A. LaFalce; )
)
)

**Linda Lalama,** representative of the estate of Franco Lalama; )
)
)

**Amy Zhang Lam,** representative of the estate of Chow Kwan Lam; )
)
)

**Richard Lane,** representative of the estate of Robert T. Lane; )
)
)

**Sandra Lang,** representative of the estate of Brendan Mark Lang; )
)
)

**Joseph Langley, representative** of the estate of Mary Lou Langley; )
)
)

**Robert Lanza Jr.,** representative of the estate of Michele Lanza; )
)
)

**Stephen Larrabee,** representative of the estate of Christopher R. Larrabee; )
)
)

**Caroline Larsen**, representative of the estate of Scott Larsen; )
)
)

**Kim Lasko,** representative of the estate of Gary E. Lasko; )
)
)

**Virginia LaTouche,** representative of the estate of Jeffrey G. LaTouche; )
)
)
)

**Joseph LaVache,** representative of the estate of Maria LaVache; )
)
)

**Dolores LaVerde**, representative of the estate of Jeannine LaVerde; )
)
)

**Deena Laverty,** representative of the estate of Anna A. Laverty; )
)
)

**Victoria Lawn,** representative of the estate of Steven Lawn; )
)
)

**Suzanne Lawrence,** representative of the estate of Robert A. Lawrence Jr.; )

**Laurie Miller Laychak**, representative of the estate of David William Laychak; )

**Ann Leavy,** representative of the estate of Neil J. Leavy; )

**Caroline Leavy,** representative of the estate of Joseph Leavy; )

**Linda LeBlanc,** representative of the estate of Natalie Janis Lasden; )

**Angela Lee,** representative of the estate of David S. Lee; )

**Edward Lee,** representative of the estate of Juanita Lee; )

**Jungmi Lee**, representative of the estate of Dong Chul Lee; )

**Kellie Lee,** representative of the estate of Daniel John Lee; )

**Kui Liong Lee,** representative of the estate of Siew-Nya Ang; )

**Mary Lou Lee,** representative of the estate of Chih Min Foo; )

**Myong Lee,** representative of the estate of Linda C. Lee; )

**Alicia Leguillow,** representative of the estate of Nestor A. Cintron; )

**Hayley Natalie Lehrfeld,** representative of the estate of Eric Andrew Lehrfeld; )

**Carie Lemack,** representative of the estate of Judith Camilla Larocque; )

**Danielle Lemack,** representative of the estate of Judith Camilla Larocque; )

**Ingrid Lenihan,** representative of the estate of )

Joseph A. Lenihan; )

**Patricia Lennon,** representative of the estate of John J. Lennon Jr.; )

**Irene Lesiw,** representative of the estate of John Skala; )

**Dennis Levi,** representative of the estate of John D. Levi; )

**Jennifer Levi-Longyear,** representative of the estate of John D. Levi; )

**Roni Levine,** representative of the estate of Robert Levine; )

**Dolores Libretti,** representative of the estate of Daniel Libretti; )

**Mark Lichtschein,** representative of the estate of Edward Lichtschein; )

**Vyacheslav Ligay,** representative of the estate of Zhentta Tsoy Ligay; )

**Haydee Lillo,** representative of the estate of Carlos R. Lillo; )

**Caroline Lilore,** representative of the estate of Craig Damian Lilore; )

**Deryck Lindo,** representative of the estate of Nickie Lindo; )

**Carol Ann Linehan,** representative of the estate of Thomas V. Linehan Jr.; )

**Jin Liu,** representative of the estate of Liming Gu; )

**Jiun-Min Liu,** representative of the estate of Ming-Hao Liu; )

**Jean Lucido Lizzul,** representative of the estate of Martin Lizzul; )

**Eugenia Llanes,** representative of the estate of George Andrew Llanes; )

**Robert Logler,** representative of the estate of Elizabeth C. Logler; )

**Carmelo Loguidice,** representative of the estate of Catherine Lisa Loguidice; )

**Dening Lohez,** representative of the estate of Jerome Lohez; )

**Christopher Longing,** representative of the estate of Laura M. Longing; )

**Rhonda Lopez,** representative of the estate of Maclovio Lopez; )

**Theresann Lostrangio,** representative of the estate of Joseph Lostrangio; )

**Sharon Louis,** representative of the estate of Stuart Seid Louis; )

**James Lovero,** representative of the estate of Joseph Lovero; )

**Joanne Lovett,** representative of the estate of Brian Nunez; )

**Gary Michael Low,** representative of the estate of Sara Elizabeth Low; )

**Michelle Ludwig,** representative of the estate of Lee Charles Ludwig; )

**Eileen Lugano,** representative of the estate of Sean Thomas Lugano; )

**Marie Lukas,** representative of the estate of Marie Lukas; )

**Karen Lunder,** representative of the estate of Christopher Edmund Lunder; )

**Geraldine Luparello,** representative of the estate of Anthony Luparello; )

**Howard Lutnick,** representative of the estate of Gary Frederick Lutnick III; )

**Ralph Luzzicone,** representative of the estate of )

Linda Luzzicone; )
)
**Vladimir Lygin,** representative of the estate of )
Alexander Lygin; )
)
**Valentina Lygina,** representative of the estate of )
Alexander Lygin; )
)
**Lorne Lyles,** representative of the estate of )
CeeCee Louise Lyles; )
)
**Elizabeth Lynch,** representative of the estate of )
Robert H. Lynch; )
)
**Jacqueline Lynch,** representative of the estate of )
Terence M. Lynch; )
)
**John Lynch,** representative of the estate of )
Michael Francis Lynch; )
)
**Michael Lynch,** representative of the estate of )
Sean Patrick Lynch; )
)
**Irene Lyons,** representative of the estate of )
Patrick John Lyons; )
)
**Kenneth Mace,** representative of the estate of )
Robert Francis Mace; )
)
**Douglas Mackay,** representative of the estate of )
Susan Mackay; )
)
**Maura Madden,** representative of the estate of )
Richard B. Madden; )
)
**Maureen Maddison,** representative of the estate )
of Simon Maddison; )
)
**Jennifer Lyn Maerz,** representative of the estate )
of Noell Charles Maerz; )
)
**Linda Maffeo,** representative of the estate of )
Joseph Maffeo; )
)
**Beth Mahon,** representative of the estate of )
Thomas Mahon; )
)
**Laura Maler,** representative of the estate of )
Alfred Russell Maler; )

**Kathleen Maloney,** representative of the estate of Joseph Maloney;

**Jane Maltby,** representative of the estate of Christian H. Maltby;

**Kathleen Mangano,** representative of the estate of Joseph Mangano;

**Kenneth Mannetta,** representative of the estate of Debra M. Mannetta;

**Chrislan Fuller Manuel,** representative of the estate of Meta L. Waller;

**Norma Margiotta,** representative of the estate of Charles Joseph Margiotta;

**Dennis Marlo**, representative of the estate of Kevin D. Marlo;

**Nancy Daria Marra,** representative of the estate of Michael D'Auria;

**Jodi Marrero,** representative of the estate of Jose Marrero;

**Donn Marshall,** representative of the estate of Shelley A. Marshall;

**Deborah Martin,** representative of the estate of William J. Martin;

**John Martin,** representative of the estate of Karren A. Martin;

**Paul Martin**, representative of the estate of Karren A. Martin;

**Aida Martinez,** representative of the estate of Jose A. Martinez;

**Lisa Martini,** representative of the estate of Paul Richard Martini;

**Anthony Martino,** representative of the estate of Anne Marie Martino-Cramer;

**Mildred Martino**, representative of the estate of Anne Marie Martino-Cramer; )
)
)

**Catherine Masak,** representative of the estate of Catherine Lisa Loguidice; )
)
)

**Joan Masi,** representative of the estate of Stephen F. Masi; )
)
)

**Diane Massaroli,** representative of the estate of Michael Massaroli; )
)
)

**Karen Mastrandrea,** representative of the estate of Philip W. Mastrandrea Jr.; )
)
)

**Margaret Mathers,** representative of the estate of Charles W. Mathers; )
)
)

**Elizabeth Mattson,** representative of the estate of Robert D. Mattson; )
)
)

**Denise Matuza,** representative of the estate of Walter Matuza; )
)
)

**Margaret Mauro,** representative of the estate of Dorothy Mauro; )
)
)

**Ronald May,** representative of the estate of Renee A. May; )
)
)

**Kathleen Maycen,** representative of the estate of Lindsay S. Morehouse; )
)
)

**Catherine Mazzella,** representative of the estate of Edward Mazzella Jr.; )
)
)

**Catherine Mazzotta,** representative of the estate of Jennifer Lynn Mazzotta; )
)
)

**Vertistine Mbaya,** representative of the estate of Kaaria William Mbaya; )
)
)

**Dawn McAleese,** representative of the estate of Brian G. McAleese; )
)
)

**James McAneney,** representative of the estate of Patricia A. McAneney; )
)
)

**Paula McAvoy,** representative of the estate of )

John K. McAvoy; )
)
**Marsha McBrayer,** representative of the estate of )
Kenneth M. McBrayer; )
)
**Lynn McCabe,** representative of the estate of )
Michael J. McCabe; )
)
**Margaret McCrane,** representative of the estate )
of Mary Herencia; )
)
**Cynthia McDay,** representative of the estate of )
Tonyell F. McDay; )
)
**Denise McDonald,** representative of the estate of )
Joseph Paul McDonald; )
)
**Cheryl McDonnell,** representative of the estate )
of Michael P. McDonnell; )
)
**Bonnie McEneaney,** representative of the estate )
of Eamon McEneaney; )
)
**William McGinly,** representative of the estate )
of Mark Ryan McGinly; )
)
**Mary Sue McGovern,** representative of the estate )
of William J. McGovern; )
)
**Lynn McGuinn,** representative of the estate of )
Francis Noel McGuinn; )
)
**Danielle McGuire,** representative of the estate )
of Patrick McGuire; )
)
**Kathleen McGuire,** representative of the estate )
of Stephen Huczko; )
)
**Sherry McHeffey,** representative of the estate of )
Keith McHeffey; )
)
**Maria McHugh**, representative of the estate of )
Michael E. McHugh; )
)
**Una McHugh,** representative of the estate of )
Dennis Patrick McHugh; )
)
**Bernadette McHugh-Torres,** representative of )
the estate of Denis J. McHugh III; )

**Jeannine McIntyre**, representative of the estate of Donald J. McIntyre;

**Patricia McKenna,** representative of the estate of Stephanie McKenna;

**Katherine McNeal,** representative of the estate of Daniel W. McNeal;

**Katherine McPadden,** representative of the estate of Robert W. McPadden;

**Eli Medina,** representative of the estate of Abigail Medina;

**Maureen Meehan,** representative of the estate of William J. Meehan Jr.;

**Gopal Mehta,** representative of the estate of Alok K. Mehta;

**Joanne Meisenheimer,** representative of the estate of Raymond Meisenheimer;

**Lisa Meltzer,** representative of the estate of Stuart Todd Meltzer;

**Debra Menich,** representative of the estate of Kevin Micheal McCarthy;

**Joyce Mercer,** representative of the estate of Scott Kopytko;

**Debra Mercurio,** representative of the estate of Ralph Mercurio;

**Maria Merwin,** representative of the estate of Ronald L. Gamboa;

**Patricia Milano,** representative of the estate of Peter T. Milano;

**Joseph Milanowycz,** representative of the estate of Gregory Milanowycz;

**Betty Ann Miller,** representative of the estate of Michael Matthew Miller;

**David James Miller**, representative of the estate of Nicole Carol Miller;

**Holly Ann Miller,** representative of the estate of Craig James Miller;

**James Miller,** representative of the estate of Michael Matthew Miller;

**Michele Miller,** representative of the estate of Mitchel Scott Wallace;

**Mitoko Miller,** representative of the estate of Robert C. Miller Jr.;

**Toby Millman,** representative of the estate of Benjamin Millman;

**Paula Minara,** representative of the estate of Robert Minara;

**Philomena Mistrulli,** representative of the estate of Joseph D. Mistrulli;

**Maureen Mitchell,** representative of the estate of Paul T. Mitchell;

**Joyce Miuccio,** representative of the estate of Richard Miuccio;

**Suzanne Mladenik**, representative of the estate of Jeffrey P. Mladenik;

**Tessie Molina-Forsythe**, representative of the estate of Christopher Hugh Forsythe;

**Donna Molinaro,** representative of the estate of Carl Eugene Molinaro;

**Jodi Molisani,** representative of the estate of Justin John Molisani Jr.;

**Bernard Monaghan,** representative of the estate of Brian Patrick Monaghan;

**Matthew Monahan,** representative of the estate of Franklyn Monahan;

**Caren Montano,** representative of the estate of

Craig D. Montano;

**Nancy Montesi,** representative of the estate of Michael G. Montesi;

**Michael Monyak,** representative of the estate of Cheryl A. Monyak;

**Elizabeth Moran,** representative of the estate of John Christopher Moran;

**Ivy Moreno,** representative of the estate of Yvette Nicole Miller;

**Nykia Morgan,** representative of the estate of Dorothy R. Morgan;

**Harold Morris Jr.,** representative of the estate of Lynne Irene Morris;

**Lynn Morris,** representative of the estate of Seth A. Morris;

**Patricia Morris,** representative of the estate of Lynne Irene Morris;

**Lorraine Moskal,** representative of the estate of William David Moskal;

**Mary Moutos,** representative of the estate of Peter C. Moutos;

**Gricel Moyer,** representative of the estate of Manuel del Valle Jr.;

**Constance Muldowney,** representative of the estate of Richard Muldowney;

**Sara Mulligan,** representative of the estate of Peter James Mulligan;

**Lynn Mullin**, representative of the estate of Michael Joseph Mullin;

**Susan King Munhall,** representative of the estate of James Donald Munhall;

**Laurie Murach,** representative of the estate of Robert Murach;

**Catherine Murphy,** representative of the estate of Christopher W. Murphy;

**Ryan Murphy,** representative of the estate of Edward Charles Murphy;

**Patricia Murray,** representative of the estate of John Joseph Murray;

**Rory Murray,** representative of the estate of John J. Murray;

**Jessica Murrow-Adams,** representative of the estate of Stephen George Adams;

**Natalia Mushinski,** representative of the estate of Iouri Mouchinski;

**Nicola Napier,** representative of the estate of Alexander Napier;

**Baldev Narula**, representative of the estate of Maniki Narula;

**Margaret Nassaney**, representative of the estate of Shawn Nassaney;

**Patrick Nassaney Sr.,** representative of the estate of Shawn Nassaney;

**Keolahmatie Nath,** representative of the estate of Narender Nath;

**Julianne Nazario**, representative of the estate of Francis J. Nazario;

**Zandra Lena Neblett,** representative of the estate of Rayman Marcus Neblett;

**Leila Negron,** representative of the estate of Pete Negron;

**Gilberto Neira,** representative of the estate of Laurie Ann Neira;

**Gary Nelson,** representative of the estate of Ann Nicole Nelson;

**Rosanne Nelson,** representative of the estate of James Nelson; )
)
)

**Paul Newell**, representative of the estate of Renee Tetreault Newell; )
)
)

**Charles Niederer,** representative of the estate of Martin Stewart Niederer; )
)
)

**Nancy Niedermeyer,** representative of the estate of Alfonse J. Niedermeyer; )
)
)

**William Nielsen,** representative of the estate of Michel P. Colbert; )
)
)

**Jennifer Nilsen,** representative of the estate of Troy Edward Nilsen; )
)
)

**Patricia Nilsen,** representative of the estate of Anne Marie Martino-Cramer; )
)
)

**Ellen Niven,** representative of the estate of John Ballentine Nivin; )
)
)

**Michael Noel,** representative of the estate of Curtis T. Noel; )
)
)

**Theresa Noel,** representative of the estate of Curtis T. Noel; )
)
)

**Renee Nolan,** representative of the estate of Daniel R. Nolan; )
)
)

**Christine O'Berg,** representative of the estate of Dennis O'Berg; )
)
)

**Cheryl O'Brien**, representative of the estate of Thelma Cuccinello; )
)
)

**James O'Brien,** representative of the estate of James O'Brien Jr.; )
)
)

**Rachel O'Brien**, representative of the estate of Michael P. O'Brien; )
)
)

**Rhonda O'Callaghan,** representative of the estate of Daniel O'Callaghan; )
)
)

**Andrea O'Hagan,** representative of the estate of )

Thomas Gerard O'Hagan; )
)
**Carole O'Hare,** representative of the estate of Hilda Marcin; )
)
)
**Jeanne O'Neill**, representative of the estate of Peter J. O'Neill Jr.; )
)
)
**Peter O'Neill Sr.,** representative of the estate of Peter J. O'Neill Jr.; )
)
)
**Maryann O'Rourke,** representative of the estate of Kevin M. O'Rourke; )
)
)
**Denise Oakley,** representative of the estate of James A. Oakley; )
)
)
**Suzanne Oelschlager,** representative of the estate of Douglas E. Oelschlager; )
)
)
**Antoinette Ognibene,** representative of the estate of Philip Paul Ognibene; )
)
)
**Vincent Ognibene,** representative of the estate of Philip Paul Ognibene; )
)
)
**Margaret Ogonowski**, representative of the estate of John A. Ogonowski; )
)
)
**Lynn Olcott,** representative of the estate of Gerald M. Olcott; )
)
)
**Stella Olender,** representative of the estate of Christine Olender; )
)
)
**Denise Olsen,** representative of the estate of Jeffrey James Olsen; )
)
)
**Taube Olsen,** representative of the estate of Eric Taube Olsen; )
)
)
**Olga Orgielewicz,** representative of the estate of Christopher T. Orgielewicz; )
)
)
**Edna Kang Ortiz,** representative of the estate of Pablo Ortiz; )
)
)
**Lauren Osnato,** representative of the estate of Karen Helene Schmidt; )
)

**Herbert Ouida,** representative of the estate of Todd Joseph Ouida;

**Margaret Owen**, representative of the estate of Melanie Louise DeVere;

**Clara Pachomski,** representative of the estate of Wendy A. Wakeford;

**Rekha Packer,** representative of the estate of Michael B. Packer;

**Monique Padilla-Ferrer,** representative of the estate of Michael A. Trinidad;

**Rose Padro-Lebron**, representative of the estate of Diana B. Padro;

**Annette Palazzolo,** representative of the estate of Richard A. Palazzolo;

**Hui Fen Pan,** representative of the estate of Neil K. Lai;

**Barbara Pandolfo,** representative of the estate of Dominique Lisa Pandolfo;

**Janice Pansini,** representative of the estate of Paul J. Pansini;

**Christine Papasso,** representative of the estate of Salvatore T. Papasso;

**Marie Ann Paprocki,** representative of the estate of Denis Lavelle;

**Lachman Parbhu,** representative of the estate of Hardai Parbhu;

**Christina Paris,** representative of the estate of George Paris;

**Charles Parker III,** representative of the estate of Douglas Stone;

**Grace Parkinson-Godshalk**, representative of the estate of William Robert Godshalk;

**Inez Paskins,** representative of the estate of Jerrold H. Paskins; )

**Sean Robert Passananti,** representative of the estate of Horace Robert Passananti; )

**Yogesh Patel,** representative of the estate of Avnish Ramanbhai Patel; )

**Lisa Paterson,** representative of the estate of Steven Bennett Paterson; )

**Christine Patterson,** representative of the estate of Adele Sessa; )

**Frances Patti,** representative of the estate of Cira Marie Patti; )

**Michael Patti,** representative of the estate of Cira Marie Patti; )

**Elizabeth Payne,** representative of the estate of William Eben Wilson; )

**Bobbie Catherine Peak**, representative of the estate of Stacey Lynn Peak; )

**Catherine Pedersen,** representative of the estate of Loretta A. Vero; )

**Nancy Pedicini,** representative of the estate of Thomas Pedicini; )

**Ryan Pemberton,** representative of the estate of Susan Marie Sauer; )

**Michele Pena,** representative of the estate of Angel R. Pena; )

**Cielita Peralta,** representative of the estate of Carl Allen Peralta; )

**Tammy Perconti,** representative of the estate of Jon A. Perconti; )

**Luis Perez,** representative of the estate of Jennifer DeJesus; )

**Patricia Perry,** representative of the estate of )

John William Perry; )
)
**Chiara Pesce**, representative of the estate of Danny Pesce; )
)
)
**Paul Pesce,** representative of the estate of Danny Pesce; )
)
)
**Lynn Pescherine**, representative of the estate of Michael John Pescherine; )
)
)
**D. Hamilton Peterson,** representative of the estate of Donald A. Peterson; )
)
)
**Nicole Petrocelli,** representative of the estate of Mark James Petrocelli; )
)
)
**Eileen Petti,** representative of the estate of Philip S. Petti; )
)
)
**Susan Picarro**, representative of the estate of Ludwig John Picarro; )
)
)
**Petrina Picerno,** representative of the estate of Matthew M. Picerno; )
)
)
**Jacqueline Pietronico,** representative of the estate of Bernard Pietronico; )
)
)
**John Pietrunti,** representative of the estate of Nicholas P. Pietrunti; )
)
)
**Douglas Pinto,** representative of the estate of Susan Elizabeth Pinto; )
)
)
**Rosemary Piskadlo**, representative of the estate of Joseph Piskadlo; )
)
)
**Eric Pitman**, representative of the estate of Christopher Todd Pitman; )
)
)
**Susan Piver**, representative of the estate of Joshua Michael Piver; )
)
)
**Alla Plakht,** representative of the estate of Igor Zukelman; )
)
)
**Doreen Plumitallo,** representative of the estate of Joseph Plumitallo; )
)

**Donald Poissant,** representative of the estate of Cynthia Marie Connolly;

**Barbara Polhemus,** representative of the estate of Thomas H. Polhemus;

**Phyllis Pollio,** representative of the estate of Susan M. Pollio;

**Devora Pontell,** representative of the estate of Darin H. Pontell;

**Vasile Poptean,** representative of the estate of Joshua I. Poptean;

**Catherine Powell,** representative of the estate of Scott Alan Powell;

**Harry Powell**, representative of the estate of Brandon J. Powell;

**Edward Prince,** representative of the estate of Wanda Prince;

**Everett Proctor Jr.,** representative of the estate of Everett M. Proctor III;

**Donald Progen**, representative of the estate of Carrie Beth Progen;

**Marie Puccio-Pick**, representative of the estate of Joseph Pick;

**Michael Puckett,** representative of the estate of John F. Puckett;

**Marion Puiia**, representative of the estate of Jacqueline Donovan;

**Melissa Pullis,** representative of the estate of Edward Frank Pullis;

**Jacqueline Pykon,** representative of the estate of Edward Pykon;

**John Quigley,** representative of the estate of Beth Ann Quigley;

**Virginia Quinn,** representative of the estate of Ricardo J. Quinn;

**Frank Racaniello,** representative of the estate of Christopher A. Racaniello;

**Ed Radburn,** representative of the estate of Betty Browne Radburn;

**Donna Ragaglia,** representative of the estate of Leonard J. Ragaglia;

**Vincent Ragusa,** representative of the estate of Michael Paul Ragusa;

**Lenore Raimondi,** representative of the estate of Peter F. Raimondi;

**Lauren Raines**, representative of the estate of Harry A. Raines;

**Ana Raley,** representative of the estate of Ian J. Gray;

**Darlene Rall,** representative of the estate of Edward J. Rall;

**Migdalia Ramos,** representative of the estate of Harry Ramos;

**Alexander Rapoport,** representative of the estate of Faina Rapoport;

**Anna Rasmussen,** representative of the estate of Robert A. Rasmussen;

**Rodney Ratchford,** representative of the estate of Marsha Ratchford;

**Julia Rathkey,** representative of the estate of David A.J. Rathkey;

**Maureen Raub,** representative of the estate of William R. Raub;

**Thomas Reidy,** representative of the estate of Gregg Reidy;

**Karen Reilly,** representative of the estate of

Ronald G. Tartaro; )
)
**Jeanne Fattori Reinig**, representative of the estate of Thomas Barnes Reinig; )
)
)
**Gayle Reisman**, representative of the estate of Frank Reisman; )
)
)
**Judith Reiss,** representative of the estate of Joshua Scott Reiss; )
)
)
**Christina Resta,** representative of the estate of John Resta; )
)
)
**Jo Ann Riccio**, representative of the estate of Rudolph N. Riccio; )
)
)
**Hugh Rice,** representative of the estate of David H. Rice; )
)
)
**Nilsa Rivera,** representative of the estate of Isaias Rivera; )
)
)
**Elaine Rizza,** representative of the estate of Paul V. Rizza; )
)
)
**Debra Roberts,** representative of the estate of Leo A. Roberts; )
)
)
**John Roberts,** representative of the estate of Michael Edward Roberts; )
)
)
**Paulette Roberts,** representative of the estate of Michael E. Roberts; )
)
)
**Joyce Ann Rodak,** representative of the estate of John M. Rodak; )
)
)
**Cristina Rodrigues,** representative of the estate of Antonio J. Rodrigues; )
)
)
**Carmen Rodriguez**, representative of the estate of Angel Perez Jr.; )
)
)
**Eloisa Rodriguez,** representative of the estate of Azael Vasquez; )
)
)
**Ramon Rodriguez**, representative of the estate of Angel Perez Jr.; )
)

**Thomas Roger,** representative of the estate of Jean Destrehan Roger; )

**Angela Rogers,** representative of the estate of Karlie Barbara Rogers; )

**Keith Rogers,** representative of the estate of Karlie Barbara Rogers; )

**Arnold Roma,** representative of the estate of Keith Roma; )

**Diane Romero,** representative of the estate of E lvin Romero; )

**Patricia Rosen,** representative of the estate of Mark H. Rosen; )

**Susan Rosen,** representative of the estate of Joshua S. Vitale; )

**Richard Rosenblum**, representative of the estate of Joshua Rosenblum; )

**Susan Rosenblum,** representative of the estate of Joshua Rosenblum; )

**Avram Rosenthal,** representative of the estate of Joshua Alan Rosenthal; )

**Loren Rosenthal,** representative of the estate of Richard D. Rosenthal; )

**Marilynn Rosenthal**, representative of the estate of Joshua Alan Rosenthal; )

**Jason Rothberg,** representative of the estate of Michael C. Rothberg; )

**Meredith Rothenberg,** representative of the estate of Mark D. Rothenberg; )

**Fern Ruhalter,** representative of the estate of Adam K. Ruhalter; )

**Marie Russell,** representative of the estate of Stephen P. Russell; )

**Ralph Sabbag,** representative of the estate of Jason E. Sabbag; )

**Brian Saber,** representative of the estate of Scott Saber; )

**Bruce Saber,** representative of the estate of Scott Saber; )

**Arlene Sacerdote,** representative of the estate of Joseph Sacerdote; )

**Stephen Sachs,** representative of the estate of Jessica Leigh Sachs; )

**John Safi,** representative of the estate of Jude Elias Safi; )

**Melanie Salisbury,** representative of the estate of Edward R. Hennessy Jr.; )

**Debra Saloman,** representative of the estate of Wayne J. Saloman; )

**Luis Samaniego,** representative of the estate of Carlos A. Samaniego; )

**Linda Samuel,** representative of the estate of James K. Samuel Jr.; )

**Jose San Pio,** representative of the estate of Sylvia San Pio; )

**Felicita Maria Sanchez,** representative of the estate of Jesus Sanchez; )

**Carol Sandler,** representative of the estate of Herman S. Sandler; )

**Jennifer Sands,** representative of the estate of James Sands Jr.; )

**Expedito Santillan,** representative of the estate of Maria Theresa Santillan; )

**Frances Santore,** representative of the estate of John A. Santore; )

**Ellen Saracini,** representative of the estate of )

Victor J. Saracini;

**Anarkali Sarkar,** representative of the estate of Kalyan K. Sarkar;

**Valeriy Savinkin,** representative of the estate of Vladimir Savinkin;

**Sheila Scandole,** representative of the estate of Robert L. Scandole;

**Julie Scarpitta,** representative of the estate of Michelle Scarpitta;

**Jeanette Schardt,** representative of the estate of John A. Schardt;

**Elliott Scheinberg,** representative of the estate of Angela Susan Scheinberg;

**Paul Schertzer,** representative of the estate of Scott Mitchell Schertzer;

**Karl Schmidt,** representative of the estate of Karen Helene Schmidt;

**Dina Schott,** representative of the estate of Frank G. Schott Jr.;

**Sharon Schultz,** representative of the estate of Karamo Trerra;

**Charles Scibetta,** representative of the estate of Adriana Scibetta;

**Abraham Scott,** representative of the estate of Janice Marie Scott;

**Denise Scott,** representative of the estate of Randolph Scott;

**Loreen Sellitto,** representative of the estate of Matthew Carmen Sellitto;

**Frances Ruth Selwyn,** representative of the estate of Howard Selwyn;

**Debbi Senko,** representative of the estate of Larry John Senko;

**Bruce Serva,** representative of the estate of Marian H. Serva;

**Irene Sessa,** representative of the estate of Adele Sessa;

**Joel Shapiro,** representative of the estate of Sareve Dukat;

**Paula Shapiro**, representative of the estate of Eric Adam Eisenberg;

**Debra Shaw,** representative of the estate of Jeffrey J. Shaw;

**Dawn Shay,** representative of the estate of Robert J. Shay Jr.;

**Daniel Sheehan,** representative of the estate of Linda June Sheehan;

**Maureen Sherry,** representative of the estate of John Anthony Sherry;

**Wen Shi,** representative of the estate of Weibin Wang;

**Jung Hea Shin,** representative of the estate of Gye Hyong Park;

**Julia Shontere,** representative of the estate of Angela Marie Houtz;

**Sarah Siller,** representative of the estate of Stephen G. Siller;

**Kathleen Simmons,** representative of the estate of Bruce E. Simmons;

**LaWanda Simmons,** representative of the estate of Wendy L. Small;

**Eileen Heather Simon,** representative of the estate of Michael John Simon;

**Ann Simpkin,** representative of the estate of Jane Louise Simpkin;

**Alana Siracuse,** representative of the estate of Peter Siracuse; )
)
)
**William Skead,** representative of the estate of Christine Sheila McNulty; )
)
)
**Ronald Sloan,** representative of the estate of Paul Kenneth Sloan; )
)
)
**Karen Smart,** representative of the estate of James Thomas Waters Jr.; )
)
)
**Joanne Smith,** representative of the estate of Karl T. Smith Sr.; )
)
)
**Irene Smolicz,** representative of the estate of Frank J. Koestner; )
)
)
**Charles O'Neal Snyder,** representative of the estate of Christine Ann Snyder; )
)
)
**John Snyder,** representative of the estate of Dianne Bullis Snyder; )
)
)
**Jean Somerville,** representative of the estate of Gregory Stajk; )
)
)
**Katherine Soulas,** representative of the estate of Timothy Patrick Soulas; )
)
)
**Paul Spagnoletti,** representative of the estate of Gregory T. Spagnoletti; )
)
)
**Cheri Magnus Sparacio,** representative of the estate of Thomas Sparacio; )
)
)
**Lorraine Spear,** representative of the estate of Robert W. Spear Jr.; )
)
)
**Rena Speisman,** representative of the estate of Robert S. Speisman; )
)
)
**Michelle Spinelli,** representative of the estate of Frank J. Spinelli Jr.; )
)
)
**Colleen Spor,** representative of the estate of Joseph P. Spor Jr.; )
)
)
**John Sproha,** representative of the estate of )

Gavin McMahon; )
)
**Maureen Sproha**, representative of the estate of Gavin McMahon; )
)
**Vee Stadelberger,** representative of the estate of Richard Stadelberger; )
)
**Blanca Stahlman,** representative of the estate of Eric Adam Stahlman; )
)
**Paul Stanley,** representative of the estate of Mary Domenica Stanley; )
)
**Rosemary Stark,** representative of the estate of Jeffrey Stark; )
)
**Stacey Staub,** representative of the estate of Craig William Staub; )
)
**Blanche Steen,** representative of the estate of Eric Thomas Steen; )
)
**Catherine Marie Stefani,** representative of the estate of Nicole Carol Miller; )
)
**Russa Steiner,** representative of the estate of William R. Steiner; )
)
**Angela Stergiopoulos,** representative of the estate of Andrew Stergiopoulos; )
)
**George Stergiopoulos M.D.,** representative of the estate of Andrew Stergiopoulos; )
)
**Katherine Stern,** representative of the estate of Andrew J. Stern; )
)
**Nikki Stern,** representative of the estate of James E. Potorti; )
)
**Joan Stewart,** representative of the estate of Richard H. Stewart Jr.; )
)
**Richard Stewart,** representative of the estate of Richard H. Stewart Jr.; )
)
**Sheryl Clark Stoll,** representative of the estate of Jason M. Dahl; )

**Terry Strada,** representative of the estate of Thomas S. Strada;

**Patricia Straine,** representative of the estate of James J. Straine Jr.;

**Sandra Straub,** representative of the estate of Edward W. Straub;

**Virginia Strauch,** representative of the estate of George Strauch;

**Debra Strickland,** representative of the estate of Larry L. Strickland;

**Thelma Stuart,** representative of the estate of Walwyn W. Stuart Jr.;

**Elma Sugra,** representative of the estate of William Christopher Sugra;

**William Sugra,** representative of the estate of William Christopher Sugra;

**Nancy Suhr,** representative of the estate of Daniel Thomas Suhr;

**Evelyn Sullins,** representative of the estate of David Marc Sullins;

**Deirdre Dickinson Sullivan,** representative of the estate of Thomas G. Sullivan;

**Patrick Sullivan,** representative of the estate of Patrick Sullivan;

**Cynthia Sumner,** representative of the estate of Carl Max Hammond Jr.;

**Steven Supinski,** representative of the estate of Colleen M. Supinski;

**Bernell Sutton,** representative of the estate of Claudia Sutton;

**Julie Sweeney,** representative of the estate of Brian D. Sweeney;

**Michael Sweeney,** representative of the estate of Madeline Amy Sweeney; )

**Michael Sztejnberg,** representative of the estate of Gina Sztejnberg; )

**Joseph Keith Talbot,** representative of the estate of Phyllis Talbot; )

**Diana Talhami,** representative of the estate of Robert R. Talhami; )

**Diane Taormina,** representative of the estate of Dennis G. Taormina Jr.; )

**Jennifer Tarantino,** representative of the estate of Kenneth J. Tarantino; )

**Mehr Tariq,** representative of the estate of Tariq Amanulah; )

**Michael Tavolarella,** representative of the estate of Deborah Medwig; )

**Sarah Taylor,** representative of the estate of Donnie B. Taylor Sr.; )

**Elaine Teague,** representative of the estate of Sandra D. Teague; )

**Donna Teepe,** representative of the estate of Karl W. Teepe; )

**Ana Tempesta,** representative of the estate of Anthony Tempesta; )

**Louis Temple,** representative of the estate of Dorothy Temple; )

**Rosalyn Temple,** representative of the estate of Dorothy Temple; )

**Raju Thankachan,** representative of the estate of Valsa Raju; )

**Charlette Thompson,** representative of the estate of Perry Thompson; )

**Kai Thompson,** representative of the estate of )

Glenn Thompson; )
)
**Lucy Thompson,** representative of the estate of Clive Thompson; )
)
)
**Linda Perry Thorpe,** representative of the estate of Eric R. Thorpe; )
)
)
**John Tierney,** representative of the estate of John P. Tierney; )
)
)
**Debra Tieste**, representative of the estate of William R. Tieste; )
)
)
**Laurie Tietjen,** representative of the estate of Kenneth F. Tietjen; )
)
)
**Kathleen Tighe,** representative of the estate of Stephen E. Tighe; )
)
)
**Kristine Timmes,** representative of the estate of Scott Charles Timmes; )
)
)
**Joan Tino,** representative of the estate of Jennifer Tino; )
)
)
**Arlene Tipping,** representative of the estate of John J. Tipping II; )
)
)
**Angel Tirado,** representative of the estate of Hector Luis Tirado Jr.; )
)
)
**Beverly Titus,** representative of the estate of Alicia Nicole Titus; )
)
)
**Martin Toyen,** representative of the estate of Amy E. Toyen; )
)
)
**Rosemary Travers,** representative of the estate of Walter P. Travers; )
)
)
**George Trost,** representative of the estate of Gregory J. Trost; )
)
)
**Judy Troy,** representative of the estate of Willie A. Troy; )
)
)
**Marilyn Trudeau,** representative of the estate of Amy Nicole Jarret; )
)

**Jennifer Tucker,** representative of the estate of Rochelle Monique Snell;

**Elizabeth Rachel Turner,** representative of the estate of Simon James Turner;

**Nancy Tzemis,** representative of the estate of Jennifer Lynn Tzemis;

**Stamatios Tzemis,** representative of the estate of Jennifer Lynn Tzemis;

**Leyla Uya,** representative of the estate of Zuhtu Ibis;

**Anne Marie Vaccacio,** representative of the estate of John Damien Vaccacio;

**Donald J. Vadas,** representative of the estate of Bradley H. Vadas;

**Allison Vadhan,** representative of the estate of Kristin White-Gould;

**Lorie Jill Van Auken,** representative of the estate of Kenneth Warren Van Auken;

**M. Rita Van Laere,** representative of the estate of Daniel Maurice Van Laere;

**Brenda Vandever,** representative of the estate of William A. Karnes;

**Janine VanRiper,** representative of the estate of Barbara A. Shaw;

**Eileen Varacchi,** representative of the estate of Frederick Varacchi;

**Srinivasa Varadhan,** representative of the estate of Gopalakrishnan Varadhan;

**Madeline Varriano,** representative of the estate of Frank Varriano;

**Diane Velin,** representative of the estate of Lawrence J. Veling;

**Lisa Ventura,** representative of the estate of Felicia Hamilton; )

**Lisa Ventura,** representative of the estate of Anthony M. Ventura; )

**Gary Vialonga,** representative of the estate of Christopher Vialonga; )

**Jill Robin Vicario,** representative of the estate of Robert Anthony Vicario; )

**Ellen Vignola,** representative of the estate of Frank J. Vignola Jr.; )

**Delia Villanueva,** representative of the estate of Sergio Gabriel Villanueva; )

**DavidVincent,** representative of the estate of Melissa Vincent; )

**Nunzio Virgilio,** representative of the estate of Francine Virgilio; )

**Marie Visciano,** representative of the estate of Joseph Gerard Visciano; )

**Paul Wachtler,** representative of the estate of Gregory Kamal Bruno Wachtler; )

**Michael Wahlstrom,** representative of the estate of Mary Alice Wahlstrom; )

**Laura Walker,** representative of the estate of Benjamin James Walker; )

**Susan Wallace,** representative of the estate of Roy Wallace; )

**Raina Wallens,** representative of the estate of Matthew Blake Wallens; )

**James Walsh,** representative of the estate of Barbara P. Walsh; )

**Kate Walsh,** representative of the estate of James Walsh; )

**Denis Warchola,** representative of the estate of )

Michael Warchola; )
)
**Doyle Raymond Ward,** representative of the estate of Timothy Ray Ward; )
)
**Maria Waring,** representative of the estate of James A. Waring; )
)
**Barbara Waters,** representative of the estate of Charles Waters; )
)
**Lisa Weems,** representative of the estate of William Michael Weems; )
)
**Morton Weinberg,** representative of the estate of Michael T. Weinberg; )
)
**Karla Weiss,** representative of the estate of David Martin Weiss; )
)
**Charles Wells**, representative of the estate of Vincent Michael Wells; )
)
**Julia Ann Wells,** representative of the estate of Vincent Michael Wells; )
)
**Yun-Ju Wen**, representative of the estate of Ssu-Hui Wen; )
)
**Eileen West,** representative of the estate of Peter Matthew West; )
)
**Patricia Whalen,** representative of the estate of Meredith Lynn Whalen; )
)
**Alfred Whelan Sr.,** representative of the estate of Eugene Michael Whelan; )
)
**Mary Louise White,** representative of the estate of Honor Elizabeth Wainio; )
)
**Michael White,** representative of the estate of James Patrick White; )
)
**Renee Whitford,** representative of the estate of Mark P. Whitford; )
)
**Marc Wieman,** representative of the estate of Mary Wieman; )

**Arthur Wildman,** representative of the estate of Alison M. Wildman;

**Margaret Wilkinson,** representative of the estate of Glenn E. Wilkinson;

**Shirley Willcher,** representative of the estate of Ernest M. Willcher;

**Ronald Willett,** representative of the estate of John Charles Willett;

**Crossley Williams Sr.,** representative of the estate of Crossley R. Williams Jr.;

**Edward Williams,** representative of the estate of Manette M. Beckles;

**Patricia Williams,** representative of the estate of Kevin M. Williams;

**Roger Mike Williams,** representative of the estate of Kevin M. Williams;

**Sherri Williams,** representative of the estate of Candace Lee Williams;

**Tammy Williams,** representative of the estate of Dwayne Williams;

**Mary Williamson,** representative of the estate of John P. Williamson;

**Robert Winkis,** representative of the estate of Judith Florence Hofmiller;

**Joan Winton,** representative of the estate of David H. Winton;

**Carol Wisniewski,** representative of the estate of Frank Thomas Wisniewski;

**Arnold Wittenstein,** representative of the estate of Michael Robert Wittenstein;

**Benjamin Wong,** representative of the estate of Jennifer Wong;

**John Woods Jr.,** representative of the estate of James Woods; )
)
)

**Joyce Woods,** representative of the estate of James Woods; )
)
)

**Patrick Woods,** representative of the estate of Patrick Woods; )
)
)

**Linda P. Woodwell,** representative of the estate of Richard H. Woodwell; )
)
)

**Karen Wortley,** representative of the estate of Martin Wortley; )
)
)

**Martha Wright,** representative of the estate of John Wayne Wright III; )
)
)

**Nancy Yambem,** representative of the estate of Jupiter Yambem; )
)
)

**David Yancey,** representative of the estate of Vick L. Yancey; )
)
)

**Ted Yarnell,** representative of the estate of Matthew David Yarnell; )
)
)

**Jay Yaskulka,** representative of the estate of Myrna Yaskulka; )
)
)

**Kimberly York,** representative of the estate of Edward Philip York; )
)
)

**Felicia Young,** representative of the estate of Donald McArthur Young; )
)
)

**Nagat Zakhary,** representative of the estate of Adel A. Zakhary; )
)
)

**Robert Zampieri,** representative of the estate of Robert Alan Zampieri; )
)
)

**Jill Zangrilli,** representative of the estate of Mark Zangrilli; )
)
)

**Rui Zheng,** representative of the estate of Yuguang Zheng; and )
)
)

**Rui Zheng,** representative of the estate of Shuyin )

Yang; )
)
Plaintiffs, )
)
vs. )
)
**Riggs National Corporation**, )
A Delaware Corporation, )
)
-and- )
)
**Riggs Bank, N.A.,** )
A whole owned subsidiary of )
Riggs National Corporation, )
)
)
Defendants. )
______________________________________________)

**COMPLAINT**

1. Plaintiffs Allison Vadhan, William Doyle, April Gallop, Eugenia Singer, Sharon Premoli, Joseph Giampa and Julio Roig, and the remaining plaintiffs identified herein ("plaintiffs"), submit this Amended Complaint by their undersigned counsel, and allege as follows upon personal knowledge as to themselves and their own acts, and as to all other matters upon information and belief based on, among other things, investigation by their counsel and others.

**INTRODUCTION**

2. This is an action for damages arising from injuries and/or death suffered by the plaintiffs and/or their decedents as a result of the negligent, reckless and/or intentional acts of the defendants, which are United States financial institutions that utterly failed, despite numerous admonitions, to comply with duties imposed upon them pursuant to United States anti-money laundering ("AML") statutes and regulations, other national and international industry standards, and common law. Because of the defendants' failures to meet their applicable duties, the defendants did not alert the

appropriate United States authorities to suspicious financial transactions that would have provided the authorities information to identify September 11, 2001 terrorists and their activities in their planning stages. Instead, the defendants' failures significantly contributed to concealing the true source and/or destination of funds passing through accounts at Riggs Bank and ultimately being used for the benefit of terrorists, and ultimately facilitated and significantly contributed to the terrorists being able to complete their terrorist deeds on September 11, 2001 by crashing four United States passenger airlines into the New York World Trade Center buildings, the United States Pentagon, and into a field in Shanksville, Pennsylvania, killing and injuring thousands of people on the planes and at the crash sites.

3. Financing is key to terrorism, corruption, and other criminal acts. Money launderers, terrorists, and other criminals want to be able to transfer funds across international lines, move money quickly, and minimize inquiries into their finances and activities. United States AML laws constitute law enforcement’s first defense against the misuse of the United States financial system by money launderers and terrorist financers, and are designed to prevent terrorists and other criminals from using United States financial institutions to commit such crimes. The aim of AML laws is to enlist United States financial institutions in the fight against money laundering. AML laws require financial institutions to refuse to engage in financial transactions involving criminal proceeds, to monitor transactions and report suspicious activity, and to operate active AML programs.

4. When financial institutions fail to abide by the statutory, regulatory and industry standards applied to them to prevent money laundering, the failures are especially troubling inasmuch as they impede the ongoing battles against terrorism, corruption and other crimes. Here, the defendants' failures impeded the battle against the

financing of terrorism, indeed facilitated such financing, and substantially contributed to terrorists being permitted to evade detection and continue their attack plans against the United States and its citizens, including the plaintiffs and their decedents.

## PARTIES

5. The plaintiff, Allison Vadhan, resides in and is a citizen of the State of New York and is the representative of the estate of Kristin White-Gould, who died as a result of the terrorist attacks on September 11, 2001.

6. The plaintiff, William Doyle, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph Michael Doyle, who died as a result of the terrorist attacks on September 11, 2001.

7. The plaintiff, April Gallop, resides in and is a citizen of the State of Virginia.

8. The plaintiff, Eugenia Singer, resides in and is a citizen of the State of New York.

9. The plaintiff, Sharon Premoli, resides in and is a citizen of the State of California.

10. The plaintiff, Joseph Giampa, resides in and is a citizen of the State of New York.

11. The plaintiff, Julio Roig, resides in and is a citizen of the State of New Jersey.

12. The plaintiff, Yvonne Abdool, resides in and is a citizen of the State of New York.

13. The plaintiff, Celso Abreu, resides in and is a citizen of the State of New York.

14. The plaintiff, Vanessa Abreu, resides in and is a citizen of the State of Pennsylvania.

15. The plaintiff, John Acerno, resides in and is a citizen of the State of New York.

16. The plaintiff, Humberto Acosta, resides in and is a citizen of the State of New Jersey.

17. The plaintiff, Kevin John Adams, resides in and is a citizen of the State of New York.

18. The plaintiff, Darryl Adone, resides in and is a citizen of the State of New York.

19. The plaintiff, Mark Aiken, resides in and is a citizen of the State of New York.

20. The plaintiff, James Albach Jr., resides in and is a citizen of the State of New York.

21. The plaintiff, Vincent Albanese, resides in and is a citizen of the State of New York.

22. The plaintiff, Thomas Albert, resides in and is a citizen of the State of New York.

23. The plaintiff, Karium Ali, resides in and is a citizen of the State of New York.

24. The plaintiff, Ronald Allen, resides in and is a citizen of the State of New York.

25. The plaintiff, Ingrid Alleyne-Robertson, resides in and is a citizen of the State of New York.

26. The plaintiff, Ivan Almendarez Jr., resides in and is a citizen of the State of New York.

27. The plaintiff, Neil Alper, resides in and is a citizen of the State of New York.

28. The plaintiff, Leonor Alvarez, resides in and is a citizen of the State of New York.

29. The plaintiff, Robert Alverson, resides in and is a citizen of the State of New York.

30. The plaintiff, Jocelyne Ambroise, resides in and is a citizen of the State of New York.

31. The plaintiff, Mitchell B. Amerbach, resides in and is a citizen of the State of New York.

32. The plaintiff, Douglas Anderson, resides in and is a citizen of the State of New York.

33. The plaintiff, Thomas Anderson, resides in and is a citizen of the State of New York.

34. The plaintiff, Morien Angaroo, resides in and is a citizen of the State of New York.

35. The plaintiff, Ioannis Antoniadis, resides in and is a citizen of the State of New York.

36. The plaintiff, Joseph Antony, resides in and is a citizen of the State of New York.

37. The plaintiff, David Archbold, resides in and is a citizen of the State of New York.

38. The plaintiff, Adolfo Arzu, resides in and is a citizen of the State of New York.

39. The plaintiff, Shawn Ashe, resides in and is a citizen of the State of New York.

40. The plaintiff, Philipson Azenabor, resides in and is a citizen of the State of New York.

41. The plaintiff, George Bachmann, resides in and is a citizen of the State of New York.

42. The plaintiff, Paul Bader, resides in and is a citizen of the State of New York.

43. The plaintiff, Diana Baez, resides in and is a citizen of the State of New York.

44. The plaintiff, Lynette Bangaree, resides in and is a citizen of the State of New York.

45. The plaintiff, Gentil Baptiste, resides in and is a citizen of the State of New York.

46. The plaintiff, Mary Barbieri, resides in and is a citizen of the State of New York.

47. The plaintiff, Garrett Barbosa, resides in and is a citizen of the State of New York.

48. The plaintiff, Armando Bardales, resides in and is a citizen of the State of New York.

49. The plaintiff, Lee Barnes Jr., resides in and is a citizen of the State of New Jersey.

50. The plaintiff, Thomas Baroz, resides in and is a citizen of the State of New York.

51. The plaintiff, John Barry, resides in and is a citizen of the State of New York.

52. The plaintiff, Patrick Barry, resides in and is a citizen of the State of New York.

53. The plaintiff, Frank Barton, resides in and is a citizen of the State of New York.

54. The plaintiff, Burney Bates, resides in and is a citizen of the State of New York.

55. The plaintiff, Pedro Batista, resides in and is a citizen of the State of New York.

56. The plaintiff, James Bauer, resides in and is a citizen of the State of New York.

57. The plaintiff, Christopher Baumann, resides in and is a citizen of the State of New York.

58. The plaintiff, Faveur Bazilme, resides in and is a citizen of the State of New York.

59. The plaintiff, Frank Bazzicalupo, resides in and is a citizen of the State of New York.

60. The plaintiff, Larry Bealer, resides in and is a citizen of the State of New York.

61. The plaintiff, Thomas Beattie, resides in and is a citizen of the State of New Jersey.

62. The plaintiff, Janice Beatty, resides in and is a citizen of the State of New York.

63. The plaintiff, Richard Beatty, resides in and is a citizen of the State of New Jersey.

64. The plaintiff, Jonathan Becker, resides in and is a citizen of the State of New York.

65. The plaintiff, Christian Bediako, resides in and is a citizen of the State of New York.

66. The plaintiff, Michael Beehler, resides in and is a citizen of the State of New York.

67. The plaintiff, Thomas Beirne, resides in and is a citizen of the State of New York.

68. The plaintiff, Michael Bell, resides in and is a citizen of the State of New York.

69. The plaintiff, John Bellew, resides in and is a citizen of the State of New York.

70. The plaintiff, Anthony Bellisari, resides in and is a citizen of the State of New York.

71. The plaintiff, Scott Beloten, resides in and is a citizen of the State of New York.

72. The plaintiff, Derek Bennett, resides in and is a citizen of the State of New York.

73. The plaintiff, Ian Bennett, resides in and is a citizen of the State of New York.

74. The plaintiff, Gail Benzman, resides in and is a citizen of the State of New York.

75. The plaintiff, Frances Berdan, resides in and is a citizen of the State of New York.

76. The plaintiff, James Berghorn, resides in and is a citizen of the State of New York.

77. The plaintiff, Juliette Bergman, resides in and is a citizen of the State of New Jersey.

78. The plaintiff, Deborah Berk, resides in and is a citizen of the State of New Jersey.

79. The plaintiff, Eric Bernsten, resides in and is a citizen of the State of New York.

80. The plaintiff, Joseph Berry, resides in and is a citizen of the State of New York.

81. The plaintiff, Dominic Bertucci, resides in and is a citizen of the State of New York.

82. The plaintiff, Francisco Betancourt, resides in and is a citizen of the State of Pennsylvania.

83. The plaintiff, Prakash Bhatt, resides in and is a citizen of the State of New York.

84. The plaintiff, Donald Bigi, resides in and is a citizen of the State of New York.

85. The plaintiff, Stephen Bileski, resides in and is a citizen of the State of New York.

86. The plaintiff, Christopher Bilotti, resides in and is a citizen of the State of New York.

87. The plaintiff, James Bittles, resides in and is a citizen of the State of New York.

88. The plaintiff, Daniel Bivona, resides in and is a citizen of the State of New York.

89. The plaintiff, Patrick Blaine, resides in and is a citizen of the State of New York.

90. The plaintiff, James Blake, resides in and is a citizen of the State of New York.

91. The plaintiff, Robert Blake, resides in and is a citizen of the State of New Jersey.

92. The plaintiff, Jody Blanchard, resides in and is a citizen of the State of New York.

93. The plaintiff, Stan Blaskey, resides in and is a citizen of the State of New York.

94. The plaintiff, Richard Blatus, resides in and is a citizen of the State of New York.

95. The plaintiff, Aaron Bogad, resides in and is a citizen of the State of New York.

96. The plaintiff, Edward Bolger, resides in and is a citizen of the State of New York.

97. The plaintiff, Jan Bonanza, resides in and is a citizen of the State of New York.

98. The plaintiff, Luis Bonilla, resides in and is a citizen of the State of New York.

99. The plaintiff, Quinceyann Booker-Jackson, resides in and is a citizen of the State of New Jersey.

100. The plaintiff, Chester Botch, resides in and is a citizen of the State of New Jersey.

101. The plaintiff, Ronald Boyce, resides in and is a citizen of the State of New York.

102. The plaintiff, James Boyle, resides in and is a citizen of the State of New Jersey.

103. The plaintiff, James Boyle, resides in and is a citizen of the State of New York.

104. The plaintiff, John Boyle, resides in and is a citizen of the State of New York.

105. The plaintiff, Joseph Boyle, resides in and is a citizen of the State of New York.

106. The plaintiff, Kevin Bradbury, resides in and is a citizen of the State of New York.

107. The plaintiff, Frank Brancato, resides in and is a citizen of the State of New York.

108. The plaintiff, George Brennan, resides in and is a citizen of the State of New York.

109. The plaintiff, Raymond Bressingham, resides in and is a citizen of the State of New York.

110. The plaintiff, Jeffrey Brezil, resides in and is a citizen of the State of New York.

111. The plaintiff, David Bridgeforth, resides in and is a citizen of the State of New York.

112. The plaintiff, James Briordy, resides in and is a citizen of the State of New York.

113. The plaintiff, Michael Brodbeck, resides in and is a citizen of the State of New York.

114. The plaintiff, Eric Brodn, resides in and is a citizen of the State of New York.

115. The plaintiff, Boris Bronshteyn, resides in and is a citizen of the State of New York.

116. The plaintiff, Robert Broome, resides in and is a citizen of the State of New York.

117. The plaintiff, Edward Brown, resides in and is a citizen of the State of New York.

118. The plaintiff, Ernest Brown, resides in and is a citizen of the State of New York.

119. The plaintiff, Kevin Brown, resides in and is a citizen of the State of New York.

120. The plaintiff, Michael Brown, resides in and is a citizen of the State of New York.

121. The plaintiff, Stephen Brown, resides in and is a citizen of the State of New York.

122. The plaintiff, Eduardo Bruno, resides in and is a citizen of the State of New York.

123. The plaintiff, Thomas Bubelnik, resides in and is a citizen of the State of New York.

124. The plaintiff, Jonathan Buchsbaum, resides in and is a citizen of the State of New York.

125. The plaintiff, Joseph Buda, resides in and is a citizen of the State of New York.

126. The plaintiff, Brook Budd, resides in and is a citizen of the State of New York.

127. The plaintiff, Vincent Bulzomi, resides in and is a citizen of the State of New York.

128. The plaintiff, Javier Burgos, resides in and is a citizen of the State of New York.

129. The plaintiff, Thomas Burke, resides in and is a citizen of the State of New York.

130. The plaintiff, Timothy Burke, resides in and is a citizen of the State of New York.

131. The plaintiff, Michael Burns, resides in and is a citizen of the State of New York.

132. The plaintiff, Barry Buss, resides in and is a citizen of the State of New York.

133. The plaintiff, Kevin Butler, resides in and is a citizen of the State of New York.

134. The plaintiff, Lois Buxbaum, resides in and is a citizen of the State of Florida.

135. The plaintiff, Pasquale Buzzelli, resides in and is a citizen of the State of New Jersey.

136. The plaintiff, Richard Bylicki, resides in and is a citizen of the State of New York.

137. The plaintiff, Louie Cacchioli, resides in and is a citizen of the State of New York.

138. The plaintiff, James Caddigan, resides in and is a citizen of the State of New York.

139. The plaintiff, Kevin Cahill, resides in and is a citizen of the State of New York.

140. The plaintiff, Kevin Cahill, resides in and is a citizen of the State of New York.

141. The plaintiff, Michael Cain, resides in and is a citizen of the State of New York.

142. The plaintiff, John Cairney, resides in and is a citizen of the State of New York.

143. The plaintiff, William Calahan, resides in and is a citizen of the State of New York.

144. The plaintiff, Christopher Calamia, resides in and is a citizen of the State of New York.

145. The plaintiff, Ronald Calcagno, resides in and is a citizen of the State of New York.

146. The plaintiff, Jose Callejas, resides in and is a citizen of the State of New York.

147. The plaintiff, Fernando Camacho, resides in and is a citizen of the State of New York.

148. The plaintiff, William Cantres, resides in and is a citizen of the State of New York.

149. The plaintiff, Robert Carberry, resides in and is a citizen of the State of New York.

150. The plaintiff, Luis Carbonell, resides in and is a citizen of the State of New York.

151. The plaintiff, Salvatore Carcaterra, resides in and is a citizen of the State of New York.

152. The plaintiff, Martha Carden, resides in and is a citizen of the State of Virginia.

153. The plaintiff, Ralph Cardino, resides in and is a citizen of the State of New York.

154. The plaintiff, Colette Cardoza, resides in and is a citizen of the State of New York.

155. The plaintiff, Michael Carlisi, resides in and is a citizen of the State of New York.

156. The plaintiff, Anita Carmine, resides in and is a citizen of the State of New Yor

157. The plaintiff, Dominick Carolei, resides in and is a citizen of the State of New York.

158. The plaintiff, David Carpenter Jr., resides in and is a citizen of the State of New York.

159. The plaintiff, Gary Carpentier, resides in and is a citizen of the State of New York.

160. The plaintiff, Charles Carroll Jr., resides in and is a citizen of the State of Florida.

161. The plaintiff, Robert Carroll, resides in and is a citizen of the State of New York.

162. The plaintiff, Eugene Carty, resides in and is a citizen of the State of New York.

163. The plaintiff, Desiret Carvache, resides in and is a citizen of the State of New Jersey.

164. The plaintiff, Frank Casalino, resides in and is a citizen of the State of New York.

165. The plaintiff, Vincent Cascone, resides in and is a citizen of the State of New York.

166. The plaintiff, Joseph Castellano, resides in and is a citizen of the State of New York.

167. The plaintiff, Maria Castillo, resides in and is a citizen of the State of New York.

168. The plaintiff, John Castles, resides in and is a citizen of the State of New York.

169. The plaintiff, Frank Castrogiovanni, resides in and is a citizen of the State of New Jersey.

170. The plaintiff, Juan Cayetano, resides in and is a citizen of the State of New York.

171. The plaintiff, Maria Ceballos, resides in and is a citizen of the State of New York.

172. The plaintiff, Domingo Cepeda, resides in and is a citizen of the State of New York.

173. The plaintiff, Robert Ceresia, resides in and is a citizen of the State of New York.

174. The plaintiff, Arlene Charles, resides in and is a citizen of the State of New York.

175. The plaintiff, Salvatore Chillemi, resides in and is a citizen of the State of New York.

176. The plaintiff, Arthur Christensen, resides in and is a citizen of the State of New York.

177. The plaintiff, Gary Christensen, resides in and is a citizen of the State of New Jersey.

178. The plaintiff, Anthony Ciarnella, resides in and is a citizen of the State of New Jersey.

179. The plaintiff, Nicholas Cicero Jr., resides in and is a citizen of the State of New York.

180. The plaintiff, Thomas Cinotti, resides in and is a citizen of the State of New York.

181. The plaintiff, Michael Cioffi, resides in and is a citizen of the State of New York.

182. The plaintiff, John Citarella, resides in and is a citizen of the State of New York.

183. The plaintiff, Patricia Ciuzio, resides in and is a citizen of the State of New York.

184. The plaintiff, Guillermo Clark, resides in and is a citizen of the State of New York.

185. The plaintiff, Brian Clarke, resides in and is a citizen of the State of New York.

186. The plaintiff, Thomas Clarke, resides in and is a citizen of the State of Minnesota.

187. The plaintiff, Christine Claudi-Petosa, resides in and is a citizen of the State of New Jersey.

188. The plaintiff, John Clavin, resides in and is a citizen of the State of New York.

189. The plaintiff, Sharron Clemons, resides in and is a citizen of the State of New York.

190. The plaintiff, Robert Cobb, resides in and is a citizen of the State of New York.

191. The plaintiff, Steve Coffin, resides in and is a citizen of the State of New York.

192. The plaintiff, Lisa Cohn, resides in and is a citizen of the State of California.

193. The plaintiff, Anthony Coiro, resides in and is a citizen of the State of New York.

194. The plaintiff, David Collins, resides in and is a citizen of the State of New York.

195. The plaintiff, George Collins III, resides in and is a citizen of the State of New York.

196. The plaintiff, Richard Collins, resides in and is a citizen of the State of New York.

197. The plaintiff, Bruce Collister, resides in and is a citizen of the State of New York.

198. The plaintiff, Carmen Colon, resides in and is a citizen of the State of New York.

199. The plaintiff, John Colon, resides in and is a citizen of the State of New York.

200. The plaintiff, Martha Colon, resides in and is a citizen of the State of New Jersey.

201. The plaintiff, John Combos, resides in and is a citizen of the State of New Jersey.

202. The plaintiff, Gary Connelly, resides in and is a citizen of the State of New York.

203. The plaintiff, Thomas Connolly, resides in and is a citizen of the State of New York.

204. The plaintiff, William Connolly, resides in and is a citizen of the State of New York.

205. The plaintiff, Jose Contes, resides in and is a citizen of the State of New York.

206. The plaintiff, Theodore Cook, resides in and is a citizen of the State of New York.

207. The plaintiff, Walter Cooper, resides in and is a citizen of the State of New Jersey.

208. The plaintiff, Brian Corcoran, resides in and is a citizen of the State of New York.

209. The plaintiff, Gregory Corona, resides in and is a citizen of the State of New York.

210. The plaintiff, Patrick Corr, resides in and is a citizen of the State of New York.

211. The plaintiff, Stephen Corr, resides in and is a citizen of the State of New York.

212. The plaintiff, Mathew Corrigan, resides in and is a citizen of the State of New York.

213. The plaintiff, Lawrence Costello, resides in and is a citizen of the State of New York.

214. The plaintiff, Joel Council, resides in and is a citizen of the State of New York.

215. The plaintiff, Scott Cowan, resides in and is a citizen of the State of New York.

216. The plaintiff, Andre Cox resides in and is a citizen of the State of New York.

217. The plaintiff, Dudley Cox resides in and is a citizen of the State of New York.

218. The plaintiff, Stephen Cox resides in and is a citizen of the State of New York.

219. The plaintiff, Brian Coyle resides in and is a citizen of the State of New York.

220. The plaintiff, John Coyle resides in and is a citizen of the State of New York.

221. The plaintiff, Walter Cramer resides in and is a citizen of the State of New Jersey.

222. The plaintiff, Peter Creegan resides in and is a citizen of the State of New York.

223. The plaintiff, John Cretella resides in and is a citizen of the State of New Jersey.

224. The plaintiff, Craig Crichlow resides in and is a citizen of the State of New York.

225. The plaintiff, Robert Cristadoro resides in and is a citizen of the State of New York.

226. The plaintiff, Brent Crobak resides in and is a citizen of the State of New York.

227. The plaintiff, Enrique Cruz resides in and is a citizen of the State of New York.

228. The plaintiff, Luis Cruz resides in and is a citizen of the State of New York.

229. The plaintiff, Juan Cruz-Santiago resides in and is a citizen of the State of Virginia.

230. The plaintiff, James Csorny resides in and is a citizen of the State of New York.

231. The plaintiff, Fernando Cuba resides in and is a citizen of the State of New Jersey.

232. The plaintiff, Carmen Cubero resides in and is a citizen of the State of New York.

233. The plaintiff, Sean Cummins resides in and is a citizen of the State of New York.

234. The plaintiff, Thomas Cunneen resides in and is a citizen of the State of New York.

235. The plaintiff, Muriel Cunningham resides in and is a citizen of the State of New York.

236. The plaintiff, Ronald Curaba resides in and is a citizen of the State of New York.

237. The plaintiff, Edward Cusack resides in and is a citizen of the State of New York.

238. The plaintiff, Philip D'Agostino resides in and is a citizen of the State of New York.

239. The plaintiff, Christopher D'Ambrosio resides in and is a citizen of the State of New York.

240. The plaintiff, James D'Avolio resides in and is a citizen of the State of New York.

241. The plaintiff, Hipolito D'Oleo resides in and is a citizen of the State of Florida.

242. The plaintiff, Vincent D'Orio resides in and is a citizen of the State of New York.

243. The plaintiff, Alan Dagistino resides in and is a citizen of the State of New York.

244. The plaintiff, Joanne Dalton resides in and is a citizen of the State of New Jersey.

245. The plaintiff, Mark Damitz resides in and is a citizen of the State of New Jersey.

246. The plaintiff, Flory Danish resides in and is a citizen of the State of New Jersey.

247. The plaintiff, Roger Danvers resides in and is a citizen of the State of New York.

248. The plaintiff, Richard Davan resides in and is a citizen of the State of New York.

249. The plaintiff, Felipe David resides in and is a citizen of the State of New York.

250. The plaintiff, Jeremy Davids resides in and is a citizen of the State of New York.

251. The plaintiff, Harry Davis resides in and is a citizen of the State of Maryland.

252. The plaintiff, Jean Davis resides in and is a citizen of the State of New York.

253. The plaintiff, Thomas Davis resides in and is a citizen of the State of New York.

254. The plaintiff, Judith Day resides in and is a citizen of the State of New York.

255. The plaintiff, Andres De La Rosa resides in and is a citizen of the State of New York.

256. The plaintiff, Maria De Olio-Beato resides in and is a citizen of the State of New York.

257. The plaintiff, Anthony De Vita resides in and is a citizen of the State of New York.

258. The plaintiff, Beverly De Witt resides in and is a citizen of the State of New York.

259. The plaintiff, John Debenedittis resides in and is a citizen of the State of New York.

260. The plaintiff, Carlota Rodriguez DeCastillo resides in and is a citizen of the State of New York.

261. The plaintiff, Henry Decker resides in and is a citizen of the State of New York.

262. The plaintiff, Kevin Deehan resides in and is a citizen of the State of New York.

263. The plaintiff, Edward DeGaetano resides in and is a citizen of the State of New York.

264. The plaintiff, Warren Degen resides in and is a citizen of the State of New York.

265. The plaintiff, John Delaney resides in and is a citizen of the State of New York.

266. The plaintiff, Paul DeLeo resides in and is a citizen of the State of New York.

267. The plaintiff, Edward Delfino resides in and is a citizen of the State of New York.

268. The plaintiff, Julio Delgado resides in and is a citizen of the State of New York.

269. The plaintiff, Bruce DelGiorno resides in and is a citizen of the State of New York.

270. The plaintiff, Richard Dell Italia resides in and is a citizen of the State of New York.

271. The plaintiff, August DeLorenzo resides in and is a citizen of the State of New York.

272. The plaintiff, Todd DeMayo resides in and is a citizen of the State of New York.

273. The plaintiff, Jan Demczur resides in and is a citizen of the State of New Jersey.

274. The plaintiff, Michael Dempsey resides in and is a citizen of the State of New York.

275. The plaintiff, Stephen Dempsey resides in and is a citizen of the State of New York.

276. The plaintiff, Gary Demry resides in and is a citizen of the State of New York.

277. The plaintiff, John Deneau resides in and is a citizen of the State of New York.

278. The plaintiff, Dwayne Dent resides in and is a citizen of the State of New York.

279. The plaintiff, Peter DePalma resides in and is a citizen of the State of New Jersey.

280. The plaintiff, John DePrizio resides in and is a citizen of the State of New York.

281. The plaintiff, Anthony DeSimone resides in and is a citizen of the State of New York.

282. The plaintiff, George DeSimone resides in and is a citizen of the State of New York.

283. The plaintiff, Anex Desinor resides in and is a citizen of the State of New York.

284. The plaintiff, James DeStasio resides in and is a citizen of the State of New York.

285. The plaintiff, John DeStefano resides in and is a citizen of the State of New York.

286. The plaintiff, Richard Dion DeStefano resides in and is a citizen of the State of New Jersey.

287. The plaintiff, Kiernan Deto resides in and is a citizen of the State of New York.

288. The plaintiff, Gregory DeVerna resides in and is a citizen of the State of New York.

289. The plaintiff, James Devery resides in and is a citizen of the State of New York.

290. The plaintiff, Kevin Devine resides in and is a citizen of the State of New York.

291. The plaintiff, David DeVito resides in and is a citizen of the State of New York.

292. The plaintiff, John Devoti resides in and is a citizen of the State of New York.

293. The plaintiff, Nelson Diaz resides in and is a citizen of the State of New York.

294. The plaintiff, Salvatore DiBlasi resides in and is a citizen of the State of New York.

295. The plaintiff, George DiCostanzo resides in and is a citizen of the State of New York.

296. The plaintiff, Jerrold Dietz resides in and is a citizen of the State of New York.

297. The plaintiff, Jessica Diggs resides in and is a citizen of the State of New York.

298. The plaintiff, John DiLillo resides in and is a citizen of the State of New York.

299. The plaintiff, Steven DiMaggio resides in and is a citizen of the State of Connecticut.

300. The plaintiff, Omar Dixon resides in and is a citizen of the State of New York.

301. The plaintiff, Vincent Dodd resides in and is a citizen of the State of New York.

302. The plaintiff, Kevin Doherty resides in and is a citizen of the State of New York.

303. The plaintiff, Scott Doherty resides in and is a citizen of the State of New York.

304. The plaintiff, Stephen Dominick resides in and is a citizen of the State of New York.

305. The plaintiff, Walter Donahue resides in and is a citizen of the State of New Jersey.

306. The plaintiff, John Donnelly resides in and is a citizen of the State of New York.

307. The plaintiff, James Donovan Jr. resides in and is a citizen of the State of New York.

308. The plaintiff, Michael Donovan resides in and is a citizen of the State of New York.

309. The plaintiff, Kenneth Donovon resides in and is a citizen of the State of New York.

310. The plaintiff, Gregory Dougherty resides in and is a citizen of the State of New York.

311. The plaintiff, Michael Dowling resides in and is a citizen of the State of New York.

312. The plaintiff, Heather Downey resides in and is a citizen of the State of New York.

313. The plaintiff, Daniel Doyle resides in and is a citizen of the State of New York.

314. The plaintiff, Edward Doyle resides in and is a citizen of the State of New York.

315. The plaintiff, Steven Doyle resides in and is a citizen of the State of New York.

316. The plaintiff, Thomas Doyle resides in and is a citizen of the State of New York.

317. The plaintiff, John Drapas Jr. resides in and is a citizen of the State of Virginia.

318. The plaintiff, Duncan Driscoll resides in and is a citizen of the State of New York.

319. The plaintiff, Eugene Drury resides in and is a citizen of the State of New York.

320. The plaintiff, Roman Ducalo resides in and is a citizen of the State of New York.

321. The plaintiff, Elaine Duch resides in and is a citizen of the State of New York.

322. The plaintiff, Dennis Duffy resides in and is a citizen of the State of New York.

323. The plaintiff, Timothy Duffy resides in and is a citizen of the State of New York.

324. The plaintiff, William Duffy resides in and is a citizen of the State of New York.

325. The plaintiff, Kevin Duggan resides in and is a citizen of the State of New York.

326. The plaintiff, Patrick Duignan resides in and is a citizen of the State of New York.

327. The plaintiff, Darrell Dunbar resides in and is a citizen of the State of Florida.

328. The plaintiff, Philip Duncan resides in and is a citizen of the State of New York.

329. The plaintiff, Thomas Dunn resides in and is a citizen of the State of New York.

330. The plaintiff, Thomas Dunne resides in and is a citizen of the State of New York.

331. The plaintiff, Michael Dunphy resides in and is a citizen of the State of New York.

332. The plaintiff, Curtis Durning Sr.resides in and is a citizen of the State of Maryland.

333. The plaintiff, Francis Durr resides in and is a citizen of the State of New York.

334. The plaintiff, Brian Eagers resides in and is a citizen of the State of New York.

335. The plaintiff, Douglas Edel resides in and is a citizen of the State of New York.

336. The plaintiff, Jeff Ehret resides in and is a citizen of the State of New York.

337. The plaintiff, Barbara Einzig resides in and is a citizen of the State of New York.

338. The plaintiff, Joseph Eivers resides in and is a citizen of the State of New York.

339. The plaintiff, Duke Ellis resides in and is a citizen of the State of New York.

340. The plaintiff, Christian Engledrum resides in and is a citizen of the State of New York.

341. The plaintiff, Justin Enzmann resides in and is a citizen of the State of New York.

342. The plaintiff, Gabe Esposito resides in and is a citizen of the State of New York.

343. The plaintiff, Joseph Falco resides in and is a citizen of the State of New York.

344. The plaintiff, James Falcone resides in and is a citizen of the State of New Jersey.

345. The plaintiff, John Falconite resides in and is a citizen of the State of New York.

346. The plaintiff, Paul Fanara resides in and is a citizen of the State of New York.

347. The plaintiff, Robert Farley resides in and is a citizen of the State of New York.

348. The plaintiff, Peter Farr resides in and is a citizen of the State of New York.

349. The plaintiff, Patricia Farrar resides in and is a citizen of the State of New Jersey.

350. The plaintiff, John Farrell resides in and is a citizen of the State of New York.

351. The plaintiff, Anthony Farrington resides in and is a citizen of the State of New York.

352. The plaintiff, Francis Fee Jr resides in and is a citizen of the State of New York.

353. The plaintiff, John Fee Sr.resides in and is a citizen of the State of New York.

354. The plaintiff, Mark Feldman resides in and is a citizen of the State of New York.

355. The plaintiff, Russell Feliciano resides in and is a citizen of the State of New York.

356. The plaintiff, Edgar Felix resides in and is a citizen of the State of New York.

357. The plaintiff, Delio Feliz resides in and is a citizen of the State of New York.

358. The plaintiff, Fern Feller resides in and is a citizen of the State of New York.

359. The plaintiff, Barton Fendelman resides in and is a citizen of the State of New York.

360. The plaintiff, Stephen Fenley resides in and is a citizen of the State of New York.

361. The plaintiff, Christopher Fenya resides in and is a citizen of the State of New York.

362. The plaintiff, Frank Ferdinandi resides in and is a citizen of the State of New York.

363. The plaintiff, Erasmo Fernandes resides in and is a citizen of the State of New York.

364. The plaintiff, Nuno Fernandes resides in and is a citizen of the State of Pennsylvania.

365. The plaintiff, Antonio Fernandez resides in and is a citizen of the State of New York.

366. The plaintiff, Hernando Fernandez resides in and is a citizen of the State of New York.

367. The plaintiff, Jenny Fernandez resides in and is a citizen of the State of New York.

368. The plaintiff, Larissa Fernandez resides in and is a citizen of the State of New York.

369. The plaintiff, Roger Fernandez resides in and is a citizen of the State of New Jersey.

370. The plaintiff, Vincent Ferranti resides in and is a citizen of the State of New York.

371. The plaintiff, Michael Ferrara resides in and is a citizen of the State of New York.

372. The plaintiff, Douglas Ferretti resides in and is a citizen of the State of New York.

373. The plaintiff, Gerard Ferrin resides in and is a citizen of the State of New York.

374. The plaintiff, Steven Ferriolo resides in and is a citizen of the State of New York.

375. The plaintiff, John Finamore resides in and is a citizen of the State of New York.

376. The plaintiff, Joseph Finley resides in and is a citizen of the State of Tennessee.

377. The plaintiff, Edward Finnegan resides in and is a citizen of the State of New York.

378. The plaintiff, Michael Finnegan resides in and is a citizen of the State of New York.

379. The plaintiff, Terence Finneran resides in and is a citizen of the State of New York.

380. The plaintiff, Victor Fiorella resides in and is a citizen of the State of New York.

381. The plaintiff, Glenn Fischer resides in and is a citizen of the State of New York.

382. The plaintiff, Jay Fischler resides in and is a citizen of the State of New York.

383. The plaintiff, Stephen Fish resides in and is a citizen of the State of New York.

384. The plaintiff, Neil Fitzpatrick resides in and is a citizen of the State of New York.

385. The plaintiff, Zachary Fletcher resides in and is a citizen of the State of New York.

386. The plaintiff, Patrick Flynn resides in and is a citizen of the State of New York.

387. The plaintiff, Theresa Folino-Montuori resides in and is a citizen of the State of New York.

388. The plaintiff, Thomas Forbes resides in and is a citizen of the State of California.

389. The plaintiff, Frederick Ford resides in and is a citizen of the State of New York.

390. The plaintiff, Nicholas Fornario resides in and is a citizen of the State of New York.

391. The plaintiff, Gregory Forsyth resides in and is a citizen of the State of New York.

392. The plaintiff, Leileth Foster resides in and is a citizen of the State of New York.

393. The plaintiff, Eugene Fox resides in and is a citizen of the State of New York.

394. The plaintiff, Michael Francese resides in and is a citizen of the State of New York.

395. The plaintiff, Stanley Freedner resides in and is a citizen of the State of New York.

396. The plaintiff, Charles Freeman resides in and is a citizen of the State of New York.

397. The plaintiff, Dennis Freyre resides in and is a citizen of the State of New York.

398. The plaintiff, Robert Froner resides in and is a citizen of the State of New York.

399. The plaintiff, Xiang Qun Fu resides in and is a citizen of the State of New Jersey.

400. The plaintiff, Daniel Fucella resides in and is a citizen of the State of New York.

401. The plaintiff, Steven Fucile resides in and is a citizen of the State of New York.

402. The plaintiff, Henry Fuerte resides in and is a citizen of the State of New York.

403. The plaintiff, Sheila Fuller resides in and is a citizen of the State of New York.

404. The plaintiff, Paul Fusaro resides in and is a citizen of the State of Florida.

405. The plaintiff, Thomas Gabay resides in and is a citizen of the State of New York.

406. The plaintiff, Thomas Gaby resides in and is a citizen of the State of New York.

407. The plaintiff, Philip Gaetani resides in and is a citizen of the State of New York.

408. The plaintiff, Michael Gager resides in and is a citizen of the State of New York.

409. The plaintiff, Emma Gaitan resides in and is a citizen of the State of New York.

410. The plaintiff, Ana Galang-Morente resides in and is a citizen of the State of New Jersey.

411. The plaintiff, Brian Gallagher resides in and is a citizen of the State of New York.

412. The plaintiff, Hugh Gallagher resides in and is a citizen of the State of New Jersey.

413. The plaintiff, John Gallagher resides in and is a citizen of the State of New York.

414. The plaintiff, John Gallagher resides in and is a citizen of the State of New York.

415. The plaintiff, Kevin Gallagher resides in and is a citizen of the State of New York.

416. The plaintiff, Terence Gallagher resides in and is a citizen of the State of New York.

417. The plaintiff, April Gallop resides in and is a citizen of the State of Virginia.

418. The plaintiff, Lawrence Garda resides in and is a citizen of the State of New York.

419. The plaintiff, Robert Garrett resides in and is a citizen of the State of New York.

420. The plaintiff, Louis Garriz resides in and is a citizen of the State of New Jersey.

421. The plaintiff, John Gatto resides in and is a citizen of the State of New York.

422. The plaintiff, Joseph Gavitt resides in and is a citizen of the State of New York.

423. The plaintiff, Brendan Gebert resides in and is a citizen of the State of New York.

424. The plaintiff, Getachew Gedfe resides in and is a citizen of the State of New Jersey.

425. The plaintiff, John Gennosa resides in and is a citizen of the State of New York.

426. The plaintiff, Greg Gessner resides in and is a citizen of the State of New York.

427. The plaintiff, Daniel Geysen resides in and is a citizen of the State of New York.

428. The plaintiff, Ronald Ghiraldi resides in and is a citizen of the State of New Jersey.

429. The plaintiff, Louis Giaconelli resides in and is a citizen of the State of New York.

430. The plaintiff, Joseph Giampa resides in and is a citizen of the State of New York.

431. The plaintiff, Garry Giannandrea resides in and is a citizen of the State of New York.

432. The plaintiff, Michael Gibbons resides in and is a citizen of the State of New York.

433. The plaintiff, Joseph Gibney resides in and is a citizen of the State of New York.

434. The plaintiff, Robert Gibson resides in and is a citizen of the State of New York.

435. The Bonnie Jean Giebfried plaintiff, resides in and is a citizen of the State of New York.

436. The plaintiff, John Giebler resides in and is a citizen of the State of New York.

437. The plaintiff, Thomas Gillam resides in and is a citizen of the State of New York.

438. The plaintiff, Andrew Gilmore resides in and is a citizen of the State of New York.

439. The plaintiff, John Ginty resides in and is a citizen of the State of New York.

440. The plaintiff, Vincent Giordano resides in and is a citizen of the State of New Jersey.

441. The plaintiff, Theodore Goddard resides in and is a citizen of the State of New York.

442. The plaintiff, Raymond Going resides in and is a citizen of the State of New York.

443. The plaintiff, Fausto Gomez resides in and is a citizen of the State of New York.

444. The plaintiff, Lisa Gong resides in and is a citizen of the State of New York.

445. The plaintiff, Paul Gonzales resides in and is a citizen of the State of Virginia.

446. The plaintiff, Manuel Gonzalez resides in and is a citizen of the State of Florida.

447. The plaintiff, Ruben Gordillo resides in and is a citizen of the State of New York.

448. The plaintiff, Edwin Gordon resides in and is a citizen of the State of New York.

449. The plaintiff, Frank Gorglinoe resides in and is a citizen of the State of Connecticut.

450. The plaintiff, Thomas Gorham resides in and is a citizen of the State of New York.

451. The plaintiff, Gerard Gorman resides in and is a citizen of the State of New York.

452. The plaintiff, Albert Gotay resides in and is a citizen of the State of New York.

453. The plaintiff, Andrew Graf resides in and is a citizen of the State of New York.

454. The plaintiff, Carmen Gray resides in and is a citizen of the State of New York.

455. The plaintiff, Joseph Graziano resides in and is a citizen of the State of New York.

456. The plaintiff, Albert Greene resides in and is a citizen of the State of New York.

457. The plaintiff, Edmund Greene resides in and is a citizen of the State of New York.

458. The plaintiff, Michael Greene resides in and is a citizen of the State of New York.

459. The plaintiff, James Gregoretti resides in and is a citizen of the State of New York.

460. The plaintiff, James Grillo resides in and is a citizen of the State of New York.

461. The plaintiff, Michael Grillo resides in and is a citizen of the State of New York.

462. The plaintiff, John Grogan resides in and is a citizen of the State of New York.

463. The plaintiff, Thomas Grogan resides in and is a citizen of the State of New Jersey.

464. The plaintiff, Dan Grossi resides in and is a citizen of the State of New York.

465. The plaintiff, Scott Grubert resides in and is a citizen of the State of New York.

466. The plaintiff, John Guarneri resides in and is a citizen of the State of New York.

467. The plaintiff, Arthur Guastamacchia resides in and is a citizen of the State of New York.

468. The plaintiff, John Gubelli resides in and is a citizen of the State of New York.

469. The plaintiff, Rafael Gudmuch resides in and is a citizen of the State of New York.

470. The plaintiff, Nicholas Gugliemo resides in and is a citizen of the State of New York.

471. The plaintiff, Vincent Gugliuzzo resides in and is a citizen of the State of New York.

472. The plaintiff, John Gulotta resides in and is a citizen of the State of New York.

473. The plaintiff, Kenneth Gunther resides in and is a citizen of the State of New York.

474. The plaintiff, Peter Gunther resides in and is a citizen of the State of New York.

475. The plaintiff, Wilbert Gurganious resides in and is a citizen of the State of New Jersey.

476. The plaintiff, Steven Gurnick resides in and is a citizen of the State of New York.

477. The plaintiff, Edgar Gutierrez resides in and is a citizen of the State of New York.

478. The plaintiff, Francine Gutwilik resides in and is a citizen of the State of New Jersey.

479. The plaintiff, Angel Guzman resides in and is a citizen of the State of New York.

480. The plaintiff, Martize Guzman resides in and is a citizen of the State of New York.

481. The plaintiff, Matthew Hackett resides in and is a citizen of the State of New York.

482. The plaintiff, Michael Hadden resides in and is a citizen of the State of New York.

483. The plaintiff, Alexander Hagan resides in and is a citizen of the State of New York.

484. The plaintiff, Steve Hagis Sr.resides in and is a citizen of the State of New York.

485. The plaintiff, Paul Haley resides in and is a citizen of the State of New York.

486. The plaintiff, Robert Hall resides in and is a citizen of the State of New York.

487. The plaintiff, David Handschuh resides in and is a citizen of the State of New Jersey.

488. The plaintiff, William Hankins resides in and is a citizen of the State of New York.

489. The plaintiff, David Hanley resides in and is a citizen of the State of Pennsylvania.

490. The plaintiff, Philip Hanna resides in and is a citizen of the State of New Jersey.

491. The plaintiff, Anthony Hanson resides in and is a citizen of the State of New York.

492. The plaintiff, Rajkumar Hardeo resides in and is a citizen of the State of New York.

493. The plaintiff, Catherine Harding resides in and is a citizen of the State of New York.

494. The plaintiff, Dennis Hargett resides in and is a citizen of the State of New York.

495. The plaintiff, Darren Harkins resides in and is a citizen of the State of New York.

496. The plaintiff, Robert Harper Jr. resides in and is a citizen of the State of New Jersey.

497. The plaintiff, Thomas Harris resides in and is a citizen of the State of New York.

498. The plaintiff, Carmela Harrison resides in and is a citizen of the State of New Jersey.

499. The plaintiff, James Harten resides in and is a citizen of the State of New York.

500. The plaintiff, Shirley Harvey resides in and is a citizen of the State of New York.

501. The plaintiff, Paul Hashagen resides in and is a citizen of the State of New York.

502. The plaintiff, William Hasseck resides in and is a citizen of the State of New York.

503. The plaintiff, Howard Hawkins resides in and is a citizen of the State of New Jersey.

504. The plaintiff, Scott Hawkins resides in and is a citizen of the State of New York.

505. The plaintiff, Raymond Hayden resides in and is a citizen of the State of New York.

506. The plaintiff, Norma Haynes resides in and is a citizen of the State of New York.

507. The plaintiff, Joseph Healy resides in and is a citizen of the State of New York.

508. The plaintiff, Joseph Healy resides in and is a citizen of the State of New York.

509. The plaintiff, Marilyn Heckstall resides in and is a citizen of the State of New York.

510. The plaintiff, Dennis Heedles resides in and is a citizen of the State of New York.

511. The plaintiff, James Heerey resides in and is a citizen of the State of New York.

512. The plaintiff, Glen Heffel resides in and is a citizen of the State of Virginia.

513. The plaintiff, Eugene Heghmann resides in and is a citizen of the State of New York.

514. The plaintiff, John Heigl resides in and is a citizen of the State of New York.

515. The plaintiff, Mark Heintz resides in and is a citizen of the State of New York.

516. The plaintiff, William Heintz resides in and is a citizen of the State of New York.

517. The plaintiff, Robert Hellmers resides in and is a citizen of the State of New York.

518. The plaintiff, Elaine Helms resides in and is a citizen of the State of New Jersey.

519. The plaintiff, Robert Heney resides in and is a citizen of the State of New York.

520. The plaintiff, Jeffrey Henkel resides in and is a citizen of the State of New York.

521. The plaintiff, Edward Henry resides in and is a citizen of the State of New York.

522. The plaintiff, Lucille Henry resides in and is a citizen of the State of New York.

523. The plaintiff, Rusty Henry resides in and is a citizen of the State of Oklahoma.

524. The plaintiff, Patricia Ann Herbert resides in and is a citizen of the State of New Jersey.

525. The plaintiff, Thomas Herrlich resides in and is a citizen of the State of New York.

526. The plaintiff, Thomas Hickey resides in and is a citizen of the State of New York.

527. The plaintiff, John Hinchey resides in and is a citizen of the State of New York.

528. The plaintiff, William Hiney resides in and is a citizen of the State of New York.

529. The plaintiff, Michael Hipsman resides in and is a citizen of the State of New York.

530. The plaintiff, Gregg Hirschfield resides in and is a citizen of the State of New York.

531. The plaintiff, Gwennett Hodge resides in and is a citizen of the State of New York.

532. The plaintiff, William Hodgens resides in and is a citizen of the State of New York.

533. The plaintiff, Daniel Hogan resides in and is a citizen of the State of New York.

534. The plaintiff, Vincent Hogan resides in and is a citizen of the State of New York.

535. The plaintiff, Todd Holgan resides in and is a citizen of the State of New York.

536. The plaintiff, James Holly resides in and is a citizen of the State of New York.

537. The plaintiff, Clifford Hollywood resides in and is a citizen of the State of New York.

538. The plaintiff, Janet Holmes-Alfred resides in and is a citizen of the State of New York.

539. The plaintiff, George Holzmann resides in and is a citizen of the State of New York.

540. The plaintiff, James Horch resides in and is a citizen of the State of Connecticut.

541. The plaintiff, Doug Horning resides in and is a citizen of the State of New York.

542. The plaintiff, Alicia Howard resides in and is a citizen of the State of New York.

543. The plaintiff, Mary Hrabowska resides in and is a citizen of the State of New York.

544. The plaintiff, Vincent Hubner resides in and is a citizen of the State of New York.

545. The plaintiff, Gerald Hunt resides in and is a citizen of the State of New York.

546. The plaintiff, Jean Hunt resides in and is a citizen of the State of New Jersey.

547. The plaintiff, John Hunt resides in and is a citizen of the State of New York.

548. The plaintiff, Andrea Hurst resides in and is a citizen of the State of New Jersey.

549. The plaintiff, Kenneth Hutchinson resides in and is a citizen of the State of New York.

550. The plaintiff, Amirha Hutto resides in and is a citizen of the State of New York.

551. The plaintiff, Paul Hyland resides in and is a citizen of the State of New York.

552. The plaintiff, James Hynes resides in and is a citizen of the State of New York.

553. The plaintiff, Frederick J. Ill III resides in and is a citizen of the State of New York.

554. The plaintiff, Sharon Imbert resides in and is a citizen of the State of Connecticut.

555. The plaintiff, Patrick Imperato resides in and is a citizen of the State of New Jersey.

556. The plaintiff, Steven Incarnato resides in and is a citizen of the State of New York.

557. The plaintiff, Joseph P. Intintoli resides in and is a citizen of the State of New York.

558. The plaintiff, Michael A. Iounio resides in and is a citizen of the State of New Jersey.

559. The plaintiff, Eric Iversen resides in and is a citizen of the State of New York.

560. The plaintiff, Walter Iwachiw resides in and is a citizen of the State of New York.

561. The plaintiff, John Jackson resides in and is a citizen of the State of New York.

562. The plaintiff, Neil Jacobson resides in and is a citizen of the State of New York.

563. The plaintiff, Brenda James resides in and is a citizen of the State of New York.

564. The plaintiff, Joseph James resides in and is a citizen of the State of New York.

565. The plaintiff, Matthew R. James resides in and is a citizen of the State of New York.

566. The plaintiff, Elian Jaramillo resides in and is a citizen of the State of New York.

567. The plaintiff, Clifford Jenkins resides in and is a citizen of the State of New York.

568. The plaintiff, Christopher Jensen resides in and is a citizen of the State of New York.

569. The plaintiff, Marc Jensen resides in and is a citizen of the State of New York.

570. The plaintiff, Rose Jeunes resides in and is a citizen of the State of New York.

571. The plaintiff, Humberto Jimenez resides in and is a citizen of the State of New York.

572. The plaintiff, Luis Jimenez resides in and is a citizen of the State of New York.

573. The plaintiff, Ysidro Jimenez resides in and is a citizen of the State of New York.

574. The plaintiff, Fitz-Harry Johnson resides in and is a citizen of the State of New York.

575. The plaintiff, John Johnson resides in and is a citizen of the State of New York.

576. The plaintiff, Kurt Johnson resides in and is a citizen of the State of New York.

577. The plaintiff, Robert Johnson Jr. resides in and is a citizen of the State of New York.

578. The plaintiff, Robert Johnson Sr. resides in and is a citizen of the State of New York.

579. The plaintiff, Sylvia Johnson resides in and is a citizen of the State of New York.

580. The plaintiff, John Jones resides in and is a citizen of the State of New York.

581. The plaintiff, Terrence Jordan resides in and is a citizen of the State of New York.

582. The plaintiff, Mark Joseph resides in and is a citizen of the State of New York.

583. The plaintiff, Luke Jurain resides in and is a citizen of the State of New York.

584. The plaintiff, Joseph Kadillac resides in and is a citizen of the State of New York.

585. The plaintiff, James Kadnar resides in and is a citizen of the State of New York.

586. The plaintiff, Jane Kahoro resides in and is a citizen of the State of Delaware.

587. The plaintiff, Razi Kalish resides in and is a citizen of the State of New York.

588. The plaintiff, George Kaperonis resides in and is a citizen of the State of New York.

589. The plaintiff, Howard Katzman resides in and is a citizen of the State of Florida.

590. The plaintiff, Christopher Kazimir resides in and is a citizen of the State of New York.

591. The plaintiff, Dennis Keane resides in and is a citizen of the State of New York.

592. The plaintiff, Lawrence Keating resides in and is a citizen of the State of New York.

593. The plaintiff, Thomas Keeling resides in and is a citizen of the State of New York.

594. The plaintiff, John Keenan resides in and is a citizen of the State of New York.

595. The plaintiff, Michael Kelleher resides in and is a citizen of the State of New York.

596. The plaintiff, Racquel Kelley resides in and is a citizen of the District of Columbia.

597. The plaintiff, Derek Kelly resides in and is a citizen of the State of New York.

598. The plaintiff, James Kelly resides in and is a citizen of the State of New York.

599. The plaintiff, John Kelly resides in and is a citizen of the State of New York.

600. The plaintiff, John Kelly resides in and is a citizen of the State of New York.

601. The plaintiff, Kevin Kelly resides in and is a citizen of the State of New York.

602. The plaintiff, Patrick Kelly resides in and is a citizen of the State of New York.

603. The plaintiff, Robert Kelly resides in and is a citizen of the State of New York.

604. The plaintiff, Thomas Kelly resides in and is a citizen of the State of New York.

605. The plaintiff, William Kelly resides in and is a citizen of the State of New York.

606. The plaintiff, Donald Kennedy resides in and is a citizen of the State of New York.

607. The plaintiff, Lisa Kennedy resides in and is a citizen of the State of New Jersey.

608. The plaintiff, Richard Kenney resides in and is a citizen of the State of New York.

609. The plaintiff, Peter Kenny resides in and is a citizen of the State of New York.

610. The plaintiff, John Kershis resides in and is a citizen of the State of New York.

611. The plaintiff, Robert Keys resides in and is a citizen of the State of New York.

612. The plaintiff, Patrick Kiernan resides in and is a citizen of the State of New York.

613. The plaintiff, Susanne Kikkenborg resides in and is a citizen of the State of Connecticut.

614. The plaintiff, Michael Killarney resides in and is a citizen of the State of New York.

615. The plaintiff, Michael Killcommons resides in and is a citizen of the State of New York.

616. The plaintiff, David King Jr. resides in and is a citizen of the State of Maryland.

617. The plaintiff, Emanuel King resides in and is a citizen of the State of New York.

618. The plaintiff, Stephen King III resides in and is a citizen of the State of New York.

619. The plaintiff, John Kinta resides in and is a citizen of the State of New York.

620. The plaintiff, Blaik Kirby resides in and is a citizen of Quebec Canada.

621. The plaintiff, Ronald Kirchner resides in and is a citizen of the State of New York.

622. The plaintiff, Robert Klaum resides in and is a citizen of the State of New York.

623. The plaintiff, Steven Klein resides in and is a citizen of the State of New York.

624. The plaintiff, David Kletsman resides in and is a citizen of the State of New York.

625. The plaintiff, Lawrence Klingener resides in and is a citizen of the State of New York.

626. The plaintiff, Richard Kobbe resides in and is a citizen of the State of New York.

627. The plaintiff, Edward Kohler resides in and is a citizen of the State of New York.

628. The plaintiff, Nicholas Koloszuk resides in and is a citizen of the State of New York.

629. The plaintiff, Robert Korfman resides in and is a citizen of the State of New York.

630. The plaintiff, Armen Koroghlian resides in and is a citizen of the State of New York.

631. The plaintiff, Helen Kresz resides in and is a citizen of the State of New York.

632. The plaintiff, Daniel Kruesi resides in and is a citizen of the State of New Jersey.

633. The plaintiff, Kevin Kubler resides in and is a citizen of the State of New York.

634. The plaintiff, Louise Kurtz resides in and is a citizen of the State of Virginia.

635. The plaintiff, Sidney Kyle resides in and is a citizen of the State of New York.

636. The plaintiff, Rosetta La Vena resides in and is a citizen of the State of New York.

637. The plaintiff, David Labatto resides in and is a citizen of the State of New York.

638. The plaintiff, Orfelina Lachapel resides in and is a citizen of the State of New York.

639. The plaintiff, John LaFemina resides in and is a citizen of the State of New York.

640. The plaintiff, Romano Lake resides in and is a citizen of the State of New Jersey.

641. The plaintiff, Thomas LaMacchia resides in and is a citizen of the State of New York.

642. The plaintiff, George Lamoreaux resides in and is a citizen of the State of New York.

643. The plaintiff, Brian Landau resides in and is a citizen of the State of New York.

644. The plaintiff, James Lang resides in and is a citizen of the State of New York.

645. The plaintiff, Paul Lang resides in and is a citizen of the State of New York.

646. The plaintiff, George Lantay resides in and is a citizen of the State of New York.

647. The plaintiff, James Lanza resides in and is a citizen of the State of New York.

648. The plaintiff, James Lanze resides in and is a citizen of the State of New York.

649. The plaintiff, Richard LaPiedra resides in and is a citizen of the State of New York.

650. The plaintiff, Jean Jacques Laraque resides in and is a citizen of the State of New York.

651. The plaintiff, Philip Larimore resides in and is a citizen of the State of New York.

652. The plaintiff, Brain Larney resides in and is a citizen of the State of New York.

653. The plaintiff, John Larocchia resides in and is a citizen of the State of New York.

654. The plaintiff, Anthony Larosa resides in and is a citizen of the State of New York.

655. The plaintiff, John LaSala resides in and is a citizen of the State of New York.

656. The plaintiff, Joseph Lashendock III resides in and is a citizen of the State of New Jersey.

657. The plaintiff, Peter Laudati resides in and is a citizen of the State of New Jersey.

658. The plaintiff, Kevin LaVelle resides in and is a citizen of the State of New York.

659. The plaintiff, Michael Lavin resides in and is a citizen of the State of New York.

660. The plaintiff, Kevin Lawe resides in and is a citizen of the State of New York.

661. The plaintiff, Arnold Lederman resides in and is a citizen of the State of New York.

662. The plaintiff, Barry Lee resides in and is a citizen of the State of New York.

663. The plaintiff, Larry Lee resides in and is a citizen of the State of New York.

664. The plaintiff, Robert Lee resides in and is a citizen of the State of New York.

665. The plaintiff, Alicia LeGuillow resides in and is a citizen of the State of New York.

666. The plaintiff, Joyce Leigh resides in and is a citizen of the State of New York.

667. The plaintiff, Robert Leonick resides in and is a citizen of the State of New York.

668. The plaintiff, Hursley Lever resides in and is a citizen of the State of New York.

669. The plaintiff, Jeffrey Lever resides in and is a citizen of the State of New York.

670. The plaintiff, James Lewis resides in and is a citizen of the State of New York.

671. The plaintiff, Otis Lewis resides in and is a citizen of the State of New York.

672. The plaintiff, Michael Liantonio resides in and is a citizen of the State of New York.

673. The plaintiff, Joseph Libretti resides in and is a citizen of the State of Pennsylvania.

674. The plaintiff, Frank Licausi resides in and is a citizen of the State of Pennsylvania.

675. The plaintiff, Christopher Lindberg resides in and is a citizen of the State of New York.

676. The plaintiff, Elena Linis resides in and is a citizen of the State of New York.

677. The plaintiff, Rosemaria Lipari resides in and is a citizen of the State of New York.

678. The plaintiff, Emanuel Lipscomb resides in and is a citizen of the District of Columbia.

679. The plaintiff, Antonio Lloret resides in and is a citizen of the State of New York.

680. The plaintiff, Edward Locher resides in and is a citizen of the State of New York.

681. The plaintiff, Anthony Lomeli resides in and is a citizen of the State of New York.

682. The plaintiff, Christopher Long resides in and is a citizen of the State of New York.

683. The plaintiff, Arnaldo Lopez resides in and is a citizen of the State of New York.

684. The plaintiff, Mario Lopez resides in and is a citizen of the State of New York.

685. The plaintiff, Daniel Lopuzzo resides in and is a citizen of the State of New York.

686. The plaintiff, Joseph Lowney resides in and is a citizen of the State of New York.

687. The plaintiff, Brendan Lowrey resides in and is a citizen of the State of New York.

688. The plaintiff, Alfred Lchetti resides in and is a citizen of the State of New York.

689. The plaintiff, Edmund Lucia resides in and is a citizen of the State of New York.

690. The plaintiff, Kenneth Lucianin resides in and is a citizen of the State of New Jersey.

691. The plaintiff, Daniel Luge resides in and is a citizen of the State of New York.

692. The plaintiff, Evelyn Lugo resides in and is a citizen of the State of New York.

693. The plaintiff, Leoncio Luis resides in and is a citizen of the State of New York.

694. The plaintiff, Dennis Lusardi resides in and is a citizen of the State of New York.

695. The plaintiff, Jane Luther-Umstadter resides in and is a citizen of the State of New Jersey.

696. The plaintiff, Jesse Lynch resides in and is a citizen of the State of New York.

697. The plaintiff, Michael Lynch resides in and is a citizen of the State of New York.

698. The plaintiff, Thomas Lynch resides in and is a citizen of the State of New York.

699. The plaintiff, Charlie Lyons resides in and is a citizen of the State of New York.

700. The plaintiff, John Lyons resides in and is a citizen of the State of New York.

701. The plaintiff, Michael Lyons resides in and is a citizen of the State of New York.

702. The plaintiff, Peter Mabanta resides in and is a citizen of the State of New York.

703. The plaintiff, Neil MacIntyre resides in and is a citizen of the State of New York.

704. The plaintiff, Michael Macko resides in and is a citizen of the State of New York.

705. The plaintiff, Janissa Macon resides in and is a citizen of the State of Pennsylvania.

706. The plaintiff, Rico Magalhaes resides in and is a citizen of the State of New York.

707. The plaintiff, Thomas Magee resides in and is a citizen of the State of New York.

708. The plaintiff, Robert Maguire resides in and is a citizen of the State of New York.

709. The plaintiff, Eugene Mahlstadt resides in and is a citizen of the State of New York.

710. The plaintiff, Joseph Mahoney resides in and is a citizen of the State of New York.

711. The plaintiff, Thomas Mahoney resides in and is a citizen of the State of New York.

712. The plaintiff, Llewellyn Malcolm resides in and is a citizen of the State of New York.

713. The plaintiff, Jose Maldonado resides in and is a citizen of the State of New York.

714. The plaintiff, Frank Malerba resides in and is a citizen of the State of New York.

715. The plaintiff, Patrick Malloy resides in and is a citizen of the State of New York.

716. The plaintiff, Frank Malone resides in and is a citizen of the State of New York.

717. The plaintiff, John Maloney resides in and is a citizen of the State of New York.

718. The plaintiff, Adriana Maluendas resides in and is a citizen of the State of New York.

719. The plaintiff, Judy Manalastas resides in and is a citizen of the State of New York.

720. The plaintiff, Michael Mandala resides in and is a citizen of the State of New York.

721. The plaintiff, Ralph Mandia resides in and is a citizen of the State of New York.

722. The plaintiff, Thomas Manley resides in and is a citizen of the State of New York.

723. The plaintiff, Lauren Manning resides in and is a citizen of the State of New York.

724. The plaintiff, Robert Mansberger resides in and is a citizen of the State of New York.

725. The plaintiff, Wayne Manzie resides in and is a citizen of the State of New York.

726. The plaintiff, Jodie Marcusi resides in and is a citizen of the State of New Jersey.

727. The plaintiff, Claudia Marin resides in and is a citizen of the State of New York.

728. The plaintiff, Patrick Marinelli resides in and is a citizen of the State of New York.

729. The plaintiff, Anthony Marino Jr. resides in and is a citizen of the State of New York.

730. The plaintiff, Donald Marino resides in and is a citizen of the State of New Jersey.

731. The plaintiff, Martin Marino resides in and is a citizen of the State of New York.

732. The plaintiff, Michael Marino resides in and is a citizen of the State of New York.

733. The plaintiff, Jessie Marius resides in and is a citizen of the State of New York.

734. The plaintiff, Timothy Marmion resides in and is a citizen of the State of New York.

735. The plaintiff, Juan Marrero resides in and is a citizen of the State of New York.

736. The plaintiff, Robert Marshall resides in and is a citizen of the State of New York.

737. The plaintiff, Dennis Martin resides in and is a citizen of the State of New York.

738. The plaintiff, Edward Martin resides in and is a citizen of the State of New York.

739. The plaintiff, Edward Martin resides in and is a citizen of the State of New York.

740. The plaintiff, Michael Martin resides in and is a citizen of the State of New York.

741. The plaintiff, Angela Martinez resides in and is a citizen of the State of New York.

742. The plaintiff, Jose Martinez resides in and is a citizen of the State of New York.

743. The plaintiff, Rafaela Martinez resides in and is a citizen of the State of New Jersey.

744. The plaintiff, James Mascarella resides in and is a citizen of the State of New Jersey.

745. The plaintiff, Anthony Mastrelli resides in and is a citizen of the State of New York.

746. The plaintiff, Vincenzo Mastropasqua resides in and is a citizen of the State of New York.

747. The plaintiff, Anthony Mattone resides in and is a citizen of the State of New York.

748. The plaintiff, Richard Mattone resides in and is a citizen of the State of New York.

749. The plaintiff, Shawn May resides in and is a citizen of the State of New York.

750. The plaintiff, Michael Maye resides in and is a citizen of the State of New York.

751. The plaintiff, Jaysen Mayo resides in and is a citizen of Canada.

752. The plaintiff, Thomas Mazza resides in and is a citizen of the State of Colorado.

753. The plaintiff, Edward McAleer resides in and is a citizen of the State of New York.

754. The plaintiff, John McAleese resides in and is a citizen of the State of New York.

755. The plaintiff, John McAllister resides in and is a citizen of the State of New York.

756. The plaintiff, Thomas McAllister resides in and is a citizen of the State of New York.

757. The plaintiff, John McAndrews resides in and is a citizen of the State of New York.

758. The plaintiff, Maureen McArdle-Schulman resides in and is a citizen of the State of New York.

759. The plaintiff, Joseph McAuley resides in and is a citizen of the State of New York.

760. The plaintiff, Carl McBratney Jr. resides in and is a citizen of the State of New York.

761. The plaintiff, Mary McCall resides in and is a citizen of the State of New York.

762. The plaintiff, Michael McCall resides in and is a citizen of the State of New York.

763. The plaintiff, Eugene McCarey resides in and is a citizen of the State of New York.

764. The plaintiff, Kevin McCarren resides in and is a citizen of the State of New York.

765. The plaintiff, James McCarthy resides in and is a citizen of the State of New Jersey.

766. The plaintiff, Dan McCarvill resides in and is a citizen of the State of New York.

767. The plaintiff, Timothy McCarvill resides in and is a citizen of the State of New York.

768. The plaintiff, Michael McClelland resides in and is a citizen of the State of New York.

769. The plaintiff, Dennis McConville resides in and is a citizen of the State of New York.

770. The plaintiff, Charles McCormack resides in and is a citizen of the State of New York.

771. The plaintiff, Marianne McCormack resides in and is a citizen of the State of New York.

772. The plaintiff, Richard McCoy resides in and is a citizen of the State of New York.

773. The plaintiff, Arthur McCrossen resides in and is a citizen of the State of New York.

774. The plaintiff, James McDermott resides in and is a citizen of the State of New York.

775. The plaintiff, Scott McDonnell resides in and is a citizen of the State of Illinois.

776. The plaintiff, David McDonough resides in and is a citizen of the State of New York.

777. The plaintiff, Gregory McFarland resides in and is a citizen of the State of New York.

778. The plaintiff, Faridi McFree resides in and is a citizen of the State of New York.

779. The plaintiff, Kevin McGeary resides in and is a citizen of the State of New York.

780. The plaintiff, Lawrence McGee resides in and is a citizen of the State of New York.

781. The plaintiff, Stephen McGee resides in and is a citizen of the State of New York.

782. The plaintiff, Jon McGillick resides in and is a citizen of the State of New York.

783. The plaintiff, Mark McGinty resides in and is a citizen of the State of New York.

784. The plaintiff, Joseph McGovern resides in and is a citizen of the State of New York.

785. The plaintiff, Thomas McGrade resides in and is a citizen of the State of New York.

786. The plaintiff, Patrick McGreen resides in and is a citizen of the State of New York.

787. The plaintiff, Joseph McGrory resides in and is a citizen of the State of New York.

788. The plaintiff, Daniel McGuinn resides in and is a citizen of the State of New York.

789. The plaintiff, James McGuire resides in and is a citizen of the State of New York.

790. The plaintiff, Robert McGuire resides in and is a citizen of the State of New York.

791. The plaintiff, John McGurren resides in and is a citizen of the State of New York.

792. The plaintiff, James McHugh resides in and is a citizen of the State of New York.

793. The plaintiff, Edward McKallen resides in and is a citizen of the State of New York.

794. The plaintiff, John McKenna resides in and is a citizen of the State of New York.

795. The plaintiff, Patrick McKenna resides in and is a citizen of the State of New York.

796. The plaintiff, Richard McKenna resides in and is a citizen of the State of New York.

797. The plaintiff, Martin McKeon resides in and is a citizen of the State of New York.

798. The plaintiff, Roger McKnight resides in and is a citizen of the State of New York.

799. The plaintiff, James McLoughlin resides in and is a citizen of the State of New York.

800. The plaintiff, Kevin McLoughlin resides in and is a citizen of the State of New York.

801. The plaintiff, Gerard McMahon resides in and is a citizen of the State of New York.

802. The plaintiff, Frederick McNeely resides in and is a citizen of the State of Pennsylvania.

803. The plaintiff, Kevin McPike resides in and is a citizen of the State of New York.

804. The plaintiff, Kevin McQuilly resides in and is a citizen of the State of New York.

805. The plaintiff, Ernest Medaglia resides in and is a citizen of the State of New York.

806. The plaintiff, Donald Meeg resides in and is a citizen of the State of New York.

807. The plaintiff, Oscar Mejia resides in and is a citizen of the State of New York.

808. The plaintiff, Nexhat Mela resides in and is a citizen of the State of New York.

809. The plaintiff, Josefina Mendez resides in and is a citizen of the State of New York.

810. The plaintiff, Benjamin Mercado resides in and is a citizen of the State of New York.

811. The plaintiff, Carmelo Mercado resides in and is a citizen of the State of New York.

812. The plaintiff, Ronald Merrill resides in and is a citizen of the State of Pennsylvania.

813. The plaintiff, Roberto Mesa resides in and is a citizen of the State of New York.

814. The plaintiff, John Messina Jr. resides in and is a citizen of the State of New Jersey.

815. The plaintiff, Edward Metz resides in and is a citizen of the State of New York.

816. The plaintiff, Rafaela Meurer resides in and is a citizen of the State of New York.

817. The plaintiff, Harold Meyers resides in and is a citizen of the State of New York.

818. The plaintiff, Thomas Meyers resides in and is a citizen of the State of New York.

819. The plaintiff, Kenneth Miccio resides in and is a citizen of the State of New York.

820. The plaintiff, Richard Miccio resides in and is a citizen of the State of New York.

821. The plaintiff, Judy Michaels resides in and is a citizen of the State of New York.

822. The plaintiff, Joseph Mickiewicz resides in and is a citizen of the State of New Jersey.

823. The plaintiff, Glen Midbo resides in and is a citizen of the State of New York.

824. The plaintiff, Ciro Milano resides in and is a citizen of the State of New York.

825. The plaintiff, Roland Miletti resides in and is a citizen of the State of New York.

826. The plaintiff, Robert Miller resides in and is a citizen of the State of New York.

827. The plaintiff, Thomas Milton resides in and is a citizen of the State of New York.

828. The plaintiff, Joseph Minogue resides in and is a citizen of the State of New York.

829. The plaintiff, William Mirro resides in and is a citizen of the State of New York.

830. The plaintiff, Donald Mischke resides in and is a citizen of the State of New York.

831. The plaintiff, Steve Modica resides in and is a citizen of the State of New York.

832. The plaintiff, Bill Moffat resides in and is a citizen of the State of New York.

833. The plaintiff, Ram Mohabir resides in and is a citizen of the State of New Jersey.

834. The plaintiff, Michael Molloy resides in and is a citizen of the State of New York.

835. The plaintiff, Joseph Montaperto resides in and is a citizen of the State of New York.

836. The plaintiff, Frank Montaruli resides in and is a citizen of the State of New York.

837. The plaintiff, Josephine Monte resides in and is a citizen of the State of New York.

838. The plaintiff, John Mooney resides in and is a citizen of the State of New York.

839. The plaintiff, Joseph Mooney resides in and is a citizen of the State of New York.

840. The plaintiff, Kevin Moore resides in and is a citizen of the State of New York.

841. The plaintiff, Robert Moore Jr. resides in and is a citizen of the State of New York.

842. The plaintiff, Tarnisa Moore resides in and is a citizen of the State of New York.

843. The plaintiff, Edwin Morales resides in and is a citizen of the State of New York.

844. The plaintiff, Noel Moran resides in and is a citizen of the State of Pennsylvania.

845. The plaintiff, James Morandi resides in and is a citizen of the State of New York.

846. The plaintiff, Marc Morello resides in and is a citizen of the State of New York.

847. The plaintiff, David Moriarty resides in and is a citizen of the State of New York.

848. The plaintiff, Steven Mormino resides in and is a citizen of the State of New York.

849. The plaintiff, John Morris resides in and is a citizen of the State of New York.

850. The plaintiff, Nancy Morrison resides in and is a citizen of the State of New York.

851. The plaintiff, Peter Morrissey resides in and is a citizen of the State of New York.

852. The plaintiff, Michael Moschitta resides in and is a citizen of the State of New York.

853. The plaintiff, Steven Moss resides in and is a citizen of the State of New York.

854. The plaintiff, Omar Mota resides in and is a citizen of the State of New York.

855. The plaintiff, Dennis Muia resides in and is a citizen of the State of New York.

856. The plaintiff, Matthew Mulhan resides in and is a citizen of the State of New York.

857. The plaintiff, Michael Mullarkey resides in and is a citizen of the State of New York.

858. The plaintiff, George Mullen Jr. resides in and is a citizen of the State of New York.

859. The plaintiff, Brian Muller resides in and is a citizen of the State of New York.

860. The plaintiff, Steven Muller resides in and is a citizen of the State of New York.

861. The plaintiff, Michael Mulligan resides in and is a citizen of the State of New York.

862. The plaintiff, Michael Mulqueen resides in and is a citizen of the State of New York.

863. The plaintiff, Tom Mulqueen resides in and is a citizen of the State of New York.

864. The plaintiff, Thomas Mundy resides in and is a citizen of the State of New York.

865. The plaintiff, Lois Mungay resides in and is a citizen of the State of New York.

866. The plaintiff, Valeriy Muratov resides in and is a citizen of the State of New York.

867. The plaintiff, Jennifer Murawski resides in and is a citizen of the State of New York.

868. The plaintiff, Allen Murphy resides in and is a citizen of the State of New York.

869. The plaintiff, David Murphy resides in and is a citizen of the State of New York.

870. The plaintiff, Joseph Murphy resides in and is a citizen of the State of New York.

871. The plaintiff, Richard Murphy resides in and is a citizen of the State of New Jersey.

872. The plaintiff, Vincent Murphy resides in and is a citizen of the State of New York.

873. The plaintiff, James Murray resides in and is a citizen of the State of New York.

874. The plaintiff, Richard Murray resides in and is a citizen of the State of New York.

875. The plaintiff, Robert Murray resides in and is a citizen of the State of New York.

876. The plaintiff, Kenneth Muxie resides in and is a citizen of the State of New York.

877. The plaintiff, John Najmy resides in and is a citizen of the State of New York.

878. The plaintiff, Parasar Nandan resides in and is a citizen of Canada.

879. The plaintiff, Louis Napoli resides in and is a citizen of the State of New York.

880. The plaintiff, Thomas Napolitano resides in and is a citizen of the State of New York.

881. The plaintiff, Robert Narducci resides in and is a citizen of the State of New York.

882. The plaintiff, Daniel Narlock resides in and is a citizen of the State of Florida.

883. The plaintiff, Bridget Nee resides in and is a citizen of the State of New York.

884. The plaintiff, Ralph Negron resides in and is a citizen of the State of New York.

885. The plaintiff, Dean Neligan resides in and is a citizen of the State of New York.

886. The plaintiff, John Nesbitt resides in and is a citizen of the State of New York.

887. The plaintiff, Allan Neuendorf resides in and is a citizen of the State of New York.

888. The plaintiff, Brian Neville resides in and is a citizen of the State of New York.

889. The plaintiff, Sean Newman resides in and is a citizen of the State of New York.

890. The plaintiff, Fook Sam Ngooi resides in and is a citizen of the State of New Jersey.

891. The plaintiff, James Niebler resides in and is a citizen of the State of New York.

892. The plaintiff, Elizabeth Nielsen resides in and is a citizen of the State of New York.

893. The plaintiff, John Nimmo III resides in and is a citizen of the State of Connecticut.

894. The plaintiff, Jose Nivar resides in and is a citizen of the State of New York.

895. The plaintiff, Richard Nogan resides in and is a citizen of the State of New York.

896. The plaintiff, Terry Norton resides in and is a citizen of the State of New York.

897. The plaintiff, Santos Nunez resides in and is a citizen of the State of New York.

898. The plaintiff, Robert Nussberger resides in and is a citizen of the State of New York.

899. The plaintiff, Kofi Nyantakyi resides in and is a citizen of the State of New York.

900. The plaintiff, Frank O'Brien resides in and is a citizen of the State of New York.

901. The plaintiff, John O'Brien resides in and is a citizen of the State of New York.

902. The plaintiff, John O'Brien resides in and is a citizen of the State of New York.

903. The plaintiff, Michael O'Brien resides in and is a citizen of the State of New York.

904. The plaintiff, Richard O'Brien resides in and is a citizen of the State of New York.

905. The plaintiff, Luis O'Campo resides in and is a citizen of the State of New York.

906. The plaintiff, Christopher O'Connell resides in and is a citizen of the State of New York.

907. The plaintiff, Sean O'Connor resides in and is a citizen of the State of New York.

908. The plaintiff, Gerard O'Donnell resides in and is a citizen of the State of New York.

909. The plaintiff, John O'Donnell resides in and is a citizen of the State of New York.

910. The plaintiff, Brian O'Flaherty resides in and is a citizen of the State of New York.

911. The plaintiff, Robert O'Flaherty resides in and is a citizen of the State of New York.

912. The plaintiff, Joseph O'Hagan resides in and is a citizen of the State of New York.

913. The plaintiff, Edward O'Hare resides in and is a citizen of the State of New York.

914. The plaintiff, Christopher O'Keefe resides in and is a citizen of the State of New York.

915. The plaintiff, Patrick O'Keefe resides in and is a citizen of the State of New York.

916. The plaintiff, Martin O'Leary resides in and is a citizen of the State of New York.

917. The plaintiff, Richard O'Mack resides in and is a citizen of the State of New York.

918. The plaintiff, Thomas O'Meara resides in and is a citizen of the State of New York.

919. The plaintiff, Joseph O'Neil resides in and is a citizen of the State of New York.

920. The plaintiff, Kevin O'Neill resides in and is a citizen of the State of New York.

921. The plaintiff, Eugene O'Reilly resides in and is a citizen of the State of New York.

922. The plaintiff, Radames Ocasio resides in and is a citizen of the State of New York.

923. The plaintiff, Kayode Oladunjoye resides in and is a citizen of the State of New York.

924. The plaintiff, Dalisay Saenz Olaes resides in and is a citizen of the State of Virginia.

925. The plaintiff, Angel Ortiz resides in and is a citizen of the State of New York.

926. The plaintiff, Francisco Ortiz resides in and is a citizen of the State of New York.

927. The plaintiff, Venus Ortiz resides in and is a citizen of the State of New Jersey.

928. The plaintiff, Veronica Ortiz resides in and is a citizen of the State of New York.

929. The plaintiff, Petero Otigho resides in and is a citizen of the State of New York.

930. The plaintiff, Vincent Panaro resides in and is a citizen of the State of New York.

931. The plaintiff, Keith Pander resides in and is a citizen of the State of New York.

932. The plaintiff, Carol Pantalone resides in and is a citizen of the State of New Jersey.

933. The plaintiff, Jennifer Panzella resides in and is a citizen of the State of New York.

934. The plaintiff, Victor Panzella Jr. resides in and is a citizen of the State of New York.

935. The plaintiff, Thomas Papaccio resides in and is a citizen of the State of New York.

936. The plaintiff, Mark Papadopulos resides in and is a citizen of the State of New York.

937. The plaintiff, Dean Pappas resides in and is a citizen of the State of New York.

938. The plaintiff, Ralph Paprocki resides in and is a citizen of the State of New York.

939. The plaintiff, Valentin Paredes resides in and is a citizen of the State of New York.

940. The plaintiff, Salvatore Parisi resides in and is a citizen of the State of New York.

941. The plaintiff, Wilston Parris resides in and is a citizen of the State of New York.

942. The plaintiff, Anant Patel resides in and is a citizen of the State of New Jersey.

943. The plaintiff, Gregory Patsos resides in and is a citizen of the State of New York.

944. The plaintiff, Paul Patsos resides in and is a citizen of the State of New York.

945. The plaintiff, Louis Pecora resides in and is a citizen of the State of New York.

946. The plaintiff, Richard Peitler resides in and is a citizen of the State of New York.

947. The plaintiff, Maria Pellot resides in and is a citizen of the State of New York.

948. The plaintiff, Michael Pena resides in and is a citizen of the State of New York.

949. The plaintiff, Milcia Pena resides in and is a citizen of the State of New York.

950. The plaintiff, Francesca Penoro resides in and is a citizen of the State of New York.

951. The plaintiff, Ralph Pepe resides in and is a citizen of the State of New York.

952. The plaintiff, Guido Peralta resides in and is a citizen of the State of New York.

953. The plaintiff, Steven Perez resides in and is a citizen of the State of New York.

954. The plaintiff, Steven Perry resides in and is a citizen of the State of New York.

955. The plaintiff, William Pesature resides in and is a citizen of the State of New York.

956. The plaintiff, Joseph Pesce resides in and is a citizen of the State of New York.

957. The plaintiff, Robert Peters resides in and is a citizen of the State of New York.

958. The plaintiff, Nathan Peterson resides in and is a citizen of the State of New York.

959. The plaintiff, Joseph Petrassi resides in and is a citizen of the State of New York.

960. The plaintiff, Gregory Petrik resides in and is a citizen of the State of New York.

961. The plaintiff, Christopher Piazza Lori Pfeil resides in and is a citizen of the State of New York.

962. The plaintiff, Maneula Pichardo resides in and is a citizen of the State of Florida.

963. The plaintiff, Pedro Pichardo resides in and is a citizen of the State of New York.

964. The plaintiff, Ruben Pimentel resides in and is a citizen of the State of New York.

965. The plaintiff, Vincent Pinto resides in and is a citizen of the State of New York.

966. The plaintiff, Gerard Pirraglia resides in and is a citizen of the State of New York.

967. The plaintiff, Carl Pisani resides in and is a citizen of the State of New York.

968. The plaintiff, Leonard Pittz resides in and is a citizen of the State of New York.

969. The plaintiff, Larrie Placide resides in and is a citizen of the State of New York.

970. The plaintiff, Edmund Plunkett resides in and is a citizen of the State of New York.

971. The plaintiff, Daniel Pollicino resides in and is a citizen of the State of New York.

972. The plaintiff, Dan Potter resides in and is a citizen of the State of New York.

973. The plaintiff, Sharon Premoli resides in and is a citizen of the State of California.

974. The plaintiff, John Prendergast resides in and is a citizen of the State of New York.

975. The plaintiff, Kevin Prendergast resides in and is a citizen of the State of New York.

976. The plaintiff, John Prenty resides in and is a citizen of the State of New York.

977. The plaintiff, Frank Prescia resides in and is a citizen of the State of New York.

978. The plaintiff, Bambang Priatno resides in and is a citizen of the State of New York.

979. The plaintiff, Salvatore Princiotta Jr. resides in and is a citizen of the State of New York.

980. The plaintiff, Michael Prior resides in and is a citizen of the State of New York.

981. The plaintiff, Brian Pritchard resides in and is a citizen of the State of New York.

982. The plaintiff, William Privitar resides in and is a citizen of the State of New York.

983. The plaintiff, Salvatore Provenzano resides in and is a citizen of the State of New York.

984. The plaintiff, Vincent Puleo resides in and is a citizen of the State of New York.

985. The plaintiff, Robert Pulizzotto resides in and is a citizen of the State of New York.

986. The plaintiff, Daniel Purcell resides in and is a citizen of the State of New York.

987. The plaintiff, Francis Pursley resides in and is a citizen of the State of California.

988. The plaintiff, John Quevedo Jr. resides in and is a citizen of the State of New York.

989. The plaintiff, Michael Quevedo resides in and is a citizen of the State of New York.

990. The plaintiff, Edwin Quinn resides in and is a citizen of the State of New York.

991. The plaintiff, Peter Quinn resides in and is a citizen of the State of New York.

992. The plaintiff, Antonio Quinones resides in and is a citizen of the State of New York.

993. The plaintiff, Carmen Quinones resides in and is a citizen of the State of New York.

994. The plaintiff, Godwin Quinones resides in and is a citizen of the State of New York.

995. The plaintiff, Paul Quirke resides in and is a citizen of the State of New York.

996. The plaintiff, James Rae resides in and is a citizen of the State of New York.

997. The plaintiff, Robert Rae resides in and is a citizen of the State of New York.

998. The plaintiff, Raymond Ragucci resides in and is a citizen of the State of New York.

999. The plaintiff, Kenneth Rallis resides in and is a citizen of the State of New York.

1000. The plaintiff, Richard Ramaizel resides in and is a citizen of the State of New York.

1001. The plaintiff, Juan Ramirez resides in and is a citizen of the State of New York.

1002. The plaintiff, Vigita Ramnath resides in and is a citizen of the State of New York.

1003. The plaintiff, Alfonso Ramos resides in and is a citizen of the State of New York.

1004. The plaintiff, Mildred Ramos resides in and is a citizen of the State of New York.

1005. The plaintiff, Roberto Ramos resides in and is a citizen of the State of New York.

1006. The plaintiff, Michael Ramputi resides in and is a citizen of the State of New York.

1007. The plaintiff, Sebastian Raspanti resides in and is a citizen of the State of New York.

1008. The plaintiff, James Reddan resides in and is a citizen of the State of New York.

1009. The plaintiff, Joshua Reder resides in and is a citizen of the State of New York.

1010. The plaintiff, Daniel Reeber resides in and is a citizen of the State of New York.

1011. The plaintiff, Pamela Reeves resides in and is a citizen of the State of New York.

1012. The plaintiff, Richard Regis resides in and is a citizen of the State of New York.

1013. The plaintiff, Joseph Reid resides in and is a citizen of the State of New York.

1014. The plaintiff, Timothy Reid resides in and is a citizen of the State of New York.

1015. The plaintiff, Charles Reilly resides in and is a citizen of the State of New York.

1016. The plaintiff, Thomas Reilly resides in and is a citizen of the State of New York.

1017. The plaintiff, John Reinhardt resides in and is a citizen of the State of New York.

1018. The plaintiff, Lloyd Rendall resides in and is a citizen of the State of New York.

1019. The plaintiff, John Renna resides in and is a citizen of the State of New Jersey.

1020. The plaintiff, Francis Renois resides in and is a citizen of the State of New Jersey.

1021. The plaintiff, Richard Resto resides in and is a citizen of the State of New York.

1022. The plaintiff, Alfred Retundie resides in and is a citizen of the State of New York.

1023. The plaintiff, Christopher Revere resides in and is a citizen of the State of New York.

1024. The plaintiff, Fernando Reyes resides in and is a citizen of the State of Florida.

1025. The plaintiff, Juan Reyes resides in and is a citizen of the State of New York.

1026. The plaintiff, Karem Reynoso resides in and is a citizen of the State of New York.

1027. The plaintiff, Frank Ricca resides in and is a citizen of the State of New York.

1028. The plaintiff, William Riccardulli resides in and is a citizen of the State of New York.

1029. The plaintiff, Daniel Ricciardi resides in and is a citizen of the State of New York.

1030. The plaintiff, Arthur Riccio resides in and is a citizen of the State of New York.

1031. The plaintiff, Steven Richards resides in and is a citizen of the State of New York.

1032. The plaintiff, Maurice Richardson resides in and is a citizen of the State of New York.

1033. The plaintiff, Franco Riggio resides in and is a citizen of the State of New York.

1034. The plaintiff, William Riordan resides in and is a citizen of the State of New Jersey.

1035. The plaintiff, David Rivas resides in and is a citizen of the State of New York.

1036. The plaintiff, Carlos Rivera resides in and is a citizen of the State of New York.

1037. The plaintiff, Edwin Rivera resides in and is a citizen of the State of New York.

1038. The plaintiff, Edwin Rivera resides in and is a citizen of the State of New Jersey.

1039. The plaintiff, Grace Rivera resides in and is a citizen of the State of New Jersey.

1040. The plaintiff, Jose Rivera resides in and is a citizen of the State of New York.

1041. The plaintiff, Omayra Rivera resides in and is a citizen of the State of New York.

1042. The plaintiff, Vincent Rivera resides in and is a citizen of the State of New York.

1043. The plaintiff, Michael Rizzo resides in and is a citizen of the State of New York.

1044. The plaintiff, Douglas Robinson resides in and is a citizen of the State of New York.

1045. The plaintiff, Kenneth Robulak resides in and is a citizen of the State of Florida.

1046. The plaintiff, Anthony Rocco resides in and is a citizen of the State of New York.

1047. The plaintiff, Nelson Rocha resides in and is a citizen of the State of New York.

1048. The plaintiff, John Roche resides in and is a citizen of the State of New York.

1049. The plaintiff, Bryan Rodrigues resides in and is a citizen of the State of New York.

1050. The plaintiff, Abimael Rodriguez resides in and is a citizen of the State of New York.

1051. The plaintiff, Carlota Rodriguez resides in and is a citizen of the State of New York.

1052. The plaintiff, David Rodriguez resides in and is a citizen of the State of New York.

1053. The plaintiff, Miriam Rodriguez resides in and is a citizen of the State of New York.

1054. The plaintiff, Rosaulina Rodriguez resides in and is a citizen of the State of New York.

1055. The plaintiff, John Rogers resides in and is a citizen of the State of New York.

1056. The plaintiff, Julio Roig Jr resides in and is a citizen of the State of New York.

1057. The plaintiff, John Rokee resides in and is a citizen of the State of New York.

1058. The plaintiff, Arnold Roma resides in and is a citizen of the State of New York.

1059. The plaintiff, William Romaka resides in and is a citizen of the State of New York.

1060. The plaintiff, Filomena Roman resides in and is a citizen of the State of New York..

1061. The plaintiff, Frank Romano resides in and is a citizen of the State of New York.

1062. The plaintiff, John Rooney resides in and is a citizen of the State of New York.

1063. The plaintiff, Victor Rosa resides in and is a citizen of the State of New York.

1064. The plaintiff, Anthony Rosado resides in and is a citizen of the State of New York.

1065. The plaintiff, Michael Rossello resides in and is a citizen of the State of New York.

1066. The plaintiff, Joseph Rotondi resides in and is a citizen of the State of New York.

1067. The plaintiff, Louis Rotondo resides in and is a citizen of the State of New York.

1068. The plaintiff, David Rowan resides in and is a citizen of the State of New York.

1069. The plaintiff, Mark Rowan resides in and is a citizen of the State of New York.

1070. The plaintiff, James Rozas resides in and is a citizen of the State of New York.

1071. The plaintiff, Steven Ruggiero resides in and is a citizen of the State of New York.

1072. The plaintiff, Louis Ruggirello resides in and is a citizen of the State of New York.

1073. The plaintiff, Donald Ruland resides in and is a citizen of the State of New York.

1074. The plaintiff, Mark Ruppert resides in and is a citizen of the State of New York.

1075. The plaintiff, Damian Rusin resides in and is a citizen of the State of Pennsylvania.

1076. The plaintiff, Marshall Ryan resides in and is a citizen of the State of New Jersey.

1077. The plaintiff, Susan Ryan resides in and is a citizen of the State of New York.

1078. The plaintiff, Thomas Ryan resides in and is a citizen of the State of New Jersey.

1079. The plaintiff, Michael Rynn resides in and is a citizen of the State of New York.

1080. The plaintiff, Matthew Salmon resides in and is a citizen of the State of New York.

1081. The plaintiff, Robert Salmon resides in and is a citizen of the State of New York.

1082. The plaintiff, Reina Salzedo resides in and is a citizen of the State of New York.

1083. The plaintiff, Audrey Sammis resides in and is a citizen of the State of California.

1084. The plaintiff, Clide Sampson resides in and is a citizen of the State of New York.

1085. The plaintiff, Carlos Sanchez resides in and is a citizen of the State of New York.

1086. The plaintiff, Concepcion Sanchez resides in and is a citizen of the State of New York.

1087. The plaintiff, Jose Antonio Sanchez Jr. resides in and is a citizen of the State of New Jersey.

1088. The plaintiff, Joe Sanders resides in and is a citizen of the State of New York.

1089. The plaintiff, Oscar Sandoval resides in and is a citizen of the State of New York.

1090. The plaintiff, David Sandvik resides in and is a citizen of the State of New York.

1091. The plaintiff, Robert Santandrea resides in and is a citizen of the State of New York.

1092. The plaintiff, Luis Santiago resides in and is a citizen of the State of New York.

1093. The plaintiff, David Santise resides in and is a citizen of the State of New York.

1094. The plaintiff, Christopher Santos resides in and is a citizen of the State of New York.

1095. The plaintiff, LaShea Saunders resides in and is a citizen of the State of New Jersey.

1096. The plaintiff, Glenn Savery resides in and is a citizen of the State of New York.

1097. The plaintiff, Thelma Savery resides in and is a citizen of the State of New York.

1098. The plaintiff, Robert Scally resides in and is a citizen of the State of Florida..

1099. The plaintiff, Thomas Scally resides in and is a citizen of the State of New York.

1100. The plaintiff, Philip Scarfi resides in and is a citizen of the State of New York.

1101. The plaintiff, Benedict Scarsella resides in and is a citizen of the State of New York.

1102. The plaintiff, Carl Scheetz resides in and is a citizen of the State of New York.

1103. The plaintiff, Lori Schertzer resides in and is a citizen of the State of New Jersey.

1104. The plaintiff, Donald Schipf resides in and is a citizen of the State of New York.

1105. The plaintiff, Brian Schmitt resides in and is a citizen of the State of New York.

1106. The plaintiff, Robert Schmitt resides in and is a citizen of the State of New York.

1107. The plaintiff, Edward Schneider resides in and is a citizen of the State of New Jersey.

1108. The plaintiff, Peter Schoepe resides in and is a citizen of the State of New York.

1109. The plaintiff, Daniel Schofield resides in and is a citizen of the State of New York.

1110. The plaintiff, Daniel Schug resides in and is a citizen of the State of New York.

1111. The plaintiff, Robert Schumacker resides in and is a citizen of the State of New York.

1112. The plaintiff, Richard Scola resides in and is a citizen of the State of New York.

1113. The plaintiff, Anthony Scolavino resides in and is a citizen of the State of New York.

1114. The plaintiff, Howard Scott resides in and is a citizen of the State of New York.

1115. The plaintiff, Daniel Seaman resides in and is a citizen of the State of New York.

1116. The plaintiff, David Sears resides in and is a citizen of the State of New York.

1117. The plaintiff, David Sedacca resides in and is a citizen of the State of New York.

1118. The plaintiff, Ralph Seiter resides in and is a citizen of the State of New York.

1119. The plaintiff, Robert Senn resides in and is a citizen of the State of New York.

1120. The plaintiff, Jeffrey Sentowski resides in and is a citizen of the State of New York.

1121. The plaintiff, Lawrence Senzel resides in and is a citizen of the State of New York.

1122. The plaintiff, Anthony Sercia resides in and is a citizen of the State of New York.

1123. The plaintiff, William Sergio resides in and is a citizen of the State of New York.

1124. The plaintiff, Barbara Serna resides in and is a citizen of the State of New York.

1125. The plaintiff, Kevin Shaeffer resides in and is a citizen of the State of Virginia.

1126. The plaintiff, Michael Shagi resides in and is a citizen of the State of New York.

1127. The plaintiff, Abida Shaikh resides in and is a citizen of the State of New Jersey.

1128. The plaintiff, Stephen Sharp resides in and is a citizen of the State of New York.

1129. The plaintiff, Kevin Shea resides in and is a citizen of the State of New York.

1130. The plaintiff, John Sheehan resides in and is a citizen of the State of New York.

1131. The plaintiff, Marilyn Shepard resides in and is a citizen of the State of California.

1132. The plaintiff, Rodney Sherard resides in and is a citizen of the State of New York.

1133. The plaintiff, Edward Shields resides in and is a citizen of the State of New Jersey.

1134. The plaintiff, Scott Shields resides in and is a citizen of the State of New York.

1135. The plaintiff, Steve Shtab resides in and is a citizen of the State of New York.

1136. The plaintiff, Frederic Siboulet resides in and is a citizen of the State of New York.

1137. The plaintiff, John Signorelli resides in and is a citizen of the State of New York.

1138. The plaintiff, Fabian Silva Jr. resides in and is a citizen of the State of New York.

1139. The plaintiff, Wendy Silva resides in and is a citizen of the State of California.

1140. The plaintiff, Jennifer Simon resides in and is a citizen of the State of New York.

1141. The plaintiff, Linda Sims resides in and is a citizen of the State of Pennsylvania.

1142. The plaintiff, Brian Singer resides in and is a citizen of the State of New York.

1143. The plaintiff, Donna Singer resides in and is a citizen of the State of New York.

1144. The plaintiff, Eugenia Singer resides in and is a citizen of the State of New York.

1145. The plaintiff, Clarence Singleton resides in and is a citizen of the State of New York.

1146. The plaintiff, Neil Skow resides in and is a citizen of the State of New York.

1147. The plaintiff, Terence Slane resides in and is a citizen of the State of New York.

1148. The plaintiff, Eugene Slater resides in and is a citizen of the State of New York.

1149. The plaintiff, Brandon Smith resides in and is a citizen of the State of New York.

1150. The plaintiff, Gareth Smith resides in and is a citizen of the State of New York.

1151. The plaintiff, Lauren Smith resides in and is a citizen of the State of New York.

1152. The plaintiff, Michael Smith resides in and is a citizen of the State of New York.

1153. The plaintiff, Michael Smith resides in and is a citizen of the State of New York.

1154. The plaintiff, Neta Smith resides in and is a citizen of the State of New York.

1155. The plaintiff, Peter Smith resides in and is a citizen of the State of New York.

1156. The plaintiff, Todd Smith resides in and is a citizen of the State of New York.

1157. The plaintiff, Andrew Sochinski resides in and is a citizen of the State of New York.

1158. The plaintiff, Salvatore Sodano resides in and is a citizen of the State of New York.

1159. The plaintiff, Roxanne Soliwoda resides in and is a citizen of the State of New York.

1160. The plaintiff, Richard Souto resides in and is a citizen of the State of New York.

1161. The plaintiff, David Sozio resides in and is a citizen of the State of New York.

1162. The plaintiff, Michael Spiller resides in and is a citizen of the State of New York.

1163. The plaintiff, Robert Spinelli resides in and is a citizen of the State of New York.

1164. The plaintiff, Donald Spurrell resides in and is a citizen of the State of New York.

1165. The plaintiff, Anthony Squillante resides in and is a citizen of the State of New York.

1166. The plaintiff, Clifford Stabner resides in and is a citizen of the State of Delaware.

1167. The plaintiff, Joseph Stach Jr. resides in and is a citizen of the State of New York.

1168. The plaintiff, Nelly Stanicich resides in and is a citizen of the State of New York.

1169. The plaintiff, Kathleen Stanton resides in and is a citizen of the State of New York.

1170. The plaintiff, John Starace resides in and is a citizen of the State of New York.

1171. The plaintiff, Peter Stathis resides in and is a citizen of the State of New York.

1172. The plaintiff, Dennis Stefanak resides in and is a citizen of the State of New York.

1173. The plaintiff, Harry Stefandel resides in and is a citizen of the State of New York.

1174. The plaintiff, William Steinbuch III resides in and is a citizen of the State of New York.

1175. The plaintiff, Maximino Sterling resides in and is a citizen of the State of New York.

1176. The plaintiff, John Stiastny resides in and is a citizen of the State of New York.

1177. The plaintiff, Eugene Stolowski resides in and is a citizen of the State of New York.

1178. The plaintiff, Ethan Strauss resides in and is a citizen of the State of New York.

1179. The plaintiff, Rasmond Streker resides in and is a citizen of the State of New Jersey.

1180. The plaintiff, Paul Stroessner resides in and is a citizen of the State of New York.

1181. The plaintiff, Stephen Stroh resides in and is a citizen of the State of New York.

1182. The plaintiff, Scott Stromer resides in and is a citizen of the State of New York.

1183. The plaintiff, Anthony Suchon resides in and is a citizen of the State of California.

1184. The plaintiff, Gerard Suden resides in and is a citizen of the State of New York.

1185. The plaintiff, Devindra Sukhram resides in and is a citizen of the State of New York.

1186. The plaintiff, Linda Sulfaro resides in and is a citizen of the State of New York.

1187. The plaintiff, Edward Sullivan resides in and is a citizen of the State of New York.

1188. The plaintiff, James Sullivan resides in and is a citizen of the State of New York.

1189. The plaintiff, Jerald Sullivan Jr. resides in and is a citizen of the State of New Jersey.

1190. The plaintiff, John Sullivan resides in and is a citizen of the State of New York.

1191. The plaintiff, John Sullivan resides in and is a citizen of the State of New York.

1192. The plaintiff, Lawrence Sullivan resides in and is a citizen of the State of New York.

1193. The plaintiff, Michael Sullivan resides in and is a citizen of the State of New York.

1194. The plaintiff, Kenneth Summers resides in and is a citizen of the State of New York.

1195. The plaintiff, Randolph Supek resides in and is a citizen of the State of New York.

1196. The plaintiff, Robert Sutton resides in and is a citizen of the State of New York.

1197. The plaintiff, Alfred Suwara resides in and is a citizen of the State of New York.

1198. The plaintiff, Otto Suwara resides in and is a citizen of the State of New York.

1199. The plaintiff, Ronald Svec resides in and is a citizen of the State of New York.

1200. The plaintiff, Thomas Swannick resides in and is a citizen of the State of New York.

1201. The plaintiff, Gerard Sweeney resides in and is a citizen of the State of New York.

1202. The plaintiff, Joseph Swick resides in and is a citizen of the State of New York.

1203. The plaintiff, Steven Syrop resides in and is a citizen of the State of New York.

1204. The plaintiff, Joseph Szymanski resides in and is a citizen of the State of New York.

1205. The plaintiff, Soudabeh Tabatabai resides in and is a citizen of the State of New York.

1206. The plaintiff, John Taggart resides in and is a citizen of the State of New Jersey.

1207. The plaintiff, Carol Tannenbaum resides in and is a citizen of the State of New Jersey.

1208. The plaintiff, Timothy Tarpey resides in and is a citizen of the State of New York.

1209. The plaintiff, Expedito Tavarez resides in and is a citizen of the State of New York.

1210. The plaintiff, Havergail Taylor resides in and is a citizen of the State of New York.

1211. The plaintiff, Roxanne Taylor resides in and is a citizen of the State of New York.

1212. The plaintiff, Geraldine Teixeira resides in and is a citizen of the State of New York.

1213. The plaintiff, Michael Telesca resides in and is a citizen of the State of New York.

1214. The plaintiff, Bidiawattie Tewari resides in and is a citizen of the State of New York.

1215. The plaintiff, Recide Thomas resides in and is a citizen of the State of New York.

1216. The plaintiff, Denise Thompson resides in and is a citizen of the State of New York.

1217. The plaintiff, Lloyd Thompson resides in and is a citizen of the State of New York.

1218. The plaintiff, Dennis Thomson resides in and is a citizen of the State of New York.

1219. The plaintiff, Frank Thurlow resides in and is a citizen of the State of New York.

1220. The plaintiff, John Thurman resides in and is a citizen of the District of Columbia.

1221. The plaintiff, Roderic Tierney resides in and is a citizen of the State of New York.

1222. The plaintiff, Richard Tishler resides in and is a citizen of the State of New York.

1223. The plaintiff, John Tiska resides in and is a citizen of the State of New York.

1224. The plaintiff, Anthony Tito resides in and is a citizen of the State of New York.

1225. The plaintiff, Michael Tobin resides in and is a citizen of the State of New York.

1226. The plaintiff, Edward Tomaszewski resides in and is a citizen of the State of New York.

1227. The plaintiff, Salvatore Torcivia resides in and is a citizen of the State of New York.

1228. The plaintiff, Gabriel Torres resides in and is a citizen of the State of New York.

1229. The plaintiff, Johnny Torres resides in and is a citizen of the State of New York.

1230. The plaintiff, Louis Torres resides in and is a citizen of the State of New York.

1231. The plaintiff, Miguel Torres resides in and is a citizen of the State of New York.

1232. The plaintiff, Michael Tracy resides in and is a citizen of the State of Connecticut.

1233. The plaintiff, William Tracy resides in and is a citizen of the State of New York.

1234. The plaintiff, John Treglia resides in and is a citizen of the State of New York.

1235. The plaintiff, Joseph Trezza resides in and is a citizen of the State of New York.

1236. The plaintiff, Alfred Trinidad resides in and is a citizen of the State of New York.

1237. The plaintiff, Douglas Tripken resides in and is a citizen of the State of New York.

1238. The plaintiff, Michael Tripptree resides in and is a citizen of the State of New York.

1239. The plaintiff, Louis Troisi resides in and is a citizen of the State of New York.

1240. The plaintiff, Stanley Trojanowski resides in and is a citizen of the State of New York.

1241. The plaintiff, Lawrence Troy resides in and is a citizen of the State of New York.

1242. The plaintiff, Dell Truax resides in and is a citizen of the State of New York.

1243. The plaintiff, Kevin Tully resides in and is a citizen of the State of New York.

1244. The plaintiff, Steven Turilli resides in and is a citizen of the State of New York.

1245. The plaintiff, Thomas Turilli resides in and is a citizen of the State of New York.

1246. The plaintiff, Joseph Tursi resides in and is a citizen of the State of New York.

1247. The plaintiff, Antonina Tutkaj resides in and is a citizen of the State of New York.

1248. The plaintiff, John Tyson resides in and is a citizen of the State of New York.

1249. The plaintiff, Nosa Ugiagbe resides in and is a citizen of the State of New York.

1250. The plaintiff, Gisela Valencia resides in and is a citizen of the State of New York.

1251. The plaintiff, Dennis Valentin resides in and is a citizen of the State of Florida.

1252. The plaintiff, Hilda Valentine resides in and is a citizen of the Virginia.

1253. The plaintiff, Robert Van Houten resides in and is a citizen of the State of New York.

1254. The plaintiff, William Van Name resides in and is a citizen of the State of New York.

1255. The plaintiff, Bruce Van Nosdall resides in and is a citizen of the State of New York.

1256. The plaintiff, Anthony Vanacore resides in and is a citizen of the State of New York.

1257. The plaintiff, Robert Varese Jr. resides in and is a citizen of the State of New York.

1258. The plaintiff, Yuni Vasquez resides in and is a citizen of the State of New York.

1259. The plaintiff, Al Vega resides in and is a citizen of the State of New York.

1260. The plaintiff, Emmanuel Vega resides in and is a citizen of the State of New York.

1261. The plaintiff, Charles Vella resides in and is a citizen of the State of New York.

1262. The plaintiff, James Vella resides in and is a citizen of the State of New York.

1263. The plaintiff, Lawrence Vento resides in and is a citizen of the State of New York.

1264. The plaintiff, Nellie Verdejo resides in and is a citizen of the State of New York.

1265. The plaintiff, John Verme resides in and is a citizen of the State of New York.

1266. The plaintiff, John Verrengia resides in and is a citizen of the State of New York.

1267. The plaintiff, Timothy Villari resides in and is a citizen of the State of New York.

1268. The plaintiff, Dominick Vincenti resides in and is a citizen of the State of New York.

1269. The plaintiff, Bryan Violetto resides in and is a citizen of the State of New York.

1270. The plaintiff, Darlene Vollenberg resides in and is a citizen of the State of New Jersey.

1271. The plaintiff, Gerard Von Essen resides in and is a citizen of the State of New York.

1272. The plaintiff, Brian Voos resides in and is a citizen of the State of New York.

1273. The plaintiff, Edward Wagner resides in and is a citizen of the State of New York.

1274. The plaintiff, Daniel Walis resides in and is a citizen of the State of New York.

1275. The plaintiff, Mickey Walker resides in and is a citizen of the State of New York.

1276. The plaintiff, Brian Wall resides in and is a citizen of the State of New Hamshire.

1277. The plaintiff, Patrick Wall resides in and is a citizen of the State of New York.

1278. The plaintiff, Kerry Walsh resides in and is a citizen of the State of New York.

1279. The plaintiff, Margaret Walsh resides in and is a citizen of the State of New Jersey.

1280. The plaintiff, Neil Walsh resides in and is a citizen of the State of New York.

1281. The plaintiff, Cecil Ward resides in and is a citizen of the State of New Jersey.

1282. The plaintiff, Frank Ward resides in and is a citizen of the State of New York.

1283. The plaintiff, Marion Ward resides in and is a citizen of the State of Virginia.

1284. The plaintiff, Richard Ward resides in and is a citizen of the State of New York.

1285. The plaintiff, Sandra Ward resides in and is a citizen of the State of New York.

1286. The plaintiff, Thomas Ward resides in and is a citizen of the State of New York.

1287. The plaintiff, Thomas Warkenthien resides in and is a citizen of the State of New York.

1288. The plaintiff, Cynthia Warren resides in and is a citizen of the State of New York.

1289. The plaintiff, Wayne Warren resides in and is a citizen of the State of New York.

1290. The plaintiff, Romuald Waszielewicz resides in and is a citizen of the State of New Jersey.

1291. The plaintiff, Gregory Waters resides in and is a citizen of the State of New York.

1292. The plaintiff, Christian Waugh resides in and is a citizen of the State of New York.

1293. The plaintiff, Michael Weaver Sr. resides in and is a citizen of the State of Maryland.

1294. The plaintiff, David Weber Sr. resides in and is a citizen of the State of New Jersey.

1295. The plaintiff, William Weinert resides in and is a citizen of the State of New York.

1296. The plaintiff, Gregg Weisenburger resides in and is a citizen of the State of New York.

1297. The plaintiff, James Weisenburger Jr. resides in and is a citizen of the State of New York.

1298. The plaintiff, Gary Welge resides in and is a citizen of the State of New York.

1299. The plaintiff, Michael Welsh resides in and is a citizen of the State of New York.

1300. The plaintiff, James Werner resides in and is a citizen of the State of New York.

1301. The plaintiff, Kevin Whalen resides in and is a citizen of the State of New York.

1302. The plaintiff, Paul Whalen resides in and is a citizen of the State of New York.

1303. The plaintiff, Brendan Whelan resides in and is a citizen of the State of New York.

1304. The plaintiff, Henry White resides in and is a citizen of the State of New York.

1305. The plaintiff, Yaeno White resides in and is a citizen of the State of California.

1306. The plaintiff, Steve Wiesner resides in and is a citizen of the State of New York.

1307. The plaintiff, Michael Wilbur resides in and is a citizen of the State of New York.

1308. The plaintiff, Barbara Williams resides in and is a citizen of the State of New York.

1309. The plaintiff, George Wilton Jr. resides in and is a citizen of the State of New York.

1310. The plaintiff, Ken Wiltse resides in and is a citizen of the State of New York.

1311. The plaintiff, Kenneth Winkler resides in and is a citizen of the State of New York.

1312. The plaintiff, Walter Wissell resides in and is a citizen of the State of New York.

1313. The plaintiff, John Wojcik resides in and is a citizen of the State of New York.

1314. The plaintiff, Clifford Wolken resides in and is a citizen of the State of New York.

1315. The plaintiff, Phidia Wong resides in and is a citizen of the State of Hong Kong.

1316. The plaintiff, William Woodlon resides in and is a citizen of the State of New York.

1317. The plaintiff, William Woytkin resides in and is a citizen of the State of New York.

1318. The plaintiff, Robert Wright resides in and is a citizen of the State of New York.

1319. The plaintiff, William Wright resides in and is a citizen of the District of Columbia.

1320. The plaintiff, Gregory Wyckoff resides in and is a citizen of the State of New York.

1321. The plaintiff, John Yates resides in and is a citizen of the State of Virginia.

1322. The plaintiff, Neil Yellew resides in and is a citizen of the State of Florida.

1323. The plaintiff, Kah Yeoh resides in and is a citizen of the State of New York.

1324. The plaintiff, Christopher Young resides in and is a citizen of the State of New York.

1325. The plaintiff, Dianne Young resides in and is a citizen of the State of New York.

1326. The plaintiff, John Young resides in and is a citizen of the State of New York.

1327. The plaintiff, Thomas Young resides in and is a citizen of the State of New York.

1328. The plaintiff, Angelo Zecca resides in and is a citizen of the State of New York.

1329. The plaintiff, Dennis Zimmerman resides in and is a citizen of the State of New York.

1330. The plaintiff, Richard Zletz resides in and is a citizen of the State of New York.

1331. The plaintiff, Peter Zuk resides in and is a citizen of the State of New York.

1332. The plaintiff, Carolyn Abate, resides in and is a citizen of the State of New York and is the representative of the estate of Andrew A. Abate, who died as a result of the terrorist attacks on September 11, 2001.

1333. The plaintiff, Elaine Abate, resides in and is a citizen of the State of Florida and is the representative of the estate of Vincent Abate, who died as a result of the terrorist attacks on September 11, 2001.

1334. The plaintiff, Ann Abrahamson, resides in and is a citizen of the State of New York and is the representative of the estate of William F. Abrahamson, who died as a result of the terrorist attacks on September 11, 2001.

1335. The plaintiff, Courtney Acquaviva, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Paul Andrew Acquaviva, who died as a result of the terrorist attacks on September 11, 2001.

1336. The plaintiff, Elizabeth Adams, resides in and is a citizen of the State of West Virginia and is the representative of the estate of Marylou Hague,who died as a result of the terrorist attacks on September 11, 2001.

1337. The plaintiff, Heda Adams, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Donald L. Adams, who died as a result of the terrorist attacks on September 11, 2001.

1338. The plaintiff, Affiong Adanga, resides in and is a citizen of the State of New York and is the representative of the estate of Ignatius Udo Adanga, who died as a result of the terrorist attacks on September 11, 2001.

1339. The plaintiff, Gregory Addamo, resides in and is a citizen of the State of New York and is the representative of the estate of Christy A. Addamo, who died as a result of the terrorist attacks on September 11, 2001.

1340. The plaintiff, Rita Addamo, resides in and is a citizen of the State of New York and is the representative of the estate of Christy A. Addamo, who died as a result of the terrorist attacks on September 11, 2001.

1341. The plaintiff, Stacey Afflitto, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Daniel Thomas Afflitto, who died as a result of the terrorist attacks on September 11, 2001.

1342. The plaintiff, Diane Aguiar, resides in and is a citizen of Portugal and is the representative of the estate of Joao A. Aguiar Jr., who died as a result of the terrorist attacks on September 11, 2001.

1343. The plaintiff, Debra Ahear, resides in and is a citizen of the State of New York and is the representative of the estate of Brian Ahearn, who died as a result of the terrorist attacks on September 11, 2001.

1344. The plaintiff, James Alario, resides in and is a citizen of the State of New York and is the representative of the estate of Margaret Alario, who died as a result of the terrorist attacks on September 11, 2001.

1345. The plaintiff, Elizabeth Alderman, resides in and is a citizen of the State of New York and is the representative of the estate of Peter Craig Alderman, who died as a result of the terrorist attacks on September 11, 2001.

1346. The plaintiff, Stephen Alderman, resides in and is a citizen of the State of New York and is the representative of the estate of Peter Craig Alderman, who died as a result of the terrorist attacks on September 11, 2001.

1347. The plaintiff, Laura Alessi, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Pamela J. Boyce, who died as a result of the terrorist attacks on September 11, 2001.

1348. The plaintiff, Louisa Allegretto, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Edward L. Allegretto, who died as a result of the terrorist attacks on September 11, 2001.

1349. The plaintiff, Madelyn Allen, resides in and is a citizen of the State of New York and is the representative of the estate of Richard Dennis Allen, who died as a result of the terrorist attacks on September 11, 2001.

1350. The plaintiff, Michael Allen, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph R. Allen, who died as a result of the terrorist attacks on September 11, 2001.

1351. The plaintiff, Donna Allingham, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Edward Allingham, who died as a result of the terrorist attacks on September 11, 2001.

1352. The plaintiff, V. Blake Allison, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Anna Allison, who died as a result of the terrorist attacks on September 11, 2001.

1353. The plaintiff, Grace Alviar, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Cesar A. Alviar, who died as a result of the terrorist attacks on September 11, 2001.

1354. The plaintiff, Kenneth Ambrose, resides in and is a citizen of the State of West Virginia and is the representative of the estate of Paul Wesley Ambrose, who died as a result of the terrorist attacks on September 11, 2001.

1355. The plaintiff, Sharon Ambrose, resides in and is a citizen of the State of West Virginia and is the representative of the estate of Paul Wesley Ambrose, who died as a result of the terrorist attacks on September 11, 2001.

1356. The plaintiff, Marie Anaya, resides in and is a citizen of the State of New York and is the representative of the estate of Calixto Anaya Jr, who died as a result of the terrorist attacks on September 11, 2001.

1357. The plaintiff, Christine Anchundia, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph P. Anchundia, who died as a result of the terrorist attacks on September 11, 2001.

1358. The plaintiff, Elias Anchundia, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph P. Anchundia, who died as a result of the terrorist attacks on September 11, 2001.

1359. The plaintiff, Jill Anderson, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Kermit C. Anderson, who died as a result of the terrorist attacks on September 11, 2001.

1360. The plaintiff, Kathryn Anderson, resides in and is a citizen of the State of Ohio and is the representative of the estate of Michael Edward Gould, who died as a result of the terrorist attacks on September 11, 2001.

1361. The plaintiff, Edward Andrews, resides in and is a citizen of the State of New York and is the representative of the estate of Michael R. Andrews, who died as a result of the terrorist attacks on September 11, 2001.

1362. The plaintiff, Donna Angelini, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph John Angelini Jr., who died as a result of the terrorist attacks on September 11, 2001.

1363. The plaintiff, Irene Angrisani, resides in and is a citizen of the State of New York and is the representative of the estate of Doreen J. Angrisani, who died as a result of the terrorist attacks on September 11, 2001.

1364. The plaintiff, Cecile Apollo, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Peter Paul Apollo, who died as a result of the terrorist attacks on September 11, 2001.

1365. The plaintiff, Frank Aquilino, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas Aquilino, who died as a result of the terrorist attacks on September 11, 2001.

1366. The plaintiff, Lori Arczynski, resides in and is a citizen of the State of Vermont and is the representative of the estate of Michael G. Arczynski, who died as a result of the terrorist attacks on September 11, 2001.

1367. The plaintiff, Wandalee Arena, resides in and is a citizen of the State of New York and is the representative of the estate of Louis Arena, who died as a result of the terrorist attacks on September 11, 2001.

1368. The plaintiff, Mary Armstrong, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Joseph Armstrong, who died as a result of the terrorist attacks on September 11, 2001.

1369. The plaintiff, Jules Aronson, resides in and is a citizen of the State of Maryland and is the representative of the estate of Myra Joy Aronson, who died as a result of the terrorist attacks on September 11, 2001.

1370. The plaintiff, Maria Aryee, resides in and is a citizen of the State of New York and is the representative of the estate of Japhet Aryee, who died as a result of the terrorist attacks on September 11, 2001.

1371. The plaintiff, Elaine Asciak, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael Asciak, who died as a result of the terrorist attacks on September 11, 2001.

1372. The plaintiff, Dana Asher, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Edward Asher, who died as a result of the terrorist attacks on September 11, 2001.

1373. The plaintiff, Sigal Shefi Asher, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Hagay Shefi, who died as a result of the terrorist attacks on September 11, 2001.

1374. The plaintiff, Carol Ashley, resides in and is a citizen of the State of New York and is the representative of the estate of Janice Ashley, who died as a result of the terrorist attacks on September 11, 2001.

1375. The plaintiff, Se Jua Au, resides in and is a citizen of the State of New York and is the representative of the estate of, Wei Rong Lin, who died as a result of the terrorist attacks on September 11, 2001.

1376. The plaintiff, John Baeszler, resides in and is a citizen of the State of New York and is the representative of the estate of, Jane Ellen Baeszler, who died as a result of the terrorist attacks on September 11, 2001.

1377. The plaintiff, Judith Bailey, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Brett T. Bailey, who died as a result of the terrorist attacks on September 11, 2001.

1378. The plaintiff, Katherine Bailey, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Garnet Bailey, who died as a result of the terrorist attacks on September 11, 2001.

1379. The plaintiff, Ellen Bakalian, resides in and is a citizen of the State of New York and is the representative of the estate of Jeffrey R. Smith, who died as a result of the terrorist attacks on September 11, 2001.

1380. The plaintiff, Anatoliy Bakalinskiy, resides in and is a citizen of the State of New York and is the representative of the estate of Tatyana Bakalinskaya, who died as a result of the terrorist attacks on September 11, 2001.

1381. The plaintiff, Tara Bane, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Michael A. Bane, who died as a result of the terrorist attacks on September 11, 2001.

1382. The plaintiff, Aristides Bantis, resides in and is a citizen of the State of New York and is the representative of the estate of Katherine Bantis, who died as a result of the terrorist attacks on September 11, 2001.

1383. The plaintiff, Victor Barahona, resides in and is a citizen of the State of New York and is the representative of the estate of Diarelia J. Mena, who died as a result of the terrorist attacks on September 11, 2001.

1384. The plaintiff, Carol Baran, resides in and is a citizen of the State of New York and is the representative of the estate of Walter Baran, who died as a result of the terrorist attacks on September 11, 2001.

1385. The plaintiff, Kim Barbaro, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Paul Barbaro, who died as a result of the terrorist attacks on September 11, 2001.

1386. The plaintiff, Ina Barnes, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Roy J. Barnes, who died as a result of the terrorist attacks on September 11, 2001.

1387. The plaintiff, Audriene Barry, resides in and is a citizen of the State of New York and is the representative of the estate of Arthur Barry, who died as a result of the terrorist attacks on September 11, 2001.

1388. The plaintiff, Bertrand Barry, resides in and is a citizen of the State of New York and is the representative of the estate of Arthur Barry, who died as a result of the terrorist attacks on September 11, 2001.

1389. The plaintiff, Marianne Barry, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Maurice V. Barry, who died as a result of the terrorist attacks on September 11, 2001.

1390. The plaintiff, Gila Barzvi, resides in and is a citizen of the State of New York and is the representative of the estate of Arthur Barry, Guy Barzvi, who died as a result of the terrorist attacks on September 11, 2001.

1391. The plaintiff, Maureen Basnicki, resides in and is a citizen of Canada and is the representative of the estate of Kenneth William Basnicki, who died as a result of the terrorist attacks on September 11, 2001.

1392. The plaintiff, Rameses Bautista, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Marlyn C. Bautista, who died as a result of the terrorist attacks on September 11, 2001.

1393. The plaintiff, Mary Bavis, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Mark L. Bavis, who died as a result of the terrorist attacks on September 11, 2001.

1394. The plaintiff, Lillian Baxter, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Jasper Baxter, who died as a result of the terrorist attacks on September 11, 2001.

1395. The plaintiff, Myrtle Bazil, resides in and is a citizen of the State of New York and is the representative of the estate of Shevonne Olicia Mentis, who died as a result of the terrorist attacks on September 11, 2001.

1396. The plaintiff, Robert Beatty, resides in and is a citizen of the State of Florida and is the representative of the estate of Jane S. Beatty, who died as a result of the terrorist attacks on September 11, 2001.

1397. The plaintiff, Theodore Beck, resides in and is a citizen of the State of New York and is the representative of the estate of Lawrence I. Beck, who died as a result of the terrorist attacks on September 11, 2001.

1398. The plaintiff, Theodora Beekman, resides in and is a citizen of the State of New York and is the representative of the estate of Michael E. Beekman, who died as a result of the terrorist attacks on September 11, 2001.

1399. The plaintiff, George Behr, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Maria Behr, who died as a result of the terrorist attacks on September 11, 2001.

1400. The plaintiff, Sean Bellows, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Debbie S. Bellows, who died as a result of the terrorist attacks on September 11, 2001.

1401. The plaintiff, Adrian Bennett, resides in and is a citizen of the United Kingdom and is the representative of the estate of Oliver Duncan Bennett, who died as a result of the terrorist attacks on September 11, 2001.

1402. The plaintiff, Brenda Bennett, resides in and is a citizen of the United Kingdom and is the representative of the estate of Oliver Duncan Bennett, who died as a result of the terrorist attacks on September 11, 2001.

1403. The plaintiff, Ondina Bennett, resides in and is a citizen of the State of Conneecticut and is the representative of the estate of Bryan Craig Bennett, who died as a result of the terrorist attacks on September 11, 2001.

1404. The plaintiff, Suzanne Berger, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James P. Berger, who died as a result of the terrorist attacks on September 11, 2001.

1405. The plaintiff, Michele Bergsohn, resides in and is a citizen of the State of New York and is the representative of the estate of Alvin Bergsohn, who died as a result of the terrorist attacks on September 11, 2001.

1406. The plaintiff, Nancy Bernard, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of David W. Bernard, who died as a result of the terrorist attacks on September 11, 2001.

1407. The plaintiff, Robert Bernstein, resides in and is a citizen of the State of New York and is the representative of the estate of William H. Bernstein, who died as a result of the terrorist attacks on September 11, 2001.

1408. The plaintiff, Evelyn Berry, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Joseph John Berry, who died as a result of the terrorist attacks on September 11, 2001.

1409. The plaintiff, Eileen Bertorelli-Zangrillo, resides in and is a citizen of the State of New York and is the representative of the estate of John Marcy Talignani, who died as a result of the terrorist attacks on September 11, 2001.

1410. The plaintiff, Joanne Betterly, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Timothy D. Betterly, who died as a result of the terrorist attacks on September 11, 2001.

1411. The plaintiff, Maria Bey, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Ruben Esquilin Jr., who died as a result of the terrorist attacks on September 11, 2001.

1412. The plaintiff, Jagdish Bhukhan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Bella J. Bhukhan, who died as a result of the terrorist attacks on September 11, 2001.

1413. The plaintiff, Tina Bilcher, resides in and is a citizen of the State of New York and is the representative of the estate of Brian Bilcher, who died as a result of the terrorist attacks on September 11, 2001.

1414. The plaintiff, Gerald Bingham, resides in and is a citizen of the State of Florida and is the representative of the estate of Mark K. Bingham, who died as a result of the terrorist attacks on September 11, 2001.

1415. The plaintiff, Basmattie Bishundat, resides in and is a citizen of the State of Maryland and is the representative of the estate of Kris Romeo Bishundat, who died as a result of the terrorist attacks on September 11, 2001.

1416. The plaintiff, Shawn Bittner, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Angela Susan Perez, who died as a result of the terrorist attacks on September 11, 2001.

1417. The plaintiff, Albert Blackman, resides in and is a citizen of the State of New York and is the representative of the estate of Albert B. Blackman Jr., who died as a result of the terrorist attacks on September 11, 2001.

1418. The plaintiff, Jane Blackwell, resides in and is a citizen of the State of New York and is the representative of the estate of Christopher Blackwell, who died as a result of the terrorist attacks on September 11, 2001.

1419. The plaintiff, Virginia Bladen, resides in and is a citizen of the State of New York and is the representative of the estate of Jonathan Randall, who died as a result of the terrorist attacks on September 11, 2001.

1420. The plaintiff, Leslie Blair, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Susan L. Blair, who died as a result of the terrorist attacks on September 11, 2001.

1421. The plaintiff, Victoria Blaksley, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Pedro Grehan, who died as a result of the terrorist attacks on September 11, 2001.

1422. The plaintiff, Scott Blaney, resides in and is a citizen of the State of New York and is the representative of the estate of Janice Blaney, who died as a result of the terrorist attacks on September 11, 2001.

1423. The plaintiff, Neil Blass, resides in and is a citizen of the State of New York and is the representative of the estate of Craig Michael Blass, who died as a result of the terrorist attacks on September 11, 2001.

1424. The plaintiff, Ira Blau, resides in and is a citizen of the State of New York and is the representative of the estate of Rita Blau, who died as a result of the terrorist attacks on September 11, 2001.

1425. The plaintiff, Derrill Bodley, resides in and is a citizen of the State of California and is the representative of the estate of Deora Frances Bodley, who died as a result of the terrorist attacks on September 11, 2001.

1426. The plaintiff, Vincent Boland Sr., resides in and is a citizen of the State of New Jersey and is the representative of the estate of Vincent M. Boland Jr., who died as a result of the terrorist attacks on September 11, 2001.

1427. The plaintiff, Julia Bondarenko, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Alan Bondarenko, who died as a result of the terrorist attacks on September 11, 2001.

1428. The plaintiff, Roxane Bonheur, resides in and is a citizen of the State of Florida and is the representative of the estate of Andre Bonheur Jr., who died as a result of the terrorist attacks on September 11, 2001.

1429. The plaintiff, John Bonomo, resides in and is a citizen of the State of New York and is the representative of the estate of Yvonne Bonomo, who died as a result of the terrorist attacks on September 11, 2001.

1430. The plaintiff, Sharon Booker, resides in and is a citizen of the State of New York and is the representative of the estate of Sean Booker, who died as a result of the terrorist attacks on September 11, 2001.

1431. The plaintiff, Richard Booms Sr., resides in and is a citizen of the State of Ohio and is the representative of the estate of Kelly Ann Booms, who died as a result of the terrorist attacks on September 11, 2001.

1432. The plaintiff, Linda Boone, resides in and is a citizen of the State of Virginia and is the representative of the estate of Canfield D. Boone, who died as a result of the terrorist attacks on September 11, 2001.

1433. The plaintiff, Krystyna Boryczewski, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Martin Boryczewski, who died as a result of the terrorist attacks on September 11, 2001.

1434. The plaintiff, Deborah Borza, resides in and is a citizen of the State of California and is the representative of the estate of Deora Frances Bodley, who died as a result of the terrorist attacks on September 11, 2001.

1435. The plaintiff, Frederick Bouchard, resides in and is a citizen of the State of Rhode Island and is the representative of the estate of Carol Bouchard, who died as a result of the terrorist attacks on September 11, 2001.

1436. The plaintiff, Vigdis Vaka Boulton, resides in and is a citizen of the State of New York and is the representative of the estate of J. Howard Boulton Jr., who died as a result of the terrorist attacks on September 11, 2001.

1437. The plaintiff, Tracey Bourke, resides in and is a citizen of the State of Maryland and is the representative of the estate of Sarah Miller Clark, who died as a result of the terrorist attacks on September 11, 2001.

1438. The plaintiff, Stephanie Ayn Bowser, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Kevin Leah Bowser, who died as a result of the terrorist attacks on September 11, 2001.

1439. The plaintiff, Michael Brady, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael Grady Jacobs, who died as a result of the terrorist attacks on September 11, 2001.

1440. The plaintiff, Peter Brady, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael Grady Jacobs, who died as a result of the terrorist attacks on September 11, 2001.

1441. The plaintiff, Susann Brady, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gavin Cushny, who died as a result of the terrorist attacks on September 11, 2001.

1442. The plaintiff, Nelly Braginskaya, resides in and is a citizen of the State of New York and is the representative of the estate of Alexander Brakinsky, who died as a result of the terrorist attacks on September 11, 2001.

1443. The plaintiff, Nancy Brandemarti, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Nicholas W. Brandemarti, who died as a result of the terrorist attacks on September 11, 2001.

1444. The plaintiff, Nicholas Brandemarti resides in and is a citizen of the State of New Jersey and is the representative of the estate of Nicholas W. Brandemarti, who died as a result of the terrorist attacks on September 11, 2001.

1445. The plaintiff, David Brandhorst, resides in and is a citizen of the State of New York and is the representative of the estate of Daniel Raymond Brandhorst, who died as a result of the terrorist attacks on September 11, 2001.

1446. The plaintiff, William Bratton Jr., resides in and is a citizen of the State of New York and is the representative of the estate of Michelle Renee Bratton, who died as a result of the terrorist attacks on September 11, 2001.

1447. The plaintiff, Barbara Brennan, resides in and is a citizen of the State of New York and is the representative of the estate of Frank H. Brennan, who died as a result of the terrorist attacks on September 11, 2001.

1448. The plaintiff, Carol Brethel, resides in and is a citizen of the State of New York and is the representative of the estate of Daniel J. Brethel, who died as a result of the terrorist attacks on September 11, 2001.

1449. The plaintiff, Juliette Brisman, resides in and is a citizen of the State of New York and is the representative of the estate of Mark Brisman, who died as a result of the terrorist attacks on September 11, 2001.

1450. The plaintiff, Derek Bristow, resides in and is a citizen of the United Kingdom and is the representative of the estate of Paul Gary Bristow, who died as a result of the terrorist attacks on September 11, 2001.

1451. The plaintiff, Everton Brown, resides in and is a citizen of the State of New York and is the representative of the estate of Lloyd Brown, who died as a result of the terrorist attacks on September 11, 2001.

1452. The plaintiff, Michael Brown, resides in and is a citizen of the State of Nevada and is the representative of the estate of Patrick J. Brown, who died as a result of the terrorist attacks on September 11, 2001.

1453. The plaintiff, Sinita Brown, resides in and is a citizen of the State of Virginia and is the representative of the estate of Bernard Curtis Brown II, who died as a result of the terrorist attacks on September 11, 2001.

1454. The plaintiff, Ronald Buchanan, resides in and is a citizen of the State of New York and is the representative of the estate of Brandon J. Buchanan, who died as a result of the terrorist attacks on September 11, 2001.

1455. The plaintiff, Catherine Buck, resides in and is a citizen of the State of New York and is the representative of the estate of Gregory J. Buck, who died as a result of the terrorist attacks on September 11, 2001.

1456. The plaintiff, Kathleen Buckley, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Dennis Buckley, who died as a result of the terrorist attacks on September 11, 2001.

1457. The plaintiff, James Bueche, resides in and is a citizen of the State of New York and is the representative of the estate of Nancy Clare Bueche, who died as a result of the terrorist attacks on September 11, 2001.

1458. The plaintiff, Linda Buffa, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael A. Uliano, who died as a result of the terrorist attacks on September 11, 2001.

1459. The plaintiff, Michelle Bulaga, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John E. Bulaga Jr, who died as a result of the terrorist attacks on September 11, 2001.

1460. The plaintiff, Aseneth Bunin, resides in and is a citizen of the State of New York and is the representative of the estate of Stephen Bunin, who died as a result of the terrorist attacks on September 11, 2001.

1461. The plaintiff, James Burke, resides in and is a citizen of the State of New York and is the representative of the estate of William F. Burke Jr., who died as a result of the terrorist attacks on September 11, 2001.

1462. The plaintiff, John Burke, resides in and is a citizen of the State of New York and is the representative of the estate of Matthew J. Burke, who died as a result of the terrorist attacks on September 11, 2001.

1463. The plaintiff, Deena Burnett, resides in and is a citizen of the State of Arizona and is the representative of the estate of Thomas Edward Burnett Jr., who died as a result of the terrorist attacks on September 11, 2001.

1464. The plaintiff, Jennifer Burns, resides in and is a citizen of the State of New York and is the representative of the estate of Keith James Burns, who died as a result of the terrorist attacks on September 11, 2001.

1465. The plaintiff, Sandra Burnside, resides in and is a citizen of the State of New York and is the representative of the estate of John P. Burnside, who died as a result of the terrorist attacks on September 11, 2001.

1466. The plaintiff, Vivian Byas, resides in and is a citizen of the State of New York and is the representative of the estate of Elizabeth Holmes, who died as a result of the terrorist attacks on September 11, 2001.

1467. The plaintiff, Robert Byrne Sr., resides in and is a citizen of the State of New York and is the representative of the estate of Patrick D. Byrne, who died as a result of the terrorist attacks on September 11, 2001.

1468. The plaintiff, Marmily Cabrera, resides in and is a citizen of the State of New York and is the representative of the estate of Pedro Checo, who died as a result of the terrorist attacks on September 11, 2001.

1469. The plaintiff, Veronica Caggiano, resides in and is a citizen of the State of New York and is the representative of the estate of Richard M. Caggiano, who died as a result of the terrorist attacks on September 11, 2001.

1470. The plaintiff, Natividad Caguicla-Cruz, resides in and is a citizen of the State of New Jersey and is the representative of the estate of of Cecile Marella Caguicla, who died as a result of the terrorist attacks on September 11, 2001.

1471. The plaintiff, Colleen Cahill, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Cahill, who died as a result of the terrorist attacks on September 11, 2001.

1472. The plaintiff, Sharon Cahill, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of John B. Cahill, who died as a result of the terrorist attacks on September 11, 2001.

1473. The plaintiff, Rosemary Cain, resides in and is a citizen of the State of New York and is the representative of the estate of George C. Cain, who died as a result of the terrorist attacks on September 11, 2001.

1474. The plaintiff, Deborah Calandrillo, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Joseph M. Calandrillo, who died as a result of the terrorist attacks on September 11, 2001.

1475. The plaintiff, Gloria Calderon, resides in and is a citizen of the State of Virginia and is the representative of the estate of Jose Orlando Calderon-Olmedo, who died as a result of the terrorist attacks on September 11, 2001.

1476. The plaintiff, Marino Calderon, resides in and is a citizen of the State of New York and is the representative of the estate of Lizie Martinez-Calderon, who died as a result of the terrorist attacks on September 11, 2001.

1477. The plaintiff, Joan Callahan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Liam Callahan, who died as a result of the terrorist attacks on September 11, 2001.

1478. The plaintiff, Joseph Cammarata, resides in and is a citizen of the State of New York and is the representative of the estate of Michael F. Cammarata, who died as a result of the terrorist attacks on September 11, 2001.

1479. The plaintiff, Linda Cammarata, resides in and is a citizen of the State of New York and is the representative of the estate of Michael F. Cammarata, who died as a result of the terrorist attacks on September 11, 2001.

1480. The plaintiff, Cynthia Campbell, resides in and is a citizen of the State of New Jersey and is the representative of the estate of David Otey Campbell, who died as a result of the terrorist attacks on September 11, 2001.

1481. The plaintiff, Malcolm Campbell, resides in and is a citizen of the United Kingdom and is the representative of the estate of Geoff Thomas Campbell, who died as a result of the terrorist attacks on September 11, 2001.

1482. The plaintiff, Steven Campbell, resides in and is a citizen of the State of New York and is the representative of the estate of Jill Marie Campbell, who died as a result of the terrorist attacks on September 11, 2001.

1483. The plaintiff, Margaret Canavan, resides in and is a citizen of the State of New York and is the representative of the estate of Sean Canavan, who died as a result of the terrorist attacks on September 11, 2001.

1484. The plaintiff, Karen Cangialosi, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Stephen J. Cangialosi, who died as a result of the terrorist attacks on September 11, 2001.

1485. The plaintiff, Richard Cannava, resides in and is a citizen of the State of New York and is the representative of the estate of Lisa Cannava, who died as a result of the terrorist attacks on September 11, 2001.

1486. The plaintiff, Richard Caproni, resides in and is a citizen of the State of Maryland and is the representative of the estate of Richard M. Caproni, who died as a result of the terrorist attacks on September 11, 2001.

1487. The plaintiff, Robert Carlo, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Scott Carlo, who died as a result of the terrorist attacks on September 11, 2001.

1488. The plaintiff, Kathlyn Carriker, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Steven George Weinstein, who died as a result of the terrorist attacks on September 11, 2001.

1489. The plaintiff, Mikael Carstanjen, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Christoffer Mikael Carstanjen, who died as a result of the terrorist attacks on September 11, 2001.

1490. The plaintiff, Abigail Carter, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Caleb Arron Dack, who died as a result of the terrorist attacks on September 11, 2001.

1491. The plaintiff, Sylvia Carver, resides in and is a citizen of the State of Maryland and is the representative of the estate of Sharon Ann Carver, who died as a result of the terrorist attacks on September 11, 2001.

1492. The plaintiff, Patricia Casazza, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John Francis Casazza, who died as a result of the terrorist attacks on September 11, 2001.

1493. The plaintiff, Michael Casey, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Neilie Anne Heffernan Casey, who died as a result of the terrorist attacks on September 11, 2001.

1494. The plaintiff, Margaret Cashman, resides in and is a citizen of the State of New Jersey and is the representative of the estate of William Joseph Cashman, who died as a result of the terrorist attacks on September 11, 2001.

1495. The plaintiff, Gerard Cavalier Jr., resides in and is a citizen of the State of New York and is the representative of the estate of Judson Cavalier, who died as a result of the terrorist attacks on September 11, 2001.

1496. The plaintiff, Elba Cedeno, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Catherine T. Smith, who died as a result of the terrorist attacks on September 11, 2001.

1497. The plaintiff, Yolanda Cerda, resides in and is a citizen of the State of New York and is the representative of the estate of Matthew G. Leonard, who died as a result of the terrorist attacks on September 11, 2001.

1498. The plaintiff, Helaine Chairnoff, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jeffrey M. Chairnoff, who died as a result of the terrorist attacks on September 11, 2001.

1499. The plaintiff, Nageswararao Chalasani, resides in and is a citizen of the State of New York and is the representative of the estate of Swarna Chalasani, who died as a result of the terrorist attacks on September 11, 2001.

1500. The plaintiff, Mable Chalcoff, resides in and is a citizen of the State of New York and is the representative of the estate of William Chalcoff, who died as a result of the terrorist attacks on September 11, 2001.

1501. The plaintiff, Haim Chalouh, resides in and is a citizen of the State of New York and is the representative of the estate of Eli Chalouh, who died as a result of the terrorist attacks on September 11, 2001.

1502. The plaintiff, Julia Chan, resides in and is a citizen of the State of Illinois and is the representative of the estate of Charles L. Chan, who died as a result of the terrorist attacks on September 11, 2001.

1503. The plaintiff, Jose Chapa, resides in and is a citizen of the State of Texas and is the representative of the estate of Rosemary M. Chapa, who died as a result of the terrorist attacks on September 11, 2001.

1504. The plaintiff, Mary Ellen Cherry, resides in and is a citizen of the State of California and is the representative of the estate of Stephen Patrick Cherry, who died as a result of the terrorist attacks on September 11, 2001.

1505. The plaintiff, Zeneida Chevalier, resides in and is a citizen of the State of Florida and is the representative of the estate of Nestor Julio Chevalier Jr., who died as a result of the terrorist attacks on September 11, 2001.

1506. The plaintiff, Elaine Chevelier, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Swede Joseph Chevalier, who died as a result of the terrorist attacks on September 11, 2001.

1507. The plaintiff, Nicholas Chiarchiaro, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Dorothy J. Chiarchiaro, who died as a result of the terrorist attacks on September 11, 2001.

1508. The plaintiff, Joan Chiofalo, resides in and is a citizen of the State of New York and is the representative of the estate of Nicholas Paul Chiofalo, who died as a result of the terrorist attacks on September 11, 2001.

1509. The plaintiff, Gerard Chipura, resides in and is a citizen of the State of New York and is the representative of the estate of John G. Chipura, who died as a result of the terrorist attacks on September 11, 2001.

1510. The plaintiff, Clara Chirchirillo, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Peter Chirchirillo, who died as a result of the terrorist attacks on September 11, 2001.

1511. The plaintiff, David Chirls, resides in and is a citizen of the State of New York and is the representative of the estate of Catherine Ellen Chirls, who died as a result of the terrorist attacks on September 11, 2001.

1512. The plaintiff, Yuree Cho, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kyung Hee Cho, who died as a result of the terrorist attacks on September 11, 2001.

1513. The plaintiff, Charles Christophe, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kirsten L. Christophe, who died as a result of the terrorist attacks on September 11, 2001.

1514. The plaintiff, Richard Chung, resides in and is a citizen of the State of New York and is the representative of the estate of Wai C. Chung, who died as a result of the terrorist attacks on September 11, 2001.

1515. The plaintiff, Theresa Cilente, resides in and is a citizen of the State of New York and is the representative of the estate of Frances Cilente,

1516. The plaintiff, Lynne Cillo-Capaldo, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Elaine Cillo,

1517. The plaintiff, Eileen Cirri, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert D. Cirri Sr.,

1518. The plaintiff, Jean Cleere, resides in and is a citizen of the State of Iowa and is the representative of the estate of James Durward Cleere, who died as a result of the terrorist attacks on September 11, 2001.

1519. The plaintiff, William Coale, resides in and is a citizen of the State of Maryland and is the representative of the estate of Jeffrey Alan Coale, who died as a result of the terrorist attacks on September 11, 2001.

1520. The plaintiff, Frances Coffey, resides in and is a citizen of the State of New York and is the representative of the estate of Jason M. Coffey, who died as a result of the terrorist attacks on September 11, 2001.

1521. The plaintiff, Frances Coffey, resides in and is a citizen of the State of New York and is the representative of the estate of Daniel M. Coffey, who died as a result of the terrorist attacks on September 11, 2001.

1522. The plaintiff, Barry Cohen, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kevin Sanford Cohen, who died as a result of the terrorist attacks on September 11, 2001.

1523. The plaintiff, Susan Cohen, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John G. Chipura, who died as a result of the terrorist attacks on September 11, 2001.

1524. The plaintiff, June Colaio, resides in and is a citizen of the State of New York and is the representative of the estate of Mark J. Colaio, who died as a result of the terrorist attacks on September 11, 2001.

1525. The plaintiff, Victor Colaio, resides in and is a citizen of the State of New York and is the representative of the estate of Stephen J. Colaio, who died as a result of the terrorist attacks on September 11, 2001.

1526. The plaintiff, Kelly Colasanti, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Colasanti, who died as a result of the terrorist attacks on September 11, 2001.

1527. The plaintiff, Raymond Colbert, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michel P. Colbert, who died as a result of the terrorist attacks on September 11, 2001.

1528. The plaintiff, Elodi Coleman, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Keith Eugene Coleman, who died as a result of the terrorist attacks on September 11, 2001.

1529. The plaintiff, Jean Coleman, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Scott Thomas Coleman, who died as a result of the terrorist attacks on September 11, 2001.

1530. The plaintiff, Migdalia Coleman, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Rosa J. Gonzalez, who died as a result of the terrorist attacks on September 11, 2001.

1531. The plaintiff, Neil Coleman, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Scott Thomas Coleman, who died as a result of the terrorist attacks on September 11, 2001.

1532. The plaintiff, Jennifer Coll, resides in and is a citizen of the State of New York and is the representative of the estate of Robert Joseph Coll II, who died as a result of the terrorist attacks on September 11, 2001.

1533. The plaintiff, Lissa Collins, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael L. Collins, who died as a result of the terrorist attacks on September 11, 2001.

1534. The plaintiff, Martin Collins, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John Michael Collins, who died as a result of the terrorist attacks on September 11, 2001.

1535. The plaintiff, Carlos Colon, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Linda M. Colon, who died as a result of the terrorist attacks on September 11, 2001.

1536. The plaintiff, Michael Conner, resides in and is a citizen of the State of New York and is the representative of the estate of Margaret M. Conner, who died as a result of the terrorist attacks on September 11, 2001.

1537. The plaintiff, Dawn Connolly, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John Connolly Jr., who died as a result of the terrorist attacks on September 11, 2001.

1538. The plaintiff, Jaymel Connor, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James Lee Connor, who died as a result of the terrorist attacks on September 11, 2001.

1539. The plaintiff, Sylvia Connors, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Kevin P. Connors, who died as a result of the terrorist attacks on September 11, 2001.

1540. The plaintiff, Mary Coombs, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Jeffrey W. Coombs, who died as a result of the terrorist attacks on September 11, 2001.

1541. The plaintiff, Pui Yee Coppola, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gerard J. Coppola, who died as a result of the terrorist attacks on September 11, 2001.

1542. The plaintiff, Diann Corcoran, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of John J. Corcoran III, who died as a result of the terrorist attacks on September 11, 2001.

1543. The plaintiff, Caroline Cordice, resides in and is a citizen of the State of New York and is the representative of the estate of Robert J. Cordice, who died as a result of the terrorist attacks on September 11, 2001.

1544. The plaintiff, Marie Corrigan, resides in and is a citizen of the State of New York and is the representative of the estate of James J. Corrigan, who died as a result of the terrorist attacks on September 11, 2001.

1545. The plaintiff, Wendy Cosgrove, resides in and is a citizen of the State of New York and is the representative of the estate of Kevin M. Cosgrove, who died as a result of the terrorist attacks on September 11, 2001.

1546. The plaintiff, Charles Costa, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Delores M. Costa, who died as a result of the terrorist attacks on September 11, 2001.

1547. The plaintiff, Nancy Costello, resides in and is a citizen of the State of Tennessee and is the representative of the estate of Michael S. Costello, who died as a result of the terrorist attacks on September 11, 2001.

1548. The plaintiff, Clifton Cottom, resides in and is a citizen of the State of Maryland and is the representative of the estate of Asia Cottom, who died as a result of the terrorist attacks on September 11, 2001.

1549. The plaintiff, Michelle Cottom, resides in and is a citizen of the State of Maryland and is the representative of the estate of Asia Cottom, who died as a result of the terrorist attacks on September 11, 2001.

1550. The plaintiff, Catherine Coughlan, resides in and is a citizen of the State of New York and is the representative of the estate of Martin Coughlan, who died as a result of the terrorist attacks on September 11, 2001.

1551. The plaintiff, Fred Cox, resides in and is a citizen of the State of Florida and is the representative of the estate of Frederick John Cox, who died as a result of the terrorist attacks on September 11, 2001.

1552. The plaintiff, Nigel Cox, resides in and is a citizen of the State of New York and is the representative of the estate of Andre Cox, who died as a result of the terrorist attacks on September 11, 2001.

1553. The plaintiff, Walter Cramer, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Seton Cramer, who died as a result of the terrorist attacks on September 11, 2001.

1554. The plaintiff, John Creamer, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Tara Kathleen Creamer, who died as a result of the terrorist attacks on September 11, 2001.

1555. The plaintiff, Mary Crenshaw, resides in and is a citizen of the State of Arizona and is the representative of the estate of Michael M. Taylor, who died as a result of the terrorist attacks on September 11, 2001.

1556. The plaintiff, Maria Crifasi, resides in and is a citizen of the State of New York and is the representative of the estate of Lucia Crifasi, who died as a result of the terrorist attacks on September 11, 2001.

1557. The plaintiff, Raffaella Crisci, resides in and is a citizen of the State of New York and is the representative of the estate of John A. Crisci, who died as a result of the terrorist attacks on September 11, 2001.

1558. The plaintiff, Christian Croner, resides in and is a citizen of the State of New York and is the representative of the estate of Patricia V. Flounders, who died as a result of the terrorist attacks on September 11, 2001.

1559. The plaintiff, Joanne Crotty, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas G. Crotty, who died as a result of the terrorist attacks on September 11, 2001.

1560. The plaintiff, Lori Crotty, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kevin Raymond Crotty, who died as a result of the terrorist attacks on September 11, 2001.

1561. The plaintiff, Pamela Crowe, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John R. Crowe, who died as a result of the terrorist attacks on September 11, 2001.

1562. The plaintiff, Jefferson Crowther, resides in and is a citizen of the State of New York and is the representative of the estate of Welles Remy Crowther, who died as a result of the terrorist attacks on September 11, 2001.

1563. The plaintiff, Albert Cuccinello, resides in and is a citizen of the State of New Hampshire and is the representative of the estate of Thelma Cuccinello, who died as a result of the terrorist attacks on September 11, 2001.

1564. The plaintiff, Georgia Cudina, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Richard Joseph Cudina, who died as a result of the terrorist attacks on September 11, 2001.

1565. The plaintiff, James Cudmore, resides in and is a citizen of the United Kingdom and is the representative of the estate of Neil James Cudmore, who died as a result of the terrorist attacks on September 11, 2001.

1566. The plaintiff, Thomas Cullinan, resides in and is a citizen of the State of New York and is the representative of the estate of Joan McConnell Cullinan, who died as a result of the terrorist attacks on September 11, 2001.

1567. The plaintiff, Mitchum Cummings, resides in and is a citizen of the State of New York and is the representative of the estate of Joyce Cummings, who died as a result of the terrorist attacks on September 11, 2001.

1568. The plaintiff, Maureen Cummins, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Brian T. Cummins, who died as a result of the terrorist attacks on September 11, 2001.

1569. The plaintiff, Kathi Curioli, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Paul Dario Curioli, who died as a result of the terrorist attacks on September 11, 2001.

1570. The plaintiff, Frederick Curry III, resides in and is a citizen of the District of Columbia and is the representative of the estate of Beverly L. Curry, who died as a result of the terrorist attacks on September 11, 2001.

1571. The plaintiff, Raquel D'Amadeo, resides in and is a citizen of the State of New York and is the representative of the estate of Vincent Gerard D'Amadeo, who died as a result of the terrorist attacks on September 11, 2001.

1572. The plaintiff, Louisa D'Antonio, resides in and is a citizen of the State of New York and is the representative of the estate of Mary D'Antonio, who died as a result of the terrorist attacks on September 11, 2001.

1573. The plaintiff, Linda D'Atri, resides in and is a citizen of the State of New York and is the representative of the estate of Edward A. D'Atri, who died as a result of the terrorist attacks on September 11, 2001.

1574. The plaintiff, Jennifer D'Auria, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph R. Allen, who died as a result of the terrorist attacks on September 11, 2001.

1575. The plaintiff, Grace D'Esposito, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael Jude D'Esposito, who died as a result of the terrorist attacks on September 11, 2001.

1576. The plaintiff, Jennifer Damaskinos, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas Damaskinos, who died as a result of the terrorist attacks on September 11, 2001.

1577. The plaintiff, Barbara DaMota, resides in and is a citizen of the State of New York and is the representative of the estate of Manue DaMota, who died as a result of the terrorist attacks on September 11, 2001.

1578. The plaintiff, Amy Waters Davidson, resides in and is a citizen of the State of New York and is the representative of the estate of Scott Davidson, who died as a result of the terrorist attacks on September 11, 2001.

1579. The plaintiff, Ellen Davidson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael A. Davidson, who died as a result of the terrorist attacks on September 11, 2001.

1580. The plaintiff, Elizabeth Davila-Lopez, resides in and is a citizen of the State of Florida and is the representative of the estate of Daniel Lopez, who died as a result of the terrorist attacks on September 11, 2001.

1581. The plaintiff, Daphne Davis, resides in and is a citizen of the State of Texas and is the representative of the estate of Clinton Davis Sr., who died as a result of the terrorist attacks on September 11, 2001.

1582. The plaintiff, Brigitte Day, resides in and is a citizen of the State of New York and is the representative of the estate of Edward Day, who died as a result of the terrorist attacks on September 11, 2001.

1583. The plaintiff, Paul DeAngelis, resides in and is a citizen of the State of New York and is the representative of the estate of Robert J. DeAngelis Jr., who died as a result of the terrorist attacks on September 11, 2001.

1584. The plaintiff, Joaquim deAraujo, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Dorothy A. DeAraujo, who died as a result of the terrorist attacks on September 11, 2001.

1585. The plaintiff, Jacques Debeuneure, resides in and is a citizen of the State of North Carolina and is the representative of the estate of James D. Debeuneure, who died as a result of the terrorist attacks on September 11, 2001.

1586. The plaintiff, George DeBin, resides in and is a citizen of the State of New York and is the representative of the estate of Anna M. DeBin, who died as a result of the terrorist attacks on September 11, 2001.

1587. The plaintiff, Asuncion deChavez, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jayceryll M. deChavez, who died as a result of the terrorist attacks on September 11, 2001.

1588. The plaintiff, Bibiano deChavez, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jayceryll M. deChavez, who died as a result of the terrorist attacks on September 11, 2001.

1589. The plaintiff, Virginia DeCola, resides in and is a citizen of the State of Arizona and is the representative of the estate of Paul DeCola, who died as a result of the terrorist attacks on September 11, 2001.

1590. The plaintiff, Nik Dedvukaj, resides in and is a citizen of the State of New York and is the representative of the estate of Simon Marash Dedvukaj, who died as a result of the terrorist attacks on September 11, 2001.

1591. The plaintiff, Michele DeFazio, resides in and is a citizen of the State of New York and is the representative of the estate of Jason DeFazio, who died as a result of the terrorist attacks on September 11, 2001.

1592. The plaintiff, Manuel del Valle Sr., resides in and is a citizen of the State of New York and is the representative of the estate of Manuel del Valle Jr., who died as a result of the terrorist attacks on September 11, 2001.

1593. The plaintiff, Sally DeLeo, resides in and is a citizen of the State of New York and is the representative of the estate of Vito Joseph DeLeo, who died as a result of the terrorist attacks on September 11, 2001.

1594. The plaintiff, Richard Dell Italia, resides in and is a citizen of the State of New York and is the representative of the estate of Richard Dell Italia, who died as a result of the terrorist attacks on September 11, 2001.

1595. The plaintiff, Joan DeMeo, resides in and is a citizen of the State of New York and is the representative of the estate of of Martin N. DeMeo, who died as a result of the terrorist attacks on September 11, 2001.

1596. The plaintiff, Joanne DeSimone, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Edward DeSimone III, who died as a result of the terrorist attacks on September 11, 2001.

1597. The plaintiff, Cheryl Desmarais, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Mark L. Charette, who died as a result of the terrorist attacks on September 11, 2001.

1598. The plaintiff, Carmelo Di Franco, resides in and is a citizen of the State of New York and is the representative of the estate of Carl A. Di Franco, who died as a result of the terrorist attacks on September 11, 2001.

1599. The plaintiff, LaShawn Dickens, resides in and is a citizen of the Distric of Columbia and is the representative of the estate of Rodney Alonzo Dickens, who died as a result of the terrorist attacks on September 11, 2001.

1600. The plaintiff, Loisanne Diehl, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael Diehl, who died as a result of the terrorist attacks on September 11, 2001.

1601. The plaintiff, William Dietrich, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Karen Lynn Seymour, who died as a result of the terrorist attacks on September 11, 2001.

1602. The plaintiff, Susan DiFato, resides in and is a citizen of the State of New York and is the representative of the estate of John DiFato, who died as a result of the terrorist attacks on September 11, 2001.

1603. The plaintiff, Patricia DiFazio, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Vincent F. DiFazio, who died as a result of the terrorist attacks on September 11, 2001.

1604. The plaintiff, Carole DiFranco, resides in and is a citizen of the State of New York and is the representative of the estate of Carl A. Di Franco, who died as a result of the terrorist attacks on September 11, 2001.

1605. The plaintiff, Melissa DiPasquale, resides in and is a citizen of the State of New York and is the representative of the estate of George DiPasquale, who died as a result of the terrorist attacks on September 11, 2001.

1606. The plaintiff, Andrea Doctor, resides in and is a citizen of the State of South Carolina and is the representative of the estate of Johnnie Doctor Jr., who died as a result of the terrorist attacks on September 11, 2001.

1607. The plaintiff, Jonathan Dodge, resides in and is a citizen of the State of New York and is the representative of the estate of Vita Marino, who died as a result of the terrorist attacks on September 11, 2001.

1608. The plaintiff, Lisa Dolan, resides in and is a citizen of the State of Virginia and is the representative of the estate of Robert E. Dolan, who died as a result of the terrorist attacks on September 11, 2001.

1609. The plaintiff, Helen Dollard, resides in and is a citizen of the State of New York and is the representative of the estate of Neil M. Dollard, who died as a result of the terrorist attacks on September 11, 2001.

1610. The plaintiff, Frank Dominguez, resides in and is a citizen of the State of New York and is the representative of the estate of Jerome Dominguez, who died as a result of the terrorist attacks on September 11, 2001.

1611. The plaintiff, Martha Isabel Dominguez, resides in and is a citizen of Austuralia and is the representative of the estate of Alberto Piriz Dominguez, who died as a result of the terrorist attacks on September 11, 2001.

1612. The plaintiff, Elaine Marie Donovan, resides in and is a citizen of the State of Virginia and is the representative of the estate of William Howard Donovan, who died as a result of the terrorist attacks on September 11, 2001.

1613. The plaintiff, James Donovan, resides in and is a citizen of the State of New York and is the representative of the estate of Jacqueline Donovan, who died as a result of the terrorist attacks on September 11, 2001.

1614. The plaintiff, Morris Dorf, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Stephen Scott Dorf, who died as a result of the terrorist attacks on September 11, 2001.

1615. The plaintiff, Earl Dorsey, resides in and is a citizen of the State of California and is the representative of the estate of Dora Marie Menchaca, who died as a result of the terrorist attacks on September 11, 2001.

1616. The plaintiff, William Doyle Sr., resides in and is a citizen of the State of New York and is the representative of the estate of Joseph Michael Doyle, who died as a result of the terrorist attacks on September 11, 2001.

1617. The plaintiff, Adelaide Driscoll, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Patrick Joseph Driscoll, who died as a result of the terrorist attacks on September 11, 2001.

1618. The plaintiff, Ann Driscoll, resides in and is a citizen of the State of New York and is the representative of the estate of Stephen Patrick Driscoll, who died as a result of the terrorist attacks on September 11, 2001.

1619. The plaintiff, Robert Duffy, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gerard J. Duffy, who died as a result of the terrorist attacks on September 11, 2001.

1620. The plaintiff, Thomas Duffy, resides in and is a citizen of the State of New York and is the representative of the estate of Gerard J. Duffy, who died as a result of the terrorist attacks on September 11, 2001.

1621. The plaintiff, Raymond Duger, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Antoinette Duger, who died as a result of the terrorist attacks on September 11, 2001.

1622. The plaintiff, Mitchell Duggan, resides in and is a citizen of the State of Florida and is the representative of the estate of Jackie Sayegh Duggan, who died as a result of the terrorist attacks on September 11, 2001.

1623. The plaintiff, James Dunne III, resides in and is a citizen of the State of New York and is the representative of the estate of Christopher Quackenbush, who died as a result of the terrorist attacks on September 11, 2001.

1624. The plaintiff, Janet Dunstan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Richard A. Dunstan, who died as a result of the terrorist attacks on September 11, 2001.

1625. The plaintiff, Beverly Eckert, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Sean Rooney, who died as a result of the terrorist attacks on September 11, 2001.

1626. The plaintiff, Audrey Economos, resides in and is a citizen of the State of New York and is the representative of the estate of Constantine Economos, who died as a result of the terrorist attacks on September 11, 2001.

1627. The plaintiff, Anna Maria Egan, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Michael Egan, who died as a result of the terrorist attacks on September 11, 2001.

1628. The plaintiff, Robert Elferis, resides in and is a citizen of the State of New York and is the representative of the estate of Michael J. Elferis, who died as a result of the terrorist attacks on September 11, 2001.

1629. The plaintiff, Elizabeth Emery, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Edgar H. Emery Jr., who died as a result of the terrorist attacks on September 11, 2001.

1630. The plaintiff, Rogelio Escarcega, resides in and is a citizen of the State of New York and is the representative of the estate of Sarah Ali Escarcega, who died as a result of the terrorist attacks on September 11, 2001.

1631. The plaintiff, Michael Esposito, resides in and is a citizen of the State of New York and is the representative of the estate of Bridget Esposito, who died as a result of the terrorist attacks on September 11, 2001.

1632. The plaintiff, Stephanie Esposito, resides in and is a citizen of the State of New York and is the representative of the estate of William J. Esposito, who died as a result of the terrorist attacks on September 11, 2001.

1633. The plaintiff, Jean Etzold, resides in and is a citizen of the State of New York and is the representative of the estate of Barbara Etzold, who died as a result of the terrorist attacks on September 11, 2001.

1634. The plaintiff, Charles Evans Sr., resides in and is a citizen of the State of Connecticut and is the representative of the estate of Eric Brian Evans, who died as a result of the terrorist attacks on September 11, 2001.

1635. The plaintiff, Corinne Evans, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Eric Brian Evans, who died as a result of the terrorist attacks on September 11, 2001.

1636. The plaintiff, Jennifer Ewart, resides in and is a citizen of Canada and is the representative of the estate of Meredith Ewart, who died as a result of the terrorist attacks on September 11, 2001.

1637. The plaintiff, Kenneth Bruce Fairben, resides in and is a citizen of the State of New York and is the representative of the estate of Keith George Fairben, who died as a result of the terrorist attacks on September 11, 2001.

1638. The plaintiff, Patricia Fallon, resides in and is a citizen of the State of Virginia and is the representative of the estate of Jamie Lynn Fallon, who died as a result of the terrorist attacks on September 11, 2001.

1639. The plaintiff, Ruth Fangman, resides in and is a citizen of the State of Delaware and is the representative of the estate of Robert John Fangman, who died as a result of the terrorist attacks on September 11, 2001.

1640. The plaintiff, Beth Faragher, resides in and is a citizen of the State of Colorado and is the representative of the estate of Kathleen Faragher, who died as a result of the terrorist attacks on September 11, 2001.

1641. The plaintiff, Marjorie Farley, resides in and is a citizen of the State of Georgia and is the representative of the estate of Paige Farley Hackel, who died as a result of the terrorist attacks on September 11, 2001.

1642. The plaintiff, Helenora Farrell, resides in and is a citizen of the State of New York and is the representative of the estate of Terrence P. Farrell, who died as a result of the terrorist attacks on September 11, 2001.

1643. The plaintiff, James Farrell, resides in and is a citizen of the State of New York and is the representative of the estate of John G. Farrell, who died as a result of the terrorist attacks on September 11, 2001.

1644. The plaintiff, Stacey Farrelly, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph Farrelly, who died as a result of the terrorist attacks on September 11, 2001.

1645. The plaintiff, Linda Favuzza, resides in and is a citizen of the State of New York and is the representative of the estate of Bernard Favuzza, who died as a result of the terrorist attacks on September 11, 2001.

1646. The plaintiff, Janet Fazio, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Ronald C. Fazio Sr., who died as a result of the terrorist attacks on September 11, 2001.

1647. The plaintiff, Robert Fazio Sr., resides in and is a citizen of the State of New York and is the representative of the estate of Robert Fazio Jr., who died as a result of the terrorist attacks on September 11, 2001.

1648. The plaintiff, William B. Feehan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of William M. Feehan, who died as a result of the terrorist attacks on September 11, 2001.

1649. The plaintiff, Linda Fergus, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Edward Thomas Fergus Jr., who died as a result of the terrorist attacks on September 11, 2001.

1650. The plaintiff, Corazon Fernandez, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Judy Hazel Fernandez, who died as a result of the terrorist attacks on September 11, 2001.

1651. The plaintiff, Rosanna Ferrugio, resides in and is a citizen of the State of New Jersey and is the representative of the estate of David Ferrugio, who died as a result of the terrorist attacks on September 11, 2001.

1652. The plaintiff, Frank Fetchet, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Bradley James Fetchet, who died as a result of the terrorist attacks on September 11, 2001.

1653. The plaintiff, Evelyn Fialko, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jennifer L. Fialko, who died as a result of the terrorist attacks on September 11, 2001.

1654. The plaintiff, Robert Fialko, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jennifer L. Fialko, who died as a result of the terrorist attacks on September 11, 2001.

1655. The plaintiff, Warren Fiedel, resides in and is a citizen of the State of New York and is the representative of the estate of Kristen Nicole Fiedel, who died as a result of the terrorist attacks on September 11, 2001.

1656. The plaintiff, William Fields Sr., resides in and is a citizen of the State of Virginia and is the representative of the estate of Amelia V. Fields, who died as a result of the terrorist attacks on September 11, 2001.

1657. The plaintiff, Loretta Filipov, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Alexander Milan Filipov, who died as a result of the terrorist attacks on September 11, 2001.

1658. The plaintiff, Karen Fiorito, resides in and is a citizen of the State of Connecticut and is the representative of the estate of John B. Fiorito, who died as a result of the terrorist attacks on September 11, 2001.

1659. The plaintiff, Jean Fischer, resides in and is a citizen of the State of New York and is the representative of the estate of John R. Fischer, who died as a result of the terrorist attacks on September 11, 2001.

1660. The plaintiff, Christine Fisher, resides in and is a citizen of the State of Maryland and is the representative of the estate of Gerald Paul Fisher, who died as a result of the terrorist attacks on September 11, 2001.

1661. The plaintiff, Susan Fisher, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas J. Fisher, who died as a result of the terrorist attacks on September 11, 2001.

1662. The plaintiff, Susan Fisher, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Bennett Lawson Fisher, who died as a result of the terrorist attacks on September 11, 2001.

1663. The plaintiff, Marianne Fitzpatrick, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas J. Fitzpatrick, who died as a result of the terrorist attacks on September 11, 2001.

1664. The plaintiff, Joan Fiumefreddo, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Salvatore A. Fiumefreddo, who died as a result of the terrorist attacks on September 11, 2001.

1665. The plaintiff, Michael Flagg, resides in and is a citizen of the State of Virginia and is the representative of the estate of Darlene Embree Flagg, who died as a result of the terrorist attacks on September 11, 2001.

1666. The plaintiff, Lila May Walkden Flounders, resides in and is a citizen of the State of Florida and is the representative of the estate of Joseph W. Flounders, who died as a result of the terrorist attacks on September 11, 2001.

1667. The plaintiff, Deborah Fodor, resides in and is a citizen of the State of New York and is the representative of the estate of Michael N. Fodor, who died as a result of the terrorist attacks on September 11, 2001.

1668. The plaintiff, Mary Grace Foti, resides in and is a citizen of the State of New York and is the representative of the estate of Robert Foti, who died as a result of the terrorist attacks on September 11, 2001.

1669. The plaintiff, Nancy Fox, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jeffrey L. Fox, who died as a result of the terrorist attacks on September 11, 2001.

1670. The plaintiff, Mary Froehner, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gregg J. Froehner, who died as a result of the terrorist attacks on September 11, 2001.

1671. The plaintiff, Katherine Fumando, resides in and is a citizen of the State of New York and is the representative of the estate of Clement Fumando, who died as a result of the terrorist attacks on September 11, 2001.

1672. The plaintiff, Cynthia Furmato, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Paul Furmato, who died as a result of the terrorist attacks on September 11, 2001.

1673. The plaintiff, Haven Fyfe, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Karleton D. Fyfe, who died as a result of the terrorist attacks on September 11, 2001.

1674. The plaintiff, Peter Gadiel, resides in and is a citizen of the State of Connecticut and is the representative of the estate of James Gadiel, who died as a result of the terrorist attacks on September 11, 2001.

1675. The plaintiff, Kevin Gaff, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Pamela Lee Gaff, who died as a result of the terrorist attacks on September 11, 2001.

1676. The plaintiff, Anthony Galante, resides in and is a citizen of the State of New York and is the representative of the estate of Deanna Micciulli Galante, who died as a result of the terrorist attacks on September 11, 2001.

1677. The plaintiff, Giovanni Galante, resides in and is a citizen of the State of New York and is the representative of the estate of Grace Galante, who died as a result of the terrorist attacks on September 11, 2001.

1678. The plaintiff, Maria Galea, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Frances Haros, who died as a result of the terrorist attacks on September 11, 2001.

1679. The plaintiff, Regina Gallagher, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Daniel James Gallagher, who died as a result of the terrorist attacks on September 11, 2001.

1680. The plaintiff, Anthony J. Gambale, resides in and is a citizen of the State of New York and is the representative of the estate of Giovanna G. Gambale, who died as a result of the terrorist attacks on September 11, 2001.

1681. The plaintiff, Robin Rollison Gann, resides in and is a citizen of the State of Georgia and is the representative of the estate of Claude Michael Gann, who died as a result of the terrorist attacks on September 11, 2001.

1682. The plaintiff, Andrea Garbarini, resides in and is a citizen of the State of New York and is the representative of the estate of Charles Garbarini, who died as a result of the terrorist attacks on September 11, 2001.

1683. The plaintiff, Carmen Garcia, resides in and is a citizen of the State of New York and is the representative of the estate of Ivan Vale, who died as a result of the terrorist attacks on September 11, 2001.

1684. The plaintiff, Carmen Garcia, resides in and is a citizen of the State of New York and is the representative of the estate of Felix Vale who died as a result of the terrorist attacks on September 11, 2001.

1685. The plaintiff, Celeste Marino Garcia, resides in and is a citizen of the State of New York and is the representative of the estate of Cesar R. Garcia, who died as a result of the terrorist attacks on September 11, 2001.

1686. The plaintiff, Deborah A. Garcia, resides in and is a citizen of the State of New York and is the representative of the estate of David Garcia, who died as a result of the terrorist attacks on September 11, 2001.

1687. The plaintiff, Dorothy Garcia, resides in and is a citizen of the State of California and is the representative of the estate of Andrew Garcia, who died as a result of the terrorist attacks on September 11, 2001.

1688. The plaintiff, Wanda Garcia-Ortiz, resides in and is a citizen of the State of New York and is the representative of the estate of Emilio Ortiz, who died as a result of the terrorist attacks on September 11, 2001.

1689. The plaintiff, Amy Gardner, resides in and is a citizen of the State of New York and is the representative of the estate of Jeffrey B. Gardner, who died as a result of the terrorist attacks on September 11, 2001.

1690. The plaintiff, Harvey Gardner, resides in and is a citizen of the State of Florida and is the representative of the estate of Harvey Joseph Gardner III, who died as a result of the terrorist attacks on September 11, 2001.

1691. The plaintiff, Jennifer Gardner, resides in and is a citizen of the State of New York and is the representative of the estate of Douglas B. Gardner, who died as a result of the terrorist attacks on September 11, 2001.

1692. The plaintiff, Susan Gardner, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Christopher S. Gardner, who died as a result of the terrorist attacks on September 11, 2001.

1693. The plaintiff, Antonia Gargano, resides in and is a citizen of the State of New York and is the representative of the estate of Rocco Nino Gargano, who died as a result of the terrorist attacks on September 11, 2001.

1694. The plaintiff, Frances Garvey, resides in and is a citizen of the State of New York and is the representative of the estate of Matthew D. Garvey, who died as a result of the terrorist attacks on September 11, 2001.

1695. The plaintiff, Luis Gaston, resides in and is a citizen of the State of New York and is the representative of the estate of Betsy Martinez, who died as a result of the terrorist attacks on September 11, 2001.

1696. The plaintiff, Jacqueline Gavagan, resides in and is a citizen of the State of New York and is the representative of the estate of Donald R. Gavagan Jr., who died as a result of the terrorist attacks on September 11, 2001.

1697. The plaintiff, Sonia Gawas, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Ganesh Ladkat, who died as a result of the terrorist attacks on September 11, 2001.

1698. The plaintiff, Linda Gay, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Peter A. Gay, who died as a result of the terrorist attacks on September 11, 2001.

1699. The plaintiff, Solomon Gayle, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Seilai Khoo, who died as a result of the terrorist attacks on September 11, 2001.

1700. The plaintiff, Maurizio Gazzani, resides in and is a citizen of the State of New York and is the representative of the estate of Terence D. Gazzani, who died as a result of the terrorist attacks on September 11, 2001.

1701. The plaintiff, Tracy Gazzani, resides in and is a citizen of the State of New York and is the representative of the estate of Terence D.Gazzani, who died as a result of the terrorist attacks on September 11, 2001.

1702. The plaintiff, Mathilda Geidel, resides in and is a citizen of the State of New York and is the representative of the estate of Gary Paul Geidel, who died as a result of the terrorist attacks on September 11, 2001.

1703. The plaintiff, Richard A. George, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Linda George, who died as a result of the terrorist attacks on September 11, 2001.

1704. The plaintiff, Hans Gerhardt, resides in and is a citizen of Canada and is the representative of the estate of Ralph Gerhardt, who died as a result of the terrorist attacks on September 11, 2001.

1705. The plaintiff, Rochelle Gerlich, resides in and is a citizen of the State of California and is the representative of the estate of Robert Gerlich, who died as a result of the terrorist attacks on September 11, 2001.

1706. The plaintiff, Roman Gertsberg, resides in and is a citizen of the State of New York and is the representative of the estate of Marina Gertsberg, who died as a result of the terrorist attacks on September 11, 2001.

1707. The plaintiff, Rosemarie Gallombardo, resides in and is a citizen of the State of New York and is the representative of the estate of Paul Richard Salvio, who died as a result of the terrorist attacks on September 11, 2001.

1708. The plaintiff, Joseph Gibson III, resides in and is a citizen of the State of Maryland and is the representative of the estate of Brenda Gibson, who died as a result of the terrorist attacks on September 11, 2001.

1709. The plaintiff, Jacqueline Gilbert, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Timothy Paul Gilbert, who died as a result of the terrorist attacks on September 11, 2001.

1710. The plaintiff, Deena Gilbey, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Paul Stuart Gilbey, who died as a result of the terrorist attacks on September 11, 2001.

1711. The plaintiff, Eleanor Gillette, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Evan Hunter Gillette, who died as a result of the terrorist attacks on September 11, 2001.

1712. The plaintiff, Elizabeth Gilligan, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Ronald L. Gilligan, who died as a result of the terrorist attacks on September 11, 2001.

1713. The plaintiff, April Ginley, resides in and is a citizen of the State of New York and is the representative of the estate of John F. Ginley, who died as a result of the terrorist attacks on September 11, 2001.

1714. The plaintiff, Elda Giron, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Fabian Soto, who died as a result of the terrorist attacks on September 11, 2001.

1715. The plaintiff, Sali Gjonbalaj, resides in and is a citizen of the State of New York and is the representative of the estate of Mon Gjonbalaj, who died as a result of the terrorist attacks on September 11, 2001.

1716. The plaintiff, Herbert Gladstone, resides in and is a citizen of the State of New York and is the representative of the estate of Dianne Gladstone, who died as a result of the terrorist attacks on September 11, 2001.

1717. The plaintiff, Benjamin Alexander Glascoe, resides in and is a citizen of the State of New York and is the representative of the estate of Keith Alexander Glascoe, who died as a result of the terrorist attacks on September 11, 2001.

1718. The plaintiff, Judith Glick, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Barry Glick, who died as a result of the terrorist attacks on September 11, 2001.

1719. The plaintiff, Daniela Gogliormella, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael Gogliormella, who died as a result of the terrorist attacks on September 11, 2001.

1720. The plaintiff, Lisa Goldberg, resides in and is a citizen of the State of New York and is the representative of the estate of Martin Edward McWilliams, who died as a result of the terrorist attacks on September 11, 2001.

1721. The plaintiff, Rise Goldflam, resides in and is a citizen of the State of New York and is the representative of the estate of Jeffrey Goldflam, who died as a result of the terrorist attacks on September 11, 2001.

1722. The plaintiff, Irene Golinski, resides in and is a citizen of the State of Maryland and is the representative of the estate of Ronald F. Golinski, who died as a result of the terrorist attacks on September 11, 2001.

1723. The plaintiff, Hortensia Gonzalez, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Dennis Mojica, who died as a result of the terrorist attacks on September 11, 2001.

1724. The plaintiff, Ellen Goodchild, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Lynn Catherine Goodchild, who died as a result of the terrorist attacks on September 11, 2001.

1725. The plaintiff, William Goodchild, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Lynn Catherine Goodchild, who died as a result of the terrorist attacks on September 11, 2001.

1726. The plaintiff, Claire Gorayeb, resides in and is a citizen of the State of New York and is the representative of the estate of Catherine Gorayeb, who died as a result of the terrorist attacks on September 11, 2001.

1727. The plaintiff, Barbara Gowell, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Douglass A. Gowell, who died as a result of the terrorist attacks on September 11, 2001.

1728. The plaintiff, Jack Crandcolas, resides in and is a citizen of the State of California and is the representative of the estate of Lauren C. Grandcolas, who died as a result of the terrorist attacks on September 11, 2001.

1729. The plaintiff, James Gray, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Stewart Gray, who died as a result of the terrorist attacks on September 11, 2001.

1730. The plaintiff, Jean Marie Gray, resides in and is a citizen of the State of New York and is the representative of the estate of James M. Gray, who died as a result of the terrorist attacks on September 11, 2001.

1731. The plaintiff, Tina Grazioso, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John Grazioso, who died as a result of the terrorist attacks on September 11, 2001.

1732. The plaintiff, Rozanne Green, resides in and is a citizen of the State of New York and is the representative of the estate of Wade Brian Green, who died as a result of the terrorist attacks on September 11, 2001.

1733. The plaintiff, Kelly Green-Grady, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Michael Grady, who died as a result of the terrorist attacks on September 11, 2001.

1734. The plaintiff, Patricia Green-Wotton, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Rodney James Wotton, who died as a result of the terrorist attacks on September 11, 2001.

1735. The plaintiff, Michael Greenstein, resides in and is a citizen of the State of Florida and is the representative of the estate of Eileen Greenstein, who died as a result of the terrorist attacks on September 11, 2001.

1736. The plaintiff, Maureen Gregory, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Donald Gregory, who died as a result of the terrorist attacks on September 11, 2001.

1737. The plaintiff, Judith Grimner, resides in and is a citizen of the State of New York and is the representative of the estate of David Joseph Grimner, who died as a result of the terrorist attacks on September 11, 2001.

1738. The plaintiff, Laura Grygotis, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John M. Pocher, who died as a result of the terrorist attacks on September 11, 2001.

1739. The plaintiff, Joanne Grzelak, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph Grzelak, who died as a result of the terrorist attacks on September 11, 2001.

1740. The plaintiff, Patricia Grzymalski, resides in and is a citizen of the State of New York and is the representative of the estate of Matthew James Grzymalski, who died as a result of the terrorist attacks on September 11, 2001.

1741. The plaintiff, Jerry Guadagno, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Richard Guadagno, who died as a result of the terrorist attacks on September 11, 2001.

1742. The plaintiff, Elise Guadalupe, resides in and is a citizen of the State of New York and is the representative of the estate of Jose Antonia Guadalupe, who died as a result of the terrorist attacks on September 11, 2001.

1743. The plaintiff, Annie Guerrero, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Roland Pacheco, who died as a result of the terrorist attacks on September 11, 2001.

1744. The plaintiff, Irinie Guiguis, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Albert Elmarry, who died as a result of the terrorist attacks on September 11, 2001.

1745. The plaintiff, Thomas Guza, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Philip T. Gaza, who died as a result of the terrorist attacks on September 11, 2001.

1746. The plaintiff, Anthony Guzzardo, resides in and is a citizen of the State of New York and is the representative of the estate of Barbara Guzzardo, who died as a result of the terrorist attacks on September 11, 2001.

1747. The plaintiff, Gloria Hagis, resides in and is a citizen of the State of New York and is the representative of the estate of Steven M. Hagis, who died as a result of the terrorist attacks on September 11, 2001.

1748. The plaintiff, Geraldine Halderman, resides in and is a citizen of the State of New York and is the representative of the estate of David Halderman, who died as a result of the terrorist attacks on September 11, 2001.

1749. The plaintiff, Beverly Hall, resides in and is a citizen of the State of New York and is the representative of the estate of Vaswald Hall, who died as a result of the terrorist attacks on September 11, 2001.

1750. The plaintiff, Jerldine Halligan, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Robert John Halligan, who died as a result of the terrorist attacks on September 11, 2001.

1751. The plaintiff, Maureen Halvorson, resides in and is a citizen of the State of Connecticut and is the representative of the estate of James D. Halvorson, who died as a result of the terrorist attacks on September 11, 2001.

1752. The plaintiff, Elizabeth Hamilton, resides in and is a citizen of the State of New York and is the representative of the estate of Robert Hamilton, who died as a result of the terrorist attacks on September 11, 2001.

1753. The plaintiff, Bryan Hanley, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Sean Hanley, who died as a result of the terrorist attacks on September 11, 2001.

1754. The plaintiff, Eileen Hannaford, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kevin James Hannaford, who died as a result of the terrorist attacks on September 11, 2001.

1755. The plaintiff, Thomas Hannon, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Dana Rey Hannon, who died as a result of the terrorist attacks on September 11, 2001.

1756. The plaintiff, C. Lee Hanson, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Peter Burton Hanson, who died as a result of the terrorist attacks on September 11, 2001.

1757. The plaintiff, C. Lee Hanson, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Christine Lee Hanson, who died as a result of the terrorist attacks on September 11, 2001.

1758. The plaintiff, Gloria Haramis, resides in and is a citizen of the State of New York and is the representative of the estate of Cassikios G. Haramis, who died as a result of the terrorist attacks on September 11, 2001.

1759. The plaintiff, Judith Hardacre, resides in and is a citizen of the State of California and is the representative of the estate of Gerald Hardacre, who died as a result of the terrorist attacks on September 11, 2001.

1760. The plaintiff, Debra Harlin, resides in and is a citizen of the State of New York and is the representative of the estate of Daniel Edward Harlin, who died as a result of the terrorist attacks on September 11, 2001.

1761. The plaintiff, Arvette Harris, resides in and is a citizen of the State of New York and is the representative of the estate of Aisha Ann Harris, who died as a result of the terrorist attacks on September 11, 2001.

1762. The plaintiff, Laurie Hart, resides in and is a citizen of the State of Ohio and is the representative of the estate of John P. Hart, who died as a result of the terrorist attacks on September 11, 2001.

1763. The plaintiff, Robert William Harvey, resides in and is a citizen of the State of New York and is the representative of the estate of Sarah Elizabeth Manley, who died as a result of the terrorist attacks on September 11, 2001.

1764. The plaintiff, Rita Hashem, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Peter Paul Hashem, who died as a result of the terrorist attacks on September 11, 2001.

1765. The plaintiff, Elizabeth Hatton, resides in and is a citizen of the State of New York and is the representative of the estate of Terence Sean Hatton, who died as a result of the terrorist attacks on September 11, 2001.

1766. The plaintiff, Erida Haub, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Haub, who died as a result of the terrorist attacks on September 11, 2001.

1767. The plaintiff, Fiona Havlish, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Donald Havlish Jr., who died as a result of the terrorist attacks on September 11, 2001.

1768. The plaintiff, Elizabeth Gail Hayden, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of James Hayden, who died as a result of the terrorist attacks on September 11, 2001.

1769. The plaintiff, Charles Hazelcorn, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Scott Hazelcorn, who died as a result of the terrorist attacks on September 11, 2001.

1770. The plaintiff, Bernard Heeran, resides in and is a citizen of the State of New York and is the representative of the estate of Charles F.X. Heeran, who died as a result of the terrorist attacks on September 11, 2001.

1771. The plaintiff, Thomas Heidenberger, resides in and is a citizen of the State of Maryland and is the representative of the estate of Michele Heidenberger, who died as a result of the terrorist attacks on September 11, 2001.

1772. The plaintiff, Debora Hemschoot, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Mark Hemschoot, who died as a result of the terrorist attacks on September 11, 2001.

1773. The plaintiff, Alison Henderson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Sean Caton, who died as a result of the terrorist attacks on September 11, 2001.

1774. The plaintiff, Deorge Henrique, resides in and is a citizen of the State of New York and is the representative of the estate of Michelle Marie Henrique, who died as a result of the terrorist attacks on September 11, 2001.

1775. The plaintiff, Alice Henry, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph P. Henry, who died as a result of the terrorist attacks on September 11, 2001.

1776. The plaintiff, Edward Henry, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph P. Henry, who died as a result of the terrorist attacks on September 11, 2001.

1777. The plaintiff, Theresa Hepburn, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert Allan Hepburn, who died as a result of the terrorist attacks on September 11, 2001.

1778. The plaintiff, Eslyn Hernandez, resides in and is a citizen of the State of New York and is the representative of the estate of Claribel Hernandez, who died as a result of the terrorist attacks on September 11, 2001.

1779. The plaintiff, Eulogia Hernandez, resides in and is a citizen of the State of New York and is the representative of the estate of Norberto Hernandez, who died as a result of the terrorist attacks on September 11, 2001.

1780. The plaintiff, Leslie Sue Hersch, resides in and is a citizen of the State of New York and is the representative of the estate of Jeffrey Hersch, who died as a result of the terrorist attacks on September 11, 2001.

1781. The plaintiff, Diana Hetzel, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas Hetzel, who died as a result of the terrorist attacks on September 11, 2001.

1782. The plaintiff, Caren Higgins, resides in and is a citizen of the State of New York and is the representative of the estate of Timothy Higgins, who died as a result of the terrorist attacks on September 11, 2001.

1783. The plaintiff, George Hindy, resides in and is a citizen of the State of New York and is the representative of the estate of Mark D. Hindy, who died as a result of the terrorist attacks on September 11, 2001.

1784. The plaintiff, Caryn Hinson, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Robert Wittenstein, who died as a result of the terrorist attacks on September 11, 2001.

1785. The plaintiff, Sheila Hobin, resides in and is a citizen of the State of Connecticut and is the representative of the estate of James J. Hobin, who died as a result of the terrorist attacks on September 11, 2001.

1786. The plaintiff, Cynthia Hobson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert Wayne Hobson III, who died as a result of the terrorist attacks on September 11, 2001.

1787. The plaintiff, Barbara Hoerner, resides in and is a citizen of the State of New York and is the representative of the estate of Ronald G. Hoerner, who died as a result of the terrorist attacks on September 11, 2001.

1788. The plaintiff, Eileen Hoey, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Patrick Aloysius Hoey, who died as a result of the terrorist attacks on September 11, 2001.

1789. The plaintiff, Rebecca Hofer, resides in and is a citizen of the State of California and is the representative of the estate of John Hofer, who died as a result of the terrorist attacks on September 11, 2001.

1790. The plaintiff, Gabrielle Hoffman, resides in and is a citizen of the State of New York and is the representative of the estate of Stephen Hoffman, who died as a result of the terrorist attacks on September 11, 2001.

1791. The plaintiff, Gail Hoffmann, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michele Hoffmann, who died as a result of the terrorist attacks on September 11, 2001.

1792. The plaintiff, Alice Hoglan, resides in and is a citizen of the State of California and is the representative of the estate of Mark K. Bingham, who died as a result of the terrorist attacks on September 11, 2001.

1793. The plaintiff, Stephen Holland, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Cora Hidalgo Holland, who died as a result of the terrorist attacks on September 11, 2001.

1794. The plaintiff, Karen Homer, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Herbert Homer, who died as a result of the terrorist attacks on September 11, 2001.

1795. The plaintiff, Tu HoNguyen, resides in and is a citizen of the State of Virginia and is the representative of the estate of Khang N. Nguyen, who died as a result of the terrorist attacks on September 11, 2001.

1796. The plaintiff, Rita Hopper, resides in and is a citizen of the State of New York and is the representative of the estate of James P. Hopper, who died as a result of the terrorist attacks on September 11, 2001.

1797. The plaintiff, Lisa Hord, resides in and is a citizen of the State of New York and is the representative of the estate of Montgomery M. Hord, who died as a result of the terrorist attacks on September 11, 2001.

1798. The plaintiff, Kurt Horning, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Matthew Horning, who died as a result of the terrorist attacks on September 11, 2001.

1799. The plaintiff, Patricia Horohoe, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert L. Horohoe Jr., who died as a result of the terrorist attacks on September 11, 2001.

1800. The plaintiff, Robert Horohoe Sr., resides in and is a citizen of the State of Florida and is the representative of the estate of Robert L. Horohoe Jr., who died as a result of the terrorist attacks on September 11, 2001.

1801. The plaintiff, Miriam Horrocks, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Michael Robert Horrocks, who died as a result of the terrorist attacks on September 11, 2001.

1802. The plaintiff, Allan Horwitz, resides in and is a citizen of the State of New York and is the representative of the estate of Aaron Horwitz, who died as a result of the terrorist attacks on September 11, 2001.

1803. The plaintiff, Sonya Houston, resides in and is a citizen of the State of New York and is the representative of the estate of Uhuru Gonja Houston, who died as a result of the terrorist attacks on September 11, 2001.

1804. The plaintiff, Emily Howell, resides in and is a citizen of the State of New York and is the representative of the estate of Michael C. Howell, who died as a result of the terrorist attacks on September 11, 2001.

1805. The plaintiff, Donna Hughes, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Paul Hughes, who died as a result of the terrorist attacks on September 11, 2001.

1806. The plaintiff, Henry Hughes, resides in and is a citizen of the State of New York and is the representative of the estate of Kris Robert Hughes, who died as a result of the terrorist attacks on September 11, 2001.

1807. The plaintiff, Louise Hughes, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert Hughes Jr., who died as a result of the terrorist attacks on September 11, 2001.

1808. The plaintiff, Robert Hughes, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert T. Hughes Jr., who died as a result of the terrorist attacks on September 11, 2001.

1809. The plaintiff, Rosanne Hughes, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas F. Hughes Jr., who died as a result of the terrorist attacks on September 11, 2001.

1810. The plaintiff, Christine Huhn, resides in and is a citizen of the State of New York and is the representative of the estate of David Martin Graifman, who died as a result of the terrorist attacks on September 11, 2001.

1811. The plaintiff, Tennyson Huie, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Susan Huie, who died as a result of the terrorist attacks on September 11, 2001.

1812. The plaintiff, Jennifer Woodward Hunt, resides in and is a citizen of the State of Connecticut and is the representative of the estate of William Hunt, who died as a result of the terrorist attacks on September 11, 2001.

1813. The plaintiff, Beatriz Hymel, resides in and is a citizen of the State of Virginia and is the representative of the estate of Robert Joseph Hymel, who died as a result of the terrorist attacks on September 11, 2001.

1814. The plaintiff, Joseph Ianelli, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph A. Ianelli, who died as a result of the terrorist attacks on September 11, 2001.

1815. The plaintiff, Monica Iken, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Patrick Iken, who died as a result of the terrorist attacks on September 11, 2001.

1816. The plaintiff, Gloria Ingrassia, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Noble Ingrassia, who died as a result of the terrorist attacks on September 11, 2001.

1817. The plaintiff, Lisa Inzerillo, resides in and is a citizen of the State of New York and is the representative of the estate of William E. Krukowski, who died as a result of the terrorist attacks on September 11, 2001.

1818. The plaintiff, Steven Irgang, resides in and is a citizen of the State of New York and is the representative of the estate of Doug Irgang, who died as a result of the terrorist attacks on September 11, 2001.

1819. The plaintiff, Lauri Isbrandtsen, resides in and is a citizen of the State of Virginia and is the representative of the estate of Erik Hans Isbrandtsen, who died as a result of the terrorist attacks on September 11, 2001.

1820. The plaintiff, Anna Ivantsov, resides in and is a citizen of the State of New York and is the representative of the estate of Aleksandr Ivantsov, who died as a result of the terrorist attacks on September 11, 2001.

1821. The plaintiff, Barry Jablonski, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Virginia Jablonski, who died as a result of the terrorist attacks on September 11, 2001.

1822. The plaintiff, Martha Jackson-Holley, resides in and is a citizen of the State of Maryland and is the representative of the estate of Jimmie I. Holley, who died as a result of the terrorist attacks on September 11, 2001.

1823. The plaintiff, Jennifer Jacobs, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jason Kyle Jacobs, who died as a result of the terrorist attacks on September 11, 2001.

1824. The plaintiff, Deborah Jacobson, resides in and is a citizen of the State of New York and is the representative of the estate of Steven A. Jacobson, who died as a result of the terrorist attacks on September 11, 2001.

1825. The plaintiff, Kimberly Jacoby, resides in and is a citizen of the State of Kentucky and is the representative of the estate of Steven Donald Jacoby, who died as a result of the terrorist attacks on September 11, 2001.

1826. The plaintiff, Louis Jagoda, resides in and is a citizen of the State of New York and is the representative of the estate of Jake D. Jagoda, who died as a result of the terrorist attacks on September 11, 2001.

1827. The plaintiff, Sneh Jain, resides in and is a citizen of the State of New York and is the representative of the estate of Yudh V. Jain, who died as a result of the terrorist attacks on September 11, 2001.

1828. The plaintiff, Catherine Jalbert, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Robert A. Jalbert, who died as a result of the terrorist attacks on September 11, 2001.

1829. The plaintiff, Aram Jarret Jr., resides in and is a citizen of the State of Rhode Island and is the representative of the estate of Amy Nicole Jarret, who died as a result of the terrorist attacks on September 11, 2001.

1830. The plaintiff, Diane Java, resides in and is a citizen of the State of Virginia and is the representative of the estate of Jeff L. Simpson, who died as a result of the terrorist attacks on September 11, 2001.

1831. The plaintiff, Gisele Jean-Gilles, resides in and is a citizen of the State of New York and is the representative of the estate of Mark Y. Gilles, who died as a result of the terrorist attacks on September 11, 2001.

1832. The plaintiff, Jennifer Jenkins, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Joseph Jenkins Jr., who died as a result of the terrorist attacks on September 11, 2001.

1833. The plaintiff, Frank Jensen, resides in and is a citizen of the State of California and is the representative of the estate of Suzanne M. Calley, who died as a result of the terrorist attacks on September 11, 2001.

1834. The plaintiff, Meena Jerath, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Prem N. Jerath, who died as a result of the terrorist attacks on September 11, 2001.

1835. The plaintiff, Ju-Hsiu Jian, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Hweidar Jian, who died as a result of the terrorist attacks on September 11, 2001.

1836. The plaintiff, Glyn John, resides in and is a citizen of the United Kingdom and is the representative of the estate of Nicholas John, who died as a result of the terrorist attacks on September 11, 2001.

1837. The plaintiff, Timothy John, resides in and is a citizen of the United Kingdom and is the representative of the estate of Nicholas John, who died as a result of the terrorist attacks on September 11, 2001.

1838. The plaintiff, Debra Johnson, resides in and is a citizen of the State of New York and is the representative of the estate of David J. Williams, who died as a result of the terrorist attacks on September 11, 2001.

1839. The plaintiff, Joyce Johnson, resides in and is a citizen of the State of Virginia and is the representative of the estate of Dennis M. Johnson, who died as a result of the terrorist attacks on September 11, 2001.

1840. The plaintiff, Yassin Johnson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jemal Legesse DeSantis, who died as a result of the terrorist attacks on September 11, 2001.

1841. The plaintiff, Harry Jones IV, resides in and is a citizen of the State of Colorado and is the representative of the estate of Allison H. Jones, who died as a result of the terrorist attacks on September 11, 2001.

1842. The plaintiff, Mary Jones, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Charles E. Jones, who died as a result of the terrorist attacks on September 11, 2001.

1843. The plaintiff, Mary Jones, resides in and is a citizen of the State of New York and is the representative of the estate of Christoffer Mikael Carstanjen, who died as a result of the terrorist attacks on September 11, 2001.

1844. The plaintiff, Shawn Jones, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jeannine Damiani-Jones, who died as a result of the terrorist attacks on September 11, 2001.

1845. The plaintiff, Susan Jones, resides in and is a citizen of the State of New York and is the representative of the estate of Christopher Jones, who died as a result of the terrorist attacks on September 11, 2001.

1846. The plaintiff, Jennifer Josiah, resides in and is a citizen of the State of Virginia and is the representative of the estate of Jane Eileen Josiah, who died as a result of the terrorist attacks on September 11, 2001.

1847. The plaintiff, Kelly Josiah, resides in and is a citizen of the State of District of Columbia and is the representative of the estate of Jane Eileen Josiah, who died as a result of the terrorist attacks on September 11, 2001.

1848. The plaintiff, Sentija Jovic, resides in and is a citizen of the State of New York and is the representative of the estate of Anthony Jovic, who died as a result of the terrorist attacks on September 11, 2001.

1849. The plaintiff, Ellen Judd, resides in and is a citizen of Canada and is the representative of the estate of Christine Egan, who died as a result of the terrorist attacks on September 11, 2001.

1850. The plaintiff, Vincent Kane, resides in and is a citizen of the State of New York and is the representative of the estate of Vincent Kane, who died as a result of the terrorist attacks on September 11, 2001.

1851. The plaintiff, Tamara Kanter, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Sheldon Robert Kanter, who died as a result of the terrorist attacks on September 11, 2001.

1852. The plaintiff, Francine Kaplan, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Robin Kaplan, who died as a result of the terrorist attacks on September 11, 2001.

1853. The plaintiff, Harold Kaplan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Deborah H. Kaplan, who died as a result of the terrorist attacks on September 11, 2001.

1854. The plaintiff, Lauren Kasper, resides in and is a citizen of the State of New York and is the representative of the estate of Charles Kasper, who died as a result of the terrorist attacks on September 11, 2001.

1855. The plaintiff, Barbara Keane, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Edward T. Keane, who died as a result of the terrorist attacks on September 11, 2001.

1856. The plaintiff, Judith Keane, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Richard M. Keane, who died as a result of the terrorist attacks on September 11, 2001.

1857. The plaintiff, Denise Keasler, resides in and is a citizen of the State of Nevada and is the representative of the estate of Karol Ann Keasler, who died as a result of the terrorist attacks on September 11, 2001.

1858. The plaintiff, Diane Keating, resides in and is a citizen of the State of New York and is the representative of the estate of Ryan Fitzgerald, who died as a result of the terrorist attacks on September 11, 2001.

1859. The plaintiff, Michael Keating, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Barbara Ann Keating, who died as a result of the terrorist attacks on September 11, 2001.

1860. The plaintiff, Kristen Keene, resides in and is a citizen of the State of Georgia and is the representative of the estate of Leo Russell Keene III, who died as a result of the terrorist attacks on September 11, 2001.

1861. The plaintiff, JoAnne Kelly, resides in and is a citizen of the State of New Jersey and is the representative of the estate of William H. Kelly Jr., who died as a result of the terrorist attacks on September 11, 2001.

1862. The plaintiff, William Kelly Sr., resides in and is a citizen of the State of New Jersey and is the representative of the estate of William H. Kelly Jr., who died as a result of the terrorist attacks on September 11, 2001.

1863. The plaintiff, Elizabeth Kemmerer, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Hilda Marcin, who died as a result of the terrorist attacks on September 11, 2001.

1864. The plaintiff, Donald Keohane, resides in and is a citizen of the State of California and is the representative of the estate of John Richard Keohane, who died as a result of the terrorist attacks on September 11, 2001.

1865. The plaintiff, Hedi Kershaw, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Ralph Kershaw, who died as a result of the terrorist attacks on September 11, 2001.

1866. The plaintiff, Granvilette Kestenbaum, resides in and is a citizen of the State of New York and is the representative of the estate of Howard L. Kestenbaum, who died as a result of the terrorist attacks on September 11, 2001.

1867. The plaintiff, Tahira Khan, resides in and is a citizen of the State of New York and is the representative of the estate of Taimour Khan, who died as a result of the terrorist attacks on September 11, 2001.

1868. The plaintiff, Henry Kiefer, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Kiefer, who died as a result of the terrorist attacks on September 11, 2001.

1869. The plaintiff, Sheila Kiernan, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Christopher R. Zarba Jr., who died as a result of the terrorist attacks on September 11, 2001.

1870. The plaintiff, John Kim, resides in and is a citizen of the State of Hawaii and is the representative of the estate of Sue Ju Hanson, who died as a result of the terrorist attacks on September 11, 2001.

1871. The plaintiff, Alison Kinney, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Brian Kevin Kinney, who died as a result of the terrorist attacks on September 11, 2001.

1872. The plaintiff, James Kirby, resides in and is a citizen of the State of New York and is the representative of the estate of Chris M. Kirby, who died as a result of the terrorist attacks on September 11, 2001.

1873. The plaintiff, Rochelle Kirschbaum, resides in and is a citizen of the State of New York and is the representative of the estate of Howard Barry Kirschbaum, who died as a result of the terrorist attacks on September 11, 2001.

1874. The plaintiff, Kevin Kittle, resides in and is a citizen of the State of New York and is the representative of the estate of Helen P. Crossin-Kittle, who died as a result of the terrorist attacks on September 11, 2001.

1875. The plaintiff, Christina Kminek, resides in and is a citizen of the District of Columbia and is the representative of the estate of Mari-Rae Sopper, who died as a result of the terrorist attacks on September 11, 2001.

1876. The plaintiff, Mea Knapp Esq., resides in and is a citizen of the State of New York and is the representative of the estate of Benilda Domingo, who died as a result of the terrorist attacks on September 11, 2001.

1877. The plaintiff, Grace Kneski, resides in and is a citizen of the State of South Carolina and is the representative of the estate of Steven Cafiero, who died as a result of the terrorist attacks on September 11, 2001.

1878. The plaintiff, Nancy Knox, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas Patrick Knox, who died as a result of the terrorist attacks on September 11, 2001.

1879. The plaintiff, Robert Kobus, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Deborah Kobus, who died as a result of the terrorist attacks on September 11, 2001.

1880. The plaintiff, Robert Kobus, resides in and is a citizen of the State of New York and is the representative of the estate of Ryan A. Kohart, who died as a result of the terrorist attacks on September 11, 2001.

1881. The plaintiff, Aimee Kondratenko/Garrison, resides in and is a citizen of the State of Illinois and is the representative of the estate of Suzanne Kondratenko, who died as a result of the terrorist attacks on September 11, 2001.

1882. The plaintiff, Nina Kostic, resides in and is a citizen of the United Kingdom and is the representative of the estate of Bojan Kostic, who died as a result of the terrorist attacks on September 11, 2001.

1883. The plaintiff, Zoe Kousoulis, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Danielle Kousoulis, who died as a result of the terrorist attacks on September 11, 2001.

1884. The plaintiff, Maria Koutny, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Marie Pappalardo, who died as a result of the terrorist attacks on September 11, 2001.

1885. The plaintiff, Felix Ksido, resides in and is a citizen of the State of New York and is the representative of the estate of Lyudmila Ksido, who died as a result of the terrorist attacks on September 11, 2001.

1886. The plaintiff, Nancy Kumpel, resides in and is a citizen of the State of New York and is the representative of the estate of Kenneth B. Kumpel, who died as a result of the terrorist attacks on September 11, 2001.

1887. The plaintiff, James Kuveikis, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas J. Kuveikis, who died as a result of the terrorist attacks on September 11, 2001.

1888. The plaintiff, Eric LaBorie, resides in and is a citizen of the State of Rhode Island and is the representative of the estate of Kathryn LaBorie, who died as a result of the terrorist attacks on September 11, 2001.

1889. The plaintiff, Dominick LaFalce, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph A. LaFalce, who died as a result of the terrorist attacks on September 11, 2001.

1890. The plaintiff, Linda Lalama, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Franco Lalama, who died as a result of the terrorist attacks on September 11, 2001.

1891. The plaintiff, Amy Zhang Lam, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Chow Kwan Lam, who died as a result of the terrorist attacks on September 11, 2001. who died as a result of the terrorist attacks on September 11, 2001.

1892. The plaintiff, Richard Lane, resides in and is a citizen of the State of New York and is the representative of the estate of Robert T. Lane, who died as a result of the terrorist attacks on September 11, 2001.

1893. The plaintiff, Sandra Lang, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Brendan Mark Lang, who died as a result of the terrorist attacks on September 11, 2001.

1894. The plaintiff, Joseph Langley, resides in and is a citizen of the State of New York and is the representative of the estate of Mary Lou Langley, who died as a result of the terrorist attacks on September 11, 2001.

1895. The plaintiff, Robert Lanza Jr., resides in and is a citizen of the State of Virginia and is the representative of the estate of Michele Lanza, who died as a result of the terrorist attacks on September 11, 2001.

1896. The plaintiff, Stephen Larrabee, resides in and is a citizen of the State of California and is the representative of the estate of Christopher R. Larrabee, who died as a result of the terrorist attacks on September 11, 2001.

1897. The plaintiff, Caroline Larsen, resides in and is a citizen of the State of New York and is the representative of the estate of Scott Larsen, who died as a result of the terrorist attacks on September 11, 2001.

1898. The plaintiff, Kim Lasko, resides in and is a citizen of the State of Tennessee and is the representative of the estate of Gary E. Lasko, who died as a result of the terrorist attacks on September 11, 2001.

1899. The plaintiff, Virginia LaTouche, resides in and is a citizen of the State of New York and is the representative of the estate of Jeffrey G. LaTouche, who died as a result of the terrorist attacks on September 11, 2001.

1900. The plaintiff, Joseph LaVache, resides in and is a citizen of the State of New York and is the representative of the estate of Maria LaVache, who died as a result of the terrorist attacks on September 11, 2001.

1901. The plaintiff, Dolores LaVerde, resides in and is a citizen of the State of New York and is the representative of the estate of Jeannine LaVerde, who died as a result of the terrorist attacks on September 11, 2001.

1902. The plaintiff, Deena Laverty, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Anna A. Laverty, who died as a result of the terrorist attacks on September 11, 2001.

1903. The plaintiff, Victoria Louise Lawn, resides in and is a citizen of the United Kingdom and is the representative of the estate of Steven Lawn, who died as a result of the terrorist attacks on September 11, 2001.

1904. The plaintiff, Suzanne Lawrence, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert A. Lawrence Jr., who died as a result of the terrorist attacks on September 11, 2001.

1905. The plaintiff, Laurie Miller Laychak, resides in and is a citizen of the State of Virginia and is the representative of the estate of David William Laychak, who died as a result of the terrorist attacks on September 11, 2001.

1906. The plaintiff, Ann Leavy, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Neil J. Leavy, who died as a result of the terrorist attacks on September 11, 2001.

1907. The plaintiff, Caroline Leavy, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph Leavy, who died as a result of the terrorist attacks on September 11, 2001.

1908. The plaintiff, Linda LeBlanc, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Natalie Janis Lasden, who died as a result of the terrorist attacks on September 11, 2001.

1909. The plaintiff, Angela Lee, resides in and is a citizen of the State of New Jersey and is the representative of the estate of David S. Lee, who died as a result of the terrorist attacks on September 11, 2001.

1910. The plaintiff, Edward Lee, resides in and is a citizen of the State of New York and is the representative of the estate of Juanita Lee, who died as a result of the terrorist attacks on September 11, 2001.

1911. The plaintiff, Jungmi Lee, resides in and is a citizen of the State of Virginia and is the representative of the estate of Dong Chul Lee, who died as a result of the terrorist attacks on September 11, 2001.

1912. The plaintiff, Kellie Lee, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Daniel John Lee, who died as a result of the terrorist attacks on September 11, 2001.

1913. The plaintiff, Kui Liong Lee, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Siew-Nya Ang, who died as a result of the terrorist attacks on September 11, 2001.

1914. The plaintiff, Mary Lou Lee, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Chih Min Foo, who died as a result of the terrorist attacks on September 11, 2001.

1915. The plaintiff, Myong Lee, resides in and is a citizen of the State of Maryland and is the representative of the estate of Linda C. Lee, who died as a result of the terrorist attacks on September 11, 2001.

1916. The plaintiff, Alicia Leguillow, resides in and is a citizen of the State of New York and is the representative of the estate of Nestor A. Cintron, who died as a result of the terrorist attacks on September 11, 2001.

1917. The plaintiff, Hayley Natalie Lehrfeld, resides in and is a citizen of the State of New York and is the representative of the estate of Eric Andrew Lehrfeld, who died as a result of the terrorist attacks on September 11, 2001.

1918. The plaintiff, Carie Lemack, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Judith Camilla Larocque, who died as a result of the terrorist attacks on September 11, 2001.

1919. The plaintiff, Danielle Lemack, resides in and is a citizen of the State of Illinois and is the representative of the estate of Judith Camilla Larocque, who died as a result of the terrorist attacks on September 11, 2001.

1920. The plaintiff, Ingrid Lenihan, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Joseph A. Lenihan, who died as a result of the terrorist attacks on September 11, 2001.

1921. The plaintiff, Patricia Lennon, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John J. Lennon Jr., who died as a result of the terrorist attacks on September 11, 2001.

1922. The plaintiff, Irene Lesiw, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John Skala, who died as a result of the terrorist attacks on September 11, 2001.

1923. The plaintiff, Dennis Levi, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John D. Levi, who died as a result of the terrorist attacks on September 11, 2001.

1924. The plaintiff, Jennifer Levi-Longyear, resides in and is a citizen of the State of Florida and is the representative of the estate of John D. Levi, who died as a result of the terrorist attacks on September 11, 2001.

1925. The plaintiff, Roni Levine, resides in and is a citizen of the State of New York and is the representative of the estate of Robert Levine,

1926. The plaintiff, Dolores Libretti, resides in and who died as a result of the terrorist attacks on September 11, 2001. is a citizen of the State of New York and is the representative of the estate of Daniel Libretti, who died as a result of the terrorist attacks on September 11, 2001.

1927. The plaintiff, Mark Lichtschein, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Edward Lichtschein, who died as a result of the terrorist attacks on September 11, 2001.

1928. The plaintiff, Vyacheslav Ligay, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Zhentta Tsoy Ligay, who died as a result of the terrorist attacks on September 11, 2001.

1929. The plaintiff, Haydee Lillo, resides in and is a citizen of the State of New York and is the representative of the estate of Carlos R. Lillo, who died as a result of the terrorist attacks on September 11, 2001.

1930. The plaintiff, Caroline Lilore, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Craig Damian Lilore, who died as a result of the terrorist attacks on September 11, 2001.

1931. The plaintiff, Deryck Lindo, resides in and is a citizen of the State of New York and is the representative of the estate of Nickie Lindo, who died as a result of the terrorist attacks on September 11, 2001.

1932. The plaintiff, Carol Linehan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas V. Linehan Jr., who died as a result of the terrorist attacks on September 11, 2001.

1933. The plaintiff, Jin Liu, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Liming Gu, who died as a result of the terrorist attacks on September 11, 2001.

1934. The plaintiff, Jiun-Min Liu, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Ming-Hao Liu, who died as a result of the terrorist attacks on September 11, 2001.

1935. The plaintiff, Jean Lucido Lizzul, resides in and is a citizen of the State of New York and is the representative of the estate of Martin Lizzul, who died as a result of the terrorist attacks on September 11, 2001.

1936. The plaintiff, Eugenia Llanes, resides in and is a citizen of the State of New York and is the representative of the estate of George Andrew Llanes, who died as a result of the terrorist attacks on September 11, 2001.

1937. The plaintiff, Robert Logler, resides in and is a citizen of the State of New York and is the representative of the estate of Elizabeth C. Logler, who died as a result of the terrorist attacks on September 11, 2001.

1938. The plaintiff, Carmelo Loguidice, resides in and is a citizen of the State of Florida and is the representative of the estate of Catherine Lisa Loguidice, who died as a result of the terrorist attacks on September 11, 2001.

1939. The plaintiff, Dening Lohez, resides in and is a citizen of the State of New York and is the representative of the estate of Jerome Lohez, who died as a result of the terrorist attacks on September 11, 2001.

1940. The plaintiff, Christopher Longing, resides in and is a citizen of the State of New York and is the representative of the estate of Laura M. Longing, who died as a result of the terrorist attacks on September 11, 2001.

1941. The plaintiff, Rhonda Lopez, resides in and is a citizen of the State of California and is the representative of the estate of Maclovio Lopez, who died as a result of the terrorist attacks on September 11, 2001.

1942. The plaintiff, Theresann Lostrangio, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Joseph Lostrangio, who died as a result of the terrorist attacks on September 11, 2001.

1943. The plaintiff, Sharon Louis, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Stuart Seid Louis, who died as a result of the terrorist attacks on September 11, 2001.

1944. The plaintiff, James Lovero, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Joseph Lovero, who died as a result of the terrorist attacks on September 11, 2001.

1945. The plaintiff, Joanne Lovett, resides in and is a citizen of the State of New York and is the representative of the estate of Brian Nunez, who died as a result of the terrorist attacks on September 11, 2001.

1946. The plaintiff, Gary Michael Low, resides in and is a citizen of the State of Arizona and is the representative of the estate of Sara Elizabeth Low, who died as a result of the terrorist attacks on September 11, 2001.

1947. The plaintiff, Michelle Ludwig, resides in and is a citizen of the State of New York and is the representative of the estate of Lee Charles Ludwig, who died as a result of the terrorist attacks on September 11, 2001.

1948. The plaintiff, Eileen Lugano, resides in and is a citizen of the State of New York and is the representative of the estate of Sean Thomas Lugano, who died as a result of the terrorist attacks on September 11, 2001.

1949. The plaintiff, Marie Lukas, resides in and is a citizen of the State of New York and is the representative of the estate of Marie Lukas, who died as a result of the terrorist attacks on September 11, 2001.

1950. The plaintiff, Karen Lunder, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Edmund Lunder, who died as a result of the terrorist attacks on September 11, 2001.

1951. The plaintiff, Geraldine Luparello, resides in and is a citizen of the State of New York and is the representative of the estate of Anthony Luparello, who died as a result of the terrorist attacks on September 11, 2001.

1952. The plaintiff, Howard Lutnick, resides in and is a citizen of the State of New York and is the representative of the estate of Gary Frederick Lutnick III, who died as a result of the terrorist attacks on September 11, 2001.

1953. The plaintiff, Ralph Luzzicone, resides in and is a citizen of the State of New York and is the representative of the estate of Linda Luzzicone, who died as a result of the terrorist attacks on September 11, 2001.

1954. The plaintiff, Vladimir Lygin, resides in and is a citizen of the State of New York and is the representative of the estate of Alexander Lygin, who died as a result of the terrorist attacks on September 11, 2001.

1955. The plaintiff, Valentina Lygina, resides in and is a citizen of the State of New York and is the representative of the estate of Alexander Lygin, who died as a result of the terrorist attacks on September 11, 2001.

1956. The plaintiff, Lorne Lyles, resides in and is a citizen of the State of Florida and is the representative of the estate of CeeCee Louise Lyles, who died as a result of the terrorist attacks on September 11, 2001.

1957. The plaintiff, Elizabeth Lynch, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert H. Lynch, who died as a result of the terrorist attacks on September 11, 2001.

1958. The plaintiff, Jacqueline Lynch, resides in and is a citizen of the State of Virginia and is the representative of the estate of Terence M. Lynch, who died as a result of the terrorist attacks on September 11, 2001.

1959. The plaintiff, John Lynch, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Francis Lynch, who died as a result of the terrorist attacks on September 11, 2001.

1960. The plaintiff, Michael Lynch, resides in and is a citizen of the State of New York and is the representative of the estate of Sean Patrick Lynch, who died as a result of the terrorist attacks on September 11, 2001.

1961. The plaintiff, Irene Lyons, resides in and is a citizen of the State of New York and is the representative of the estate of Patrick John Lyons, who died as a result of the terrorist attacks on September 11, 2001.

1962. The plaintiff, Kenneth Mace, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Robert Francis Mace, who died as a result of the terrorist attacks on September 11, 2001.

1963. The plaintiff, Douglas Mackay, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Susan Mackay, who died as a result of the terrorist attacks on September 11, 2001.

1964. The plaintiff, Maura Madden, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Richard B. Madden, who died as a result of the terrorist attacks on September 11, 2001.

1965. The plaintiff, Maureen Maddison, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Simon Maddison, who died as a result of the terrorist attacks on September 11, 2001.

1966. The plaintiff, Jennifer Maerz, resides in and is a citizen of the State of New York and is the representative of the estate of Noell Charles Maerz, who died as a result of the terrorist attacks on September 11, 2001.

1967. The plaintiff, Linda Maffeo, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph Maffeo, who died as a result of the terrorist attacks on September 11, 2001.

1968. The plaintiff, Beth Mahon, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas Mahon, who died as a result of the terrorist attacks on September 11, 2001.

1969. The plaintiff, Laura Maler, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Alfred Russell Maler, who died as a result of the terrorist attacks on September 11, 2001.

1970. The plaintiff, Kathleen Maloney, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph Maloney, who died as a result of the terrorist attacks on September 11, 2001.

1971. The plaintiff, Jane Maltby, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christian H. Maltby, who died as a result of the terrorist attacks on September 11, 2001.

1972. The plaintiff, Kathleen Mangano, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Joseph Mangano, who died as a result of the terrorist attacks on September 11, 2001.

1973. The plaintiff, Kenneth Mannetta, resides in and is a citizen of the State of New York and is the representative of the estate of Debra M. Mannetta, who died as a result of the terrorist attacks on September 11, 2001.

1974. The plaintiff, Chrislan Manuel, resides in and is a citizen of the State of Michigan and is the representative of the estate of Meta L. Waller, who died as a result of the terrorist attacks on September 11, 2001.

1975. The plaintiff, Norma Margiotta, resides in and is a citizen of the State of New York and is the representative of the estate of Charles Joseph Margiotta, who died as a result of the terrorist attacks on September 11, 2001.

1976. The plaintiff, Dennis Marlo, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Kevin D. Marlo, who died as a result of the terrorist attacks on September 11, 2001.

1977. The plaintiff, Nancy Marra, resides in and is a citizen of the State of New York and is the representative of the estate of Michael D'Auria, who died as a result of the terrorist attacks on September 11, 2001.

1978. The plaintiff, Jodi Marrero, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jose Marrero, who died as a result of the terrorist attacks on September 11, 2001.

1979. The plaintiff, Donn Marshall, resides in and is a citizen of the State of West Virginia and is the representative of the estate of Shelley A. Marshall, who died as a result of the terrorist attacks on September 11, 2001.

1980. The plaintiff, Deborah Martin, resides in and is a citizen of the State of New Jersey and is the representative of the estate of William J. Martin, who died as a result of the terrorist attacks on September 11, 2001.

1981. The plaintiff, John Martin, resides in and is a citizen of the State of California and is the representative of the estate of Karren A. Martin, who died as a result of the terrorist attacks on September 11, 2001.

1982. The plaintiff, Paul Martin, resides in and is a citizen of the State of New Hampshire and is the representative of the estate of Karren A. Martin, who died as a result of the terrorist attacks on September 11, 2001.

1983. The plaintiff, Aida Martinez, resides in and is a citizen of the State of New York and is the representative of the estate of Jose A. Martinez, who died as a result of the terrorist attacks on September 11, 2001.

1984. The plaintiff, Lisa Martini, resides in and is a citizen of the State of New York and is the representative of the estate of Paul Richard Martini, who died as a result of the terrorist attacks on September 11, 2001.

1985. The plaintiff, Anthony Martino, resides in and is a citizen of the State of New York and is the representative of the estate of Anne Marie Martino-Cramer, who died as a result of the terrorist attacks on September 11, 2001.

1986. The plaintiff, Mildred Martino, resides in and is a citizen of the State of New York and is the representative of the estate of Anne Marie Martino-Cramer, who died as a result of the terrorist attacks on September 11, 2001.

1987. The plaintiff, Catherine Masak, resides in and is a citizen of the State of New York and is the representative of the estate of Catherine Lisa Loguidice, who died as a result of the terrorist attacks on September 11, 2001.

1988. The plaintiff, Joan Masi, resides in and is a citizen of the State of Florida and is the representative of the estate of Stephen F. Masi, who died as a result of the terrorist attacks on September 11, 2001.

1989. The plaintiff, Diane Massaroli, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Massaroli, who died as a result of the terrorist attacks on September 11, 2001.

1990. The plaintiff, Karen Mastrandrea, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Philip W. Mastrandrea Jr., who died as a result of the terrorist attacks on September 11, 2001.

1991. The plaintiff, Margaret Mathers, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Charles W. Mathers, who died as a result of the terrorist attacks on September 11, 2001.

1992. The plaintiff, Elizabeth Mattson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert D. Mattson, who died as a result of the terrorist attacks on September 11, 2001.

1993. The plaintiff, Denise Matuza, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Walter Matuza, who died as a result of the terrorist attacks on September 11, 2001.

1994. The plaintiff, Margaret Mauro, resides in and is a citizen of the State of Tennessee and is the representative of the estate of Dorothy Mauro, who died as a result of the terrorist attacks on September 11, 2001.

1995. The plaintiff, Ronald May, resides in and is a citizen of the State of Nevada and is the representative of the estate of Renee A. May, who died as a result of the terrorist attacks on September 11, 2001.

1996. The plaintiff, Kathleen Maycen, resides in and is a citizen of the State of Florida and is the representative of the estate of Lindsay S. Morehouse, who died as a result of the terrorist attacks on September 11, 2001.

1997. The plaintiff, Catherine Mazzella, resides in and is a citizen of the State of New York and is the representative of the estate of Edward Mazzella Jr., who died as a result of the terrorist attacks on September 11, 2001.

1998. The plaintiff, Catherine Mazzotta, resides in and is a citizen of the State of New York and is the representative of the estate of Jennifer Lynn Mazzotta, who died as a result of the terrorist attacks on September 11, 2001.

1999. The plaintiff, Vertistine Mbaya, resides in and is a citizen of Kenya and is the representative of the estate of Kaaria William Mbaya, who died as a result of the terrorist attacks on September 11, 2001.

2000. The plaintiff, Dawn McAleese, resides in and is a citizen of the State of New York and is the representative of the estate of Brian G. McAleese, who died as a result of the terrorist attacks on September 11, 2001.

2001. The plaintiff, James McAneney, resides in and is a citizen of the State of New York and is the representative of the estate of Patricia A. McAneney, who died as a result of the terrorist attacks on September 11, 2001.

2002. The plaintiff, Paula McAvoy, resides in and is a citizen of the State of New York and is the representative of the estate of John K. McAvoy, who died as a result of the terrorist attacks on September 11, 2001.

2003. The plaintiff, Marsha McBrayer, resides in and is a citizen of the District of Columbia and is the representative of the estate of Kenneth M. McBrayer, who died as a result of the terrorist attacks on September 11, 2001.

2004. The plaintiff, Lynn McCabe, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael J. McCabe, who died as a result of the terrorist attacks on September 11, 2001.

2005. The plaintiff, Margaret McCrane, resides in and is a citizen of the State of New York and is the representative of the estate of Mary Herencia, who died as a result of the terrorist attacks on September 11, 2001.

2006. The plaintiff, Cynthia McDay, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Tonyell F. McDay, who died as a result of the terrorist attacks on September 11, 2001.

2007. The plaintiff, Denise McDonald, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Joseph Paul McDonald, who died as a result of the terrorist attacks on September 11, 2001.

2008. The plaintiff, Cheryl McDonnell, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael P. McDonnell, who died as a result of the terrorist attacks on September 11, 2001.

2009. The plaintiff, Bonnie McEneaney, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Eamon McEneaney, who died as a result of the terrorist attacks on September 11, 2001.

2010. The plaintiff, William McGinly, resides in and is a citizen of the State of Virginia and is the representative of the estate of Mark Ryan McGinly, who died as a result of the terrorist attacks on September 11, 2001.

2011. The plaintiff, Mary McGovern, resides in and is a citizen of the State of New York and is the representative of the estate of William J. McGovern, who died as a result of the terrorist attacks on September 11, 2001.

2012. The plaintiff, Lynn McGuinn, resides in and is a citizen of the State of New York and is the representative of the estate of Francis Noel McGuinn, who died as a result of the terrorist attacks on September 11, 2001.

2013. The plaintiff, Danielle McGuire, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Patrick McGuire, who died as a result of the terrorist attacks on September 11, 2001.

2014. The plaintiff, Kathleen McGuire, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Stephen Huczko, who died as a result of the terrorist attacks on September 11, 2001.

2015. The plaintiff, Sherry McHeffey, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Keith McHeffey, who died as a result of the terrorist attacks on September 11, 2001.

2016. The plaintiff, Maria McHugh, resides in and is a citizen of the State of New York and is the representative of the estate of Michael E. McHugh, who died as a result of the terrorist attacks on September 11, 2001.

2017. The plaintiff, Una McHugh, resides in and is a citizen of the State of New York and is the representative of the estate of Dennis Patrick McHugh, who died as a result of the terrorist attacks on September 11, 2001.

2018. The plaintiff, Bernadette McHugh-Torres, resides in and is a citizen of the State of New York and is the representative of the estate of Denis J. McHugh III, who died as a result of the terrorist attacks on September 11, 2001.

2019. The plaintiff, Jeannine McIntyre, resides in and is a citizen of the State of New York and is the representative of the estate of Donald J. McIntyre, who died as a result of the terrorist attacks on September 11, 2001.

2020. The plaintiff, Patricia McKenna, resides in and is a citizen of the State of New York and is the representative of the estate of Stephanie McKenna, who died as a result of the terrorist attacks on September 11, 2001.

2021. The plaintiff, Katherine McNeal, resides in and is a citizen of the State of Maryland and is the representative of the estate of Daniel W. McNeal, who died as a result of the terrorist attacks on September 11, 2001.

2022. The plaintiff, Katherine McPadden, resides in and is a citizen of the State of New York and is the representative of the estate of Robert W. McPadden, who died as a result of the terrorist attacks on September 11, 2001.

2023. The plaintiff, Eli Medina, resides in and is a citizen of the State of New York and is the representative of the estate of Abigail Medina who died as a result of the terrorist attacks on September 11, 2001.

2024. The plaintiff, Maureen Meehan, resides in and is a citizen of the State of Connecticut and is the representative of the estate of William J. Meehan Jr., who died as a result of the terrorist attacks on September 11, 2001.

2025. The plaintiff, Gopal Mehta, resides in and is a citizen of the State of Colorado and is the representative of the estate of Alok K. Mehta, who died as a result of the terrorist attacks on September 11, 2001.

2026. The plaintiff, Joanne Meisenheimer, resides in and is a citizen of the State of New York and is the representative of the estate of Raymond Meisenheimer, who died as a result of the terrorist attacks on September 11, 2001.

2027. The plaintiff, Lisa Meltzer, resides in and is a citizen of the State of New York and is the representative of the estate of Stuart Todd Meltzer, who died as a result of the terrorist attacks on September 11, 2001.

2028. The plaintiff, Debra Menich, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Kevin Micheal McCarthy, who died as a result of the terrorist attacks on September 11, 2001.

2029. The plaintiff, Joyce Mercer, resides in and is a citizen of the State of New York and is the representative of the estate of Scott Kopytko, who died as a result of the terrorist attacks on September 11, 2001.

2030. The plaintiff, Debra Mercurio, resides in and is a citizen of the State of New York and is the representative of the estate of Ralph Mercurio, who died as a result of the terrorist attacks on September 11, 2001.

2031. The plaintiff, Maria Merwin, resides in and is a citizen of the State of Kentucky and is the representative of the estate of Ronald L. Gamboa, who died as a result of the terrorist attacks on September 11, 2001.

2032. The plaintiff, Patricia Milano, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Peter T. Milano, who died as a result of the terrorist attacks on September 11, 2001.

2033. The plaintiff, Joseph Milanowycz, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gregory Milanowycz, who died as a result of the terrorist attacks on September 11, 2001.

2034. The plaintiff, Betty Miller, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Michael Matthew Miller, who died as a result of the terrorist attacks on September 11, 2001.

2035. The plaintiff, David Miller, resides in and is a citizen of the State of California and is the representative of the estate of Nicole Carol Miller, who died as a result of the terrorist attacks on September 11, 2001.

2036. The plaintiff, Holly Miller, resides in and is a citizen of the State of Montana and is the representative of the estate of Craig James Miller, who died as a result of the terrorist attacks on September 11, 2001.

2037. The plaintiff, James Miller, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Michael Matthew Miller, who died as a result of the terrorist attacks on September 11, 2001.

2038. The plaintiff, Michele Miller, resides in and is a citizen of the State of New York and is the representative of the estate of Mitchel Scott Wallace, who died as a result of the terrorist attacks on September 11, 2001.

2039. The plaintiff, Mitoko Miller, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert C. Miller Jr., who died as a result of the terrorist attacks on September 11, 2001.

2040. The plaintiff, Toby Millman, resides in and is a citizen of the State of New York and is the representative of the estate of Benjamin Millman, who died as a result of the terrorist attacks on September 11, 2001.

2041. The plaintiff, Paula Minara, resides in and is a citizen of the State of New York and is the representative of the estate of Robert Minara, who died as a result of the terrorist attacks on September 11, 2001.

2042. The plaintiff, Philomena Mistrulli, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph D. Mistrulli, who died as a result of the terrorist attacks on September 11, 2001.

2043. The plaintiff, Maureen Mitchell, resides in and is a citizen of the State of New York and is the representative of the estate of Paul T. Mitchell, who died as a result of the terrorist attacks on September 11, 2001.

2044. The plaintiff, Joyce Miuccio, resides in and is a citizen of the State of New York and is the representative of the estate of Richard Miuccio, who died as a result of the terrorist attacks on September 11, 2001.

2045. The plaintiff, Suzanne Mladenik, resides in and is a citizen of the State of Illinois and is the representative of the estate of Jeffrey P. Mladenik, who died as a result of the terrorist attacks on September 11, 2001.

2046. The plaintiff, Tessie Molina-Forsythe, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Hugh Forsythe, who died as a result of the terrorist attacks on September 11, 2001.

2047. The plaintiff, Donna Molinaro, resides in and is a citizen of the State of New York and is the representative of the estate of Carl Eugene Molinaro, who died as a result of the terrorist attacks on September 11, 2001.

2048. The plaintiff, Jodi Molisani, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Justin John Molisani Jr., who died as a result of the terrorist attacks on September 11, 2001.

2049. The plaintiff, Bernard Monaghan, resides in and is a citizen of the State of New York and is the representative of the estate of Brian Patrick Monaghan, who died as a result of the terrorist attacks on September 11, 2001.

2050. The plaintiff, Matthew Monahan, resides in and is a citizen of the State of New York and is the representative of the estate of Franklyn Monahan, who died as a result of the terrorist attacks on September 11, 2001.

2051. The plaintiff, Caren Montano, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Craig D. Montano, who died as a result of the terrorist attacks on September 11, 2001.

2052. The plaintiff, Nancy Montesi, resides in and is a citizen of the State of New York and is the representative of the estate of Michael G. Montesi, who died as a result of the terrorist attacks on September 11, 2001.

2053. The plaintiff, Michael Monyak, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Cheryl A. Monyak, who died as a result of the terrorist attacks on September 11, 2001.

2054. The plaintiff, Elizabeth Louise Moran, resides in and is a citizen of The United Kingdom and is the representative of the estate of John Christopher Moran, who died as a result of the terrorist attacks on September 11, 2001.

2055. The plaintiff, Ivy Moreno, resides in and is a citizen of the State of New York and is the representative of the estate of Yvette Nicole Miller, who died as a result of the terrorist attacks on September 11, 2001.

2056. The plaintiff, Nykia Morgan, resides in and is a citizen of the State of New York and is the representative of the estate of Dorothy R. Morgan, who died as a result of the terrorist attacks on September 11, 2001.

2057. The plaintiff, Harold Morris Jr., resides in and is a citizen of the State of New York and is the representative of the estate of Lynne Irene Morris, who died as a result of the terrorist attacks on September 11, 2001.

2058. The plaintiff, Lynn Morris, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Seth A. Morris, who died as a result of the terrorist attacks on September 11, 2001.

2059. The plaintiff, Patricia Morris, resides in and is a citizen of the State of New York and is the representative of the estate of Lynne Irene Morris, who died as a result of the terrorist attacks on September 11, 2001.

2060. The plaintiff, Lorraine Moskal, resides in and is a citizen of the State of Ohio and is the representative of the estate of William David Moskal, who died as a result of the terrorist attacks on September 11, 2001.

2061. The plaintiff, Mary Moutos, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Peter C. Moutos, who died as a result of the terrorist attacks on September 11, 2001.

2062. The plaintiff, Gricel Moyer, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Manuel del Valle Jr, who died as a result of the terrorist attacks on September 11, 2001.

2063. The plaintiff, Constance Muldowney, resides in and is a citizen of the State of New York and is the representative of the estate of Richard Muldowney, who died as a result of the terrorist attacks on September 11, 2001.

2064. The plaintiff, Sara Mulligan, resides in and is a citizen of the State of New York and is the representative of the estate of Peter James Mulligan, who died as a result of the terrorist attacks on September 11, 2001.

2065. The plaintiff, Lynn Mullin, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Joseph Mullin, who died as a result of the terrorist attacks on September 11, 2001.

2066. The plaintiff, Susan King Munhal, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James Donald Munhall, who died as a result of the terrorist attacks on September 11, 2001.

2067. The plaintiff, Laurie Murach, resides in and is a citizen of the State of Indiana and is the representative of the estate of Robert Murach, who died as a result of the terrorist attacks on September 11, 2001.

2068. The plaintiff, Catherine Murphy, resides in and is a citizen of the State of Maryland and is the representative of the estate of Christopher W. Murphy, who died as a result of the terrorist attacks on September 11, 2001.

2069. The plaintiff, Ryan Murphy, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Edward Charles Murphy, who died as a result of the terrorist attacks on September 11, 2001.

2070. The plaintiff, Patricia Murray, resides in and is a citizen of the State of New Jersey and is the representative of the estate of ohn Joseph Murray, who died as a result of the terrorist attacks on September 11, 2001.

2071. The plaintiff, Rory Murray, resides in and is a citizen of the State of New York and is the representative of the estate of John J. Murray, who died as a result of the terrorist attacks on September 11, 2001.

2072. The plaintiff, Jessica Murrow-Adams, resides in and is a citizen of the State of New York and is the representative of the estate of Stephen George Adams, who died as a result of the terrorist attacks on September 11, 2001.

2073. The plaintiff, Natalia Mushinski, resides in and is a citizen of the State of New York and is the representative of the estate of Iouri Mouchinski, who died as a result of the terrorist attacks on September 11, 2001.

2074. The plaintiff, Nicola Napier, resides in and is a citizen of The United Kingdom and is the representative of the estate of Alexander Napier, who died as a result of the terrorist attacks on September 11, 2001.

2075. The plaintiff, Baldev Narula, resides in and is a citizen of the State of New York and is the representative of the estate of Maniki Narula, who died as a result of the terrorist attacks on September 11, 2001.

2076. The plaintiff, Margaret Nassaney, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Shawn Nassaney, who died as a result of the terrorist attacks on September 11, 2001.

2077. The plaintiff, Patrick John Nassaney Sr., resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Shawn Nassaney, who died as a result of the terrorist attacks on September 11, 2001.

2078. The plaintiff, Keolahmatie Nath, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Narender Nath, who died as a result of the terrorist attacks on September 11, 2001.

2079. The plaintiff, Julianne Nazario, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Francis J. Nazario, who died as a result of the terrorist attacks on September 11, 2001.

2080. The plaintiff, Zandra Lena Neblett, resides in and is a citizen of the State of New Yorkand is the representative of the estate of Rayman Marcus Neblett, who died as a result of the terrorist attacks on September 11, 2001.

2081. The plaintiff, Leila Negron, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Pete Negron, who died as a result of the terrorist attacks on September 11, 2001.

2082. The plaintiff, Gilberto Neira, resides in and is a citizen of the State of California and is the representative of the estate of Laurie Ann Neira, who died as a result of the terrorist attacks on September 11, 2001.

2083. The plaintiff, Gary Nelson, resides in and is a citizen of the State of North Dakota and is the representative of the estate of Ann Nicole Nelson, who died as a result of the terrorist attacks on September 11, 2001.

2084. The plaintiff, Rosanne Nelson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James Nelson, who died as a result of the terrorist attacks on September 11, 2001.

2085. The plaintiff, Paul Newell, resides in and is a citizen of the State of Rhode Island and is the representative of the estate of Renee Tetreault Newell, who died as a result of the terrorist attacks on September 11, 2001.

2086. The plaintiff, Charles Niederer, resides in and is a citizen of the State of Virginia and is the representative of the estate of Martin Stewart Niederer, who died as a result of the terrorist attacks on September 11, 2001.

2087. The plaintiff, Nancy Niedermeyer, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Alfonse J. Niedermeyer, who died as a result of the terrorist attacks on September 11, 2001.

2088. The plaintiff, William Nielsen, resides in and is a citizen of the State of New Yorkand is the representative of the estate of Michel P. Colbert, who died as a result of the terrorist attacks on September 11, 2001.

2089. The plaintiff, Jennifer Nilsen, resides in and is a citizen of the State of New Yorkand is the representative of the estate of Troy Edward Nilsen, who died as a result of the terrorist attacks on September 11, 2001.

2090. The plaintiff, Patricia Nilsen, resides in and is a citizen of the State of New Yorkand is the representative of the estate of Anne Marie Martino-Cramer, who died as a result of the terrorist attacks on September 11, 2001.

2091. The plaintiff, Ellen Niven, resides in and is a citizen of the State of New Yorkand is the representative of the estate of John Ballentine Nivin, who died as a result of the terrorist attacks on September 11, 2001.

2092. The plaintiff, Michael Noel, resides in and is a citizen of the State of New Yorkand is the representative of the estate of Curtis T. Noel, who died as a result of the terrorist attacks on September 11, 2001.

2093. The plaintiff, Theresa Noel, resides in and is a citizen of the State of New York and is the representative of the estate of Curtis T. Noel, who died as a result of the terrorist attacks on September 11, 2001.

2094. The plaintiff, Renee Nolan, resides in and is a citizen of the State of Kansas and is the representative of the estate of Daniel R. Nolan, who died as a result of the terrorist attacks on September 11, 2001.

2095. The plaintiff, Christine O'Berg, resides in and is a citizen of the State of New York and is the representative of the estate of Dennis P. O'Berg, who died as a result of the terrorist attacks on September 11, 2001.

2096. The plaintiff, Cheryl O'Brien, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Thelma Cuccinello, who died as a result of the terrorist attacks on September 11, 2001.

2097. The plaintiff, James O'Brien, resides in and is a citizen of the State of Maine and is the representative of the estate of James O'Brien Jr., who died as a result of the terrorist attacks on September 11, 2001.

2098. The plaintiff, Rachel O'Brien, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael P. O'Brien, who died as a result of the terrorist attacks on September 11, 2001.

2099. The plaintiff, Rhonda O'Callaghan, resides in and is a citizen of the State of New York and is the representative of the estate of Daniel O'Callaghan, who died as a result of the terrorist attacks on September 11, 2001.

2100. The plaintiff, Andrea O'Hagan, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas Gerard O'Hagan, who died as a result of the terrorist attacks on September 11, 2001.

2101. The plaintiff, Carole O'Hare, resides in and is a citizen of the State of California and is the representative of the estate of Hilda Marcin, who died as a result of the terrorist attacks on September 11, 2001.

2102. The plaintiff, Jeanne O'Neill, resides in and is a citizen of the State of New York and is the representative of the estate of Peter J. O'Neill Jr, who died as a result of the terrorist attacks on September 11, 2001.

2103. The plaintiff, Peter O'Neill Sr., resides in and is a citizen of the State of New York and is the representative of the estate of Peter J. O'Neill Jr, who died as a result of the terrorist attacks on September 11, 2001.

2104. The plaintiff, Maryann O'Rourke, resides in and is a citizen of the State of New York and is the representative of the estate of Kevin M. O'Rourke, who died as a result of the terrorist attacks on September 11, 2001.

2105. The plaintiff, Denise Oakley, resides in and is a citizen of the State of New York and is the representative of the estate of James A. Oakley, who died as a result of the terrorist attacks on September 11, 2001.

2106. The plaintiff, Suzanne Oelschlager, resides in and is a citizen of the State of New York and is the representative of the estate of Douglas E. Oelschlager, who died as a result of the terrorist attacks on September 11, 2001.

2107. The plaintiff, Antoinette Ognibene, resides in and is a citizen of the State of New York and is the representative of the estate of Philip Paul Ognibene, who died as a result of the terrorist attacks on September 11, 2001.

2108. The plaintiff, Vincent Ognibene, resides in and is a citizen of the State of Delaware and is the representative of the estate of Philip Paul Ognibene, who died as a result of the terrorist attacks on September 11, 2001.

2109. The plaintiff, Margaret Ogonowski, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of John A. Ogonowski, who died as a result of the terrorist attacks on September 11, 2001.

2110. The plaintiff, Lynn Olcott, resides in and is a citizen of the State of Florida and is the representative of the estate of Gerald M. Olcott, who died as a result of the terrorist attacks on September 11, 2001.

2111. The plaintiff, Stella Olender, resides in and is a citizen of the State of Illinois and is the representative of the estate of Christine Olender, who died as a result of the terrorist attacks on September 11, 2001.

2112. The plaintiff, Denise Olsen, resides in and is a citizen of the State of New York and is the representative of the estate of Jeffrey James Olsen, who died as a result of the terrorist attacks on September 11, 2001.

2113. The plaintiff, Taube Olsen, resides in and is a citizen of the State of New York and is the representative of the estate of Eric Taube Olsen, who died as a result of the terrorist attacks on September 11, 2001.

2114. The plaintiff, Olga Orgielewicz, resides in and is a citizen of the State of New York and is the representative of the estate of Christopher T. Orgielewicz, who died as a result of the terrorist attacks on September 11, 2001.

2115. The plaintiff, Edna Kang Ortiz, resides in and is a citizen of the State of Florida and is the representative of the estate of Pablo Ortiz, who died as a result of the terrorist attacks on September 11, 2001.

2116. The plaintiff, Lauren Osnato, resides in and is a citizen of the State of New York and is the representative of the estate of Karen Helene Schmidt, who died as a result of the terrorist attacks on September 11, 2001.

2117. The plaintiff, Herbert Ouida, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Todd Joseph Ouida, who died as a result of the terrorist attacks on September 11, 2001.

2118. The plaintiff, Margaret Owen, resides in and is a citizen of The United Kingdom and is the representative of the estate of Melanie Louise DeVere, who died as a result of the terrorist attacks on September 11, 2001.

2119. The plaintiff, Clara Pachomski, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Wendy A. Wakeford, who died as a result of the terrorist attacks on September 11, 2001.

2120. The plaintiff, Rekha Packer, resides in and is a citizen of the State of New York and is the representative of the estate of Michael B. Packer, who died as a result of the terrorist attacks on September 11, 2001.

2121. The plaintiff, Monique Padilla-Ferrer, resides in and is a citizen of the State of New York and is the representative of the estate of Michael A. Trinidad, who died as a result of the terrorist attacks on September 11, 2001.

2122. The plaintiff, Jose Padro-Lebron, resides in and is a citizen of the State of Virginia and is the representative of the estate of Diana B. Padro, who died as a result of the terrorist attacks on September 11, 2001.

2123. The plaintiff, Annette Palazzolo, resides in and is a citizen of the State of New York and is the representative of the estate of Richard A. Palazzolo, who died as a result of the terrorist attacks on September 11, 2001.

2124. The plaintiff, Hui Fen Pan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Neil K. Lai, who died as a result of the terrorist attacks on September 11, 2001.

2125. The plaintiff, Barbara Pandolfo, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Dominique Lisa Pandolfo, who died as a result of the terrorist attacks on September 11, 2001.

2126. The plaintiff, Janice Pansini, resides in and is a citizen of the State of New York and is the representative of the estate of Paul J. Pansini, who died as a result of the terrorist attacks on September 11, 2001.

2127. The plaintiff, Christine Papasso, resides in and is a citizen of the State of New York and is the representative of the estate of Salvatore T. Papasso, who died as a result of the terrorist attacks on September 11, 2001.

2128. The plaintiff, Marie Ann Paprocki, resides in and is a citizen of the State of New York and is the representative of the estate of Denis Lavelle, who died as a result of the terrorist attacks on September 11, 2001.

2129. The plaintiff, Lachman Parbhu, resides in and is a citizen of the State of New York and is the representative of the estate of Hardai Parbhu, who died as a result of the terrorist attacks on September 11, 2001.

2130. The plaintiff, Christina Paris, resides in and is a citizen of the State of New York and is the representative of the estate of George Paris, who died as a result of the terrorist attacks on September 11, 2001.

2131. The plaintiff, Charles Parker III, resides in and is a citizen of the State of New Hampshire and is the representative of the estate of Douglas Stone, who died as a result of the terrorist attacks on September 11, 2001.

2132. The plaintiff, Grace Parkinson-Godshalk, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of William Robert Godshalk,

2133. The plaintiff, Inez Paskins, resides in and is a citizen of the State of California and is the representative of the estate of Jerrold H. Paskins, who died as a result of the terrorist attacks on September 11, 2001.

2134. The plaintiff, Sean Robert Passananti, resides in and is a citizen of the State of New York and is the representative of the estate of Horace Robert Passananti,

2135. The plaintiff, Yogesh Patel, resides in and is a citizen of the State of New York and is the representative of the estate of Avnish Ramanbhai Patel, who died as a result of the terrorist attacks on September 11, 2001.

2136. The plaintiff, Lisa Paterson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Steven Bennett Paterson, who died as a result of the terrorist attacks on September 11, 2001.

2137. The plaintiff, Christine Patterson, resides in and is a citizen of the State of New York and is the representative of the estate of Adele Sessa, who died as a result of the terrorist attacks on September 11, 2001.

2138. The plaintiff, Frances Patti, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Cira Marie Patti, who died as a result of the terrorist attacks on September 11, 2001.

2139. The plaintiff, Michael Patti, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Cira Marie Patti, who died as a result of the terrorist attacks on September 11, 2001.

2140. The plaintiff, Elizabeth Ann Payne, resides in and is a citizen of the State of New York and is the representative of the estate of William Eben Wilson, who died as a result of the terrorist attacks on September 11, 2001.

2141. The plaintiff, Bobbie Catherine Peak, resides in and is a citizen of the State of Indiana and is the representative of the estate of Stacey Lynn Peak, who died as a result of the terrorist attacks on September 11, 2001.

2142. The plaintiff, Catherine Pedersen, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Loretta A. Vero, who died as a result of the terrorist attacks on September 11, 2001.

2143. The plaintiff, Nancy Pedicini, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas Pedicini, who died as a result of the terrorist attacks on September 11, 2001.

2144. The plaintiff, Ryan Pemberton, resides in and is a citizen of the State of Virginia and is the representative of the estate of Susan Marie Sauer, who died as a result of the terrorist attacks on September 11, 2001.

2145. The plaintiff, Michele Pena, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Angel R. Pena, who died as a result of the terrorist attacks on September 11, 2001.

2146. The plaintiff, Cielita Peralta, resides in and is a citizen of the State of New York and is the representative of the estate of Carl Allen Peralta, who died as a result of the terrorist attacks on September 11, 2001.

2147. The plaintiff, Tammy Perconti, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jon A. Perconti, who died as a result of the terrorist attacks on September 11, 2001.

2148. The plaintiff, Luis Perez, resides in and is a citizen of the State of New York and is the representative of the estate of Jennifer DeJesus, who died as a result of the terrorist attacks on September 11, 2001.

2149. The plaintiff, Patricia Perry, resides in and is a citizen of the State of New York and is the representative of the estate of John William Perry, who died as a result of the terrorist attacks on September 11, 2001.

2150. The plaintiff, Chiara Pesce, resides in and is a citizen of the State of New York and is the representative of the estate of Danny Pesce, who died as a result of the terrorist attacks on September 11, 2001.

2151. The plaintiff, Paul Pesce, resides in and is a citizen of the State of New York and is the representative of the estate of Danny Pesce, who died as a result of the terrorist attacks on September 11, 2001.

2152. The plaintiff, Lynn Pescherine, resides in and is a citizen of the State of New York and is the representative of the estate of Michael John Pescherine, who died as a result of the terrorist attacks on September 11, 2001.

2153. The plaintiff, D. Hamilton Peterson, resides in and is a citizen of the State of Maryland and is the representative of the estate of Donald A. Peterson, who died as a result of the terrorist attacks on September 11, 2001.

2154. The plaintiff, Nicole Petrocelli, resides in and is a citizen of the State of New York and is the representative of the estate of Mark James Petrocelli, who died as a result of the terrorist attacks on September 11, 2001.

2155. The plaintiff, Eileen Petti, resides in and is a citizen of the State of New York and is the representative of the estate of Philip S. Petti, who died as a result of the terrorist attacks on September 11, 2001.

2156. The plaintiff, Susan Picarro, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Ludwig John Picarro, who died as a result of the terrorist attacks on September 11, 2001.

2157. The plaintiff, Petrina Picerno, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Matthew M. Picerno, who died as a result of the terrorist attacks on September 11, 2001.

2158. The plaintiff, Jacqueline Pietronico, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Bernard Pietronico, who died as a result of the terrorist attacks on September 11, 2001.

2159. The plaintiff, John Pietrunti, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Nicholas P. Pietrunti, who died as a result of the terrorist attacks on September 11, 2001.

2160. The plaintiff, Douglas Pinto, resides in and is a citizen of the State of New York and is the representative of the estate of Susan Elizabeth Pinto, who died as a result of the terrorist attacks on September 11, 2001.

2161. The plaintiff, Rosemary Piskadlo, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Joseph Piskadlo, who died as a result of the terrorist attacks on September 11, 2001.

2162. The plaintiff, Eric Pitman, resides in and is a citizen of the State of New York and is the representative of the estate of Christopher Todd Pitman, who died as a result of the terrorist attacks on September 11, 2001.

2163. The plaintiff, Susan Piver, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Joshua Michael Piver, who died as a result of the terrorist attacks on September 11, 2001.

2164. The plaintiff, Alla Plakht, resides in and is a citizen of the State of New York and is the representative of the estate of Igor Zukelman, who died as a result of the terrorist attacks on September 11, 2001.

2165. The plaintiff, Doreen Plumitallo, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Joseph lumitallo, who died as a result of the terrorist attacks on September 11, 2001.

2166. The plaintiff, Donald Poissant, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Cynthia Marie Connolly, who died as a result of the terrorist attacks on September 11, 2001.

2167. The plaintiff, Barbara Polhemus, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas H. Polhemus, who died as a result of the terrorist attacks on September 11, 2001.

2168. The plaintiff, Phyllis Pollio, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Susan M. Pollio, who died as a result of the terrorist attacks on September 11, 2001.

2169. The plaintiff, Devora Pontell, resides in and is a citizen of the State of Maryland and is the representative of the estate of Darin H. Pontell, who died as a result of the terrorist attacks on September 11, 2001.

2170. The plaintiff, Vasile Poptean, resides in and is a citizen of the State of New York and is the representative of the estate of Joshua I. Poptean, who died as a result of the terrorist attacks on September 11, 2001.

2171. The plaintiff, Catherine Powell, resides in and is a citizen of the State of South Carolina and is the representative of the estate of Scott Alan Powell, who died as a result of the terrorist attacks on September 11, 2001.

2172. The plaintiff, Harry Powell, resides in and is a citizen of the State of New York and is the representative of the estate of Brandon J. Powell, who died as a result of the terrorist attacks on September 11, 2001.

2173. The plaintiff, Edward Prince, resides in and is a citizen of the State of New York and is the representative of the estate of Wanda Prince, who died as a result of the terrorist attacks on September 11, 2001.

2174. The plaintiff, Everett Proctor Jr., resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Everett M. Proctor III, who died as a result of the terrorist attacks on September 11, 2001.

2175. The plaintiff, Donald Progen, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Carrie Beth Progen, who died as a result of the terrorist attacks on September 11, 2001.

2176. The plaintiff, Marie Puccio-Pick, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Joseph Pick, who died as a result of the terrorist attacks on September 11, 2001.

2177. The plaintiff, Michael Puckett, resides in and is a citizen of the State of New York and is the representative of the estate of John F. Puckett, who died as a result of the terrorist attacks on September 11, 2001.

2178. The plaintiff, Marion Puiia, resides in and is a citizen of the State of New York and is the representative of the estate of Jacqueline Donovan, who died as a result of the terrorist attacks on September 11, 2001.

2179. The plaintiff, Melissa Pullis, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Edward Frank Pullis, who died as a result of the terrorist attacks on September 11, 2001.

2180. The plaintiff, Jacqueline Pykon, resides in and is a citizen of the State of New York and is the representative of the estate of Edward Pykon, who died as a result of the terrorist attacks on September 11, 2001.

2181. The plaintiff, John Quigley, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Beth Ann Quigley, who died as a result of the terrorist attacks on September 11, 2001.

2182. The plaintiff, Virginia Quinn, resides in and is a citizen of the State of New York and is the representative of the estate of Ricardo J. Quinn, who died as a result of the terrorist attacks on September 11, 2001.

2183. The plaintiff, Frank Racaniello, resides in and is a citizen of the State of New York and is the representative of the estate of Christopher A. Racaniello, who died as a result of the terrorist attacks on September 11, 2001.

2184. The plaintiff, Ed Radburn resides in and is a citizen of the State of New York and is the representative of the estate of Betty Browne Radburn, who died as a result of the terrorist attacks on September 11, 2001.

2185. The plaintiff, Donna Ragaglia, resides in and is a citizen of the State of New York and is the representative of the estate of Leonard J. Ragaglia, who died as a result of the terrorist attacks on September 11, 2001.

2186. The plaintiff, Vincent Ragusa, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Paul Ragusa, who died as a result of the terrorist attacks on September 11, 2001.

2187. The plaintiff, Lenore Raimondi, resides in and is a citizen of the State of New York and is the representative of the estate of Peter F. Raimondi, who died as a result of the terrorist attacks on September 11, 2001.

2188. The plaintiff, Lauren Raines, resides in and is a citizen of the State of New York and is the representative of the estate of Harry A. Raines, who died as a result of the terrorist attacks on September 11, 2001.

2189. The plaintiff, Ana Raley, resides in and is a citizen of the District of Columbia and is the representative of the estate of Ian J. Gray, who died as a result of the terrorist attacks on September 11, 2001.

2190. The plaintiff, Darlene Rall, resides in and is a citizen of the State of New York and is the representative of the estate of Edward J. Rall, who died as a result of the terrorist attacks on September 11, 2001.

2191. The plaintiff, Migdalia Ramos, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Harry Ramos, who died as a result of the terrorist attacks on September 11, 2001.

2192. The plaintiff, Alexander Rapoport, resides in and is a citizen of the State of New York and is the representative of the estate of Faina Rapoport, who died as a result of the terrorist attacks on September 11, 2001.

2193. The plaintiff, Anna Rasmussen, resides in and is a citizen of the State of Illinois and is the representative of the estate of Robert A. Rasmussen, who died as a result of the terrorist attacks on September 11, 2001.

2194. The plaintiff, Rodney Ratchford, resides in and is a citizen of the State of Alabama and is the representative of the estate of Marsha Ratchford, who died as a result of the terrorist attacks on September 11, 2001.

2195. The plaintiff, Julia Rathkey, resides in and is a citizen of the State of New Jersey and is the representative of the estate of David A.J. Rathkey, who died as a result of the terrorist attacks on September 11, 2001.

2196. The plaintiff, Maureen Raub, resides in and is a citizen of the State of New Jersey and is the representative of the estate of William R. Raub, who died as a result of the terrorist attacks on September 11, 2001.

2197. The plaintiff, Thomas Reidy, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gregg Reidy, who died as a result of the terrorist attacks on September 11, 2001.

2198. The plaintiff, Karen Reilly, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Ronald G. Tartaro, who died as a result of the terrorist attacks on September 11, 2001.

2199. The plaintiff, Jeanne Reinig, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas Barnes Reinig, who died as a result of the terrorist attacks on September 11, 2001.

2200. The plaintiff, Gayle Reisman, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Frank Reisman, who died as a result of the terrorist attacks on September 11, 2001.

2201. The plaintiff, Judith Reiss, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Joshua Scott Reiss, who died as a result of the terrorist attacks on September 11, 2001.

2202. The plaintiff, Christina Resta, resides in and is a citizen of the State of Florida and is the representative of the estate of John Resta, who died as a result of the terrorist attacks on September 11, 2001.

2203. The plaintiff, Jo Ann Riccio, resides in and is a citizen of the State of New York and is the representative of the estate of Rudolph N. Riccio, who died as a result of the terrorist attacks on September 11, 2001.

2204. The plaintiff, Hugh Rice, resides in and is a citizen of the State of Oklahoma and is the representative of the estate of David H. Rice, who died as a result of the terrorist attacks on September 11, 2001.

2205. The plaintiff, Nilsa Rivera, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Isaias Rivera, who died as a result of the terrorist attacks on September 11, 2001.

2206. The plaintiff, Elaine Rizza, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Paul V. Rizza, who died as a result of the terrorist attacks on September 11, 2001.

2207. The plaintiff, Debra Roberts, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Leo A. Roberts, who died as a result of the terrorist attacks on September 11, 2001.

2208. The plaintiff, Debra Roberts, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Leo A. Roberts, who died as a result of the terrorist attacks on September 11, 2001.

2209. The plaintiff, John Roberts, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Edward Roberts, who died as a result of the terrorist attacks on September 11, 2001.

2210. The plaintiff, Paulette Roberts, resides in and is a citizen of the State of New York and is the representative of the estate of Michael E Roberts, who died as a result of the terrorist attacks on September 11, 2001.

2211. The plaintiff, Joyce Ann Rodak, resides in and is a citizen of the State of New Jersey and is the representative of the estate of John M. Rodak, who died as a result of the terrorist attacks on September 11, 2001.

2212. The plaintiff, Cristina Rodrigues, resides in and is a citizen of the State of New York and is the representative of the estate of Antonio J. Rodriguez, who died as a result of the terrorist attacks on September 11, 2001.

2213. The plaintiff, Carmen Rodriguez, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Angel Perez Jr., who died as a result of the terrorist attacks on September 11, 2001.

2214. The plaintiff, Eloisa Rodriguez, resides in and is a citizen of the State of New York and is the representative of the estate of Azael Vasquez, who died as a result of the terrorist attacks on September 11, 2001.

2215. The plaintiff, Ramon Rodriguez, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Angel Perez Jr., who died as a result of the terrorist attacks on September 11, 2001.

2216. The plaintiff, Thomas Roger, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Jean Destehan Roger, who died as a result of the terrorist attacks on September 11, 2001.

2217. The plaintiff, Angela Rogers, resides in and is a citizen of The United Kingdom and is the representative of the estate of Karlie Barbara Rogers, who died as a result of the terrorist attacks on September 11, 2001.

2218. The plaintiff, Keith Rogers, resides in and is a citizen of The United Kingdom and is the representative of the estate of Karlie Barbara Rogers, who died as a result of the terrorist attacks on September 11, 2001.

2219. The plaintiff, Arnold Roma**,** resides in and is a citizen of the New York and is the representative of the estate of Keith Roma, who died as a result of the terrorist attacks on September 11, 2001.

2220. The plaintiff, Diane Romero**,** resides in and is a citizen of the New Jersey and is the representative of the estate of Elvin Romero, who died as a result of the terrorist attacks on September 11, 2001.

2221. The plaintiff, Diane Romero**,** resides in and is a citizen of the New Jersey and is the representative of the estate of Elvin Romero, who died as a result of the terrorist attacks on September 11, 2001.

2222. The plaintiff, Patricia Rosen, resides in and is a citizen of the New York and is the representative of the estate of Mark H. Rosen, who died as a result of the terrorist attacks on September 11, 2001.

2223. The plaintiff, Susan Rosen, resides in and is a citizen of the New York and is the representative of the estate of Joshua S. Vitale, who died as a result of the terrorist attacks on September 11, 2001.

2224. The plaintiff, Richard Rosenblum, resides in and is a citizen of the Florida and is the representative of the estate of Joshua Rosenblum, who died as a result of the terrorist attacks on September 11, 2001.

2225. The plaintiff, Susan Rosenblum, resides in and is a citizen of the Florida and is the representative of the estate of Joshua Rosenblum, who died as a result of the terrorist attacks on September 11, 2001.

2226. The plaintiff, Avram Rosenthal, resides in and is a citizen of the Michigan and is the representative of the estate of Joshua Alan Rosenthal, who died as a result of the terrorist attacks on September 11, 2001.

2227. The plaintiff, Loren Rosenthal, resides in and is a citizen of the New Jersey and is the representative of the estate of Richard D. Rosenthal, who died as a result of the terrorist attacks on September 11, 2001.

2228. The plaintiff, Marilynn Rosenthal, resides in and is a citizen of the Michagan and is the representative of the estate of Joshua Alan Rosenthal, who died as a result of the terrorist attacks on September 11, 2001.

2229. The plaintiff, Jason Rothberg, resides in and is a citizen of the Florida and is the representative of the estate of Michael C. Rothberg, who died as a result of the terrorist attacks on September 11, 2001.

2230. The plaintiff, Meredith Rothenberg, resides in and is a citizen of the New Jersey and is the representative of the estate of Mark D. Rothenberg, who died as a result of the terrorist attacks on September 11, 2001.

2231. The plaintiff, Fern Ruhalter, resides in and is a citizen of the New York and is the representative of the estate of Adam K. Ruhalter, who died as a result of the terrorist attacks on September 11, 2001.

2232. The plaintiff, Marie Russell, resides in and is a citizen of the New York and is the representative of the estate of Stephen P. Russell, who died as a result of the terrorist attacks on September 11, 2001.

2233. The plaintiff, Ralph Sabbag, resides in and is a citizen of the Connecticut and is the representative of the estate of Jason E. Sabbag, who died as a result of the terrorist attacks on September 11, 2001.

2234. The plaintiff, Brian Saber, resides in and is a citizen of the New Jersey and is the representative of the estate of Scott Saber, who died as a result of the terrorist attacks on September 11, 2001.

2235. The plaintiff, Bruce Saber, resides in and is a citizen of the New York and is the representative of the estate of Scott Saber, who died as a result of the terrorist attacks on September 11, 2001.

2236. The plaintiff, Arlene Sacerdote, resides in and is a citizen of the New Jersey and is the representative of the estate of Joseph Sacerdote, who died as a result of the terrorist attacks on September 11, 2001.

2237. The plaintiff, Stephen Sachs, resides in and is a citizen of the Missouri and is the representative of the estate of Jessica Leigh Sachs, who died as a result of the terrorist attacks on September 11, 2001.

2238. The plaintiff, John Safi, resides in and is a citizen of the Kentucky and is the representative of the estate of Jude Elias Safi, who died as a result of the terrorist attacks on September 11, 2001.

2239. The plaintiff, Melanie Salisbury, resides in and is a citizen of the Massachusetts and is the representative of the estate of Edward R. Hennessy Jr., who died as a result of the terrorist attacks on September 11, 2001.

2240. The plaintiff, Debra Saloman, resides in and is a citizen of the New York and is the representative of the estate of Wayne J. Saloman, who died as a result of the terrorist attacks on September 11, 2001.

2241. The plaintiff, Luis Samaniego, resides in and is a citizen of the state of New York and is the representative of the estate of Carlos A. Samaniego, who died as a result of the terrorist attacks on September 11, 2001.

2242. The plaintiff, Linda Samuel, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James K. Samuel Jr., who died as a result of the terrorist attacks on September 11, 2001.

2243. The plaintiff, Jose San Pio, resides in and is a citizen of Spain and is the representative of the estate of Sylvia San Pio, who died as a result of the terrorist attacks on September 11, 2001.

2244. The plaintiff, Felicita Sanchez, resides in and is a citizen of the State of Florida and is the representative of the estate of Jesus Sanchez, who died as a result of the terrorist attacks on September 11, 2001.

2245. The plaintiff, Carol Sandler, resides in and is a citizen of the State of New York and is the representative of the estate of James Sands Jr., who died as a result of the terrorist attacks on September 11, 2001.

2246. The plaintiff, Jennifer Sands, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James Sands Jr., who died as a result of the terrorist attacks on September 11, 2001.

2247. The plaintiff, Expedito Santillan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Maria Theresa Santillan, who died as a result of the terrorist attacks on September 11, 2001.

2248. The plaintiff, Frances Santore, resides in and is a citizen of the State of New York and is the representative of the estate of John A. Santore, who died as a result of the terrorist attacks on September 11, 2001.

2249. The plaintiff, Ellen Saracini, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Victor J. Saracini, who died as a result of the terrorist attacks on September 11, 2001.

2250. The plaintiff, Anarkali Sarkar, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kalyan K. Sarkar, who died as a result of the terrorist attacks on September 11, 2001.

2251. The plaintiff, Valeriy Savinkin, resides in and is a citizen of the State of New York and is the representative of the estate of Vladimir Savinkin, who died as a result of the terrorist attacks on September 11, 2001.

2252. The plaintiff, Sheila Scandole, resides in and is a citizen of the State of New York and is the representative of the estate of Robert L. Scandole, who died as a result of the terrorist attacks on September 11, 2001.

2253. The plaintiff, Julie Scarpitta, resides in and is a citizen of the State of New York and is the representative of the estate of Michelle Scarpitta, who died as a result of the terrorist attacks on September 11, 2001.

2254. The plaintiff, Jeanette Schardt, resides in and is a citizen of the State of New York and is the representative of the estate of John A. Schardt, who died as a result of the terrorist attacks on September 11, 2001.

2255. The plaintiff, Elliott Scheinberg, resides in and is a citizen of the State of New York and is the representative of the estate of Angela Susan Scheinberg, who died as a result of the terrorist attacks on September 11, 2001.

2256. The plaintiff, Paul Schertzer, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Scott Mitchell Schertzer, who died as a result of the terrorist attacks on September 11, 2001.

2257. The plaintiff, Karl Schmidt, resides in and is a citizen of the State of New York and is the representative of the estate of Karen Helene Schmidt, who died as a result of the terrorist attacks on September 11, 2001.

2258. The plaintiff, Dina Schott, resides in and is a citizen of the State of New York and is the representative of the estate of Frank G. Schott Jr., who died as a result of the terrorist attacks on September 11, 2001.

2259. The plaintiff, Sharon Schultz, resides in and is a citizen of the State of New York and is the representative of the estate of Karamo Trerra, who died as a result of the terrorist attacks on September 11, 2001.

2260. The plaintiff, Charles Scibetta, resides in and is a citizen of the State of New York and is the representative of the estate of Adriana Scibetta, who died as a result of the terrorist attacks on September 11, 2001.

2261. The plaintiff, Abraham Scott, resides in and is a citizen of the State of Virginia and is the representative of the estate of Janice Marie Scott, who died as a result of the terrorist attacks on September 11, 2001.

2262. The plaintiff, Denise Scott, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Randolph Scott, who died as a result of the terrorist attacks on September 11, 2001.

2263. The plaintiff, Loreen Sellitto, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Matthew Carmen Sellitto, who died as a result of the terrorist attacks on September 11, 2001.

2264. The plaintiff, Frances Selwyn, resides in and is a citizen of the State of New York and is the representative of the estate of Howard Selwyn, who died as a result of the terrorist attacks on September 11, 2001.

2265. The plaintiff, Debbi Senko, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Larry John Senko, who died as a result of the terrorist attacks on September 11, 2001.

2266. The plaintiff, Bruce Serva, resides in and is a citizen of the State of Virginia and is the representative of the estate of Marian H. Serva, who died as a result of the terrorist attacks on September 11, 2001.

2267. The plaintiff, Irene Sessa, resides in and is a citizen of the State of New York and is the representative of the estate of Adele Sessa, who died as a result of the terrorist attacks on September 11, 2001.

2268. The plaintiff, Joel Shapiro, resides in and is a citizen of the State of New York and is the representative of the estate of Sareve Dukat, who died as a result of the terrorist attacks on September 11, 2001.

2269. The plaintiff, Paula Shapiro, resides in and is a citizen of the State of California and is the representative of the estate of Eric Adam Eisenberg, who died as a result of the terrorist attacks on September 11, 2001.

2270. The plaintiff, Debra Shaw, resides in and is a citizen of the State of New York and is the representative of the estate of Jeffrey J. Shaw, who died as a result of the terrorist attacks on September 11, 2001.

2271. The plaintiff, Dawn Shay, resides in and is a citizen of the State of New York and is the representative of the estate of Robert J. Shay Jr., who died as a result of the terrorist attacks on September 11, 2001.

2272. The plaintiff, Daniel Sheehan, resides in and is a citizen of the State of Florida and is the representative of the estate of Linda June Sheehan, who died as a result of the terrorist attacks on September 11, 2001.

2273. The plaintiff, Maureen Sherry, resides in and is a citizen of the State of New York and is the representative of the estate of John Anthony Sherry, who died as a result of the terrorist attacks on September 11, 2001.

2274. The plaintiff, Wen Shi, resides in and is a citizen of the State of New York and is the representative of the estate of Weibin Wang, who died as a result of the terrorist attacks on September 11, 2001.

2275. The plaintiff, Jung Hea Shin, resides in and is a citizen of the State of New York and is the representative of the estate of Gye Hyong Park, who died as a result of the terrorist attacks on September 11, 2001.

2276. The plaintiff, Julia Shontere, resides in and is a citizen of the State of Maryland and is the representative of the estate of Angela Marie Houtz, who died as a result of the terrorist attacks on September 11, 2001.

2277. The plaintiff, Sarah Siller, resides in and is a citizen of the State of New York and is the representative of the estate of Stephen G. Siller, who died as a result of the terrorist attacks on September 11, 2001.

2278. The plaintiff, Kathleen Simmons, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Bruce E. Simmons, who died as a result of the terrorist attacks on September 11, 2001.

2279. The plaintiff, LaWanda Simmons, resides in and is a citizen of the State of South Carolina and is the representative of the estate of Wendy L. Small, who died as a result of the terrorist attacks on September 11, 2001.

2280. The plaintiff, Eileen Simon, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Michael John Simon, who died as a result of the terrorist attacks on September 11, 2001.

2281. The plaintiff, Ann Simpkin, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Jane Louise Simpkin, who died as a result of the terrorist attacks on September 11, 2001.

2282. The plaintiff, Alana Siracuse, resides in and is a citizen of the State of New York and is the representative of the estate of Peter Siracuse, who died as a result of the terrorist attacks on September 11, 2001.

2283. The plaintiff, William Skead, resides in and is a citizen of the United Kingdom and is the representative of the estate of Christine Sheila McNulty, who died as a result of the terrorist attacks on September 11, 2001.

2284. The plaintiff, Ronald Sloan, resides in and is a citizen of the State of California and is the representative of the estate of Paul Kenneth Sloan, who died as a result of the terrorist attacks on September 11, 2001.

2285. The plaintiff, Karen Smart, resides in and is a citizen of the State of Connecticut and is the representative of the estate of James Thomas Waters Jr., who died as a result of the terrorist attacks on September 11, 2001.

2286. The plaintiff, Joanne Smith, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Karl T. Smith Sr., who died as a result of the terrorist attacks on September 11, 2001.

2287. The plaintiff, Irene Smolicz, resides in and is a citizen of the State of New York and is the representative of the estate of Frank J. Koestner, who died as a result of the terrorist attacks on September 11, 2001.

2288. The plaintiff, Charles O’Neal Snyder, resides in and is a citizen of the State of Ohio and is the representative of the estate of Christine Ann Snyder, who died as a result of the terrorist attacks on September 11, 2001.

2289. The plaintiff, John Snyder, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Dianne Bullis Snyder, who died as a result of the terrorist attacks on September 11, 2001.

2290. The plaintiff, Jean Somerville, resides in and is a citizen of the State of Florida and is the representative of the estate of Gregory Stajk, who died as a result of the terrorist attacks on September 11, 2001.

2291. The plaintiff, Katherine Soulas, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Timothy Patrick Soulas, who died as a result of the terrorist attacks on September 11, 2001.

2292. The plaintiff, Paul Spagnoletti, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gregory T. Spagnoletti, who died as a result of the terrorist attacks on September 11, 2001.

2293. The plaintiff, Cheri Sparacio, resides in and is a citizen of the State of New York and is the representative of the estate of Thomas Sparacio, who died as a result of the terrorist attacks on September 11, 2001.

2294. The plaintiff, Lorraine Spear, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert W. Spear Jr., who died as a result of the terrorist attacks on September 11, 2001.

2295. The plaintiff, Rena Speisman, resides in and is a citizen of the State of New York and is the representative of the estate of Robert S. Speisman, who died as a result of the terrorist attacks on September 11, 2001.

2296. The plaintiff, Michelle Spinelli, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Frank J. Spinelli Jr., who died as a result of the terrorist attacks on September 11, 2001.

2297. The plaintiff, Colleen Spor, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph P. Spor Jr., who died as a result of the terrorist attacks on September 11, 2001.

2298. The plaintiff, John Sproha, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Gavin McMahon, who died as a result of the terrorist attacks on September 11, 2001.

2299. The plaintiff, Maureen Sproha, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Gavin McMahon, who died as a result of the terrorist attacks on September 11, 2001.

2300. The plaintiff, Vee Stadelberger, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Richard Stadelberger, who died as a result of the terrorist attacks on September 11, 2001.

2301. The plaintiff, Blanca Stahlman, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Eric Adam Stahlman, who died as a result of the terrorist attacks on September 11, 2001.

2302. The plaintiff, Paul Stanley, resides in and is a citizen of the State of New York and is the representative of the estate of Mary Domenica Stanley, who died as a result of the terrorist attacks on September 11, 2001.

2303. The plaintiff, Rosemary Stark, resides in and is a citizen of the State of New York and is the representative of the estate of Jeffrey Stark, who died as a result of the terrorist attacks on September 11, 2001.

2304. The plaintiff, Stacey Staub, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Craig William Staub, who died as a result of the terrorist attacks on September 11, 2001.

2305. The plaintiff, Catherine Stefani, resides in and is a citizen of the State of California and is the representative of the estate of Nicole Carol Miller, who died as a result of the terrorist attacks on September 11, 2001.

2306. The plaintiff, Russa Steiner, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of William R. Steiner, who died as a result of the terrorist attacks on September 11, 2001.

2307. The plaintiff, Angela Stergiopoulos, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Andrew Stergiopoulos, who died as a result of the terrorist attacks on September 11, 2001.

2308. The plaintiff, George Stergiopoulos, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Andrew Stergiopoulos, who died as a result of the terrorist attacks on September 11, 2001.

2309. The plaintiff, Katherine Stern, resides in and is a citizen of the State of New York and is the representative of the estate of Andrew J. Stern, who died as a result of the terrorist attacks on September 11, 2001.

2310. The plaintiff, Nikki Stern, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James E. Potorti, who died as a result of the terrorist attacks on September 11, 2001.

2311. The plaintiff, Joan Stewart, resides in and is a citizen of the State of Delaware and is the representative of the estate of Richard H. Stewart Jr., who died as a result of the terrorist attacks on September 11, 2001.

2312. The plaintiff, Richard Stewart, resides in and is a citizen of the State of Delaware and is the representative of the estate of Richard H. Stewart Jr., who died as a result of the terrorist attacks on September 11, 2001.

2313. The plaintiff, Sheryl Stoll, resides in and is a citizen of the State of Ohio and is the representative of the estate of Jason M. Dahl, who died as a result of the terrorist attacks on September 11, 2001.

2314. The plaintiff, Terry Strada, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas S. Strada, who died as a result of the terrorist attacks on September 11, 2001.

2315. The plaintiff, Patricia Straine, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James J. Straine Jr., who died as a result of the terrorist attacks on September 11, 2001.

2316. The plaintiff, Sandra Straub, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Edward W. Straub, who died as a result of the terrorist attacks on September 11, 2001.

2317. The plaintiff, Virginia Strauch, resides in and is a citizen of the State of New Jersey and is the representative of the estate of George Strauch, who died as a result of the terrorist attacks on September 11, 2001.

2318. The plaintiff, Debra Strickland, resides in and is a citizen of the State of Virginia and is the representative of the estate of Larry L. Strickland, who died as a result of the terrorist attacks on September 11, 2001.

2319. The plaintiff, Thelma Stuart, resides in and is a citizen of the State of New York and is the representative of the estate of Walwyn W. Stuart Jr., who died as a result of the terrorist attacks on September 11, 2001.

2320. The plaintiff, Elma Sugra, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of William Christopher Sugra, who died as a result of the terrorist attacks on September 11, 2001.

2321. The plaintiff, William Sugra, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of William Christopher Sugra, who died as a result of the terrorist attacks on September 11, 2001.

2322. The plaintiff, Nancy Suhr, resides in and is a citizen of the State of New York and is the representative of the estate of Daniel Thomas Suhr, who died as a result of the terrorist attacks on September 11, 2001.

2323. The plaintiff, Evelyn Sullins, resides in and is a citizen of the State of Florida and is the representative of the estate of David Marc Sullins, who died as a result of the terrorist attacks on September 11, 2001.

2324. The plaintiff, Deirdre Dickson Sullivan, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Thomas G. Sullivan, who died as a result of the terrorist attacks on September 11, 2001.

2325. The plaintiff, Patrick Sullivan, resides in and is a citizen of the State of New York and is the representative of the estate of Patrick Sullivan, who died as a result of the terrorist attacks on September 11, 2001.

2326. The plaintiff, Cynthia Sumner, resides in and is a citizen of the State of Arizona and is the representative of the estate of Carl Max Hammond Jr., who died as a result of the terrorist attacks on September 11, 2001.

2327. The plaintiff, Steven Supinski, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of Colleen M. Supinski, who died as a result of the terrorist attacks on September 11, 2001.

2328. The plaintiff, Bernell Sutton, resides in and is a citizen of the State of New York and is the representative of the estate of Claudia Sutton, who died as a result of the terrorist attacks on September 11, 2001.

2329. The plaintiff, Julie Sweeney, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Brian D. Sweeney, who died as a result of the terrorist attacks on September 11, 2001.

2330. The plaintiff, Michael Sweeney, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Madeline Amy Sweeney, who died as a result of the terrorist attacks on September 11, 2001.

2331. The plaintiff, Michael Sztejnberg, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gina Sztejnberg, who died as a result of the terrorist attacks on September 11, 2001.

2332. The plaintiff, Joseph Talbot, resides in and is a citizen of the State of Texas and is the representative of the estate of Phyllis Talbot, who died as a result of the terrorist attacks on September 11, 2001.

2333. The plaintiff, Diana Talhami, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert R. Talhami, who died as a result of the terrorist attacks on September 11, 2001.

2334. The plaintiff, Diane Taormina, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Dennis G. Taormina, who died as a result of the terrorist attacks on September 11, 2001.

2335. The plaintiff, Jennifer Tarantino, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kenneth J. Tarantino, who died as a result of the terrorist attacks on September 11, 2001.

2336. The plaintiff, Mehr Tariq, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Tariq Amanulah, who died as a result of the terrorist attacks on September 11, 2001.

2337. The plaintiff, Michael Tavolarella, resides in and is a citizen of the State of Florida and is the representative of the estate of Deborah Medwig, who died as a result of the terrorist attacks on September 11, 2001.

2338. The plaintiff, Sarah Taylor, resides in and is a citizen of the State of New York and is the representative of the estate of Donnie B. Taylor Sr., who died as a result of the terrorist attacks on September 11, 2001.

2339. The plaintiff, Elaine Teague, resides in and is a citizen of the State of North Carolina and is the representative of the estate of Sandra D. Teague, who died as a result of the terrorist attacks on September 11, 2001.

2340. The plaintiff, Donna Teepe, resides in and is a citizen of the State of Virginia and is the representative of the estate of Karl W. Teepe, who died as a result of the terrorist attacks on September 11, 2001.

2341. The plaintiff, Ana Tempesta, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Anthony Tempesta, who died as a result of the terrorist attacks on September 11, 2001.

2342. The plaintiff, Louis Temple, resides in and is a citizen of the State of Ohio and is the representative of the estate of Dorothy Temple, who died as a result of the terrorist attacks on September 11, 2001.

2343. The plaintiff, Rosalyn Temple, resides in and is a citizen of the State of New York and is the representative of the estate of Dorothy Temple, who died as a result of the terrorist attacks on September 11, 2001.

2344. The plaintiff, Raju Thankachan, resides in and is a citizen of the State of New York and is the representative of the estate of Valsa Raju, who died as a result of the terrorist attacks on September 11, 2001.

2345. The plaintiff, Charlette Thompson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Perry Thompson, who died as a result of the terrorist attacks on September 11, 2001.

2346. The plaintiff, Kai Thompson, resides in and is a citizen of the State of New York and is the representative of the estate of Glenn Thompson, who died as a result of the terrorist attacks on September 11, 2001.

2347. The plaintiff, Lucy Thompson, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Clive Thompson, who died as a result of the terrorist attacks on September 11, 2001.

2348. The plaintiff, Linda Thorpe, resides in and is a citizen of the State of New York and is the representative of the estate of Eric R. Thorpe, who died as a result of the terrorist attacks on September 11, 2001.

2349. The plaintiff, John Tierney, resides in and is a citizen of the State of New York and is the representative of the estate of John P. Tierney, who died as a result of the terrorist attacks on September 11, 2001.

2350. The plaintiff, Debra Tieste, resides in and is a citizen of the State of New Jersey and is the representative of the estate of William R. Tieste, who died as a result of the terrorist attacks on September 11, 2001.

2351. The plaintiff, Laurie Tietjen, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kenneth F. Tietjen, who died as a result of the terrorist attacks on September 11, 2001.

2352. The plaintiff, Kathleen Tighe, resides in and is a citizen of the State of New York and is the representative of the estate of Stephen E. Tighe, who died as a result of the terrorist attacks on September 11, 2001.

2353. The plaintiff, Kristine Timmes, resides in and is a citizen of the State of Florida and is the representative of the estate of Scott Charles Timmes, who died as a result of the terrorist attacks on September 11, 2001.

2354. The plaintiff, Joan Tino, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Jennifer Tino, who died as a result of the terrorist attacks on September 11, 2001.

2355. The plaintiff, Arlene Tipping, resides in and is a citizen of the State of New York and is the representative of the estate of John J. Tipping II, who died as a result of the terrorist attacks on September 11, 2001.

2356. The plaintiff, Angel Tirado, resides in and is a citizen of the State of Florida and is the representative of the estate of Hector Luis Tirado Jr., who died as a result of the terrorist attacks on September 11, 2001.

2357. The plaintiff, Beverly Titus, resides in and is a citizen of the State of Michigan and is the representative of the estate of Alicia Nicole Titus, who died as a result of the terrorist attacks on September 11, 2001.

2358. The plaintiff, Martin Toyen, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Amy E. Toyen, who died as a result of the terrorist attacks on September 11, 2001.

2359. The plaintiff, Rosemary Travers, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Walter P. Travers, who died as a result of the terrorist attacks on September 11, 2001.

2360. The plaintiff, George Trost, resides in and is a citizen of the State of New York and is the representative of the estate of Gregory J. Trost, who died as a result of the terrorist attacks on September 11, 2001.

2361. The plaintiff, Judy Troy, resides in and is a citizen of the State of North Carolina and is the representative of the estate of Willie A. Troy, who died as a result of the terrorist attacks on September 11, 2001.

2362. The plaintiff, Marilyn Trudeau, resides in and is a citizen of the State of Rhode Island and is the representative of the estate of Amy Nicole Jarret, who died as a result of the terrorist attacks on September 11, 2001.

2363. The plaintiff, Jennifer Tucker, resides in and is a citizen of the State of New York and is the representative of the estate of Rochelle Monique Snell, who died as a result of the terrorist attacks on September 11, 2001.

2364. The plaintiff, Elizabeth Turner, resides in and is a citizen of the United Kingdom and is the representative of the estate of Simon James Turner, who died as a result of the terrorist attacks on September 11, 2001.

2365. The plaintiff, Nancy Tzemis, resides in and is a citizen of the State of New York and is the representative of the estate of Jennifer Lynn Tzemis, who died as a result of the terrorist attacks on September 11, 2001.

2366. The plaintiff, Stamatios Tzemis, resides in and is a citizen of the State of New York and is the representative of the estate of Jennifer Lynn Tzemis, who died as a result of the terrorist attacks on September 11, 2001.

2367. The plaintiff, Leyla Uyar, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Zuhtu Ibis, who died as a result of the terrorist attacks on September 11, 2001.

2368. The plaintiff, Anne Marie Vaccacio, resides in and is a citizen of the State of New York and is the representative of the estate of John Damien Vaccacio, who died as a result of the terrorist attacks on September 11, 2001.

2369. The plaintiff, Donald Vadas, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Bradley H. Vadas, who died as a result of the terrorist attacks on September 11, 2001.

2370. The plaintiff, Allison Vadhan, resides in and is a citizen of the State of New York and is the representative of the estate of Kristin White-Gould, who died as a result of the terrorist attacks on September 11, 2001.

2371. The plaintiff, Lorie Van Auken, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Kenneth Warren Van Auken, who died as a result of the terrorist attacks on September 11, 2001.

2372. The plaintiff, M. Rita Van Laere, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Daniel Maurice Van Laere, who died as a result of the terrorist attacks on September 11, 2001.

2373. The plaintiff, Brenda Vandever, resides in and is a citizen of the State of Tennessee and is the representative of the estate of William A. Karnes, who died as a result of the terrorist attacks on September 11, 2001.

2374. The plaintiff, Janine VanRiper, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Barbara A. Shaw, who died as a result of the terrorist attacks on September 11, 2001.

2375. The plaintiff, Eileen Varacchi, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Frederick Varacchi, who died as a result of the terrorist attacks on September 11, 2001.

2376. The plaintiff, Srinivasa Varadhan, resides in and is a citizen of the State of New York and is the representative of the estate of Gopalakrishnan Varadhan, who died as a result of the terrorist attacks on September 11, 2001.

2377. The plaintiff, Madeline Varriano, resides in and is a citizen of the State of New York and is the representative of the estate of Frank Varriano, who died as a result of the terrorist attacks on September 11, 2001.

2378. The plaintiff, Diane Veling, resides in and is a citizen of the State of New York and is the representative of the estate of Lawrence J. Veling, who died as a result of the terrorist attacks on September 11, 2001.

2379. The plaintiff, Lisa Ventura, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Felicia Hamilton, who died as a result of the terrorist attacks on September 11, 2001.

2380. The plaintiff, Lisa Ventura, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Anthony M. Ventura, who died as a result of the terrorist attacks on September 11, 2001.

2381. The plaintiff, Gary Vialonga, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Christopher Vialonga, who died as a result of the terrorist attacks on September 11, 2001.

2382. The plaintiff, Jill Vicario, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Anthony Vicario, who died as a result of the terrorist attacks on September 11, 2001.

2383. The plaintiff, Ellen Vignola, resides in and is a citizen of the State of New York and is the representative of the estate of Frank J. Vignola Jr., who died as a result of the terrorist attacks on September 11, 2001.

2384. The plaintiff, Delia Villanueva, resides in and is a citizen of the State of New York and is the representative of the estate of Sergio Gabriel Villanueva, who died as a result of the terrorist attacks on September 11, 2001.

2385. The plaintiff, David Vincent, resides in and is a citizen of the State of New York and is the representative of the estate of Melissa Vincent, who died as a result of the terrorist attacks on September 11, 2001.

2386. The plaintiff, Nunzio Virgilio, resides in and is a citizen of the State of New York and is the representative of the estate of Francine Virgilio, who died as a result of the terrorist attacks on September 11, 2001.

2387. The plaintiff, Marie Visciano, resides in and is a citizen of the State of New York and is the representative of the estate of Joseph Gerard Visciano, who died as a result of the terrorist attacks on September 11, 2001.

2388. The plaintiff, Paul Wachtler, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Gregory Kamal Bruno Wachtler, who died as a result of the terrorist attacks on September 11, 2001.

2389. The plaintiff, Michael Wahlstrom, resides in and is a citizen of the State of Oregon and is the representative of the estate of Mary Alice Wahlstrom, who died as a result of the terrorist attacks on September 11, 2001.

2390. The plaintiff, Laura Walker, resides in and is a citizen of the State of New York and is the representative of the estate of Benjamin James Walker, who died as a result of the terrorist attacks on September 11, 2001.

2391. The plaintiff, Susan Wallace, resides in and is a citizen of the State of New York and is the representative of the estate of Roy Wallace, who died as a result of the terrorist attacks on September 11, 2001.

2392. The plaintiff, Raina Wallens, resides in and is a citizen of the State of New York and is the representative of the estate of Matthew Blake Wallens, who died as a result of the terrorist attacks on September 11, 2001.

2393. The plaintiff, James Walsh, resides in and is a citizen of the State of New York and is the representative of the estate of Barbara P. Walsh, who died as a result of the terrorist attacks on September 11, 2001.

2394. The plaintiff, Kate Walsh, resides in and is a citizen of the State of Florida and is the representative of the estate of James Walsh, who died as a result of the terrorist attacks on September 11, 2001.

2395. The plaintiff, Denis Warchola, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Warchola, who died as a result of the terrorist attacks on September 11, 2001.

2396. The plaintiff, Doyle Raymond Ward, resides in and is a citizen of the State of California and is the representative of the estate of Timothy Ray Ward, who died as a result of the terrorist attacks on September 11, 2001.

2397. The plaintiff, Maria Waring, resides in and is a citizen of the State of New York and is the representative of the estate of James A. Waring, who died as a result of the terrorist attacks on September 11, 2001.

2398. The plaintiff, Barbara Waters, resides in and is a citizen of the State of New York and is the representative of the estate of Charles Waters, who died as a result of the terrorist attacks on September 11, 2001.

2399. The plaintiff, Lisa Weems, resides in and is a citizen of the State of Massachusetts and is the representative of the estate of Michael Weems, who died as a result of the terrorist attacks on September 11, 2001.

2400. The plaintiff, Morton Weinberg, resides in and is a citizen of the State of New York and is the representative of the estate of Michael T. Weinberg, who died as a result of the terrorist attacks on September 11, 2001.

2401. The plaintiff, Karla Weiss, resides in and is a citizen of the State of Pennsylvania and is the representative of the estate of David Martin Weiss, who died as a result of the terrorist attacks on September 11, 2001.

2402. The plaintiff, Charles Wells, resides in and is a citizen of the United Kingdom and is the representative of the estate of Vincent Michael Wells, who died as a result of the terrorist attacks on September 11, 2001.

2403. The plaintiff, Julia Wells, resides in and is a citizen of the United Kingdom and is the representative of the estate of Vincent Michael Wells, who died as a result of the terrorist attacks on September 11, 2001.

2404. The plaintiff, Yun-Ju Wen, resides in and is a citizen of the State of Texas and is the representative of the estate of Ssu-Hui Wen, who died as a result of the terrorist attacks on September 11, 2001.

2405. The plaintiff, Eileen West, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Peter Matthew West, who died as a result of the terrorist attacks on September 11, 2001.

2406. The plaintiff, Patricia Whalen, resides in and is a citizen of the State of Michigan and is the representative of the estate of Meredith Lynn Whalen, who died as a result of the terrorist attacks on September 11, 2001.

2407. The plaintiff, Alfred Whelan Sr., resides in and is a citizen of the State of New York and is the representative of the estate of Eugene Michael Whelan, who died as a result of the terrorist attacks on September 11, 2001.

2408. The plaintiff, Mary Louise White, resides in and is a citizen of the State of Florida and is the representative of the estate of Honor Elizabeth Wainio, who died as a result of the terrorist attacks on September 11, 2001.

2409. The plaintiff, Michael White, resides in and is a citizen of the State of New Jersey and is the representative of the estate of James Patrick White, who died as a result of the terrorist attacks on September 11, 2001.

2410. The plaintiff, Renee Whitford, resides in and is a citizen of the State of New York and is the representative of the estate of Mark P. Whitford, who died as a result of the terrorist attacks on September 11, 2001.

2411. The plaintiff, Marc Wieman, resides in and is a citizen of the State of New York and is the representative of the estate of Mary Weiman, who died as a result of the terrorist attacks on September 11, 2001.

2412. The plaintiff, Arthur Wildman, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Alison M. Wildman, who died as a result of the terrorist attacks on September 11, 2001.

2413. The plaintiff, Margaret Wilkinson, resides in and is a citizen of the State of New York and is the representative of the estate of Glenn E. Wilkinson, who died as a result of the terrorist attacks on September 11, 2001.

2414. The plaintiff, Shirley Willcher, resides in and is a citizen of the State of Maryland and is the representative of the estate of Ernest M. Willcher, who died as a result of the terrorist attacks on September 11, 2001.

2415. The plaintiff, Ronald Willet, resides in and is a citizen of the State of Missouri and is the representative of the estate of John Charles Willet, who died as a result of the terrorist attacks on September 11, 2001.

2416. The plaintiff, Crossley Williams Sr., resides in and is a citizen of the State of New York and is the representative of the estate of Crossley R. Williams Jr., who died as a result of the terrorist attacks on September 11, 2001.

2417. The plaintiff, Edward Williams, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Manette M. Beckles, who died as a result of the terrorist attacks on September 11, 2001.

2418. The plaintiff, Patricia Williams, resides in and is a citizen of the State of New York and is the representative of the estate of Kevin M. Williams, who died as a result of the terrorist attacks on September 11, 2001.

2419. The plaintiff, Roger Williams, resides in and is a citizen of the State of New York and is the representative of the estate of Kevin M. Williams, who died as a result of the terrorist attacks on September 11, 2001.

2420. The plaintiff, Sherri Williams, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Candace Lee Williams, who died as a result of the terrorist attacks on September 11, 2001.

2421. The plaintiff, Tammy Williams, resides in and is a citizen of the State of Alabama and is the representative of the estate of Dwayne Williams, who died as a result of the terrorist attacks on September 11, 2001.

2422. The plaintiff, Mary Williamson, resides in and is a citizen of the State of New York and is the representative of the estate of John P. Williamson, who died as a result of the terrorist attacks on September 11, 2001.

2423. The plaintiff, Robert Winkis, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Judith Florence Hofmiller, who died as a result of the terrorist attacks on September 11, 2001.

2424. The plaintiff, Joan Winton, resides in and is a citizen of the State of Connecticut and is the representative of the estate of David H. Winton, who died as a result of the terrorist attacks on September 11, 2001.

2425. The plaintiff, Carol Wisniewski, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Frank Thomas Wisniewski, who died as a result of the terrorist attacks on September 11, 2001.

2426. The plaintiff, Arnold Wittenstein, resides in and is a citizen of the State of New York and is the representative of the estate of Michael Robert Wittenstein, who died as a result of the terrorist attacks on September 11, 2001.

2427. The plaintiff, Benjamin Wong, resides in and is a citizen of the State of New York and is the representative of the estate of Jennifer Y. Wong, who died as a result of the terrorist attacks on September 11, 2001.

2428. The plaintiff, John Woods Jr., resides in and is a citizen of the State of New York and is the representative of the estate of James Woods, who died as a result of the terrorist attacks on September 11, 2001.

2429. The plaintiff, Joyce Woods, resides in and is a citizen of the State of New York and is the representative of the estate of James Woods, who died as a result of the terrorist attacks on September 11, 2001.

2430. The plaintiff, Patrick Woods, resides in and is a citizen of the State of New York and is the representative of the estate of Patrick Woods, who died as a result of the terrorist attacks on September 11, 2001.

2431. The plaintiff, Linda Woodwell, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Richard H. Woodwell, who died as a result of the terrorist attacks on September 11, 2001.

2432. The plaintiff, Karen Wortley, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Martin Wortley, who died as a result of the terrorist attacks on September 11, 2001.

2433. The plaintiff, Martha Wright, resides in and is a citizen of the State of New York and is the representative of the estate of John Wayne Wright III, who died as a result of the terrorist attacks on September 11, 2001.

2434. The plaintiff, Nancy Yambem, resides in and is a citizen of the State of New York and is the representative of the estate of Jupiter Yambem, who died as a result of the terrorist attacks on September 11, 2001.

2435. The plaintiff, David Yancey, resides in and is a citizen of the State of Virginia and is the representative of the estate of Vicki L. Yancey, who died as a result of the terrorist attacks on September 11, 2001.

2436. The plaintiff, Ted Yarnell, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Matthew David Yarnell, who died as a result of the terrorist attacks on September 11, 2001.

2437. The plaintiff, Jay Yaskulka, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Myrna Yaskulka, who died as a result of the terrorist attacks on September 11, 2001.

2438. The plaintiff, Kimberly York, resides in and is a citizen of the State of Connecticut and is the representative of the estate of Edward Philip York, who died as a result of the terrorist attacks on September 11, 2001.

2439. The plaintiff, Felicia Young, resides in and is a citizen of the State of Virginia and is the representative of the estate of Donald McArthur Young, who died as a result of the terrorist attacks on September 11, 2001.

2440. The plaintiff, Nagat Zakhary, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Adel A. Zakhary, who died as a result of the terrorist attacks on September 11, 2001.

2441. The plaintiff, Robert Zampieri, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Robert Alan Zampieri, who died as a result of the terrorist attacks on September 11, 2001.

2442. The plaintiff, Jill Zangrilli, resides in and is a citizen of the State of New Jersey and is the representative of the estate of Mark Zangrilli, who died as a result of the terrorist attacks on September 11, 2001.

2443. The plaintiff, Rui Zheng, resides in and is a citizen of the State of Maryland and is the representative of the estate of Yuguang Zheng, who died as a result of the terrorist attacks on September 11, 2001.

2444. The plaintiff, Rui Zheng, resides in and is a citizen of the State of Maryland and is the representative of the estate of Shuyin Yang, who died as a result of the terrorist attacks on September 11, 2001.

2445. Defendant Riggs National Corporation ("RNC") is a bank holding company headquartered in Washington, D.C., listed on NASDAQ under the stock symbol RIGS, and incorporated in Delaware. With the exception of venture capital investing, the Company's activities are conducted through its principal operating subsidiary, Riggs Bank, and its subsidiaries and divisions.

2446. Defendant Riggs Bank, N.A. ("Riggs Bank") is the principal subsidiary of Riggs Corp., is a national banking association founded in 1836 and organized under the national banking laws of the United States in 1896, and has its principal place of business in the Washington, D.C. metropolitan area and, to a lesser extent, throughout the United States and internationally. Riggs bank is a “financial institution” as defined in 31 U.S.C.

§ 5312; a “bank” as defined in 31 C.F.R § 103.11 (c); and an “insured bank” as defined in section 3 (h) of the Federal Deposit Insurance Act (12 U.S.C. § 1813 (h)).

2447. Inasmuch as RNC is a holding company that performed its entire embassy banking business through its subsidiary, Riggs Bank, plaintiffs collectively reference RNC and Riggs Bank as "Riggs" or "defendants."

**JURISDICTION AND VENUE**

2448. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and § 408(b)(1)(3) of the Air Transportation Safety and Systems Stabilization Act (“ATSSSA”), Pub. L. No. 107-42, 115 Stat. 230242 (Sept, 22, 2001) (reprinted, as amended, at 49 U.S.C. § 40101 note (West 1993)). This Court also has jurisdiction under 28 U.S.C. § 1332, in that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and there is diversity of citizenship between the parties. This Court also has supplemental jurisdiction under 28 U.S.C. § 1367 for all related claims. Finally, this Court also has personal jurisdiction over the defendants herein.

2449. Venue is appropriate in this forum based on ATSSSA § 408(b)(1)(3).

**FACTUAL ALLEGATIONS**

**THE DUTY OF FINANCIAL INSTITUTIONS PURSUANT TO AML LAWS**

2450. A financial institution's statutory and regulatory duties are set out in the Bank Secrecy Act ("BSA"), 12 U.S.C. § 1829, 12 U.S.C. §§ 1951-1959 and 31 U.S.C. § 5311 et seq., and the regulations appertaining thereto, 31 C.F.R. Part 103 as amended. Other applicable industry standards support and clarify a financial institution's duties in this regard.

2451. Some of the more general standards implicated involve financial institutions' obligation, and Riggs' duty, in particular, to conduct themselves in conformity with high ethical standards, comply with the laws and regulations applicable

to the industry, avoid use of the bank's services for illegal purposes, and cooperate fully and appropriately with law enforcement authorities. On these points, the Basel Committee, an international banking standards organization established at the end of 1974 to formulate broad supervisory standards and guidelines and recommend statements of best banking practice in the expectation that individual authorities will take steps to implement them through detailed arrangements best suited to their own national systems, has stated the following principles:

> "Banks' management should ensure that business is conducted in conformity with high ethical standards and that laws and regulations pertaining to financial transactions are adhered to."
>
> "[B]anks should not set out to offer services or provide active assistance in transactions which they have good reason to suppose are associated with money-laundering activities."
>
> "Banks should fully cooperate with national law enforcement authorities to the extent permitted by specific local regulations relating to customer confidentiality. Care should be taken to avoid providing support or assistance to customers seeking to deceive law enforcement agencies through the provision of altered, incomplete or misleading information. Where banks become aware of facts which lead to the reasonable presumption that money held on deposit derives from criminal activity or that transactions entered into are themselves criminal in purpose, appropriate measures, consistent with the law, should be taken, for example, to deny assistance, sever relations with the customer and close or freeze accounts.

*(Basle Committee, Statement of Principles, reprinted in BSA Manual Section 1501.0 (September 1997), at 2-3.)*

**<u>FEDERAL STANDARDS APPLICABLE TO FINANCIAL INSTITUTIONS, INCLUDING RIGGS</u>**

2452. The BSA and the BSA regulations that the Department of Treasury ("Treasury") has issued apply to all financial institutions, as defined in 31 CFR section 103.11 (n), and specifically apply to banks. A principal purpose of the BSA is to require financial institutions to maintain appropriate records and file certain reports which are

particularly useful in investigating and uncovering money laundering, drug activities, terrorism, and other illegal activities.

2453. The BSA requires financial institutions operating in the United States, and their directors, to undertake a number of AML efforts to ensure that financial institutions do not become conduits for terrorist financing or criminal proceeds, or facilitators of money laundering. Key provisions require financial institutions, and their directors to:

(A) Establish an AML program that includes explicit written policies and procedures which are approved by the banks directors with notation of such approval in the minutes of the directors' meetings;

(B) Designate an adequate and qualified bank employee as the BSA compliance officer who would have properly performed day-to-day responsibilities for coordinating, monitoring, and all other aspects of the compliance program;

(C) Properly train its employees as to the requirements of an adequate AML program pursuant to the BSA;

(D) Establish as internal audit function which allows for independent testing for compliance to be conducted by bank personnel or by an outside party;

(E) Adequately perform and fulfill "know your customer" requirements;

(F) Properly monitor and exercise appropriate due diligence with regard to accounts, including high-risk accounts, including accounts for foreign financial institutions and/or accounts for wealthy foreign political figures;

(G) Properly file reports identifying suspicious activities and identifying currency transactions greater than US$10,000 to guard against money-laundering.

2454. For example, pursuant to applicable regulations, domestic financial institutions, including banks, must file a report for each single or multiple "deposit, withdrawal, exchange of currency or other payment or transfer, by, through, or to such

financial institution which involves a transaction in currency of more than $10,000." *31 CFR 103.22 (b) (1).*

2455. These reports have a high degree of usefulness in criminal, tax, and regulatory investigations and proceedings, as well as in the conduct of intelligence and counterintelligence activities, including analysis, to protect against international terrorism. *See 31 U.S.C. § 5311.*

2456. **An AML program is required**. In addition to the BSA requiring financial institutions to implement AML procedures, international standards applicable to the industry similarly require implementation of AML procedures.

2457. To the extent that the United States has accepted membership or agreed to implement standards or principles of any organization promulgating such standards or principles, the standards or principles are requirements for financial institutions to conduct business in the United States. One example of such standard comes from the Financial Action Task Force ("FATF"). FATF is an intergovernmental body originally established by the 1989 Paris G-7 Summit to develop and promote standards and policies to combat money-laundering. The FATF includes 26 countries and two international organizations, including the major financial center countries of Europe, North America and Asia.

2458. In April 1990 and updated in 1996 and 2003, the FATF issued a set of Forty Recommendations that established a minimum for international AML standards and that has been endorsed by more than 130 countries, including the United States. Among FATF's 40 Recommendations regarding AML laws is Recommendation 19, recommending the following:

> 19. Financial institutions should develop programmes against money laundering and terrorist financing. These programmes should include:

> (i) the development of internal policies, procedures and controls, including appropriate compliance management arrangements, and adequate screening procedures to ensure high standards when hiring employees;
>
> (ii) an ongoing employee training programme….

2459. Financial institutions must ensure that appropriate bank personnel are trained in all aspects of the regulatory requirements of the BSA and the banks internal BSA compliance and AML policies and procedures. According to the *Bank Secrecy Act/Anti-Money Laundering Comptroller's Handbook, September 2000, at 6-7,* an effective training program includes provisions to ensure that:

- All bank personnel, including senior management, who have contact with customers (whether in person or by phone), who see customer transaction activity, or who handle cash in any way, receive appropriate training. Those employees include persons involved with branch administration; customer service; lending; private, or personal banking; correspondent banking (international and domestic); trust; discount brokerage; funds transfers; safe deposit/custody; and vault activities.

- Training is ongoing and incorporates current developments and changes to the BSA, anti-money laundering laws, and OCC and FinCEN regulations. New and different money laundering schemes involving customers and financial institutions should be addressed. It also should include examples of money laundering schemes and cases, tailored to the audience, and in ways in which such activities can be detected or resolved.

- Training focuses on the consequences of an employee's failure to comply with established policy and procedures (e.g., fines or termination). Programs should provide personnel with guidance and direction in terms of banking policies and available resources.

2460. **"Know Your Customer" standards must be met**. At all relevant times, the standard within the financial institution industry has been to have "Know Your Customer" practices to insure the immediate detection and identification of suspicious activity. *(BSA Manual Section 601.0 (September 1997), at 1.)* In its 1988 Statement of Principles, the Basel Committee stated the following principle regarding the "Know Your Customer" policy:

> "With a view to ensuring that the financial system is not used as a channel for criminal funds, banks should make reasonable efforts to determine the true identity for all customers requesting the institution's services."

*(The Basle Committee, Prevention of Criminal Use of the Banking System for the Purpose of Money-Laundering, Statement of Principles (December 1988), reprinted in BSA manual Section 1501.0 (September 1997), at 3.)*

2461. In addition to identifying a customer, an integral part of an effective "Know Your Customer" policy is a comprehensive knowledge of the transactions carried out by the customers of the financial institution. Therefore, it is necessary that the "Know Your Customer" procedures established by the institution allow for the collection of sufficient information to develop a "customer profile." The primary objective of such procedures is to enable the financial institution to predict with relative certainty the types of transactions in which a customer is likely to be engaged. The profile should allow the financial institution to understand all facets of the customer's intended relationship with the institution, and, realistically, determine when transactions are suspicious or potentially illegal. *(BSA Manual Section 601.0 (September 1997), at 2.)*

2462. **Due Diligence is necessary when opening and maintaining accounts**, including enhanced due diligence necessary for high-risk accounts. Recommendation 21 of the FATF 40 Recommendations provides:

> 21. Financial institutions should give special attention to business relations and transactions with persons, including companies and financial institutions, from countries which do not or insufficiently apply these Recommendations. Whenever these transactions have no apparent economic or visible lawful purpose, their background and purpose should, as far as possible, be examined, the findings established in writing, and be available to help supervisors, auditors and law enforcement agencies.

2463. The Saudi Embassy accounts constitute high-risk accounts warranting enhanced scrutiny. Although it was not Riggs' practice to exercise such enhanced scrutiny regarding embassy accounts, the bank was particularly situated to do so. Riggs has been a leader in the specialized banking industry known as embassy banking, having

opened and administered accounts for more than 95% of the more than 160 foreign missions and embassies in Washington, D.C. Until Riggs eliminated its embassy banking business in the spring of 2004, the bank's diplomatic business accounted for approximately 23 percent of Riggs' $4.2 billion in deposits. *(See Glenn R. Simpson, "U.S. 'Bank of Presidents' Stumbles Amid a Terrorism-Fund Probe," The Asian Wall Street Journal, April 8, 2004.)*

2464. Offering guidance regarding the process of determining when increased scrutiny is necessary, the FATF has recommended the following in its Guidance for Financial Institutions in Detecting Terrorist Financing:

> <u>Determining when increased scrutiny is necessary</u>?
>
> 7. Financial institutions are encouraged to develop practices and procedures that will help to detect and deter those transactions that may involve funds used in terrorist financing. The increased scrutiny that may be warranted for some transactions should be seen as a further application of the institution's due diligence and anti-money laundering policies and procedures and should lead, when appropriate, to reporting of such financial activity as suspicious or unusual under applicable transaction reporting regimes for a particular jurisdiction.
>
> …
>
> [Financial institutions] should ascertain whether transactions are unusual, suspicious or otherwise indicative of criminal or terrorist activity.

*(FATF Guidance for Financial Institutions in Detecting Terrorist Financing, at 2-3.)*

2465. The FATF cautions that the methods terrorists use to secure funds is generally the same as other criminals engaged in money-laundering schemes:

> <u>Laundering of terrorist related funds</u>
>
> 15. From a technical perspective, the methods used by terrorists and their associates to generate funds from illegal sources differ little from those used by traditional criminal organisations. […] It follows then that terrorist groups must similarly find ways to launder these funds in order to be able to use them without drawing the attention of authorities. In examining terrorist related financial activity, FATF experts have concluded that terrorists and their support organisations generally use the same methods as criminal groups to launder funds. Some of the particular

> methods detected with respect to various terrorist groups include: cash smuggling (both by couriers or bulk cash shipments), structured deposits to or withdrawals from bank accounts, purchases of various types of monetary instruments (travellers' cheques, bank cheques, money orders), use of credit or debit cards, and wire transfers. There have also been indications that some forms of underground banking (particularly the hawala system) have had a role in moving terrorist related funds.

*(FATF Guidance for Financial Institutions in Detecting Terrorist Financing, at 5.)*

2466. Banks must have a written policy to identify and follow up on unusual or suspicious activities. In the OCC's "Bank Secrecy Act/Anti-Money Laundering Handbook" the OCC provides examples of suspicious activities that should alert institutions to the need for further investigation. Some examples of unusual or suspicious activities may include:

1. Account transactions or other activities that are inconsistent with the customer's business or the account’s due diligence file.
    - Numerous accounts opened for a particular business with frequent transactions among the accounts.
    - Numerous cash deposits or withdrawals inconsistent with the customer's business.
    - Numerous cash purchases of traveler's checks, money orders, cashier's checks or wire transfers, or deposits of same into customer's accounts, inconsistent with the customer's business.
    - Sudden and inconsistent changes in transaction patterns from the customer's normal activities.
2. Account transactions or other activities that seek to avoid reporting or record-keeping requirements.
    - A business or new customer that asks to be exempted.
    - A customer who is reluctant to provide necessary report information or to proceed with the transaction after being informed that a report must be filed.
    - Numerous currency deposits or withdrawals in teller or ATM transactions that appear to be intended to keep such transactions under reporting thresholds.
3. Wire, pass-through, and in-and-out transactions.

- International wire transfer activity, particularly to or from financial-secrecy haven countries, without an apparent business reason or that is inconsistent with customer history.
- Large, round-dollar amounts.
- Funds transferred in and out of an account on the same day or within a short period.

2467. **Reporting is required**. Pursuant to the Bank Secrecy Act, 31 U.S.C. § 5311 to § 5324, the Secretary of the Treasury has prescribed regulations governing financial institutions' obligations to report currency transactions. 31 U.S.C. § 5313. In prescribed circumstances, financial institutions, including the defendants, must file Suspicious Activity Reports (Treasury Department Form 90-22.47), pursuant to section (a) of 31 CFR 103.18 (Treasury), 12 CFR § 21.11 (OCC), 12 CFR §§ 208.60 and 208.62 (Federal Reserve), 12 CFR §§ 353.1 and 351.3 (FDIC) and 12 CFR § 563.180 (OTS) and Currency Transaction Reports (IRS Form 4789), pursuant to 31 CFR § 103.22.

2468. For Example, Section (a) of 31 CFR 103.18 requires the following regarding Suspicious Activity Reports (Treasury Department Form 90-22.47):

> (1) Every bank shall file with the Treasury Department, to the extent and in the manner required by this section, a report of any suspicious transaction relevant to a possible violation of law or regulation. A bank may also file with the Treasury Department by using the Suspicious Activity Report specified in paragraph (b)(1) of this section or otherwise, a report of any suspicious transaction that it believes is relevant to the possible violation of any law or regulation but whose reporting is not required by this section."
>
> (2) A transaction requires reporting under the terms of this section if it is conducted or attempted by, at, or through the bank, it involves or aggregates at least $5,000 in funds or other assets, and the bank knows, suspects, or has reason to suspect that:
>
>> (i) The transaction involves funds derived from illegal activities or is intended or conducted in order to hide or disguise funds or assets derived from illegal activities (including, without limitation, the ownership, nature, source, location, or control of such funds or assets) as part of a plan to violate or evade any federal law or regulation or to avoid any transaction reporting requirement under federal law or regulation;

> (ii) The transaction is designed to evade any requirements of this part or of any other regulations promulgated under the Bank Secrecy Act, Pub.L. 91-508, as amended, codified at 12 U.S.C. § 1829b, 12 U.S.C. §§ 1951-1959, and 31 U.S.C. §§ 5311-5330; or
>
> (iii) The transaction has no business or apparent lawful purpose or is not the sort in which the particular customer would normally be expected to engage, and the bank knows of no reasonable explanation for the transaction after examining the available facts, including the background and possible purpose of the transaction.

2469. Section (b) of 31 CFR § 103.18 requires a bank to file a Suspicious Activity Report "within 30 days no later than 30 calendar days after the date of initial detection by the bank of facts that may constitute a basis for filing a SAR."[1]

2470. Regarding Currency Transaction Reports (IRS Form 4789), 31 CFR 103.22 requires the following:

> (b) (1) Each [bank] … shall file a report of each deposit, withdrawal, exchange of currency or other payment or transfer, by, through, or to such financial institution which involves a transaction in currency of more than $10,000, except as otherwise provided in this section.
> …
> (c) (2) … [F]or purposes of this section, multiple currency transactions shall be treated as a single transaction if the financial institution has knowledge that they are by or on behalf of any person and result in either cash in or cash out totaling more than $10,000 during any one business day (or in the case of the Postal Service, any one day). Deposits made at night or over a weekend or holiday shall be treated as if received on the next business day following the deposit.

2471. Section (a) (1) of 31 CFR 103.27 requires a bank to file a Currency Transaction Report within 15 days of a reportable transaction.

**RIGGS BREACHED ITS DUTIES IMPOSED BY STATUTES, REGULATIONS AND INDUSTRY STANDARDS**

1 "If no suspect was identified on the date of the detection of the incident requiring the filing, a bank may delay filing a SAR for an additional 30 calendar days to identify a suspect. In no case shall reporting be delayed more than 60 calendar days after the date of initial detection of a reportable transaction. In situations involving violations that require immediate attention, such as, for example, ongoing money laundering schemes, the bank shall immediately notify, by telephone, an appropriate law enforcement authority in addition to filing timely a SAR."

2472. Since as far back as into the early 1980's and at least since 1997, Riggs has disregarded its AML obligations, maintained a dysfunctional AML program despite frequent warnings from OCC regulators, and allowed, or at times, actively facilitated suspicious financial activity, all in violation of duties imposed upon Riggs by statutes, regulations and industry standards.

2473. <u>The following are examples evidencing Riggs' pattern of conduct demonstrating a systemic failure to apply AML laws within Riggs.</u>

A. Pattern of Conduct Demonstrated by Assistance to Former Nicaraguan Ambassador.

Between September and December 1982, the former Nicaraguan Ambassador to the United States, Francisco Fiallos, made three unauthorized withdrawals from the Nicaraguan embassy account at Riggs Bank totaling $668,000. The Foreign Minister of Nicaragua, Miguel D'Escoto and embassy officials in Washington told the Washington Post that Riggs Bank knew that the account was emptied by Fiallos but withheld the information until late December, at which point Fiallos had fled into exile in Costa Rica. *(See Karen DeYoung, "Nicauragua, Ex-Envoy Dispute Missing $668,000," The Washington Post, January 8, 1983, p. A1.)*

B. Pattern of Conduct Demonstrated by Assistance to Colombian Cocaine Ring.

In December 1983, former Riggs Bank vice president William G. Hessler was charged "in connection with an alleged scheme involving money laundering, racketeering, mail fraud and the importation and distribution of cocaine from Colombia." *(See Al Kamen, "15 Indicted in Alleged Drug Ring," Washington Post, December 10, 1983.)*

A federal grand jury found that Washington lobbyist Fred B. Black, Jr. and Lawrence G. Strickland had run a "complex, sophisticated and lucrative cocaine ring." The men collaborated with Riggs Bank senior executive William Hessler to launder "more than $1 million of drug money through the Riggs bank" via Fred Black's Riggs' accounts at the Watergate Riggs branch in downtown Washington, DC. Hessler and Riggs Bank actively participated in the scheme by wiring hundreds of thousands of dollars in laundered money from Riggs Bank to accounts at Guarantee Bank in Atlantic City, New Jersey. *(See Id.)*

Hessler permitted Black to make deposits of large amounts of cash into a "shell corporate account in the name of Dunbar Management" without

complying with federal currency regulations. The Riggs executive also gave Black loans of more than $150,000 without authorization from senior bank officials. *(See Id.)*

C. Pattern of Conduct Demonstrated by 1985 Fines For Non-Compliance With BSA Laws.

In 1985, the United States government issued heavy penalties against Riggs Bank for non-compliance with federal banking laws under the Bank Secrecy Act. In October 1985, Riggs Bank was fined $269, 750 by the United States Treasury Department for 1,226 violations of laws requiring the reporting of large and suspicious currency transactions. *(See Robert Garsson and Nina Easton, "Riggs fined after currency violations," American Banker, October 14, 1985)* After Riggs was penalized for its non-compliance with anti-money laundering regulations in 1985, the bank stated through a spokesman that the violations occurred because the requirements were misunderstood, not because of any attempt to hide money. The spokesman emphasized, "What we have done since this is to establish tighter procedures for employee training." *(See Id.)*

D. Pattern of Conduct Demonstrated by Assistance to Former District of Columbia Government Economic Official.

In November 1987, Hugh D. Mason III, a former District of Columbia government economic development official, was indicted by a federal grand jury on charges of bank fraud, bank larceny, and theft in connection with an alleged scheme in which he stole nearly $25,000 in government checks and laundered the money through a secret account at Riggs Bank in the name of a company with which he was affiliated, Pace Setters Management, Inc. (*See Nancy Lewis and Sharon LaFraniere, "Ex-D.C. Official Indicted in Bribery, Fraud Cases," The Washington Post, November 5, 1987.)*

In opening the unauthorized corporate account at Riggs Bank, Mason incorrectly stated that he was the president of the company and fraudulently endorsed each check with his and the company's name. *(See Id.)*

E. Pattern of Conduct Demonstrated by 1997 OCC Citation for BSA Compliance Program Deficiencies.

In 1997, Riggs Bank was cited by the Office of the Comptroller of the Currency (OCC) for deficiencies in its Bank Secrecy Act compliance program. As the OCC Deputy Chief Counsel described to Congress in June 2004: "The types of deficiencies that were flagged at the time tended to have to deal with the individual elements of a compliance program, in other words, training, internal controls, testing, et cetra." *(See Testimony of Daniel Stipano, Deputy Chief Counsel, Office of the Comptroller of the Currency, U.S. Treasury Department, before the House Committee on*

*Financial Services: Subcommittee on Oversight and Investigations, June 2, 2004.)* In June 2004, United States Representative Sue Kelly characterized Riggs Bank’s response to the 1997 regulatory action, stating, “[T]here were some areas of concern, and it didn’t improve and it continued not to improve.”

F. Pattern of Conduct Demonstrated by Assistance to Mexican Drug Cartel Associate.

In 1998, an account held by Mexican drug lord Amado Carrillo Fuentes’s drug cartel at Riggs National Corporation’s Miami bank unit was used by a Fuentes associate, Ricardo Reyes Rincon, to funnel $120,000 in illegal drug money to Chilean businessman Alejandro Ventura, to finance a real estate purchase in Chile. *(See Jose de Cordoba and Laurie Hays, “How Money Laundering Hit a Wealthy Family: Chilean Clan’s Millions were frozen in Citibank by the US,” The Wall Street Journal, May 6, 1998.)*

Fuentes and his global cocaine cartel fled to South America in the mid-1990s after their base of operations in Mexico was disrupted. The money was routed from Ricardo Reyes through the Riggs account in Miami and back to an account in Chile in the name of Mr. Ventura’s money-exchange house. *(See Id.)*

G. Pattern of Conduct Demonstrated by Assistance to Former Chilean President, Augusto Pinochet.

From 1994 until 2002, Riggs Bank opened at least six accounts and issued several certificates of deposit (CDs) for Augusto Pinochet, former President of Chile, while Pinochet was under house arrest in the United Kingdom and his assets were the subject of court proceedings. The aggregate deposits in the Pinochet accounts at Riggs ranged from $4 to $8 million at a time. The bank's leadership directly solicited the accounts from Mr. Pinochet, and Riggs account managers took actions consistent with helping Pinochet to evade legal proceedings seeking to discover and attach his bank accounts. Riggs opened multiple accounts and accepted millions of dollars in deposits from Pinochet with no serious inquiry into questions regarding the source of his wealth; helped him set up offshore shell corporations and open accounts in the names of those corporations to disguise Pinochet's control of the account's; altered the names of his personal accounts to disguise their ownership; transferred $1.6 million from London to the United States while Pinochet was in detention and the subject of a court order to attach his bank accounts; conducted transactions through Riggs' own accounts to hide Pinochet's involvement in some transactions; and delivered over $1.9 million in cashiers checks to Pinochet in Chile to enable him to obtain cash payments from banks in that country.

Riggs also concealed the existence of Pinochet's accounts from OCC bank examiners for two years, initially resisted OCC requests for information,

and closed the accounts only after a targeted OCC examination in 2002. In July 2002, the OCC examiner-in-charge at Riggs gave the OCC examiners of the Pinochet accounts the highly unusual instructions to exclude from the OCC's electronic files regarding Riggs the examiners memorandum or supporting workpapers regarding their examination of Riggs' Pinochet accounts. About one month later, the OCC examiner-in-charge who gave the unusual instruction accepted a job at Riggs.

Finally, under investigation by the Justice Department for violations of AML laws regarding the Pinochet accounts, Riggs entered a plea agreement in or about January 2005, admitting that, from at least March 1999 through December 2003, Riggs knowingly and willfully failed to report suspicious transactions, failed to report suspicious transactions in a timely manner and failed to report suspicious transactions in an accurate manner, as required by United States AML laws.

H. Pattern of Conduct Demonstrated by Assistance regarding Equatorial Guinea Accounts

From 1995 until 2004, Riggs Bank administered more than 60 accounts and CDs for the government of Equatorial Guinea (E.G.), E.G. government officials, or their family members. By 2003, the E. G. accounts represented the largest relationship at Riggs Bank, with aggregate deposits ranging from $400 to $700 million at a time. Riggs Bank serviced the E.G. accounts with little or no attention to the bank's anti-money-laundering obligations, turned a blind eye to evidence suggesting the bank was handling the proceeds of foreign corruption, and allowed numerous suspicious transactions to take place without notifying law-enforcement. For example, Riggs opened multiple personal accounts for the President of E.G., and his wife, and other relatives; and helped establish shell offshore corporations for the E.G. President and his sons; and over a three-year period, from 2000 to 2002, facilitated nearly $13 million in cash deposits into Riggs accounts controlled by the E.G. President and his wife. On two of those occasions, Riggs accepted without due diligence $3 million in cash deposits for an account opened in the name of E.G. President's offshore shell corporation, Otong, S.A.

In addition, Riggs opened an account for the E.G. government to receive funds from oil companies doing business in Equatorial Guinea, under terms allowing withdrawals with two signatures, one from the E.G. President and the other from either his son, the E.G. Minister of Mines, or his nephew, the E.G. Secretary of State for Treasury and Budget. Riggs subsequently allowed wire transfers withdrawing more than $35 million from the E.G. government account, wiring the funds to counties which were unknown to the bank and had accounts in jurisdictions with bank secrecy laws. At least one of these recipient companies is believed to be controlled in whole or in part by the E.G. President. When, in 2004, the bank requested more information about the two companies from the E.G. President, he declined to provide it, except to say the wire transfers to them had been authorized.

The senior leadership at Riggs Bank were well aware of the E.G. accounts and met on several occasions with the E.G. President and other E.G. officials. The bank leadership permitted the account manager handling the E.G. relationship to become closely involved with E.G. officials and business activities, including advising the E.G. government on financial matters and becoming the sole signatory on an E.G. account holding substantial funds. The bank exercised such a lax oversight of the account managers activities that, among other misconduct, the account manager was able to wire transfer more than $1 million from the E.G. oil account at Riggs to another bank for an account opened in the name of Jadini Holdings, an offshore corporation controlled by the account manager's wife.

Riggs failed to cooperate initially with requests from the United States Senate Permanent Subcommittee on Investigations for information about the E.G. accounts, identifying only about half the E.G. accounts at the bank and producing limited account documentation and electronic mail. The Subcommittee later learned that the bank failed to designate the E.G. accounts as high risk accounts until October 2003, and did not subject them to additional scrutiny despite obvious warning signs, such as the involvement of foreign political figures, a country with a culture of corruption, and frequent high dollar transactions, the bank also failed to monitor or report suspicious activity in the E.G. accounts. The bank has since closed these accounts.

Finally, under investigation by the Justice Department for violations of AML laws regarding the E.G. accounts, Riggs entered a plea agreement in or about January 2005, admitting that, from at least March 1999 through December 2003, Riggs knowingly and willfully failed to report suspicious transactions, failed to report suspicious transactions in a timely manner and failed to report suspicious transactions in an accurate manner, as required by United States AML laws.

## I. United States Senate Permanent Subcommittee on Investigations Investigation Concluded that, Despite Repeated Admonitions, Riggs' Had a Dysfunctional AML Program

On July 15, 2004, after an investigation into Riggs' AML program, the United States Senate Permanent Subcommittee on Investigations of the Committee on Governmental Affairs issued a report that concluded that Riggs' treatment of the Pinochet and E.G. accounts were the product of Riggs' dysfunctional AML program with long-standing, major deficiencies. These deficiencies included the inability readily to identify all of the accounts associated with a particular client, the absence of any risk assessment system to identify high risk accounts, inadequate client information, the lack of an established policy for handling accounts associated with foreign political figures, the failure to provide enhanced monitoring of high risk accounts, the failure to monitor wire transfer activity, the failure to detect and report suspicious activity, untimely and

> incomplete internal audits, and inadequate AML training. These major AML deficiencies were repeatedly identified in regulatory examinations and internal audits since at least 1997, and Riggs repeatedly promised to correct them, but failed to do so.

2474. The following paragraphs demonstrate Riggs' failure to perform its duties generally and regarding the Saudi Arabian accounts at Riggs.

2475. Riggs failed to have, implement, maintain, and/or enforce the necessary AML program required by law.

2476. Robert Serino, former director for enforcement at the Office of the Comptroller of the Currency, has stated "It looks to me like [Riggs Bank] had a total breakdown in the anti-money laundering systems—if they had any." *(See Statement by Robert Serino, former director for enforcement at the Office of the Comptroller of the Currency, quoted in "Probe of Saudi Embassy Widens as Bank Activity is Scrutinized," January 14, 2004.)*

2477. Based on the inadequate AML system reportedly in place, Riggs failed its duties to comply with AML laws. In testimony before the House Committee on Financial Services, Daniel Stipano, OCC's Deputy Chief Counsel, testified:

> We have, again, a requirement that all banks have a compliance program. And among the things that is required as part of a compliance program are satisfactory internal controls. That would include due diligence procedures for all accounts, and enhanced due diligence procedures for high-risk accounts. The … Saudi Embassy account is a high-risk account. … [First, Riggs Bank] should have had better systems in place so that they knew the number of accounts that they have. Secondly, they needed to have better information on how those accounts would be used, what the sources of funds would be, where the funds would go?

*(See Testimony of Daniel Stipano, Deputy Chief Counsel, Office of the Comptroller of the Currency, U.S. Treasury Department, before the House Committee on Financial Services: Subcommittee on Oversight and Investigations, June 2, 2004.)*

2478. During the pre-September 11th years between 1997-2001, when al Qaeda was preparing its suicidal hijacking plot against the United States, and charities alleged to be fronts for al Qaeda terrorist financing networks were receiving large monetary

payments from the Saudi Embassy through accounts at Riggs Bank, the Department of Treasury found:

> Deficiencies with the [Riggs Bank's] BSA compliance program at every exam…And we brought these problems to the attention of bank management and the board. They were discussed during the exams. They were written up in the exam reports, and we secured what we believed was a commitment from bank management to fix them. What happened is really what I would term more accurately as foot dragging…The bank management did not follow on these changes as quickly as they needed to. And, hence, there were repeat violations.

*(See Testimony of Daniel Stipano, Deputy Chief Counsel, Office of the Comptroller of the Currency, U.S. Treasury Department, before the House Committee on Financial Services: Subcommittee on Oversight and Investigations, June 2, 2004.)*

But as United States Representative Sue Kelly stated in June 2004 describing Riggs' response to the 1997 regulatory action, "[T]here were some areas of concern, and it didn't improve and it continued not to improve."

2479. Throughout the 1990s, despite Riggs knowing it had repeatedly failed to comply with various AML laws and standards, it facilitated Saudi Embassy account payments to individuals without proper verification and due diligence in determining the destination of the payments. "Riggs accepted a risk here that goes with the handling of funds with their origins from other countries. But with that risk comes a duty to carefully review transactions involving either large amounts of money or suspicious circumstances. Riggs apparently disregarded that duty." *(See Statement of Senator Richard Shelby, Senate Banking Committee Chairman, "Analysis: Riggs Bank is accused of failing to alert authorities of possible suspicious activity in its banks," NPR: Morning Edition, April 29, 2004.)*

2480. With little or no regard for compliance with AML laws, Riggs assisted Princess Haifa bint Faisal, the wife of the Saudi Ambassador to the United States, Prince Bandar Bin Sultan Bin Abdul Aziz Al Saud, in the non-conforming practice of regularly providing "Riggs with a list of beneficiaries, some of whom receive monthly stipends….

The applicants submit requests, and if they are approved, Riggs sends cashier checks based on the princess' list to the named recipients." *(See Richard A. Serrano, Doyle McManus, and Greg Krikorian, "Saudis Call Any Aid to Terrorists Unwitting," Los Angeles Times, November 24, 2002; see also Sen. Bob Graham, Intelligence Matters: The CIA, the FBI, Saudi Arabia, and the Failure of America's War on Terror, at 168 [hereinafter, Graham, at __].)*

2481. Riggs carried out these transactions for the Saudi Embassy on high risk accounts without satisfying the necessary due diligence and Know Your Customer requirements.

2482. Riggs continued this practice even after receiving the OCC's 1997 citations for failure to comply with monitoring and Know Your Customer standards.

2483. Riggs failed to file the necessary reports as required by law.

2484. "Any time you have suspicious money movements, and it's not reported as needed, it hurts our overall [counterterrorism] efforts." *(See quote from unnamed senior counterterrorism official in "Terror Watch: Tangled Ties," Newsweek, April 7, 2004.)*

2485. In a Consent Order agreed to between OCC and Riggs Bank, Treasury found, and Riggs Bank conceded, that:

> …The Bank did not detect or investigate suspicious activities and did not file SARs as required. In particular, the Bank failed to refer specific inquiries from law enforcement to the area that investigated suspicious activities to determine whether SAR filings were appropriate;
>
> [The Bank did not] file accurate Currency Transaction Reports and SARs, in part, based upon inaccurate or incomplete information maintained about Bank customers;
>
> …[The Bank did not] investigate suspicious activities occurring in accounts related to the countries of Saudi Arabia and Equatorial Guinea.

*(See Consent Order of Civil Money Penalty, United States of America Department of the Treasury, Office of the Comptroller of the Currency, in the matter of Riggs Bank, N.A., McLean, Virginia, May 13, 2004.)*

2486. As a result of its ongoing investigation into the pervasive and willful negligence of Riggs to comply with its years-long investigative and regulatory measures, the Comptroller of the Currency:

> [C]oncluded that the Bank engaged in systemic violations of law, regulations, and a final order and failed to correct these violations. The Bank failed to comply fully with the requirements of the Consent Order against the Bank dated July 16, 2003. *(See Id.)*

2487. The OCC ordered Riggs Bank to pay a civil monetary penalty in the amount of $25 Million on May 13, 2004.

2488. On July 15, 2004, in response to the OCC order, Riggs Bank N.A. president and CEO Lawrence I. Herbert, testifying under oath before the Senate Government Affairs Subcommittee on Permanent Investigations, admitted full responsibility for the bank's non-compliance with federal banking laws. Under sworn testimony, Mr. Herbert told the Senate Subcommittee that:

> Looking back, it is clear that Riggs did not accomplish all that it needed to. Specifically, with respect to the improvements that were outlined by the Office of the Comptroller of the Currency ("OCC") in its examinations. Riggs deeply regrets that it did not more swiftly and more thoroughly complete the work necessary to meet fully the expectations of its regulators. For this the bank accepts full responsibility.
>
> …Over the past six to seven years, OCC examiners have commented on various aspects of BSA and anti-money laundering efforts by the Bank. The Bank took actions in response but, regrettably, did not fully meet the OCC's expectations.
>
> …The OCC noted flaws in the Bank's BSA compliance program and was critical of Riggs for not implementing remediation efforts as promptly as the Bank or the OCC would have preferred.
>
> … OCC examinations conducted in early 2004 noted that, despite the Bank's efforts, the Bank did not fully satisfy the 2003 Consent Order. As a consequence, the Bank currently is subject to additional regulatory orders and has paid a civil money penalty.

*(See Sworn Congressional Testimony of Lawrence I. Herbert, President and CEO, Riggs Bank N.A., before the Senate Government Affairs Subcommittee on Permanent Investigations, July 15, 2004.)*

2489. Additionally, according to the Senate Finance Committee Chair, Senator Charles R. Grassley, Saudi Embassy accounts at Riggs were used for "suspicious activity" payments for Saudi citizens' flight training in the United States and for payments to Islamic groups suspected of supporting terrorism.

2490. The Saudi accounts at Riggs bank were used to make payments to the American Muslim Council of Alexandria, Virginia, whose former president, Abdurrahman Alamoudi, is currently jailed on charges of violating terrorism sanctions.

**THE NEXUS BETWEEN RIGG'S FAILURES AND THE DAMAGE CAUSED BY THE SEPTEMBER 11 HIJACKERS.**

2491. Riggs' constant failure to comply with banking oversight laws, resulted in financial support from high risk Saudi Embassy accounts at Riggs Bank being provided to and used by at least two September 11th hijackers -- Nawaf al-Hazmi and Khalid al-Mihdhar. *(Graham, at 168-169, 202, 229.2.)*

2492. Nawaf al-Hazmi and Khalid al-Mihdhar, two of the hijackers of AA Flight 77, had already, as of at least January 2000, been identified by United States intelligence as terrorist operatives, having been involved in providing logistical support for the near simultaneous bombings of the United States embassies in Kenya and Tanzania that killed 224 people and injured more than another 5,000 people. *(Graham, at 3-4.)* Though the United States government did not do so, the intelligence developed on al-Mihdhar, by January 2000, had developed sufficiently to nominate al-Mihdhar to the State

2 Senator Graham is serving his third term in the United States Senate, were he has served ten years on the Senate Select Committee on Intelligence, including eighteen months as chairman in 2001-2002, during which he co-chaired the House-Senate Joint Inquiry into the intelligence community and the events of September 11, 2001. Senator Graham's assertions are significant not merely because of the breadth of information he had available due to his position on the Senate Intelligence Committee, but also because of the tedious note-taking habits for which the Senator is known. Senator Graham advises that his comments regarding his experiences referenced herein are reconstructed from his memory as well as from the notes contained in the more than 2,100 notebooks he has kept. (Graham, at xvi.)

department's watch list, permitting him to be refused entry into the United States or denying him another visa. *(Graham, at 7.)*

2493. On January 15, 2000, Nawaf al-Hazmi and Khalid al-Mihdhar entered the United States together through Bangkok, Thailand to Los Angelos, California. *(Graham, at 10.)*

2494. Omar Al-Bayoumi was a Saudi national who lived in the suburbs east of San Diego, California. According to Sen. Bob Graham, former Chairman of the Senate Intelligence Committee, al-Bayoumi served Saudi Arabia as a spy. Al-Bayoumi worked as an unpaid building manager in the Al-Madina al-Munawara mosque in the town of el Cajon, received $2,800 per month that he claimed came from relatives in India, and knew many people in the surrounding Muslim community. According to associates, if al-Bayoumi vouched for you, you would be accepted. Upon their arrival, al-Bayoumi vouched for Nawaf al-Hazmi and Khalid al-Mihdhar. *(Graham, at 11-12, 167, 169, 225.)*

2495. During the last week of January 2000, al-Bayoumi told associates he was traveling from San Diego to Los Angeles to pick up visitors. Al-Bayoumi then traveled to Los Angeles and first met with a man at the Saudi consulate who has since been banned from the United States because of his suspected terrorism ties, and then he traveled a distance to the one of over 134 Middle Eastern restaurants in Los Angeles where he met the two terrorist hijackers, Nawaf al-Hazmi and Khalid al-Mihdhar. *(Graham, at 12-13.)*

2496. During the meeting, al-Bayoumi offered to help Nawaf al-Hazmi and Khalid al-Mihdhar with their living arrangements in San Diego. Nawaf al-Hazmi and Khalid al-Mihdhar accepted the offer and relocated to San Diego, initially accepting al-Bayoumi's further offer to live in al-Bayoumi's home until they could find an apartment. *(Graham, at 13, 18.)*

2497. Al-Bayoumi further offered to supplement the funds that the two hijackers were receiving from unidentified sources. One week later, al-Bayoumi secured for Nawaf al-Hazmi and Khalid al-Mihdhar a six-month lease, for which al-Bayoumi paid the first two months -- over $1,500 total, on an apartment in the Parkwood complex, nearly directly across the street from the apartment that al-Bayoumi himself had recently begun to occupy. *(Graham, at 18-19.)*

2498. Within the coming weeks, al-Bayoumi threw a party for Nawaf al-Hazmi and Khalid al-Mihdhar, signaling their acceptance and providing them with contacts within the Saudi community within San Diego. *(Graham, at 19.)*

2499. Al-Bayoumi also served as a conduit for huge sums of money from the Kingdom of Saudi Arabia to the United States. The Joint Congressional Committee final report released in July 2003 stated that al-Bayoumi "had access to seemingly unlimited funding from Saudi Arabia." In addition, he had an approximated $2,800 per month income, plus monthly "allowances" of $465 from a "ghost job" he held since 1993 with the Saudi aviation services company, Ercan, which in turn contracted with Dallah Avco Aviation, a Saudi government contractor owned by Saleh Kamel, a wealthy Saudi who is alleged to be a financial supporter of Osama bin Laden and al-Qaeda. *(Graham, at 167.)*

2500. During his "employment" at Ercan, Al-Bayoumi showed up for work only once, a fact that led his supervisor to complain that he should be fired. The supervisor was reportedly told that Ercan's contract would be terminated if they didn't continue al-Bayoumi on the payroll. In fact, it is reported that in 1999, when another attempt was made to end al-Bayoumi's employment, the director general of Saudi Civil Aviation--in a letter marked "extremely urgent"---made it clear that the government wanted al-Bayoumi's contract renewed "as quickly as possible." *(Graham, at 167.)* The FBI also found that his salary while working for the Saudi Aviation Authority was approved by the

father of another al Qaeda figure. *(See Gary Fields, The Wall Street Journal, July 25, 2003.)*

2501. In March 2000, a month after al-Bayoumi began assisting the two terrorist hijackers assimilate into their life in San Diego, al-Bayoumi's monthly allowances from the job for which he never showed at Ercan rose eight-fold from $465 to $3,700 per month. They remained at that level until December 2000, when one of the terrorist hijackers, al-Hazmi left for Arizona. During the time from March 2000 to December 2000, al-Bayoumi received nearly $30,000 more than he ordinarily would have received for the job that he never attended. *(Graham, at 167.)*

2502. Al-Bayoumi also had a steady stream of income through transfers from Majeda Ibrahim Ahmed al Dweikat, the wife of Osama Bassnan. Bassnan is a known al Qaeda sympathizer who "celebrated the heroes of September 11th" and talked about "what a wonderful and glorious day it had been." Bassnan was suspected to be a Saudi spy being groomed to replace al-Bayoumi. *(Graham, at 24.)* Bassnan was deported from the United States after the September 11th attacks on visa violations and is likely living in Saudi Arabia. *(See Id.; Toby Eckert and Marcus Stern, "Attack on America Two Years Later," The San Diego Union-Tribune, September 11, 2003.)*

2503. In April 1998, when Bassnan's wife reportedly required thyroid surgery, Bassnan solicited the Saudi Embassy for help on his wife's behalf. At that time, Saudi Ambassador Prince Bandar bin Sultan wrote San Diego resident Osama Bassnan a $15,000 check from a Saudi Embassy account at Riggs Bank which was reportedly supposed to be used for medical treatment for Bassnan's wife. When Bassnan's wife made a separate request to the ambassador's wife, Princess Haifa al-Faisal, the ambassador's check became the first payment of regular monthly installments of between $2,000 to $3,000 to Majeda's bank account. The later payments came from Princess

Haifa, in the form of cashier's checks, also from Riggs Bank, which payments continued until the summer of 2002 and totaled approximately $130,000. *(See Graham, at 168; Richard A. Serrano, Doyle McManus, and Greg Krikorian, "Saudis Call Any Aid to Terrorists Unwitting," Los Angeles Times, November 24, 2002.)*

2504. The FBI later discovered, in 2002, that beginning in 2000, Bassnan's wife began signing her checks over to a woman named Manal Bajadr, al-Bayoumi's wife. The money is then believed to have been forwarded on to the September 11th hijackers by al-Bayoumi who is known to have logistically and financially supported the hijackers. This conclusion supports Bassnan's boast to the FBI that he had done more for the two terrorist hijackers than al-Bayoumi. *(See Graham, at 68; Michael Isikoff and Evan Thomas, "The Saudi Money Trail," Newsweek, December 2, 2002.)*

2505. Tracing the moneys that came from the Saudi Embassy to Bassan's wife, draws a line straight through the Embassy's Riggs Bank accounts with no questions ever raised, even though the transactions involved an unexplained stream of income flowing regularly from the Kingdom of Saudi Arabia, to the wife of one suspected spy, to the wife of a second suspected spy, and ultimately into the hands of two terrorist hijackers who planned and participated in a plot that resulted in crashing four airplanes and killing and injuring thousands of people, including the plaintiffs and/or their decedents.

2506. In early 2004, a federal investigation into the bank accounts of the Saudi Embassy in Washington identified "more than $27 million in suspicious transactions." The investigation looked into approximately $50 million in withdrawals and more than 100 separate Saudi accounts at Riggs Bank. According to Newsweek, the transactions included "hundreds of thousands of dollars paid to Muslim charities, clerics and Saudi students who are being scrutinized for possible links to terrorist activity." *(See Michael Isikoff, "Exclusive: New Questions About Saudi Money—And Bandar," Newsweek, April*

*12, 2004; "Interview: Prince Bandar bin Sultan, Saudi ambassador to the US," NBC News: Meet the Press, April 25, 2004; Terence O'Hara and Kathleen Day, "Saudi Money at Riggs Probed; Equatorial Guinea's Accounts Also Investigated," The Washington Post, April 8, 2004.)*

2507. According to the Washington Post, the investigation also uncovered at least $36 million in withdrawals from Saudi Embassy accounts that were not reported to bank regulators--$19 million in 2001 and $17 million in 2002. *(See Kathleen Day and Terence O'Hara, "Riggs May be Fined Over Bank Secrecy Act," The Washington Post, April 2, 2004.)*

2508. Riggs filed approximately 30 Suspicious Activity Reports (SAR) in 2003, after the bank was notified that it was under investigation by the Department of Treasury for non-compliance with anti-money laundering regulations. The reports illustrate that tens of millions of dollars was being distributed by Saudi officials via their Riggs' Embassy accounts to individuals and organizations with ties to al Qaeda and international terrorism. *(See Kathleen Day and Terence O'Hara, "U.S. Ready to Fine Riggs Bank; Saudi Embassy Money Reports Scrutinized," The Washington Post, April 18, 2004.)*

2509. If Riggs had reported these and other unusual or suspicious transactions in a timely manner, the United States authorities would have been alerted to the presence of the terrorist support to intercede and prevent the terrorist hijackers from proceeding with their deadly plot.

2510. Additionally, Riggs' provision of its financial services in the manner in which it did permitted the terrorist network to proceed, undetected, with, among other elements of its plan, flight training activities, which were a key element of the September 11, 2001 terrorist attacks.

2511. Riggs' knowing, reckless or grossly negligent failure to have, implement, maintain, and/or enforce an appropriate money-laundering program is equivalent to "knowing participation" in the criminal and terrorist acts, including the September 11 terrorist attacks, that relied on Riggs' financial services and were funded and not detected because of the absence of an AML program.

**CLAIMS FOR RELIEF**

**COUNT ONE**

**(Federal Claim Under the ATSSSA)**

2512. Plaintiffs incorporate herein by reference all prior allegations.

2513. All plaintiffs bring this action pursuant to ATSSSA § 408(b)(1) to recover for the deaths and injuries proximately caused by the defendants' negligent, reckless and/or knowing wrongful conduct. Pursuant to § 408(b)(2), the substantive law governing these claims is derived from, and incorporates, state law, except where preempted by federal law.

2514. On September 11, 2001, defendants were financial institutions that had duties imposed upon them, in addition to the common law, by the AML statutes, regulations and industry standards set forth in previous paragraphs of this complaint, which AML statutes, regulations and industry standards were intended to alert the United States authorities to suspicious activities and prevent, inter alia, terrorist attacks such as the attacks that occurred on September 11, 2001.

2515. Had defendants adhered to the applicable AML statutes, regulations and industry standards, defendants would have:

(A) Established an adequate AML program that included explicit written policies and procedures which were approved by the bank's directors with notation of such approval in the minutes of the directors' meetings;

(B) Designated an adequate and qualified bank employee as the BSA compliance officer who would have properly performed day-to-day responsibilities for coordinating, monitoring, and all other aspects of the compliance program;

(C) Properly trained its employees as to the requirements of an adequate AML program pursuant to the BSA;

(D) Established an adequate internal audit function which allowed for independent testing for compliance to be conducted by bank personnel or by an outside party;

(E) Adequately performed and fulfilled "Know Your Customer" requirements;

(F) Properly monitored and exercised appropriate due diligence with regard to accounts, including high-risk accounts, including accounts for foreign financial institutions and/or accounts for wealthy foreign political figures;

(G) Refused suspicious or unusual transactions and/or closed accounts used for suspicious or unusual activities, and

(H) Properly filed the required reports to alert proper authorities to suspicious activities related to the financial support of at least two terrorist hijackers.

2516. The plaintiffs and/or their decedents were individuals who were injured and/or killed because neither the terrorist hijackers nor their plans were discovered and they were able to succeed in their deadly plans.

2517. Defendants breached their duty of care by engaging in reckless, negligent, grossly negligent, willful and wanton misconduct by not adhering to the AML statutes, regulations and industry standards, and by:

(A) Failing to establish an adequate AML program that included explicit written policies and procedures which were approved by the bank's directors with notation of such approval in the minutes of the directors' meetings;

(B) Failing to designate an adequate and qualified bank employee as the BSA compliance officer to properly performed day-to-day responsibilities for coordinating, monitoring, and all other aspects of the compliance program;

(C) Failing to properly train employees as to the requirements of an adequate AML program pursuant to the BSA;

(D) Failing to establish an adequate internal audit function which allowed for independent testing for compliance to be conducted by bank personnel or by an outside party;

(E) Failing to adequately perform or fulfill "Know Your Customer" requirements;

(F) Failing to properly monitor or exercise appropriate due diligence with regard to accounts, including high risk accounts, including accounts for foreign financial institutions and/or accounts for wealthy foreign political figures;

(G) Failing to refuse suspicious or unusual transactions and/or failing to close accounts used for suspicious activities, and

(H) Failing to properly file the required reports to alert proper authorities to suspicious activities related to the financial support of at least two terrorist hijackers.

2518. As a result of defendants' breach of the duty of care:

(A) Defendants operated with an inadequate AML program;

(B) Defendants operated without an adequate and qualified bank employee as the BSA compliance officer, and thus, day-to-day responsibilities for

coordinating, monitoring, and other aspects of any compliance program that may have existed were performed inadequately;

(C) Defendants operated with employees that were inadequately trained as to the requirements of an adequate AML program pursuant to the BSA;

(D) Defendants operated without an adequate internal audit function which did not adequately permit independent testing for compliance to be conducted by bank personnel or by an outside party;

(E) Defendants did not adequately perform or fulfill "Know Your Customer" requirements;

(F) Defendants did not properly monitor or exercise appropriate due diligence with regard to accounts, including high risk accounts, including accounts for foreign financial institutions and/or accounts for wealthy foreign political figures;

(G) Defendants allowed suspicious or unusual transactions to be performed;

(H) Defendants allowed accounts used for suspicious activities to remain open, and

(I) Defendants did not file the required reports to alert the proper United States authorities to suspicious activities related to the financial support of at least two terrorist hijackers,

significantly contributing to the continued concealment, aid, support and facilitation of the terrorist hijackers and their terrorist plot, so that the hijackers were able to succeed in their deadly plans.

2519. The plaintiffs and/or their decedents were injured or killed when the terrorist hijackers took control of the four United States passenger airplanes and crashed them.

2520. Plaintiffs have, as a result of the foregoing, each suffered, and will continue to suffer, extreme grief, sorrow, devastation, pain and suffering and mental and physical anguish; including in the case of the wrongful death actions, the loss of the plaintiffs' decedents' society, love and affection, support, consortium and companionship, and are entitled to damages as wrongful death beneficiaries.

2521. Plaintiffs representing decedents who were killed in the terrorist attacks on September 11, 2001, bring this action for the wrongful death of their decedents, proximately caused by the defendants' negligent, reckless and/or knowing wrongful conduct.

2522. Plaintiffs representing decedents who were killed in the terrorist attacks on September 11, 2001, are entitled to recover monetary damages from defendants for the wrongful death of their decedents. Plaintiffs are entitled to recover full damages incurred, as fair and just compensation for the injuries, resulting from the wrongful death. As a beneficiary under the applicable states' wrongful death statute (incorporated into this cause by ATSSSA § 408)(b)(2)), plaintiffs have standing to bring this claim.

2523. The injuries, trauma, damages, loss of life and wrongful death suffered by the plaintiffs' decedents were proximately caused by the defendants' negligent, reckless and/or knowing wrongful conduct.

2524. As a direct and proximate result of the wrongful death of the plaintiffs' decedents, the plaintiffs' decedents' heirs have suffered and will continue to suffer emotionally, having been deprived of all future aid, income, assistance, services, comfort, companionship, affection and financial support. The plaintiffs and the family and heirs of their decedents, have suffered and will continue to suffer mental anguish, grief and loss, loss of companionship and care, and pain and suffering. Plaintiffs are entitled to all damages available under the law of wrongful death.

2525. As a result of defendants’ negligent, outrageous, fraudulent, willful and wanton, grossly negligent and/or reckless or knowing misconduct, as described herein, plaintiffs representing decedents who were killed in the terrorist attacks on September 11, 2001, are entitled to recover survival damages, for the severe, often prolonged, extreme, traumatic, apprehension of harmful, offensive unwarranted bodily contact, injury and/or assault experienced and suffered by plaintiffs' decedents. Plaintiffs' decedents suffered intensely severe and offensive harmful bodily contact, personal injury and battery; including but not limited to extreme fear, terror, anxiety, emotional and psychological distress, knowledge of pending death and physical and emotional trauma. Plaintiffs' decedents were mentally, physically and emotionally damaged, harmed, trapped, and falsely imprisoned prior to their personal physical injury and deaths.

2526. As a result of defendants' tortious conduct, plaintiffs' decedents suffered damages including pain and suffering, severe trauma, fear, anxiety, permanent physical and emotional distress, ultimate loss of life and life's pleasures, companionship and consortium, loss of family, career, earnings and earning capacity, loss of accretion to their estates, and other immeasurable items of damages to be shown at trial. Plaintiffs herein seek and are entitled to survival damages for the injury, pain and death their decedents' suffered.

2527. As a result of defendants’ outrageous, fraudulent, willful and wanton, grossly negligent and/or reckless misconduct, plaintiffs are entitled to punitive/exemplary damages to the fullest extent necessary and appropriate to punish defendants, and to deter the defendants and others from similar conduct, given the conscious or deliberate nature of the conduct, the degree of reprehensibility, duration, and concealment thereof, the degree of its harmful impact on the plaintiffs and society, the existence and frequency of similar past conduct, the profitability of such conduct to the defendants and the

desirability of removing that profit, and of having the defendants also sustain a loss, and the financial position or condition of the defendants.

2528. Even when defendants were eventually caught in multiple egregious AML violations, defendants continued to ignore and deny they had been engaging in any wrongful conduct.

> A. For example, in April 2004, Riggs released a media statement which ignored government investigations of wrongdoing and the bank's own duty and responsibility to remedy the institution's failure to monitor and report suspicious financial activities from Riggs bank accounts. Through a spokesman, the bank stated: "Neither the investigative agencies, nor the regulatory agencies have ever informed Riggs that such accounts were used for illegal purposes." *(See "Analysis: Riggs Bank is accused of failing to alert authorities of possible suspicious activity in its banks," NPR: Morning Edition, April 29, 2004.)*
>
> B. For example, Mark Hendrix, a Riggs Bank Spokesman, stated, "Riggs has never acted willfully in violation" of money-laundering laws and is working to address problems. "Riggs is financially strong, with capital ratios in excess of regulatory minimums. Riggs has no indication that we ever were or are a target of an FBI investigation." *(See Glenn R. Simpson, "Regulators Turn Up Heat on Bank over Saudi Cash," Wall Street Journal, April 1, 2004.)*
>
> C. For example, in January 2004, Riggs stated: "From the moment we learned of the OCC's findings, we have taken them very seriously, and we have been commended by government banking regulators for our responsiveness and cooperation." *(See Glenn Simpson, "Probe of Saudi Embassy Widens as Bank Activity is Scrutinized," The Wall Street Journal, January 14, 2004.)*

2529. Defendants' failure, or refusal, to comply with known AML requirements constituted reckless, grossly negligent, and willful and wanton conduct.

2530. As a result of the foregoing, plaintiffs have been damaged in an amount not less than the statutory amount of $75,000.

## COUNT TWO

**(Federal Claim Under the Anti-Terrorism Act)**

2531. Plaintiffs incorporate herein by reference the averments contained in all preceding paragraphs.

2532. The Defendants herein aided and abetted acts of domestic and/or international terrorism and/or provided financial services and sponsorship that enabled, proximately caused and significantly contributed to violent acts that were dangerous to human life, were in violation of the criminal law of the United States, were intended to intimidate or coerce a civilian population, and were intended to influence policy of the United States government by intimidation or coercion, or were to affect the conduct of the United States government by mass assassinations.

2533. This material support through financial services and activity transcends international boundaries in terms of the means by which they were accomplished. 18 U.S.C. 2331.

2534. Nationals of the United States injured in his or her person, property or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefore in any appropriate district court of the United States for such acts of material support by aiding and abetting and providing financial services and shall recover threefold the damages he or she sustains and the costs of suit, including attorneys fees. 18 U.S.C. 2333.

2535. Defendants, jointly, severally and proximately caused the deaths and injuries described herein through and by reason of acts of material support for domestic and/or international terrorism, the aiding and abetting domestic and/or international terrorism, conspiring to commit further acts of domestic and/or international terror, sponsoring or harboring Islamic extremists engaging in criminal enterprise to promote

domestic and/or international terrorism through illegal schemes, and/or the material support and sponsorship of domestic and/or international terrorism.

2536. Defendants aided, abetted, conspired, or otherwise engaged in or provided material support for the acts of domestic and/or international terrorism, including but not limited to providing material support and/or aiding and abetting assistance to domestic and/or international terrorism. This material support and/or aiding and abetting of acts of domestic and/or international terrorism allowed Osama bin Laden and al Qaeda to carry out the terrorist attacks on the United States on September 11, 2001, injuring and killing the plaintiffs and their decedents.

2537. As a result of Defendants' acts in furtherance of domestic and/or international terrorism, including but not limited to financial services, sponsorship, logistical or any other material support, all Plaintiffs suffered damages as set forth herein.

2538. Pursuant to 18 U.S.C. §2333, the estates, survivors and heirs of the decedents who are nationals of the United States are entitled to recover threefold the damages they have sustained and the cost of suit, including attorneys' fees.

**COUNT THREE**

**(Wrongful Death)**

2539. Plaintiffs incorporate herein by reference all prior allegations.

2540. Plaintiffs representing decedents who were killed in the terrorist attacks on September 11, 2001, bring this action for the wrongful death of their decedents, proximately caused by the defendants' negligent, reckless and/or knowing wrongful conduct.

2541. Plaintiffs representing decedents who were killed in the terrorist attacks on September 11, 2001, are entitled to recover monetary damages from defendants for the wrongful death of their decedents. Plaintiffs are entitled to recover full damages

incurred, as fair and just compensation for the injuries, resulting from the wrongful death. As a beneficiary under the applicable states' wrongful death statute, plaintiffs have standing to bring this claim.

2542. The injuries, trauma, damages, loss of life and wrongful death suffered by the plaintiffs' decedents were proximately caused by the defendants' negligent, reckless and/or knowing wrongful conduct.

2543. As a direct and proximate result of the wrongful death of the plaintiffs' decedents, the plaintiffs' decedents' heirs have suffered and will continue to suffer emotionally, having been deprived of all future aid, income, assistance, services, comfort, companionship, affection and financial support. The plaintiffs and the family and heirs of their decedents, have suffered and will continue to suffer mental anguish, grief and loss, loss of companionship and care, and pain and suffering. Plaintiffs are entitled to all damages available under the law of wrongful death.

**COUNT FOUR**

**(Survival)**

2544. Plaintiffs incorporate herein by reference all prior allegations.

2545. As a result of defendants' negligent, outrageous, fraudulent, willful and wanton, grossly negligent and/or reckless or knowing misconduct, as described herein, plaintiffs representing decedents who were killed in the terrorist attacks on September 11, 2001, bring this action for the survival damages, for the severe, often prolonged, extreme, traumatic, apprehension of harmful, offensive unwarranted bodily contact, injury and/or assault experienced and suffered by plaintiffs' decedents. Plaintiffs' decedents suffered intensely severe and offensive harmful bodily contact, personal injury and battery; including but not limited to extreme fear, terror, anxiety, emotional and psychological distress, knowledge of pending death and physical and emotional trauma. Plaintiffs'

decedents were mentally, physically and emotionally damaged, harmed, trapped, and falsely imprisoned prior to their personal physical injury and deaths.

2546. As a result of defendants' tortious conduct, plaintiffs' decedents suffered damages including pain and suffering, severe trauma, fear, anxiety, permanent physical and emotional distress, ultimate loss of life ad life's pleasures, companionship and consortium, loss of family, career, earnings and earning capacity, loss of accretion to their estates, and other immeasurable items of damages to be shown at trial. Plaintiffs herein seek and are entitled to survival damages for the injury, pain and death their decedents' suffered.

**COUNT FIVE**

**(Negligence)**

2547. Plaintiffs incorporate by reference all prior allegations contained in this Complaint.

2548. On September 11, 2001, defendants were financial institutions that had duties imposed upon them, in addition to the common law, by the AML statutes, regulations and industry standards set forth in previous paragraphs of this complaint, which AML statutes, regulations and industry standards were intended to alert the proper United States authorities to suspicious activities and prevent, inter alia, terrorist attacks such as the attacks that occurred on September 11, 2001.

2549. Had defendants adhered to the applicable AML statutes, regulations and industry standards, defendants would have:

(A) Established an adequate AML program that included explicit written policies and procedures which were approved by the bank’s directors with notation of such approval in the minutes of the directors’ meetings;

(B) Designated an adequate and qualified bank employee as the BSA compliance officer who would have properly performed day-to-day responsibilities for coordinating, monitoring, and all other aspects of the compliance program;

(C) Properly trained its employees as to the requirements of an adequate AML program pursuant to the BSA;

(D) Established an adequate internal audit function which allowed for independent testing for compliance to be conducted by bank personnel or by an outside party;

(E) Adequately performed and fulfilled "Know Your Customer" requirements;

(F) Properly monitored and exercised appropriate due diligence with regard to accounts, including high-risk accounts, including accounts for foreign financial institutions and/or accounts for wealthy foreign political figures;

(G) Refused suspicious or unusual transactions and/or closed accounts used for suspicious or unusual activities, and

(H) Properly filed the required reports to alert proper authorities to suspicious activities related to the financial support of at least two terrorist hijackers.

2550. The plaintiffs and/or their decedents were individuals who were injured and/or killed because neither the terrorist hijackers nor their plans were discovered and they were able to succeed in their deadly plans.

2551. Defendants breached their duty of care by engaging in reckless, negligent, grossly negligent, willful and wanton misconduct by not adhering to the AML statutes, regulations and industry standards, and by:

(A) Failing to establish an adequate AML program that included explicit written policies and procedures which were approved by the bank's directors with notation of such approval in the minutes of the directors' meetings;

(B) Failing to designate an adequate and qualified bank employee as the BSA compliance officer to properly performed day-to-day responsibilities for coordinating, monitoring, and all other aspects of the compliance program;

(C) Failing to properly train employees as to the requirements of an adequate AML program pursuant to the BSA;

(D) Failing to establish an adequate internal audit function which allowed for independent testing for compliance to be conducted by bank personnel or by an outside party;

(E) Failing to adequately perform or fulfill "Know Your Customer" requirements;

(F) Failing to properly monitor or exercise appropriate due diligence with regard to accounts, including high risk accounts, including accounts for foreign financial institutions and/or accounts for wealthy foreign political figures;

(G) Failing to refuse suspicious or unusual transactions and/or failing to close accounts used for suspicious activities, and

(H) Failing to properly file the required reports to alert proper authorities to suspicious activities related to the financial support of at least two terrorist hijackers.

2552. As a result of defendants' breach of the duty of care:

(A) Defendants operated with an inadequate AML program;

(B) Defendants operated without an adequate and qualified bank employee as the BSA compliance officer, and thus, day-to-day responsibilities for

coordinating, monitoring, and other aspects of any compliance program that may have existed were performed inadequately;

(C) Defendants operated with employees that were inadequately trained as to the requirements of an adequate AML program pursuant to the BSA;

(D) Defendants operated without an adequate internal audit function which did not adequately permit independent testing for compliance to be conducted by bank personnel or by an outside party;

(E) Defendants did not adequately perform or fulfill "Know Your Customer" requirements;

(F) Defendants did not properly monitor or exercise appropriate due diligence with regard to accounts, including high risk accounts, including accounts for foreign financial institutions and/or accounts for wealthy foreign political figures;

(G) Defendants allowed suspicious or unusual transactions to be performed;

(H) Defendants allowed accounts used for suspicious activities to remain open, and

(I) Defendants did not file the required reports to alert the proper United States authorities to suspicious activities related to the financial support of at least two terrorist hijackers,

2553. significantly contributing to the continued concealment, aid, support and facilitation of the terrorist hijackers and their terrorist plot, so that the hijackers were able to succeed in their deadly plans.

2554. The plaintiffs and/or their decedents were injured or killed when the terrorist hijackers took control of the four United States passenger airplanes and crashed them.

2555. Plaintiffs have, as a result of the foregoing, each suffered, and will continue to suffer, extreme grief, sorrow, devastation, pain and suffering and mental and physical anguish; including in the case of the wrongful death actions, the loss of the plaintiffs' decedents society, love and affection, support, consortium and companionship, and are entitled to damages as wrongful death beneficiaries.

2556. As a result of the foregoing, plaintiffs have been damaged in an amount not less than the statutory amount of $75,000.

## COUNT SIX

## (Punitive Damages)

2557. Plaintiffs incorporate by reference all prior allegations.

2558. As a result of defendants' outrageous, fraudulent, willful and wanton, grossly negligent and/or reckless misconduct, plaintiffs are entitled to punitive/exemplary damages to the fullest extent necessary and appropriate to punish defendants, and to deter the defendants and others from similar conduct, given the conscious or deliberate nature of the conduct, the degree of reprehensibility, duration, and concealment thereof, the degree of its harmful impact on the plaintiffs and society, the existence and frequency of similar past conduct, the profitability of such conduct to the defendants and the desirability of removing that profit, and of having the defendants also sustain a loss, and the financial position or condition of the defendants.

2559. Even when defendants were eventually caught in multiple egregious AML violations, defendants continued to ignore and deny they had been engaging in any wrongful conduct.

> A. For example, in April 2004, Riggs released a media statement which ignored government investigations of wrongdoing and the bank's own duty and responsibility to remedy the institution's failure to monitor and report suspicious financial activities from Riggs bank accounts. Through a spokesman, the bank stated: "Neither the investigative

agencies, nor the regulatory agencies have ever informed Riggs that such accounts were used for illegal purposes." *(See "Analysis: Riggs Bank is accused of failing to alert authorities of possible suspicious activity in its banks," NPR: Morning Edition, April 29, 2004.)*

B. For example, Mark Hendrix, a Riggs Bank Spokesman, stated, "Riggs has never acted willfully in violation" of money-laundering laws and is working to address problems. "Riggs is financially strong, with capital ratios in excess of regulatory minimums. Riggs has no indication that we ever were or are a target of an FBI investigation." *(See Glenn R. Simpson, "Regulators Turn Up Heat on Bank over Saudi Cash," Wall Street Journal, April 1, 2004.)*

C. For example, in January 2004, Riggs stated: "From the moment we learned of the OCC's findings, we have taken them very seriously, and we have been commended by government banking regulators for our responsiveness and cooperation." *(See Glenn Simpson, "Probe of Saudi Embassy Widens as Bank Activity is Scrutinized," The Wall Street Journal, January 14, 2004.)*

2560. Defendants' failure, or refusal, to comply with known AML requirements constituted reckless, grossly negligent, and willful and wanton conduct.

**COUNT SEVEN**

**AIDING AND ABETTING**

2561. Plaintiffs incorporate herein by reference the averments contained in all preceding paragraphs.

2562. At the time of such aiding and abetting, Defendants knew or should have known that their role in providing financial services was part of an overall and ongoing illegal, criminal and/or tortious activity.

2563. Defendants knowingly and/or recklessly aided, abetted or otherwise assisted in the material support of the actions of Osama bin Laden, al Qaeda, militant Islamic extremism, and/or domestic and/or international terrorism that led to the September 11, 2001 terrorist attacks that killed and injured the Plaintiffs herein and/or their decedents.

2564. As set forth above, the Defendants aided and abetted through financial activities, efforts, transactions, acts and conduct that proximately caused and significantly contributed to the attacks of September 11, 2001, on the United States, its citizens, foreign citizens, its liberties and freedoms.

2565. Defendants' aiding and abetting of international terrorism through providing material support or sponsorship was a proximate cause of the September 11, 2001 terrorist attacks that killed and injured the Plaintiffs.

2566. As a direct and proximate result of the Defendants' aiding and abetting activities, Plaintiffs have suffered damages as set forth herein.

**COUNT EIGHT**

**(Assisting In the Intentional Injury of Others by a Third Party)**

2567. Plaintiffs incorporate herein by reference all prior allegations.

2568. Defendants knew, or should have known, that funds transferred through defendants' bank facilities, as discussed herein throughout, and that defendants failure to prevent and/or report the suspicious account activity and currency transactions to the proper United States authorities pursuant to their applicable duties, were being used to support, encourage, entice and make possible tortious, terrorist and/or otherwise illegal conduct, including conduct such as that of the terrorist hijackers that injured and killed the plaintiffs and their decedents on September 11, 2001.

2569. Through both their actions and their inactions, defendants allowed defendants' bank facilities to be used by the terrorists and their supporters to support, encourage, entice and make possible the intentional and foreseeable acts of those terrorists and their supporters including, but not limited to, the terrorist acts that injured and killed the plaintiffs and their decedents on September 11, 2001.

2570. Defendants' actions and inactions served to create an unreasonable risk of harm to others including but not limited to the plaintiffs and their decedents, through the foreseeable acts of the terrorists hijackers and their supporters.

2571. At the time of their conduct, defendants realized or should have realized the likelihood that the accounts were being used in such a way and that the terrorist hijackers, as well as their supporters, might avail themselves of the opportunity to commit such torts or crimes.

2572. As a result of the foregoing, plaintiffs have been damaged in an amount not less than the statutory amount of $75,000.

**COUNT NINE**

**(Reckless Disregard)**

2573. Plaintiffs incorporate herein by reference all prior allegations.

2574. Defendants knew, or should have known, that funds transferred through defendants' bank facilities, as discussed herein throughout, and that defendants failure to prevent and/or report the suspicious account activity and currency transactions to the proper United States authorities pursuant to their applicable duties were being used to support, encourage, entice and make possible tortious, terrorist and/or otherwise illegal conduct, including conduct such as that of the terrorist hijackers that injured and killed the plaintiffs and their decedents on September 11, 2001.

2575. As a result, defendants were aware, or should have been aware, of a risk so great that it was highly probable that serious harm and/or death could result from their action and/or inaction which allowed the account activity as described herein without application of and adherence to proper AML laws, regulations, standards, policies and procedures.

2576. Defendants recklessly disregarded this known, knowable and substantial risk thereby concealing, facilitating, enabling, and otherwise making possible foreseeable tortious, terrorist and otherwise unlawful conduct, including the terrorist plans of the September 11, 2001 terrorist hijackers and their supporters, which plans culminated in the injury and death of the plaintiffs and their decedents on September 11, 2001. Defendants' reckless disregard was a direct and proximate cause of and a substantial factor in bringing about the injury and/or death of plaintiffs and/or their decedents.

2577. As a result of the foregoing, plaintiffs have been damaged in an amount not less than the statutory amount of $75,000.

**COUNT TEN**

**(Negligent and/or Intentional Infliction of Emotional Distress)**

2578. Plaintiffs incorporate herein by reference all prior allegations.

2579. Defendants knowingly, recklessly, intentionally and directly aided and abetted, intentionally facilitated, and/or recklessly disregarded its duties pursuant to AML laws, regulations, standards, practices and policies, where they knew or should have known that such conduct would conceal, facilitate, enable, and otherwise make possible foreseeable tortious, terrorist and otherwise unlawful conduct, including the terrorist plans of the September 11, 2001 terrorist hijackers and their supporters, which plans culminated in the injury and death of the plaintiffs and their decedents on September 11, 2001.

2580. Defendants intended or knew or should have known, that their failure to perform their duties pursuant to AML laws, regulations, standards, practices and policies, where they knew or should have known that such conduct would conceal, facilitate, enable, and otherwise make possible foreseeable tortious, terrorist and otherwise unlawful conduct, including the terrorist plans of the September 11, 2001 terrorist

hijackers and their supporters would lead to the killing of or injury to innocent persons who were the victims of the foreseeable tortious, terrorist and otherwise unlawful conduct, as well as resulting severe emotional distress.

2581. Defendants intended, knew, or should have known that the foreseeable tortious, terrorist and otherwise unlawful conduct of those using the accounts referenced herein, including the terrorist plans of the September 11, 2001 terrorist hijackers and their supporters, would kill, maim, and/or permanently injure innocent people, leaving devastated family members to grieve for their losses with ongoing physical, psychological and emotional injuries and ongoing post traumatic stress disorder.

2582. The actions of defendants were unconscionable and done with an intentional, malicious, wilful, and/or reckless disregard for the rights and lives of those murdered, those injured, and the surviving family members.

2583. As a direct and proximate cause of defendants' intentional misconduct and/or reckless disregard for human life, plaintiffs have suffered and will continue to suffer severe, debilitating, permanent emotional, physical and psychiatric disorders, ongoing emotional distress and anxiety, physical and mental distress, and significant mental injury and impairment causing ongoing and long-term expenses for medical treatment, services, and counselling and long-term care, particularly for all minor plaintiffs.

2584. Defendants, by engaging in this intentional, unlawful conduct, intentionally, grossly negligently, or negligently inflicted emotional distress upon the plaintiffs.

2585. As a result of the foregoing, plaintiffs have been damaged in an amount not less than the statutory amount of $75,000.

## <u>TOLLING OF APPLICABLE STATUTES OF LIMITATION</u>

2586. Any applicable statutes of limitations have been tolled by defendants' knowing and active concealment and denial of the facts as alleged herein. Plaintiffs have been kept in ignorance of vital information essential to the pursuit of these claims, without any fault or lack of diligence on their part. Plaintiffs could not reasonably have discovered the wrongful conduct of the defendants.

2587. Defendants are and were under a continuing duty to disclose the true character, quality and nature of their conduct to the plaintiffs and other members of the greater public. Because of their knowing, affirmative, and/or active concealment of the true character, quality, and nature of its conduct, defendants are estopped from relying upon any statute of limitations.

## JURY DEMAND

2588. Plaintiffs demand a trial by jury of all issues that are so triable.

## REQUEST FOR RELIEF

WHEREFORE, having complained of the conduct of the defendants, plaintiffs pray that the Court enter judgment against defendants and in favor of the plaintiffs, and demand entry of judgment against the defendants for:

A.) Actual and compensatory damages sufficient to compensate fully for all losses suffered by the plaintiffs in an amount to be determined by a jury, not less than the statutory amount of $75,000;

B.) Punitive and/or exemplary damages in an amount adequate to punish defendants for defendants' unlawful conduct and to deter defendants and other financial institutions from similar conduct in the future;

C.) Treble damages;

D.) Prejudgment interest;

E.) All costs of this proceeding including reasonable attorneys fees;

F.) Such other relief as may be just and appropriate.

**MOTLEY RICE LLC**

By: ______________________

Ronald L. Motley, Esquire (SC Bar No. 4123)
Jodi Westbrook Flowers, Esquire (SC Bar No. 66300)
Donald Migliori, Esquire (RI Bar No. 4936; MA Bar No. 567562; MN Bar No. 0245951)
Robert T. Haefele, Esquire (NJ Bar No. 58293; Pa Bar No. 57937)
Michael E. Elsner, Esquire (ME-8337)
Justin B. Kaplan, Esquire (TN Bar No. 022145)
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Telephone: (843) 216-9000

and

**HANLY CONROY BIERSTEIN & SHERIDAN LLP**

By: ______________________

Jayne Conroy, Esquire (JC-8611)
Paul J. Hanly, Jr., Esquire (PH-5486)
Andrea Bierstein, Esquire (AB-4618)
415 Madison Avenue
New York, NY 10017-1111
Telephone: (212) 401-7600

March 23, 2005