UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001          03 MDL 1570 (RCC)

-----------------------------------------------------------------x

This document relates to:

**_Allison Vadhan, et al. vs. Riggs National Corporation, et al._**
**_04 CV. 7281 (RCC)_**

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to F.R.C.P. 41, each of the individuals identified below, who are plaintiffs in the above-referenced action, submit this Notice of Voluntary Dismissal to dismiss the defendants, Riggs National Corporation and Riggs Bank, with prejudice from _Vadhan, et al. v. Riggs National Corporation, et al._, No. 04-CV-7281 (RCC):

WHEREAS, in a Complaint filed on September 10, 2004, and an Amended Complaint, filed on March 24, 2005, plaintiffs (the "Plaintiffs") in the above-captioned action (the "Litigation") filed suit against Riggs National Corporation ("Riggs") and Riggs Bank, N.A. ("Riggs Bank"); and

WHEREAS, on May 13, 2005, Riggs merged with and into The PNC Financial Services Group, Inc. ("PNC") and PNC thereby became the legal successor to Riggs; and

WHEREAS, the parties have entered stipulations extending the times for the defendants to Answer or otherwise respond to the Plaintiffs' Complaint and no defendant has Answered or otherwise responded to the Plaintiffs' Complaint; and

Pursuant to F.R.C.P. 41, each of the individuals identified below (all plaintiffs except plaintiff April Gallop), who are plaintiffs in the above-referenced action, hereby voluntarily

dismiss the defendants, Riggs National Corporation and Riggs Bank, with prejudice and without

costs from *Vadhan, et al. v. Riggs National Corporation, et al.*, No. 04-CV-7281 (RCC):

| | |
|---|---|
| **Allison Vadhan**, individually and as administratrix of the estate of Kristin White-Gould; | **Ivan Almendarez Jr.**; |
| | **Neil Alper**; |
| **William Doyle**, individually and as administrator of the estate of Joseph Michael Doyle; | **Eleonor Alvarez**; |
| | **Robert Alverson**; |
| **Eugenia Singer**; | **Jocelyne Ambroise**; |
| **Sharon Premoli**; | **Mitchell Amerbach**; |
| **Joseph Giampa**; | **Douglas Anderson**; |
| **Julio Roig**; | **Thomas Anderson**; |
| **Yvonne V. Abdool**; | **Morien Angaroo**; |
| **Celso Abdool**; | **Ioannis Antoniadis**; |
| **Vanessa Abreu**; | **Joseph Antony**; |
| **John Acerno**; | **David Archbold**; |
| **Humberto Acosta**; | **Peter Archer**; |
| **Kevin Adams**; | **Tony Archer**; |
| **Darryl Adone**; | **Joseph Ariola**; |
| **Mark Aiken**; | **Michael Arniero**; |
| **James Albach Jr.**; | **Cynthia Arnold**; |
| **Vincent Albanese**; | **Suzanne Arnold**; |
| **Thomas Albert**; | **Benjamin Arroyo**; |
| **Karium Ali**; | **Adolfo Arzu**; |
| **Ronald Allen**; | **Shawn Ashe**; |
| **Ingrid Alleyne-Robertson**; | **Philipson Azenabor**; |

George Bachmann;

Paul Bader;

Diana Baez;

Lynette Bangaree;

Gentil Baptiste;

Mary Barbieri;

Garrett Barbosa;

Armando Bardales;

Lee Barnes Jr.;

Thomas Baroz;

John Barry;

Patrick Barry;

Frank Barton;

Burney Bates;

Pedro Batista;

James Bauer;

Christopher Baumann;

Faveur Bazilme;

Frank Bazzicalupo;

Larry Bealer;

Thomas Beattie;

Janice Beatty;

Richard Beatty;

Jonathan Becker;

Christian Bediako;

Michael Beehler;

Thomas Beirne;

Michael Bell;

John Bellew;

Anthony Bellisari;

Scott Beloten;

Derek Bennett;

Ian Bennett;

Gail Benzman;

Frances Berdan;

James Berghorn;

Juliette Bergman;

Deborah Berk;

Eric Bernsten;

Joseph Berry;

Dominic Bertucci;

Francisco Betancourt;

Prakash Bhatt;

Donald Bigi;

Stephen Bileski;

Christopher Bilotti;

James A. Bittles;

Daniel Bivona;

Patrick Blaine;

James Blake;

Robert Blake;

Jody Blanchard;

Stan Blaskey;

Richard Blatus;

Aaron Bogad;

Edward Bolger;

Jan Bonanza;

Luis Bonilla;

Quinceyann Booker-Jackson;

Chester Botch;

Ronald Boyce;

James R. Boyle;

James J. Boyle;

John Boyle;

Joseph Boyle;

Kevin Bradbury;

Frank Brancato;

George Brennan;

Raymond Bressingham;

Jeffrey Brezil;

David Bridgeforth;

James Briordy;

Michael Brodbeck;

Eric Brodn;

Boris Bronshteyn;

Robert Broome;

Edward Brown;

Ernest Brown;

Kevin Brown;

Michael Brown;

Stephen Brown;

Eduardo Bruno;

Thomas Bubelnik;

Jonathan Buchsbaum;

Joseph Buda;

Brook Budd;

Vincent Bulzomi;

Javier Burgos;

Thomas Burke;

Timothy Burke;

Michael Burns;

Barry Buss;

Kevin Butler;

Lois Buxbaum;

Pasquale Buzzelli;

Richard Bylicki;

Louie Cacchioli;

James Caddigan;

Kevin Cahill;

Kevin J. Cahill;

Michael Cain;

John Cairney;

William Calahan;

Christopher Calamia;

Ronald Calegno;

Jose Callejas;

Fernando Camacho;

William Cantres;

Robert Carberry;

Luis Carbonell;

Salvatore Carcaterra;

Martha Carden;

Ralph Cardino;

Colette Cardoza;

Michael Carlisi;

Anita Carmine;

Dominick Carolei;

David Carpenter Jr.;

Gary Carpentier;

Charles Carroll Jr.;

Robert Carroll;

Eugene Carty;

Desiret Carvache;

Frank Casalino;

Vincent Cascone;

Joseph Castellano;

Maria Castillo;

John Castles;

Frank Castrogiovanni;

Juan Cayetano;

Maria Ceballos;

Domingo Cepeda;

Robert Ceresia;

Arlene Charles;

Salvatore Chillemi;

Arthur Christensen;

Gary Christensen;

Anthony Ciarnella;

Nicholas Cicero Jr.;

Thomas Cinotti;

Michael Cioffi;

John Citarella;

Patricia Ciuzio;

Guillermo Clark;

Brian Clarke;

Thomas Clarke;

Christine Claudi-Petosa;

John Clavin;

Sharron Clemons;

Robert Cobb;

Steve Coffin;

Lisa Cohn;

Anthony Coiro;

David Collins;

George Collins III;

Richard Collins;

Bruce Collister;

Carmen Colon;

John Colon;

Martha Colon;

John Combos;

 Gary Connelly;

Thomas Connolly;

William Connolly;

Jose Contes;

Theodore Cook;

Walter Cooper;

Brian Corcoran;

Gregory Corona;

Patrick Corr;

Stephen Corr;

Mathew Corrigan;

Lawrence Costello;

Joel Council;

Scott Cowan;

Andre Cox;

Dudley Cox;

Stephen Cox;

Brian Coyle;

John Coyle;

Walter Cramer;

Peter Creegan;

John Cretella;

Craig Crichlow;

Robert Cristadoro;

Brent Crobak;

Enrique Cruz;

Luis Cruz;

Juan Cruz-Santiago;

James Csorny;

Fernando Cuba;

Carmen Cubero;

Sean Cummins;

Thomas Cunneen;

Muriel Cunningham;

Ronald Curaba;

Edward Cusack ;

Philip D'Agostino;

Christopher D'Ambrosio;

James D'Avolio;

Hipolito D'Oleo;

Vincent D'Orio;

Alan Dagistino;

Joanne Dalton;

Mark Damitz;

Flory Danish;

Roger Danvers;

Richard Davan;

Felipe David;

Jeremy Davids;

Harry Davis;

Jean Davis;

Thomas Davis;

Judith Day;

Andres De La Rosa;

Maria De Olio-Beato;

Anthony De Vita;

Beverly De Witt;

John Debenedittis;

Carlota DeCastillo;

Henry Decker;

Kevin Deehan;

Edward DeGaetano

Warren Degen;

John Delaney;

Paul DeLeo;

Edward Delfino;

Julio Delgado;

Bruce DelGiorno;

Richard Dell Italia;

August DeLorenzo;

Todd DeMayo;

Jan Demczur;

Michael Dempsey;

Stephen Dempsey;

Gary Demry;

John Deneau;

Dwayne Dent;

Peter DePalma;

John DePrizio;

Anthony DeSimone;

George DeSimone;

 Anex  Desinor;

James DeStasio;

John DeStefano;

Richard DeStefano;

Kiernan Deto;

Gregory DeVerna;

James Devery;

Kevin Devine;

David DeVito;

John Devoti;

Nelson Diaz;

Salvatore DiBlasi;

George DiCostanzo;

Jerrold Dietz;

Jessica Diggs;

John DiLillo;

Steven DiMaggio;

Omar Dixon;

Vincent Dodd;

Kevin Doherty;

Scott Doherty;

Stephen Dominick;

Walter Donahue;

John Donnelly;

James Donovan Jr.;

Michael Donovan;

Kenneth Donovon;

Gregory Dougherty;

Michael Dowling;

Heather Downey;

Daniel Doyle;

Edward Doyle;

Steven Doyle;

Thomas Doyle;

John Drapas Jr.;

Duncan Driscoll;

Eugene Drury;

Roman Ducalo;

Elaine Duch;

Dennis Duffy;

Timothy Duffy;

William Duffy;

Kevin Duggan;

Patrick Duignan;

Darrell Dunbar;

Philip Duncan;

Thomas Dunn;

Thomas Dunne;

Michael Dunphy;

Curtis Durning Sr.;

Francis Durr;

Brian Eagers;

Douglas Edel;

Jeff Ehret;

Barbara Einzig;

Joseph Eivers;

Duke Ellis;

Christian Engledrum;

Justin Enzmann;

Gabe Esposito;

Joseph Falco;

James Falcone;

John Falconite;

Paul Fanara;

Robert Farley;

Peter Farr;

Patricia Farrar;

John Farrell;

Anthony Farrington;

Francis Fee Jr.;

John Fee Sr.;

Mark Feldman;

Russell Feliciano;

Edgar Felix;

Delio Feliz;

Fern Feller;

Barton Fendelman;

Stephen Fenley;

Christopher Fenya;

Frank Ferdinandi;

Erasmo Fernandes;

Nuno Fernandes;

Antonio Fernandez;

Hernando Fernandez;

Jenny Fernandez;

Larissa Fernandez;

Roger Fernandez;

Vincent Ferranti;

Michael Ferrara;

Douglas Ferretti;

Gerard Ferrin;

Steven Ferriolo;

John Finamore;

Joseph Finley;

Edward Finnegan;

Michael Finnegan;

Terence Finneran;

Victor Fiorella;

Glenn Fischer;

Jay Fischler;

Stephen Fish;

Neil Fitzpatrick;

Zachary Fletcher;

Patrick Flynn;

Theresa Folino-Montuori;

Thomas Forbes;

Frederick Ford;

Nicholas Fornario;

Gregory Forsyth;

Leileth Foster;

Eugene Fox;

Michael Francese;

Stanley Freedner;

Charles Freeman;

Dennis Freyre;

Robert Froner;

Xiang Fu;

Daniel Fucella;

Steven Fucile;

Henry Fuerte;

Sheila Fuller;

Paul Fusaro;

Thomas Gabay;

Thomas Gaby;

Philip Gaetani;

Michael Gager;

Emma Gaitan;

Ana Galang-Morente;

Brian Gallagher;

Hugh Gallagher;

John Gallagher;

John Gallagher;

Kevin Gallagher;

Terence Gallagher;

Lawrence Garda;

Robert Garrett;

Louis Garriz;

John Gatto;

Joseph Gavitt;

Brendan Gebert;

Getachew Gedfe;

John Gennosa;

Greg Gessner;

Daniel Geysen;

Ronald Ghiraldi;

Louis  Giaconelli;

Joseph Giampa;

Garry Giannandrea;

Michael Gibbons;

Joseph Gibney;

Robert Gibson;

Bonnie Jean Giebfried;

John Giebler;

Thomas Gillam;

Andrew Gilmore;

John Ginty;

Vincent Giordano;

Theodore Goddard;

Raymond Going;

Fausto Gomez;

Lisa Gong;

Paul Gonzales;

Manuel Gonzalez;

Ruben Gordillo;

Edwin Gordon;

Frank Gorglinoe;

Thomas Gorham;

Gerard Gorman;

Joseph Gorman;

Albert Gotay;

Andrew Graf;

Carmen Gray;

Joseph Graziano;

Albert Greene;

Edmund Greene;

Michael Greene;

James Gregoretti;

James Grillo;

Michael Grillo;

John Grogan;

Thomas Grogan;

Dan Grossi;

Scott Grubert;

John Guarneri;

Arthur Guastamacchia;

John Gubelli;

Rafael Gudmuch;

Nichola Gugliemo;

Vincent Gugliuzzo;

John Gulotta;

Kenneth Gunther;

Peter Gunther;

Wilbert Gurganious;

Steven Gurnick;

Edgar Gutierrez;

Francine Gutwilik;

Angel Tadeo Guzman;

Martize Guzman;

Matthew Hackett;

Michael Hadden;

Alexander Hagan;

Steve Hagis Sr.;

Paul Haley;

Robert Hall;

David Handschuh;

William Hankins;

David Hanley;

Philip Hanna;

Anthony Hanson;

Rajkumar Hardeo;

Catherine Harding;

Dennis Hargett;

Darren Harkins;

Robert Harper Jr.;

Thomas Harris;

Carmela Harrison;

James Harten;

Shirley Harvey;

Paul Hashagen;

William Hasseck;

Howard Hawkins;

Scott Hawkins;

Raymond Hayden;

Norma Haynes;

Joseph Healy;

Joseph Healy;

Marilyn Heckstall;

Dennis Heedles;

James Heerey;

Glen Heffel;

Eugene Heghmann;

John Heigl;

Mark Heintz;

William Heintz;

Robert Hellmers;

Elaine Helms;

Robert Heney;

Jeffrey Henkel;

Edward Henry;

Lucille Henry;

Rusty Henry;

Patricia Herbert;

Thomas Herrlich;

Thomas Hickey;

John Hinchey;

William Hiney;

Michael Hipsman;

Gregg Hirschfield;

Gwennett Hodge;

William Hodgens;

Daniel Hogan;

Vincent Hogan;

Todd Holgan;

James Holly;

Clifford Hollywood;

Janet Holmes-Alfred;

George Holzmann;

James Horch;

Doug Horning;

Alicia Howard;

Mary Hrabowska;

Vincent Hubner;

Gerald Hunt;

Jean Hunt;

John Hunt;

Andrea Hurst;

Kenneth Hutchinson;

Amirha Hutto;

Paul Hyland;

James Hynes;

Frederick Ill III;

Sharon Imbert;

Patrick Imperato;

Steven Incarnato;

Joseph Intintoli;

Michael Iounio;

Eric Iversen;

Walter Iwachiw;

John Jackson;

Neil Jacobson;

Brenda James;

Joseph James;

Matthew James;

Elian Jaramillo;

Clifford Jenkins;

Christopher Jensen;

Marc Jensen;

Rose Jeunes;

Humberto Jimenez;

Luis Jimenez;

Ysidro Jimenez;

Fitz-Harry Johnson;

John Johnson;

Kurt Johnson;

Robert Johnson Jr.;

Robert Johnson Sr.;

Sylvia Johnson;

John Jones;

Terrence Jordan;

Mark Joseph;

Luke Jurain;

Joseph Kadillac;

James Kadnar;

Jane Kahoro;

Razi Kalish;

George Kaperonis;

Howard Katzman;

Christopher Kazimir;

Dennis Keane;

Lawrence Keating;

Thomas Keeling;

John Keenan;

Michael Kelleher;

Racquel Kelley;

Derek Kelly;

James Kelly;

John Kelly;

John Kelly;

Kevin Kelly;

Patrick Kelly;

Robert Kelly;

Thomas Kelly;

William Kelly;

Donald Kennedy;

Lisa Kennedy;

Richard Kenney;

Peter Kenny;

John Kershis;

Robert Keys;

Patrick Kiernan;

Susanne Kikkenborg;

Michael Killarney;

Michael Killcommons;

David King Jr.;

Emanuel King;

Stephen King III;

John Kinta;

Blaik Kirby;

Ronald Kirchner;

Robert Klaum;

Steven Klein;

David Kletsman;

Lawrence Klingener;

Richard Kobbe;

Edward Kohler;

Nicholas Koloszuk;

Robert Korfman;

Armen Koroghlian;

Helen Kresz;

Daniel Kruesi;

Kevin Kubler;

Louise Kurtz;

Sidney Kyle;

Rosetta La Vena;

David Labatto;

Orfelina Lachapel;

John LaFemina;

Romano Lake;

Thomas LaMacchia;

George Lamoreaux;

Brian Landau;

James Lang;

Paul Lang;

George Lantay;

James Lanza;

James Lanze;

Richard LaPiedra;

Jean Laraque;

Philip Larimore;

Brain Larney;

John Larocchia;

Anthony Larosa;

John LaSala;

Joseph Lashendock III;

Peter Laudati;

Kevin LaVelle;

Michael Lavin;

Kevin Lawe;

Arnold Lederman;

Barry Lee;

Larry Lee;

Robert Lee;

15

Alicia LeGuillow;

Joyce Leigh;

Robert Leonick;

Hursley Lever;

Jeffrey Lever;

James Lewis;

Otis Lewis;

Michael Liantonio;

Joseph Libretti;

Frank Licausi;

Christopher Lindberg;

Elena Linis;

Rosemaria Lipari;

Emanuel Lipscomb;

Antonio Lloret;

Edward Locher;

Anthony Lomeli;

Christopher Long;

Arnaldo Lopez;

Mario Lopez;

Daniel Lopuzzo;

Joseph Lowney;

Brendan Lowrey;

Alfred Luchetti;

Edmund Lucia;

Kenneth Lucianin;

Daniel Luge;

Evelyn Lugo;

Leoncio Luis;

Dennis Lusardi;

Jane Luther-Umstadter;

Jesse Lynch;

Michael Lynch;

Thomas Lynch;

Charlie Lyons;

John Lyons;

Michael Lyons;

Peter Mabanta;

Neil MacIntyre;

Michael Macko;

Janissa Macon;

Rico Magalhaes;

Thomas Magee;

Robert Maguire;

Eugene Mahlstadt;

Joseph Mahoney;

Thomas Mahoney;

Llewellyn Malcolm;

Jose Maldonado;

Frank Malerba;

Patrick Malloy;

Frank Malone;

John Maloney;

Adriana Maluendas;

Judy Manalastas;

Michael Mandala;

Ralph Mandia;

Thomas Manley;

Lauren Manning;

Robert Mansberger;

Wayne Manzie;

Jodie Marcusi;

Claudia Marin;

Patrick Marinelli;

Anthony Marino Jr.;

Donald Marino;

Martin Marino;

Michael Marino;

Jessie Marius;

Timothy Marmion;

Juan Marrero;

Robert Marshall;

Dennis Martin;

Edward Martin;

Edward Martin;

Michael Martin;

Angela Martinez;

Jose Martinez;

Rafaela Martinez;

James Mascarella;

Anthony Mastrelli;

Vincenzo Mastropasqua;

Anthony Mattone;

Richard Mattone;

Shawn May;

Michael Maye;

Jaysen Mayo;

Thomas Mazza;

Edward McAleer;

John McAleese;

John McAllister;

Thomas McAllister;

John McAndrews;

Maureen McArdle-Schulman;

Joseph McAuley;

Carl McBratney Jr.;

Mary McCall;

Michael McCall;

Eugene McCarey;

Kevin McCarren;

James McCarthy;

Dan McCarvill;

Timothy McCarvill;

Michael McClelland;

Dennis McConville;

Charles McCormack;

Marianne McCormack;

Richard McCoy;

Arthur McCrossen;

James McDermott;

Scott McDonnell;

David McDonough;

Gregory McFarland;

Faridi McFree;

Kevin McGeary;

Lawrence McGee;

Stephen McGee;

Jon McGillick;

Mark McGinty;

Joseph McGovern;

Thomas McGrade;

Patrick McGreen;

Joseph McGrory;

Daniel McGuinn;

James McGuire;

Robert McGuire;

John McGurren;

James McHugh;

Edward McKallen;

John McKenna;

Patrick McKenna;

Richard McKenna;

Martin McKeon;

Roger McKnight;

James McLoughlin;

Kevin McLoughlin;

Gerard McMahon;

Frederick McNeely;

Kevin McPike;

Kevin McQuilly;

Ernest Medaglia;

Donald Meeg;

Oscar Mejia;

Nexhat Mela;

Josefina Mendez;

Benjamin Mercado;

Carmelo Mercado;

Ronald Merrill;

Roberto Mesa;

John Messina Jr.;

Edward Metz;

Rafaela Meurer;

Harold Meyers;

Thomas Meyers;

Kenneth Miccio;

Richard Miccio;

Judy Michaels;

Joseph Mickiewicz;

Glen Midbo;

Ciro Milano;

Roland Miletti;

Robert Miller;

Thomas Milton;

Joseph Minogue;

William Mirro;

Donald Mischke;

Steve Modica;

Bill Moffat;

Ram Mohabir;

Michael Molloy;

Joseph Montaperto;

Frank Montaruli;

Josephine Monte;

John Mooney;

Joseph Mooney;

Kevin Moore;

Robert Moore Jr.;

Tarnisa Moore;

Edwin Morales;

Noel Moran;

James Morandi;

Marc Morello;

David Moriarty;

Steven Mormino;

John Morris;

Nancy Morrison;

Peter Morrissey;

Michael Moschitta;

Steven Moss;

Omar Mota;

Dennis Muia;

Matthew Mulhan;

Michael Mullarkey;

George Mullen Jr.;

Brian Muller;

Steven Muller;

Michael Mulligan;

Michael Mulqueen;

Tom Mulqueen;

Thomas Mundy;

Lois Mungay;

Valeriy Muratov;

Jennifer Murawski;

Allen Murphy;

David Murphy;

Joseph Murphy;

Richard Murphy;

Vincent Murphy;

James Murray;

Richard Murray;

Robert Murray;

Kenneth Muxie;

John Najmy;

Parasar Nandan;

Louis Napoli;

Thomas Napolitano;

Robert Narducci;

Daniel Narlock;

Bridget Nee;

Ralph Negron;

Dean Neligan;

John Nesbitt;

Allan Neuendorf;

Brian Neville;

Sean Newman;

Fook Ngooi;

James Niebler;

Elizabeth Nielsen;

John Nimmo III;

Jose Nivar;

Richard Nogan;

Terry Norton;

Santos Nunez;

Robert Nussberger;

Kofi Nyantakyi;

Frank O'Brien;

John O'Brien;

John O'Brien;

Michael O'Brien;

Richard O'Brien;

Luis O'Campo;

Christopher O'Connell;

Sean O'Connor;

Gerard O'Donnell;

John O'Donnell;

Brian O'Flaherty;

Robert O'Flaherty;

Joseph O'Hagan;

Edward O'Hare;

Christopher O'Keefe;

Patrick O'Keefe;

Martin O'Leary;

Richard O'Mack;

Thomas O'Meara;

Joseph O'Neil;

Kevin O'Neill;

Eugene O'Reilly;

Radames Ocasio;

Kayode Oladunjoye;

Dalisay Olaes;

Angel Ortiz;

Francisco Ortiz;

Venus Ortiz;

Veronica Ortiz;

Petero Otigho;

Vincent Panaro;

Keith Pander;

Carol Pantalone;

Jennifer Panzella;

Victor Panzella Jr.;

Thomas Papaccio;

Mark Papadopulos;

Dean Pappas;

Ralph Paprocki;

Valentin Paredes;

Salvatore Parisi;

Wilston Parris;

Anant Patel;

Gregory Patsos;

Paul Patsos;

Louis Pecora;

Richard Peitler;

Maria Pellot;

Michael Pena;

Milcia Pena;

Francesca Penoro;

Ralph Pepe;

Guido Peralta;

Steven Perez;

Steven Perry;

William Pesature;

Joseph Pesce;

Robert Peters;

Nathan Peterson;

Joseph Petrassi;

Gregory Petrik;

Lori Pfeil;

Christopher Piazza;

Maneula Pichardo;

Pedro Pichardo;

Ruben Pimentel;

Vincent Pinto;

Gerard Pirraglia;

Carl Pisani;

Leonard Pittz;

Larrie Placide;

Edmund Plunkett;

Daniel Pollicino;

Dan Potter;

Sharon Premoli;

John Prendergast;

Kevin Prendergast;

John Prenty;

Frank Prescia;

Bambang Priatno;

Salvatore Princiotta Jr.;

Michael Prior;

Brian Pritchard;

William Privitar;

Salvatore Provenzano;

Vincent Puleo;

Robert Pulizzotto;

Daniel Purcell;

Francis Pursley;

John Quevedo Jr.;

Michael Quevedo;

Edwin Quinn;

Peter Quinn;

Antonio Quinones;

Carmen Quinones;

Godwin Quinones;

Paul Quirke;

James Rae;

Robert Rae;

Raymond Ragucci;

Kenneth Rallis;

Richard Ramaizel;

Juan Ramirez;

Vigita Ramnath;

Alfonso Ramos;

Mildred Ramos;

Roberto Ramos;

Michael Ramputi;

Sebastian Raspanti;

James Reddan;

Joshua Reder;

Daniel Reeber;

Pamela Reeves;

Richard Regis;

Joseph Reid;

Timothy Reid;

Charles Reilly;

Thomas Reilly;

John Reinhardt;

Lloyd Rendall;

John Renna;

Francis Renois;

Richard Resto;

Alfred Retundie;

Christopher Revere;

Fernando Reyes;

Juan Reyes;

Karem Reynoso;

Frank Ricca;

William Riccardulli;

Daniel Ricciardi;

Arthur Riccio;

Steven Richards;

Maurice Richardson;

Franco Riggio;

William Riordan;

David Rivas;

Carlos Rivera;

Edwin Rivera;

Edwin Rivera;

Grace Rivera;

Jose Rivera;

Omayra Rivera;

Vincent Rivera;

Michael Rizzo;

Douglas Robinson;

Kenneth Robulak;

Anthony Rocco;

Nelson Rocha;

John Roche;

Bryan Rodrigues;

Abimael Rodriguez;

Carlota Rodriguez;

David Rodriguez;

Miriam Rodriguez;

Rosaulina Rodriguez;

John Rogers;

Julio Roig Jr.;

John Rokee;

Arnold Roma;

William Romaka;

Filomena Roman;

Frank Romano;

John Rooney;

Victor Rosa;

Anthony Rosado;

Michael Rossello;

Joseph Rotondi;

Louis Rotondo;

David Rowan;

Mark Rowan;

James Rozas;

Steven Ruggiero;

Louis Ruggirello;

Donald Ruland;

Mark Ruppert;

Damian Rusin;

Marshall Ryan;

Susan Ryan;

Michael Rynn;

Matthew Salmon;

Robert Salmon;

Reina Salzedo;

Audrey Sammis;

Clide Sampson;

Carlos Sanchez;

Concepcion Sanchez;

Jose Sanchez Jr.;

Joe Sanders;

Oscar Sandoval;

David Sandvik;

Robert Santandrea;

Luis Santiago;

David Santise;

Christopher Santos;

LaShea Saunders;

Glenn Savery;

Thelma Savery;

Robert Scally;

Thomas Scally;

Philip Scarfi;

Benedict Scarsella;

Carl Scheetz;

Lori Schertzer;

Donald Schipf;

Brian Schmitt;

Robert Schmitt;

Edward Schneider;

Peter Schoepe;

Daniel Schofield;

Daniel Schug;

Robert Schumacker;

Richard Scola;

Anthony Scolavino;

Howard Scott;

Daniel Seaman;

David Sears;

David Sedacca;

Ralph Seiter;

Robert Senn;

Jeffrey Sentowski;

Lawrence Senzel;

Anthony Sercia;

William Sergio;

Barbara Serna;

Kevin Shaeffer;

Michael Shagi;

Abida Shaikh;

Stephen Sharp;

Kevin Shea;

John Sheehan;

Marilyn Shepard;

Rodney Sherard;

Edward Shields;

Scott Shields;

Steve Shtab;

Frederic Siboulet;

John Signorelli;

Fabian Silva Jr.;

Wendy Silva;

Jennifer Simon;

Linda Sims;

Brian Singer;

Donna Singer;

Eugenia Singer;

Clarence Singleton;

Neil Skow;

Terence Slane;

Eugene Slater;

Brandon Smith;

Gareth Smith;

Lauren Smith;

Michael Smith;

Michael Smith;

Neta Smith;

Peter Smith;

Todd Smith;

Andrew Sochinski;

Salvatore Sodano;

Roxanne Soliwoda;

Richard Souto;

David Sozio;

Michael Spiller;

Robert Spinelli;

Donald Spurrell;

Anthony Squillante;

Clifford Stabner;

Joseph Stach Jr.;

Nelly Stanicich;

Kathleen Stanton;

John Starace;

Peter Stathis;

Dennis Stefanak;

Harry Stefandel;

William Steinbuch III;

Maximino Sterling;

John Stiastny;

Eugene Stolowski;

Ethan Strauss;

Rasmond Streker;

Paul Stroessner;

Stephen Stroh;

Scott Stromer;

Anthony Suchon;

Gerard Suden;

Devindra Sukhram;

Linda Sulfaro;

Edward Sullivan;

James Sullivan;

Jerald Sullivan Jr.;

John Sullivan;

John Sullivan;

Lawrence Sullivan;

Michael Sullivan;

Kenneth Summers;

Randolph Supek;

Robert Sutton;

Alfred Suwara;

Otto Suwara;

Ronald Svec;

Thomas Swannick;

Gerard Sweeney;

Joseph Swick;

Steven Syrop;

Joseph Szymanski;

Soudabeh Tabatabai;

John Taggart;

Carol Tannenbaum;

Timothy Tarpey;

Expedito Tavarez;

Havergail Taylor;

Roxanne Taylor;

Geraldine Teixeira;

Michael Telesca;

Bidiawattie Tewari;

Recide Thomas;

Denise Thompson;

Lloyd Thompson;

Dennis Thomson;

Frank Thurlow;

John Thurman;

Roderic Tierney;

Richard Tishler;

John Tiska;

Anthony Tito;

Michael Tobin;

Edward Tomaszewski;

Salvatore Torcivia;

Gabriel Torres;

Johnny Torres;

Louis Torres;

Miguel Torres;

Michael Tracy;

William Tracy;

John Treglia;

Joseph Trezza;

Alfred Trinidad;

Douglas Tripken;

Michael Tripptree;

Louis Troisi;

Stanley Trojanowski;

Lawrence Troy;

Dell Truax;

Kevin Tully;

Steven Turilli;

Thomas Turilli;

Joseph Tursi;

Antonina Tutkaj;

John Tyson;

Nosa Ugiagbe;

Gisela Valencia;

Dennis Valentin;

Hilda Valentine;

Robert Van Houten;

William Van Name;

Bruce Van Nosdall;

Anthony Vanacore;

Robert Varese Jr.;

Yuni Vasquez;

Al Vega;

Emmanuel Vega;

Charles Vella;

James Vella;

Lawrence Vento;

Nellie Verdejo;

John Verme;

John Verrengia;

Timothy Villari;

Dominick Vincenti;

Bryan Violetto;

Darlene Vollenberg;

Gerard Von Essen;

Brian Voos;

Edward Wagner;

Daniel Walis;

Mickey Walker;

Brian Wall;

Patrick Wall;

Kerry Walsh;

Margaret Walsh;

Neil Walsh;

Cecil Ward;

Frank Ward;

Marion Ward;

Richard Ward;

Sandra Ward;

Thomas Ward;

Thomas Warkenthien;

Cynthia Warren;

Wayne Warren;

Romuald Waszielewicz;

Gregory Waters;

Christian Waugh;

Michael Weaver Sr.;

David Weber Sr.;

William Weinert;

Gregg Weisenburger;

James Weisenburger Jr.;

Gary Welge;

Michael Welsh;

James Werner;

Kevin Whalen;

Paul Whalen;

Brendan Whelan;

Henry White;

Yaeno White;

Steve Wiesner;

Michael Wilbur;

Barbara Williams;

George Wilton Jr.;

Ken Wiltse;

Kenneth Winkler;

Walter Wissell;

John Wojcik;

Clifford Wolken;

Phidia Wong;

William Woodlon;

William Woytkin;

Robert Wright;

William Wright;

Gregory Wyckoff;

John Yates;

Neil Yellew;

Kah Yeoh;

Christopher Young;

Dianne Young;

John Young;

Thomas Young;

Angelo Zecca;

Dennis Zimmerman;

Richard Zletz;

Peter Zuk;

Carolyn Abate, representative of the estate of Andrew A. Abate;

Elaine Abate, representative of the estate of Vincent Abate;

Ann Abrahamson, representative of the estate of William F. Abrahamson;

**Courtney Acquaviva,** representative of the estate of Paul Andrew Acquaviva;

**Elizabeth Adams**, representative of the estate of Marylou Hague;

**Heda Adams,** representative of the estate of Donald L. Adams;

**Affiong Adanga,** representative of the estate of Ignatius Udo Adanga;

**Gregory Addamo,** representative of the estate of Christy A. Addamo;

**Rita Addamo,** representative of the estate of Christy A. Addamo;

**Alice Adler,** representative of the estate of Lee Alan Adler;

**Stacey Afflitto,** representative of the estate of Daniel Thomas Afflitto;

**Diane Aguiar,** representative of the estate of Joao A. Aguiar Jr.;

**Debra Ahearn,** representative of the estate of Brian Ahearn;

**James Alario**, representative of the estate of Margaret Alario;

**Elizabeth Alderman**, representative of the estate of Peter Craig Alderman;

**Stephen Alderman**, representative of the estate of Peter Craig Alderman;

**Laura Alessi,** representative of the estate of Pamela J. Boyce;

**Louisa Allegretto,** representative of the estate of Edward L. Allegretto;

**Madelyn Allen,** representative of the estate of Richard Dennis Allen;

**Sharon Ambrose,** representative of the estate of Paul Wesley Ambrose;

**Donna Allingham,** representative of the estate of Christopher Edward Allingham;

**V. Blake Allison,** representative of the estate of Anna Allison;

**Grace Alviar,** representative of the estate of Cesar A. Alviar;

**Kenneth Ambrose,** representative of the estate of Paul Wesley Ambrose;

**Edward Andrews,** representative of the estate of Michael R. Andrews;

**Marie Anaya,** representative of the estate of Calixto Anaya Jr.;

**Christine Anchundia,** representative of the estate of Joseph P. Anchundia;

**Elias Anchundia,** representative of the estate of Joseph P. Anchundia;

**Jill Anderson,** representative of the estate of Kermit C. Anderson;

**Kathryn Anderson**, representative of the estate of Michael Edward Gould;

**Michael Allen,** representative of the estate of Joseph R. Allen;

**Donna Angelini,** representative of the estate of Joseph John Angelini Jr.;

**Irene Angrisani,** representative of the estate of Doreen J. Angrisan;i

**Cecile Apollo,** representative of the estate of Peter Paul Apollo;

**Frank Aquilino,** representative of the estate of Frank Thomas Aquilino;

**Lori Arczynski,** representative of the estate of Michael G. Arczynski;

**Wandalee Arena,** representative of the estate of Louis Arena;

**Mary Armstrong,** representative of the estate of Michael Joseph Armstrong;

**Jules Aronson,** representative of the estate of Myra Joy Aronson;

**Maria Aryee,** representative of the estate of Japhet Aryee;

**Elaine Asciak,** representative of the estate of Michael Asciak;

**Dana Asher,** representative of the estate of Michael Edward Asher;

**Sigal Asher,** representative of the estate of Hagay Shefi;

**Carol Ashley,** representative of the estate of Janice Ashley;

**Se Jua Au,** representative of the estate of Wei Rong Lin;

**John Baeszler,** representative of the estate of Jane Ellen Baeszler;

**Judith Bailey,** representative of the estate of Brett T. Bailey;

**Katherine Bailey,** representative of the estate of Garnet Bailey;

**Ellen Bakalian**, representative of the estate of Jeffrey R. Smith;

**Anatoliy Bakalinskiy,** representative of the estate of Tatyana Bakalinskaya;

**Tara Bane,** representative of the estate of Michael A. Bane;

**Aristides Bantis,** representative of the estate of Katherine Bantis;

**Victor Barahona,** representative of the estate of Diarelia J. Mena;

**Carol Baran,** representative of the estate of Walter Baran;

**Kim Barbaro,** representative of the estate of Paul Barbaro;

**Ina Barnes,** representative of the estate of Roy J. Barnes;

**Audriene Barry,** representative of the estate of Arthur Barry;

**Bertrand Barry,** representative of the estate of Arthur Barry;

**Marianne Barry,** representative of the estate of Maurice V. Barry;

**Gila Barzvi,** representative of the estate of Guy Barzvi;

**Maureen Basnicki**, representative of the estate of Kenneth William Basnicki;

**Rameses Bautista**, representative of the estate of Marlyn C. Bautista;

31

**Mary Bavis,** representative of the estate of Mark L. Bavis;

**Lillian Baxter**, representative of the estate of Jasper Baxter;

**Myrtle Bazil,** representative of the estate of Shevonne Olicia Mentis;

**Robert Beatty,** representative of the estate of Jane S. Beatty;

**Theodore Beck**, representative of the estate of Lawrence I. Beck;

**Theodora Beekman,** representative of the estate of Michael E. Beekman;

**Sean Bellows,** representative of the estate of Debbie S. Bellows;

**George Behr**, representative of the estate of Maria Behr;

**Adrian Bennett,** representative of the estate of Oliver Duncan Bennett;

**Brenda Bennett,** representative of the estate of Oliver Duncan Bennett;

**Ondina Bennett,** representative of the estate of Bryan Craig Bennett;

**Suzanne Berger,** representative of the estate of James P. Berger;

**Michele Bergsohn,** representative of the estate of Alvin Bergsohn;

**Nancy Bernard,** representative of the estate of David W. BernardL;

**Robert Bernstein**, representative of the estate of William H. Bernstein:

**Evelyn Berry,** representative of the estate of Joseph John Berry;

**Eileen Bertorelli-Zangrillo,** representative of the estate of John Marcy Talignani;

**Joanne Betterly,** representative of the estate of Timothy D. Betterly;

**Maria Bey,** representative of the estate of Ruben Esquilin Jr.;

**Jagdish Bhukhan,** representative of the estate of Bella J. Bhukhan;

**Tina Bilcher,** representative of the estate of Brian Bilcher;

**Gerald Bingham,** representative of the estate of Mark K. Bingham;

**Basmattie Bishundat,** representative of the estate of Kris Romeo Bishundat;

**Bhola Bishundat,** representative of the estate of Kris Romeo Bishundat;

**Shawn Bittner,** representative of the estate of Angela Susan Perez;

**Albert Blackman**, representative of the estate of Albert B. Blackman Jr.;

**Jane Blackwell,** representative of the estate of Christopher Blackwell;

**Virginia Bladen**, representative of the estate of Jonathan Randall;

**Leslie Blair,** representative of the estate of Susan L. Blair;

**Victoria Blaksley,** representative of the estate of Pedro Grehan;

**Scott Blaney,** representative of the estate of Janice Blaney;

**Neil Blass,** representative of the estate of Craig Michael Blass;

**Derrill Bodley**, representative of the estate of Deora Frances Bodley;

**Ira Blau,** representative of the estate of Rita Blau;

**Vincent Boland Sr.,** representative of the estate of Vincent M. Boland Jr.;

**Julia Bondarenko**, representative of the estate of Alan Bondarenko;

**Roxane Bonheur,** representative of the estate of Andre Bonheur Jr.;

**Richard Booms Sr.,** representative of the estate of Kelly Ann Booms;

**John Bonomo,** representative of the estate of Yvonne Bonomo;

**Sharon Booker,** representative of the estate of Sean Booker;

**Linda.Boone,** representative of the estate of Canfield D. Boone;

**Krystyna Boryczewski,** representative of the estate of Martin Boryczewski;

**Deborah Borza**, representative of the estate of Deora Frances Bodley;

**Frederick Bouchard,** representative of the estate of Carol Bouchard;

**Vigdis Vaka Boulton**, representative of the estate of J. Howard Boulton Jr.;

**Tracey Bourke,** representative of the estate of Sarah Miller Clark;

**Stephanie Bowser,** representative of the estate of Kevin Leah Bowser;

**Michael Brady**, representative of the estate of Michael Grady Jacobs;

**Peter Brady,** representative of the estate of Michael Grady Jacobs;

**Susann Brady,** representative of the estate of Gavin Cushny;

**Nelly Braginskaya**, representative of the estate of Alexander Brakinsky;

**Nancy Brandemart,** representative of the estate of Nicholas W. Brandemarti;

**Nicholas Brandemarti,** representative of the estate of Nicholas W. Brandemarti;

**David Brandhorst,** representative of the estate of Daniel Raymond Brandhorst;

**William Bratton Jr.,** representative of the estate of Michelle Renee Bratton;

**Juliette Brisman,** representative of the estate of Mark Brisman;

**Barbara Brennan,** representative of the estate of Frank H. Brennan;

**Carol Brethel,** representative of the estate of Daniel J. Brethel;

**Derek Bristow,** representative of the estate of Paul Gary Bristow;

**Everton Brown,** representative of the estate of Lloyd Brown;

**Michael Brown,** representative of the estate of Patrick J. Brown;

**Sinita Brown,** representative of the estate of Bernard Curtis Brown II

**Ronald Buchanan,** representative of the estate of Brandon J. Buchanan;

**Catherine Buck,** representative of the estate of Gregory J. Buck;

**Kathleen Buckley,** representative of the estate of Dennis Buckley;

**James Bueche,** representative of the estate of Nancy Clare Bueche;

**Linda Buffa,** representative of the estate of Michael A. Uliano;

**Michelle Bulaga,** representative of the estate of John E. Bulaga Jr.;

**Aseneth Bunin,** representative of the estate of Stephen Bunin;

**James Burke,** representative of the estate of William F. Burke Jr.;

**John Burke,** representative of the estate of Matthew J. Burke;

**Deena Burnett,** representative of the estate of Thomas Edward Burnett Jr.;

**Jennifer Burns,** representative of the estate of Keith James Burns;

**Sandra Burnside,** representative of the estate of John P. Burnside;

**Vivian Byas,** representative of the estate of Elizabeth Holmes;

**Robert Byrne Sr.,** representative of the estate of Patrick D. Byrne;

**Marmily Cabrera** representative of the estate of Pedro Checo;

**Veronica Caggiano,** representative of the estate of Richard M. Caggiano;

**Natividad Caguicla-Cruz,** representative of the estate of Cecile Marella Caguicla;

**Colleen Cahill,** representative of the estate of Michael Cahill;

**Sharon Cahill,** representative of the estate of John B. Cahill;

**Rosemary Cain,** representative of the estate of George C. Cain;

**Deborah Calandrillo,** representative of the estate of Joseph M. Calandrillo;

**Gloria Calderon,** representative of the estate of Jose Orlando Calderon-Olmedo;

**Marino Calderon,** representative of the estate of Lizie Martinez-Calderon;

**Joan Callahan,** representative of the estate of Liam Callahan;

**Joseph Cammarata,** representative of the estate of Michael F. Cammarata;

**Linda Cammarata,** representative of the estate of Michael F. Cammarata;

**Cynthia Campbell**, representative of the estate of David Otey Campbell;

**Malcolm Campbell**, representative of the estate of Geoff Thomas Campbell;

**Steven Campbell,** representative of the estate of Jill Marie Campbell;

**Margaret Canavan,** representative of the estate of Sean Canavan;

**Karen Cangialosi,** representative of the estate of Stephen J. Cangialosi;

**Richard Cannava**, representative of the estate of Lisa Cannava;

**Richard Caproni,** representative of the estate of Richard M. Caproni;

**Robert Carlo,** representative of the estate of Michael Scott Carlo;

**Kathlyn Carriker,** representative of the estate of Steven George Weinstein;

**Mikael Carstanjen**, representative of the estate of Christoffer Mikael Carstanjen;

**Abigail Carter,** representative of the estate of Caleb Arron Dack;

**Sylvia Carver,** representative of the estate of Sharon Ann Carver;

**Patricia Casazza,** representative of the estate of John Francis Casazza;

**Michael Casey**, representative of the estate of Neilie Anne Heffernan Casey;

**Margaret Cashman,** representative of the estate of William Joseph Cashman;

**Gerard Cavalier Jr.,** representative of the estate of Judson Cavalier;

**Elba Cedeno**, representative of the estate of Catherine T. Smith;

**Yolanda Cerda**, representative of the estate of Matthew G. Leonard;

**Helaine Chairnoff,** representative of the estate of Jeffrey M. Chairnoff;

**Nageswararao Chalasani,** representative of the estate of Swarna Chalasani;

**Mable Chalcoff,** representative of the estate of William Chalcoff;

**Haim Chalouh,** representative of the estate of Eli Chalouh;

**Julia Chan,** representative of the estate of Charles L. Chan;

**Jose Chapa**, representative of the estate of Rosemary M. Chapa;

**Mary Ellen Cherry,** representative of the estate of Stephen Patrick Cherry;

**Zeneida Chevalier,** representative of the estate of Nestor Julio Chevalier Jr.;

**Elaine Chevelier,** representative of the estate of Swede Joseph Chevalier;

**Nicholas Chiarchiaro,** representative of the estate of Dorothy J. Chiarchiaro;

**Joan Chiofalo,** representative of the estate of Nicholas Paul Chiofalo;

35

**Gerard Chipura,** representative of the estate of John G. Chipura;

**Clara Chirchirillo,** representative of the estate of Peter Chirchirillo;

**David Chirls,** representative of the estate of Catherine Ellen Chirls;

**Yuree Cho,** representative of the estate of Kyung Hee Cho;

**Charles Christophe,** representative of the estate of Kirsten L. Christophe;

**Richard Chung,** representative of the estate of Wai C. Chung;

**Theresa Cilente,** representative of the estate of Frances Cilente;

**Lynne Cillo-Capaldo,** representative of the estate of Elaine Cillo;

**Eileen Cirri,** representative of the estate of Robert D. Cirri Sr.;

**Jean Cleere,** representative of the estate of James Durward Cleere;

**William Coale,** representative of the estate of Jeffrey Alan Coale;

**Frances Coffey,** representative of the estate of Jason M. Coffey;

**Frances Coffey,** representative of the estate of Daniel M. Coffey;

**Barry Cohen,** representative of the estate of Kevin Sanford Cohen;

**Susan Cohen,** representative of the estate of John G. Chipura;

**June Colaio,** representative of the estate of Mark J. Colaio;

**Victor Colaio,** representative of the estate of Stephen J. Colaio;

**Kelly Colasanti,** representative of the estate of Christopher Colasanti;

**Raymond Colbert,** representative of the estate of Michel P. Colbert;

**Elodi Coleman**, representative of the estate of Keith Eugene Coleman;

**Jean Coleman,** representative of the estate of Scott Thomas Coleman;

**Migdalia Coleman,** representative of the estate of Rosa J. Gonzalez;

**Neil Coleman,** representative of the estate of Scott Thomas Coleman;

**Jennifer Coll,** representative of the estate of Robert Joseph Coll II;

**Lissa Collins,** representative of the estate of Michael L. Collins;

**Martin Collins,** representative of the estate of John Michael Collins;

**Carlos Colon,** representative of the estate of Linda M. Colon;

**Michael Conner,** representative of the estate of Margaret M. Conner;

**Dawn Connolly,** representative of the estate of John Connolly Jr.;

**Jaymel Connor,** representative of the estate of James Lee Connor;

**Sylvia Connors,** representative of the estate of Kevin P. Connors;

**Mary Coombs,** representative of the estate of Jeffrey W. Coombs;

**Pui Yee Coppola,** representative of the estate of Gerard J. Coppola;

**Diann Corcoran,** representative of the estate of John J. Corcoran III;

**Caroline Cordice**, representative of the estate of Robert J. Cordice;

**Marie Corrigan,** representative of the estate of James J. Corrigan;

**Wendy Cosgrove,** representative of the estate of Kevin M. Cosgrove;

**Charles Costa,** representative of the estate of Delores M. Costa;

**Nancy Costello,** representative of the estate of Michael S. Costello;

**Clifton Cottom,** representative of the estate of Asia Cottom;

**Michelle Cottom**, representative of the estate of Asia Cottom;

**Catherine Coughlan,** representative of the estate of Martin Coughlan;

**Fred Cox,** representative of the estate of Frederick John Cox;

**Nigel Cox,** representative of the estate of Andre Cox;

**Walter Cramer**, representative of the estate of Christopher Seton Cramer;

**John Creamer,** representative of the estate of Tara Kathleen Creamer;

**Mary Kaye Crenshaw,** representative of the estate of Michael M. Taylor;

**Maria Crifasi,** representative of the estate of Lucia Crifasi;

**Raffaella Crisci,** representative of the estate of John A. Crisci;

**Christian Croner,** representative of the estate of Patricia V. Flounders;

**Joanne Crotty,** representative of the estate of Thomas G. Crotty;

**Lori Crotty**, representative of the estate of Kevin Raymond Crotty;

**Pamela Crowe,** representative of the estate of John R. Crowe;

**Jefferson Crowther,** representative of the estate of Welles Remy Crowther;

**Albert Cuccinello,** representative of the estate of Thelma Cuccinello;

**Georgia Cudina,** representative of the estate of Richard Joseph Cudina;

**James Cudmore,** representative of the estate of Neil James Cudmore;

**Thomas Cullinan,** representative of the estate of Joan McConnell Cullinan;

**Mitchum Cummings,** representative of the estate of Joyce Cummings;

**Maureen Cummins,** representative of the estate of Brian T. Cummins;

**Kathi Curioli,** representative of the estate of Paul Dario Curioli;

**Frederick Curry III**, representative of the estate of Beverly L. Curry;

**Raquel D'Amadeo,** representative of the estate of Vincent Gerard D'Amadeo;

**Louisa D'Antonio**, representative of the estate of Mary D'Antonio;
**Linda D'Atri,** representative of the estate of Edward A. D'Atri;

**Jennifer D'Auria,** representative of the estate of Joseph R. Allen;

**Grace D'Esposito**, representative of the estate of Michael Jude D'Esposito;

**Jennifer Damaskinos,** representative of the estate of Thomas Damaskinos;

**Barbara DaMota,** representative of the estate of Manuel DaMota;

**Amy Davidson,** representative of the estate of Scott Davidson;

**Ellen Davidson,** representative of the estate of Michael A. Davidson;

**Elizabeth Davila-Lopez,** representative of the estate of Daniel Lopez;

**Daphne Davis,** representative of the estate of Clinton Davis Sr.;

**Brigitte Day**, representative of the estate of Edward Day;

**Paul DeAngelis**, representative of the estate of Robert J. DeAngelis Jr.;

**Joaquim deAraujo,** representative of the estate of Dorothy A. DeAraujo;

**Jacques Debeuneure,** representative of the estate of James D. Debeuneure;

**George DeBin**, representative of the estate of Anna M. DeBin;

**Asuncion deChavez**, representative of the estate of Jayceryll M. deChavez;

**Bibiano deChavez,** representative of the estate of Jayceryll M. deChavez;

**Virginia DeCola,** representative of the estate of Paul DeCola;

**Nik Dedvukaj,** representative of the estate of Simon Marash Dedvukaj;

**Michele DeFazio,** representative of the estate of Jason DeFazio;

**Manuel del Valle Sr.,** representative of the estate of Manuel del Valle Jr.;

**Sally DeLeo**, representative of the estate of Vito Joseph DeLeo;

**Richard Dell Italia**, representative of the estate of Richard Dell Italia;

**Joan DeMeo,** representative of the estate of Martin N. DeMeo;

**Joanne DeSimone**, representative of the estate of Edward DeSimone III;

**Cheryl Desmarais,** representative of the estate of Mark L. Charette;

38

**Carmelo Di Franco,** representative of the estate of Carl A. Di Franco;

**LaShawn Dickens,** representative of the estate of Rodney Alonzo Dickens;

**Loisanne Diehl,** representative of the estate of Michael Diehl;

**William Dietrich,** representative of the estate of Karen Lynn Seymour;

**Susan DiFato,** representative of the estate of John DiFato;

**Patricia DiFazio,** representative of the estate of Vincent F. DiFazio;

**Carole DiFranco,** representative of the estate of Carl A. Di Franco;

**Melissa DiPasquale,** representative of the estate of George DiPasquale;

**Andrea Doctor,** representative of the estate of Johnnie Doctor Jr.;

**Jonathan Dodge,** representative of the estate of Vita Marino;

**Lisa Dolan,** representative of the estate of Robert E. Dolan

**Helen Dollard,** representative of the estate of Neil M. Dollard;

**Frank Dominguez,** representative of the estate of Jerome Dominguez;

**Martha Dominguez,** representative of the estate of Alberto Piriz Dominguez;

**Elaine Donovan,** representative of the estate of William Howard Donovan;

**James Donovan,** representative of the estate of Jacqueline Donovan;

**Morris Dorf,** representative of the estate of Stephen Scott Dorf;

**Earl Dorsey**, representative of the estate of Dora Marie Menchaca;

**William Doyle Sr.,** representative of the estate of Joseph Michael Doyle;

**Adelaide Driscoll,** representative of the estate of Patrick Joseph Driscoll;

**Ann Driscoll,** representative of the estate of Stephen Patrick Driscoll;

**Robert Duffy**, representative of the estate of Gerard J. Duffy;

**Thomas Duffy,** representative of the estate of Gerard J. Duff;

**Raymond Duger,** representative of the estate of Antoinette Duger;

**Mitchell Duggan,** representative of the estate of Jackie Sayegh Duggan;

**James Dunne III,** representative of the estate of Christopher Quackenbush;

**Janet Dunstan,** representative of the estate of Richard A. Dunstan;

**Beverly Eckert,** representative of the estate of Sean Rooney;

**Audrey Economos,** representative of the estate of Constantine Economos;

**Anna Maria Egan**, representative of the estate of Michael Egan;

**Robert Elferis,** representative of the estate of Michael J. Elferis;

**Elizabeth Emery,** representative of the estate of Edgar H. Emery Jr.;

**Rogelio Escarcega,** representative of the estate of Sarah Ali Escarcega;

**Stephanie Esposito,** representative of the estate of William J. Esposito;

**Michael Esposito,** representative of the estate of Bridget Esposito;

**Jean Etzold,** representative of the estate of Barbara Etzold;

**Corinne Evans,** representative of the estate of Eric Brian Evans;

**Charles Evans Sr.,** representative of the estate of Eric Brian Evans;

**Jennifer Ewart,** representative of the estate of Meredith Ewart;

**Kenneth Bruce Fairben,** representative of the estate of Keith George Fairben;

**Patricia Fallon,** representative of the estate of Jamie Lynn Fallon;

**Ruth Fangman,** representative of the estate of Robert John Fangman;

**Beth Ann Faragher,** representative of the estate of Kathleen Faragher;

**Marjorie Farley,** representative of the estate of Paige Farley Hackel;

**Helenora Farrell,** representative of the estate of Terrence P. Farrell;

**James Farrell,** representative of the estate of John G. Farrell;

**Stacey Farrelly,** representative of the estate of Joseph Farrelly;

**Linda Ann Favuzza,** representative of the estate of Bernard Favuzza;

**Janet Fazio,** representative of the estate of Ronald C. Fazio Sr.;

**Robert Fazio Sr.,** representative of the estate of Robert Fazio Jr.;

**William Feehan,** representative of the estate of William M. Feehan;

**Linda Fergus,** representative of the estate of Edward Thomas Fergus Jr.;

**Corazon Fernandez,** representative of the estate of Judy Hazel Fernandez;

**Rosanna Ferrugio,** representative of the estate of David Ferrugio;

**Frank Fetchet,** representative of the estate of Bradley James Fetchet;

**Robert Fialko,** representative of the estate of Jennifer L. Fialko;

**Evelyn Fialko,** representative of the estate of Jennifer L. Fialko;

**Warren Fiedel,** representative of the estate of Kristen Nicole Fiedel;

**William Fields Sr.,** representative of the estate of Amelia V. Fields;

**Loretta Filipov,** representative of the estate of Alexander Milan Filipov;

**Karen Fiorito,** representative of the estate of John B. Fiorito;

**Jean Fischer,** representative of the estate of John R. Fischer;

**Christine Fisher,** representative of the estate of Gerald Paul Fisher;

**Susan Fisher,** representative of the estate of Thomas J. Fisher;

**Susan Fisher,** representative of the estate of Bennett Lawson Fisher;

**Marianne Fitzpatrick,** representative of the estate of Thomas J. Fitzpatrick;

**Joan Fiumefreddo,** representative of the estate of Salvatore A. Fiumefreddo;

**Michael Flagg,** representative of the estate of Darlene Embree Flagg;

**Lila May Flounders,** representative of the estate of Joseph W. Flounders;

**Deborah Fodor,** representative of the estate of Michael N. Fodor;

**Mary Grace Foti,** representative of the estate of Robert Foti;

**Nancy Fox,** representative of the estate of Jeffrey L. Fox;

**Mary Froehner,** representative of the estate of Gregg J. Froehner;

**Katherine Fumando,** representative of the estate of Clement Fumando;

**Cynthia Furmato,** representative of the estate of Paul Furmato;

**Haven Fyfe,** representative of the estate of Karleton D. Fyfe;

**Peter Gadiel,** representative of the estate of James Gadiel;

**Kevin Gaff,** representative of the estate of Pamela Lee Gaff;

**Anthony Galante,** representative of the estate of Deanna Micciulli Galante;

**Giovanni Galante,** representative of the estate of Grace Galante;

**Maria Galea,** representative of the estate of Frances Haros;

**Regina Gallagher,** representative of the estate of Daniel James Gallagher;

**Anthony Gambale,** representative of the estate of Giovanna G. Gambale;

**Robin Gann,** representative of the estate of Claude Michael Gann;

**Andrea Garbarini,** representative of the estate of Charles Garbarini;

**Carmen Garcia,** representative of the estate of Ivan Vale;

**Carmen Garcia,** representative of the estate of Felix Vale;

**Celeste Garcia,** representative of the estate of Cesar R. Garcia;

**Deborah Garcia,** representative of the estate of David Garcia;

**Dorothy Garcia,** representative of the estate of Andrew Garcia;

**Wanda Garcia-Ortiz,** representative of the estate of Emilio Ortiz;

**Amy Gardner**, representative of the estate of Jeffrey B. Gardner;

**Harvey Gardner,** representative of the estate of Harvey Joseph Gardner III;

**Jennifer Gardner,** representative of the estate of Douglas B. Gardner;

**Susan Gardner,** representative of the estate of Christopher S. Gardner;

**Antonia Gargano,** representative of the estate of Rocco Nino Gargano;

**Frances Garvey,** representative of the estate of Matthew D. Garvey;

**Luis Gaston,** representative of the estate of Betsy Martinez;

**Jacqueline Gavagan,** representative of the estate of Donald R. Gavagan Jr.;

**Sonia Gawas,** representative of the estate of Ganesh Ladkat;

**Linda Gay,** representative of the estate of Peter A. Gay;

**Solomon Gayle,** representative of the estate of Seilai Khoo;

**Maurizio Gazzani,** representative of the estate of Terence D. Gazzani;

**Tracy Gazzani,** representative of the estate of Terence D. Gazzani;

**Mathilda Geidel,** representative of the estate of Gary Paul Geidel;

**Richard George,** representative of the estate of Linda George;

**Hans Gerhardt,** representative of the estate of Ralph Gerhardt;

**Rochelle Gerlich**, representative of the estate of Robert J. Gerlich;

**Roman Gertsberg,** representative of the estate of Marina Gertsberg;

**Rosemarie Giallombardo,** representative of the estate of Paul Richard Salvio;

**Joseph Gibson III**, representative of the estate of Brenda C. Gibson;

**Jacqueline Gilbert,** representative of the estate of Timothy Paul Gilbert;

**Deena Gilbey,** representative of the estate of Paul Stuart Gilbey;

**Eleanor Gillette,** representative of the estate of Evan Hunter Gillette;

**Elizabeth Gilligan,** representative of the estate of Ronald L. Gilligan;

**April Ginley,** representative of the estate of John  F. Ginley;

**Elda Giron,** representative of the estate of Fabian Soto;

**Sali Gjonbalaj,** representative of the estate of Mon Gjonbalaj;

**Herbert Gladstone,** representative of the estate of Dianne Gladstone;

**Benjamin Glascoe,** representative of the estate of Keith Alexander Glascoe;

**Judith Glick,** representative of the estate of Barry H. Glick;

**Daniela Gogliormella,** representative of the estate of Michael Gogliormella;

**Lisa Goldberg,** representative of the estate of Martin Edward McWilliams;

**Rise Goldflam,** representative of the estate of Jeffrey Goldflam;

**Irene Golinski,** representative of the estate of Ronald F. Golinski;

**Hortensia Gonzalez,** representative of the estate of Dennis Mojica;

**Ellen Goodchild,** representative of the estate of Lynn Catherine Goodchild;

**William Goodchild,** representative of the estate of Lynn Catherine Goodchild;

**Claire Gorayeb,** representative of the estate of Catherine C. Gorayeb;

**Barbara Gowell,** representative of the estate of Douglas A. Gowell;

**Jack Grandcolas,** representative of the estate of Lauren C. Grandcolas;

**James Gray,** representative of the estate of Christopher Stewart Gray;

**Jean Marie Gray,** representative of the estate of James M. Gray;

**Tina Grazioso,** representative of the estate of John Grazioso;

**Roxanne Green**, representative of the estate of Wade Brian Green;

**Kelly Green-Grady,** representative of the estate of Christopher Michael Grady;

**Patricia Greene-Wotton,** representative of the estate of Rodney James Wotton;

**Michael Greenstein,** representative of the estate of Eileen Greenstein;

**Maureen Gregory,** representative of the estate of Donald H. Gregory;

**Judith Grimner,** representative of the estate of David Joseph Grimner;

**Laura Grygotis,** representative of the estate of John M. Pocher;

**Joanne Grzelak,** representative of the estate of Joseph Grzelak;

**Patricia Grzymalski,** representative of the estate of Matthew James Grzymalski;

**Jerry Guadagno,** representative of the estate of Richard J. Guadagno;

**Elise Guadalupe,** representative of the estate of Jose Antonio Guadalupe;

**Annie Guerrero,** representative of the estate of Roland Pacheco;

**Irinie Guirguis,** representative of the estate of Albert W. Elmarry;

**Thomas Guza,** representative of the estate of Philip T. Guza;

**Anthony Guzzardo,** representative of the estate of Barbara Guzzardo;

**Gloria Hagis,** representative of the estate of Steven M. Hagis

**Geraldine Halderman,** representative of the estate of David Halderman

**Beverly Hall,** representative of the estate of Vaswald Hall;

**Jeraldine Halligan,** representative of the estate of Robert John Halligan;

**Maureen Halvorson,** representative of the estate of James D. Halvorson;

**Elizabeth Hamilton,** representative of the estate of Robert Hamilton;

**Bryan Hanley,** representative of the estate of Sean Hanley;

**Eileen Hannaford,** representative of the estate of Kevin James Hannaford;

**Thomas Hannon,** representative of the estate of Dana Rey Hannon;

**C. Lee Hanson,** representative of the estate of Peter Burton Hanson;

**C. Lee Hanson,** representative of the estate of Christine Lee Hanson;

**Gloria Haramis,** representative of the estate of Cassikios G. Haramis;

**Judith Hardacre,** representative of the estate of Gerald Hardacre;

**Debra Harlin,** representative of the estate of Daniel Edward Harlin;

**Arvette Harris,** representative of the estate of Aisha Ann Harris;

**Laurie Hart,** representative of the estate of John P. Hart;

**Robert Harvey,** representative of the estate of Sarah Elizabeth Manley;

**Rita Hashem,** representative of the estate of Peter Paul Hashem;

**Elizabeth Hatton,** representative of the estate of Terence Sean Hatton;

**Erika Haub,** representative of the estate of Michael Haub;

**Fiona Havlish,** representative of the estate of Donald G. Havlish Jr.;

**ElizabethGail Hayden,** representative of the estate of James E. Hayden;

**Charles Hazelcorn,** representative of the estate of Scott Hazelcorn;

**Bernard Heeran,** representative of the estate of Charles F.X. Heeran;

**Thomas Heidenberger,** representative of the estate of Michele M. Heidenberger;

**Debora Hemschoot,** representative of the estate of Mark Hemschoot;

**Alison Henderson,** representative of the estate of Christopher Sean Caton;

**George Henrique**, representative of the estate of Michelle Marie Henrique;

**Alice Henry,** representative of the estate of Joseph P. Henry;

**Edward Henry,** representative of the estate of Joseph P. Henry;

**Theresa Hepburn,** representative of the estate of Robert Allan Hepburn;

**Eslyn Hernandez,** representative of the estate of Claribel Hernandez;

**Eulogia Hernandez,** representative of the estate of Norberto Hernandez;

**Leslie Hersch,** representative of the estate of Jeffrey A. Hersch;

**Diana Hetzel,** representative of the estate of Thomas J. Hetzel;

**Caren Higgins,** representative of the estate of Timothy Higgins;

**George Hindy,** representative of the estate of Mark D. Hindy;

**Caryn Hinson,** representative of the estate of Michael Robert Wittenstein;

**Sheila Hobin,** representative of the estate of James J. Hobin;

**Cynthia Hobson,** representative of the estate of Robert Wayne Hobson III;

**Barbara Hoerner,** representative of the estate of Ronald G. Hoerner;

**Eileen Hoey,** representative of the estate of Patrick Aloysius Hoey;

**Rebecca Hofer,** representative of the estate of John Hofer;

**Gabrielle Hoffman,** representative of the estate of Stephen G. Hoffman;

**Gail Hoffmann,** representative of the estate of Michele Hoffmann;

**Gail Hoffmann,** representative of the estate of Frederick Hoffmann;

**Alice Hoglan,** representative of the estate of Mark K. Bingham;

**Stephen Holland,** representative of the estate of Cora Hidalgo Holland;

**Karen Homer,** representative of the estate of Herbert W. Homer;

**Tu HoNguyen,** representative of the estate of Khang N. Nguyen;

**Rita Hopper,** representative of the estate of James P. Hopper;

**Lisa Hord,** representative of the estate of Montgomery M. Hord;

**Kurt Horning,** representative of the estate of Matthew D. Horning;

**Patricia Horohoe,** representative of the estate of Robert L. Horohoe Jr.;

**Robert Horohoe Sr.,** representative of the estate of Robert L. Horohoe Jr.;

**Miriam Horrocks,** representative of the estate of Michael Robert Horrocks;

**Allan Horwitz,** representative of the estate of Aaron Horwitz;

**Sonya Houston,** representative of the estate of Uhuru Gonja Houston;

**Emily Howell,** representative of the estate of Michael C. Howell;

**Donna Hughes,** representative of the estate of Paul R. Hughes;

**Henry Hughes,** representative of the estate of Kris Robert Hughes;

**Louise Hughes,** representative of the estate of Robert T. Hughes Jr.;

**Robert Hughes**, representative of the estate of Robert T. Hughes Jr.;

**Rosanne Hughes,** representative of the estate of Thomas F. Hughes Jr.;

**Christine Huhn**, representative of the estate of David Martin Graifman;

**Tennyson Huie,** representative of the estate of Susan Huie;

**Jennifer Woodward Hunt,** representative of the estate of William Hunt;

**Beatriz Hymel,** representative of the estate of Robert Joseph Hymel;

**Joseph Ianelli,** representative of the estate of Joseph A. Ianelli;

**Monica Iken,** representative of the estate of Michael Patrick Iken;

**Gloria Ingrassia,** representative of the estate of Christopher Noble Ingrassia;

**Lisa Inzerillo,** representative of the estate of William E. Krukowski;

**Steven Irgang,** representative of the estate of Doug Irgang;

**Lauri Isbrandtsen,** representative of the estate of Erik Hans Isbrandtsen;

**Anna Ivantsov,** representative of the estate of Aleksandr Ivantsov;

**Barry Jablonski**, representative of the estate of Virginia Jablonski;

**Martha Jackson-Holley,** representative of the estate of Jimmie I. Holley;

**Jennifer Jacobs,** representative of the estate of Jason Kyle Jacobs;

**Deborah Jacobson,** representative of the estate of Steven A. Jacobson;

**Kimberly Jacoby,** representative of the estate of Steven Donald Jacoby;

**Louis Jagoda,** representative of the estate of Jake D. Jagoda;

**Sneh Jain,** representative of the estate of Yudh V. Jain;

**Catherine Jalbert,** representative of the estate of Robert A. Jalbert;

**Aram Jarret Jr.,** representative of the estate of Amy Nicole Jarret;

**Diane Java**, representative of the estate of Jeff L. Simpson;

**Gisele Jean-Gilles,** representative of the estate of Mark Y. Gilles;

**Jennifer Jenkins,** representative of the estate of Joseph Jenkins Jr.;

**Frank Jensen,** representative of the estate of Suzanne M. Calley;

**Meena Jerath,** representative of the estate of Prem N. Jerath;

**Ju-Hsiu Jian,** representative of the estate of Hweidar Jian;

**Glyn John,** representative of the estate of Nicholas John;

**Timothy John,** representative of the estate of Nicholas John;

**Debra Johnson,** representative of the estate of David J. Williams;

**Joyce Johnson,** representative of the estate of Dennis M. Johnson;

**Yassin Johnson,** representative of the estate of Jemal Legesse DeSantis;

**Harry Jones IV,** representative of the estate of Allison H. Jones;

**Mary Jones,** representative of the estate of Charles E. Jones;

**Mary Jones,** representative of the estate of Christoffer Mikael Carstanjen;

**Shawn Jones,** representative of the estate of Jeannine Damiani-Jones;

**Susan Jones,** representative of the estate of Christopher Jones;

**Jennifer Josiah,** representative of the estate of Jane Eileen Josiah;

**Kelly Josiah,** representative of the estate of Jane Eileen Josiah;

**Sentija Jovic,** representative of the estate of Anthony Jovic;

**Ellen Judd,** representative of the estate of Christine Egan;

**Vincent Kane,** representative of the estate of Vincent Kane;

**Tamara Kanter,** representative of the estate of Sheldon Robert Kanter;

**Francine Kaplan,** representative of the estate of Robin Kaplan;

**Harold Kaplan,** representative of the estate of Deborah H. Kaplan;

**Lauren Kasper,** representative of the estate of Charles Kasper;

**Barbara Keane,** representative of the estate of Edward T. Keane;

**Judith Keane,** representative of the estate of Richard M. Keane;

**Denise Keasler,** representative of the estate of Karol Ann Keasler;

**Diane Keating,** representative of the estate of Ryan Fitzgerald;

**Michael Keating,** representative of the estate of Barbara Ann Keating;

**Kristen Keene,** representative of the estate of Leo Russell Keene III;

**JoAnne Kelly,** representative of the estate of William H. Kelly Jr.;

**William Kelly Sr.,** representative of the estate of William H. Kelly Jr.;

**Elizabeth Kemmerer,** representative of the estate of Hilda Marcin;

**Donald Keohane,** representative of the estate of John Richard Keohane;

**Hedi Kershaw,** representative of the estate of Ralph Kershaw;

**Granvilette Kestenbaum,** representative of the estate of Howard L. Kestenbaum;

**Tahira Khan**, representative of the estate of Taimour Khan;

**Henry Kiefer,** representative of the estate of Michael Kiefer;

**Sheila Kiernan,** representative of the estate of Christopher R. Zarba Jr;
**John Kim,** representative of the estate of Sue Ju Hanson;

**Alison Kinney,** representative of the estate of Brian Kevin Kinney;

**James Kirby,** representative of the estate of Chris M. Kirby;

**Rochelle Kirschbaum,** representative of the estate of Howard Barry Kirschbaum;

**Kevin Kittle,** representative of the estate of Helen P. Crossin-Kittle;

**Christina Kminek,** representative of the estate of Mari-Rae Sopper;

**Mea Knapp Esq.,** representative of the estate of Benilda Domingo;

**Grace Kneski,** representative of the estate of Steven Cafiero;

**Nancy Knox,** representative of the estate of Thomas Patrick Knox;

**Robert Kobus,** representative of the estate of Deborah Kobus;

**Geoffrey Kohart,** representative of the estate of Ryan A. Kohart;

**Aimee Kondratenko/Garrison,** representative of the estate of Suzanne Kondratenko;

**Nina Kostic,** representative of the estate of Bojan Kostic;

**Zoe Kousoulis,** representative of the estate of Danielle Kousoulis;

**Maria Koutny,** representative of the estate of Marie Pappalardo;

**Felix Ksido,** representative of the estate of Lyudmila Ksido;

**Nancy Kumpel,** representative of the estate of Kenneth B. Kumpel;

**James Kuveikis,** representative of the estate of Thomas J. Kuveikis;

**Eric LaBorie,** representative of the estate of Kathryn LaBorie;

**Dominick LaFalce,** representative of the estate of Joseph A. LaFalce;

**Linda Lalama,** representative of the estate of Franco Lalama;

**Amy Zhang Lam,** representative of the estate of Chow Kwan Lam;

**Richard Lane,** representative of the estate of Robert T. Lane;

**Sandra Lang,** representative of the estate of Brendan Mark Lang;

**Joseph Langley, representative** of the estate of Mary Lou Langley;

**Robert Lanza Jr.,** representative of the estate of Michele Lanza;

**Stephen Larrabee,** representative of the estate of Christopher R. Larrabee;

**Caroline Larsen,** representative of the estate of Scott Larsen;

**Kim Lasko,** representative of the estate of Gary E. Lasko;

**Virginia LaTouche,** representative of the estate of Jeffrey G. LaTouche;

**Joseph LaVache,** representative of the estate of Maria LaVache;

**Dolores LaVerde,** representative of the estate of Jeannine LaVerde;

**Deena Laverty,** representative of the estate of Anna A. Laverty;

**Victoria Lawn,** representative of the estate of Steven Lawn;

**Suzanne Lawrence,** representative of the estate of Robert A. Lawrence Jr.;

**Laurie Miller Laychak,** representative of the estate of David William Laychak;

**Ann Leavy,** representative of the estate of Neil J. Leavy;

**Caroline Leavy,** representative of the estate of Joseph Leavy;

**Linda LeBlanc,** representative of the estate of Natalie Janis Lasden;

**Angela Lee,** representative of the estate of David S. Lee;

**Edward Lee,** representative of the estate of Juanita Lee;

**Jungmi Lee,** representative of the estate of Dong Chul Lee;

**Kellie Lee,** representative of the estate of Daniel John Lee;

**Kui Liong Lee,** representative of the estate of Siew-Nya Ang;

**Mary Lou Lee,** representative of the estate of Chih Min Foo;

**Myong Lee,** representative of the estate of Linda C. Lee;

**Alicia Leguillow,** representative of the estate of Nestor A. Cintron;

**Hayley Natalie Lehrfeld,** representative of the estate of Eric Andrew Lehrfeld;

**Carie Lemack,** representative of the estate of Judith Camilla Larocque;

**Danielle Lemack,** representative of the estate of Judith Camilla Larocque;

**Ingrid Lenihan,** representative of the estate of Joseph A. Lenihan;

**Patricia Lennon,** representative of the estate of John J. Lennon Jr.;

**Irene Lesiw,** representative of the estate of John Skala;

**Dennis Levi,** representative of the estate of John D. Levi;

**Jennifer Levi-Longyear,** representative of the estate of John D. Levi;

**Roni Levine,** representative of the estate of Robert Levine;

**Dolores Libretti,** representative of the estate of Daniel Libretti;

**Mark Lichtschein,** representative of the estate of Edward Lichtschein;

**Vyacheslav Ligay,** representative of the estate of Zhentta Tsoy Ligay;

**Haydee Lillo,** representative of the estate of Carlos R. Lillo;

**Caroline Lilore,** representative of the estate of Craig Damian Lilore;

**Deryck Lindo,** representative of the estate of Nickie Lindo;

**Carol Ann Linehan,** representative of the estate of Thomas V. Linehan Jr.;

**Jin Liu,** representative of the estate of Liming Gu;

**Jiun-Min Liu,** representative of the estate of Ming-Hao Liu;

**Jean Lucido Lizzul,** representative of the estate of Martin Lizzul;

**Eugenia Llanes,** representative of the estate of George Andrew Llanes;

**Robert Logler,** representative of the estate of Elizabeth C. Logler;

**Carmelo Loguidice,** representative of the estate of Catherine Lisa Loguidice;

**Dening Lohez,** representative of the estate of Jerome Lohez;

**Christopher Longing,** representative of the estate of Laura M. Longing;

**Rhonda Lopez,** representative of the estate of Maclovio Lopez;

**Theresann Lostrangio,** representative of the estate of Joseph Lostrangio;

**Sharon Louis,** representative of the estate of Stuart Seid Louis;

**James Lovero,** representative of the estate of Joseph Lovero;

**Joanne Lovett,** representative of the estate of Brian Nunez;

**Gary Michael Low,** representative of the estate of Sara Elizabeth Low;

**Michelle Ludwig,** representative of the estate of Lee Charles Ludwig;

**Eileen Lugano,** representative of the estate of Sean Thomas Lugano;

**Marie Lukas,** representative of the estate of Marie Lukas;

**Karen Lunder,** representative of the estate of Christopher Edmund Lunder;

**Geraldine Luparello,** representative of the estate of Anthony Luparello;

**Howard Lutnick,** representative of the estate of Gary Frederick Lutnick III;

**Ralph Luzzicone,** representative of the estate of Linda Luzzicone;

**Vladimir Lygin,** representative of the estate of Alexander Lygin;

**Valentina Lygina,** representative of the estate of Alexander Lygin;

**Lorne Lyles,** representative of the estate of CeeCee Louise Lyles;

**Elizabeth Lynch,** representative of the estate of Robert H. Lynch;

**Jacqueline Lynch,** representative of the estate of Terence M. Lynch;

**John Lynch,** representative of the estate of Michael Francis Lynch;

**Michael Lynch,** representative of the estate of Sean Patrick Lynch;

**Irene Lyons,** representative of the estate of Patrick John Lyons;

**Kenneth Mace,** representative of the estate of Robert Francis Mace;

**Douglas Mackay,** representative of the estate of Susan Mackay;

**Maura Madden,** representative of the estate of Richard B. Madden;

**Maureen Maddison,** representative of the estate of Simon Maddison;

**Jennifer Lyn Maerz,** representative of the estate of Noell Charles Maerz;

**Linda Maffeo,** representative of the estate of Joseph Maffeo;

**Beth Mahon,** representative of the estate of Thomas Mahon;

**Laura Maler,** representative of the estate of Alfred Russell Maler;

**Kathleen Maloney,** representative of the estate of Joseph Maloney;

**Jane Maltby,** representative of the estate of Christian H. Maltby;

**Kathleen Mangano,** representative of the estate of Joseph Mangano;

**Kenneth Mannetta,** representative of the estate of Debra M. Mannetta;

**Chrislan Fuller Manuel,** representative of the estate of Meta L. Waller;

**Norma Margiotta,** representative of the estate of Charles Joseph Margiotta;

**Dennis Marlo,** representative of the estate of Kevin D. Marlo;

**Nancy Daria Marra,** representative of the estate of Michael D'Auria;

**Jodi Marrero,** representative of the estate of Jose Marrero;

**Donn Marshall,** representative of the estate of Shelley A. Marshall;

**Deborah Martin,** representative of the estate of William J. Martin;

**John Martin,** representative of the estate of Karren A. Martin;

**Paul Martin,** representative of the estate of Karren A. Martin;

**Aida Martinez,** representative of the estate of Jose A. Martinez;

**Lisa Martini,** representative of the estate of Paul Richard Martini;

**Anthony Martino,** representative of the estate of Anne Marie Martino-Cramer;

**Mildred Martino,** representative of the estate of Anne Marie Martino-Cramer;

**Catherine Masak,** representative of the estate of Catherine Lisa Loguidice;

**Joan Masi,** representative of the estate of Stephen F. Masi;

**Diane Massaroli,** representative of the estate of Michael Massaroli;

**Karen Mastrandrea,** representative of the estate of Philip W. Mastrandrea Jr.;

**Margaret Mathers,** representative of the estate of Charles W. Mathers;

**Elizabeth Mattson,** representative of the estate of Robert D. Mattson;

**Denise Matuza,** representative of the estate of Walter Matuza;

**Margaret Mauro,** representative of the estate of Dorothy Mauro;

**Ronald May,** representative of the estate of Renee A. May;

**Kathleen Maycen,** representative of the estate of Lindsay S. Morehouse;

**Catherine Mazzella,** representative of the estate of Edward Mazzella Jr.;

**Catherine Mazzotta,** representative of the estate of Jennifer Lynn Mazzotta;

**Vertistine Mbaya,** representative of the estate of Kaaria William Mbaya;

**Dawn McAleese,** representative of the estate of Brian G. McAleese;

**James McAneney,** representative of the estate of Patricia A. McAneney;

**Paula McAvoy,** representative of the estate of John K. McAvoy;

**Marsha McBrayer,** representative of the estate of Kenneth M. McBrayer;

**Lynn McCabe,** representative of the estate of Michael J. McCabe;

**Margaret McCrane,** representative of the estate of Mary Herencia;

**Cynthia McDay,** representative of the estate of Tonyell F. McDay;

**Denise McDonald,** representative of the estate of Joseph Paul McDonald;

**Cheryl McDonnell,** representative of the estate of Michael P. McDonnell;

**Bonnie McEneaney,** representative of the estate of Eamon McEneaney;

**William McGinly,** representative of the estate of Mark Ryan McGinly;

**Mary Sue McGovern,** representative of the estate of William J. McGovern;

**Lynn McGuinn,** representative of the estate of Francis Noel McGuinn;

**Danielle McGuire,** representative of the estate of Patrick McGuire;

**Kathleen McGuire,** representative of the estate of Stephen Huczko;

**Sherry McHeffey,** representative of the estate of Keith McHeffey;

**Maria McHugh**, representative of the estate of Michael E. McHugh;

**Una McHugh,** representative of the estate of Dennis Patrick McHugh;

**Bernadette McHugh-Torres,** representative of the estate of Denis J. McHugh III;

**Jeannine McIntyre**, representative of the estate of Donald J. McIntyre;

**Patricia McKenna**, representative of the estate of Stephanie McKenna;

**Katherine McNeal,** representative of the estate of Daniel W. McNeal;

**Katherine McPadden,** representative of the estate of Robert W. McPadden;

**Eli Medina,** representative of the estate of Abigail Medina;

**Maureen Meehan,** representative of the estate of William J. Meehan Jr.;

**Gopal Mehta,** representative of the estate of Alok K. Mehta;

**Joanne Meisenheimer,** representative of the estate of Raymond Meisenheimer;

**Lisa Meltzer,** representative of the estate of Stuart Todd Meltzer;

**Debra Menich,** representative of the estate of Kevin Micheal McCarthy;

**Joyce Mercer,** representative of the estate of Scott Kopytko;

**Debra Mercurio,** representative of the estate of Ralph Mercurio;

**Maria Merwin,** representative of the estate of Ronald L. Gamboa;

**Patricia Milano,** representative of the estate of Peter T. Milano;

**Joseph Milanowycz,** representative of the estate of Gregory Milanowycz;

**Betty Ann Miller,** representative of the estate of Michael Matthew Miller;

**David James Miller**, representative of the estate of Nicole Carol Miller;

**Holly Ann Miller,** representative of the estate of Craig James Miller;

**James Miller,** representative of the estate of Michael Matthew Miller;

**Michele Miller,** representative of the estate of Mitchel Scott Wallace;

**Mitoko Miller,** representative of the estate of Robert C. Miller Jr.;

**Toby Millman,** representative of the estate of Benjamin Millman;

**Paula Minara,** representative of the estate of Robert Minara;

**Philomena Mistrulli,** representative of the estate of Joseph D. Mistrulli;

**Maureen Mitchell,** representative of the estate of Paul T. Mitchell;

**Joyce Miuccio,** representative of the estate of Richard Miuccio;

**Suzanne Mladenik**, representative of the estate of Jeffrey P. Mladenik;

**Tessie Molina-Forsythe,** representative of the estate of Christopher Hugh Forsythe;

**Donna Molinaro,** representative of the estate of Carl Eugene Molinaro;

**Jodi Molisani,** representative of the estate of Justin John Molisani Jr.;

**Bernard Monaghan,** representative of the estate of Brian Patrick Monaghan;

**Matthew Monahan,** representative of the estate of Franklyn Monahan;

**Caren Montano,** representative of the estate of Craig D. Montano;

**Nancy Montesi,** representative of the estate of Michael G. Montesi;

**Michael Monyak,** representative of the estate of Cheryl A. Monyak;

**Elizabeth Moran,** representative of the estate of John Christopher Moran;

**Ivy Moreno,** representative of the estate of Yvette Nicole Miller;

**Nykia Morgan,** representative of the estate of Dorothy R. Morgan;

**Harold Morris Jr.,** representative of the estate of Lynne Irene Morris;

**Lynn Morris,** representative of the estate of Seth A. Morris;

**Patricia Morris,** representative of the estate of Lynne Irene Morris;

**Lorraine Moskal,** representative of the estate of William David Moskal;

**Mary Moutos,** representative of the estate of Peter C. Moutos;

**Gricel Moyer,** representative of the estate of Manuel del Valle Jr.;

**Constance Muldowney,** representative of the estate of Richard Muldowney;

**Sara Mulligan,** representative of the estate of Peter James Mulligan;

**Lynn Mullin,** representative of the estate of Michael Joseph Mullin;

**Susan King Munhall,** representative of the estate of James Donald Munhall;

**Laurie Murach,** representative of the estate of Robert Murach;

**Catherine Murphy,** representative of the estate of Christopher W. Murphy;

**Ryan Murphy,** representative of the estate of Edward Charles Murphy;

**Patricia Murray,** representative of the estate of John Joseph Murray;

**Rory Murray,** representative of the estate of John  J. Murray;

**Jessica Murrow-Adams,** representative of the estate of Stephen George Adams;

**Natalia Mushinski,** representative of the estate of Iouri Mouchinski;

**Nicola Napier,** representative of the estate of Alexander Napier;

**Baldev Narula**, representative of the estate of Maniki Narula;

**Margaret Nassaney**, representative of the estate of Shawn Nassaney;

**Patrick Nassaney Sr.,** representative of the estate of Shawn Nassaney;

**Keolahmatie Nath,** representative of the estate of Narender Nath;

**Julianne Nazario**, representative of the estate of Francis J. Nazario;

**Zandra Lena Neblett,** representative of the estate of Rayman Marcus Neblett;

**Leila Negron,** representative of the estate of Pete Negron;

**Gilberto Neira,** representative of the estate of Laurie Ann Neira;

**Gary Nelson,** representative of the estate of Ann Nicole Nelson;

**Rosanne Nelson,** representative of the estate of James Nelson;

**Paul Newell**, representative of the estate of Renee Tetreault Newell;

**Charles Niederer,** representative of the estate of Martin Stewart Niederer;

**Nancy Niedermeyer,** representative of the estate of Alfonse J. Niedermeyer;

**William Nielsen,** representative of the estate of Michel P. Colbert;

**Jennifer Nilsen,** representative of the estate of Troy Edward Nilsen;

**Patricia Nilsen,** representative of the estate of Anne Marie Martino-Cramer;

**Ellen Niven,** representative of the estate of John Ballentine Nivin;

**Michael Noel,** representative of the estate of Curtis T. Noel;

**Theresa Noel,** representative of the estate of Curtis T. Noel;

**Renee Nolan,** representative of the estate of Daniel R. Nolan;

**Christine O'Berg,** representative of the estate of Dennis O'Berg;

**Cheryl O'Brien**, representative of the estate of Thelma Cuccinello;

**James O'Brien,** representative of the estate of James O'Brien Jr.;

**Rachel O'Brien**, representative of the estate of Michael P. O'Brien;

**Rhonda O'Callaghan,** representative of the estate of Daniel O'Callaghan;

**Andrea O'Hagan,** representative of the estate of Thomas Gerard O'Hagan;

**Carole O'Hare,** representative of the estate of Hilda Marcin;

**Jeanne O'Neill**, representative of the estate of Peter J. O'Neill Jr.;

**Peter O'Neill Sr.,** representative of the estate of Peter J. O'Neill Jr.;

**Maryann O'Rourke,** representative of the estate of Kevin M. O'Rourke;

**Denise Oakley,** representative of the estate of James A. Oakley;

**Suzanne Oelschlager,** representative of the estate of Douglas E. Oelschlager;

**Antoinette Ognibene,** representative of the estate of Philip Paul Ognibene;

**Vincent Ognibene,** representative of the estate of Philip Paul Ognibene;

**Margaret Ogonowski**, representative of the estate of John A. Ogonowski;

**Lynn Olcott,** representative of the estate of Gerald M. Olcott;

**Stella Olender,** representative of the estate of Christine Olender;

**Denise Olsen,** representative of the estate of Jeffrey James Olsen;

**Taube Olsen,** representative of the estate of Eric Taube Olsen;

**Olga Orgielewicz,** representative of the estate of Christopher T. Orgielewicz;

**Edna Kang Ortiz,** representative of the estate of Pablo Ortiz;

**Lauren Osnato,** representative of the estate of Karen Helene Schmidt;

**Herbert Ouida,** representative of the estate of Todd Joseph Ouida;

**Margaret Owen**, representative of the estate of Melanie Louise DeVere;

**Clara Pachomski,** representative of the estate of Wendy A. Wakeford;

**Rekha Packer,** representative of the estate of Michael B. Packer;

**Monique Padilla-Ferrer,** representative of the estate of Michael A. Trinidad;

**Rose Padro-Lebron**, representative of the estate of Diana B. Padro;

**Annette Palazzolo,** representative of the estate of Richard A. Palazzolo;

**Hui Fen Pan,** representative of the estate of Neil K. Lai;

**Barbara Pandolfo,** representative of the estate of Dominique Lisa Pandolfo;

**Janice Pansini,** representative of the estate of Paul J. Pansini;

**Christine Papasso,** representative of the estate of Salvatore T. Papasso;

**Marie Ann Paprocki,** representative of the estate of Denis Lavelle;

**Lachman Parbhu,** representative of the estate of Hardai Parbhu;

**Christina Paris,** representative of the estate of George Paris;

**Charles Parker III,** representative of the estate of Douglas Stone;

**Grace Parkinson-Godshalk,** representative of the estate of William Robert Godshalk;

**Inez Paskins,** representative of the estate of Jerrold H. Paskins;

**Sean Robert Passananti,** representative of the estate of Horace Robert Passananti;

**Yogesh Patel,** representative of the estate of Avnish Ramanbhai Patel;

**Lisa Paterson,** representative of the estate of Steven Bennett Paterson;

**Christine Patterson,** representative of the estate of Adele Sessa;

**Frances Patti,** representative of the estate of Cira Marie Patti;

**Michael Patti,** representative of the estate of Cira Marie Patti;

**Elizabeth Payne,** representative of the estate of William Eben Wilson;

**Bobbie Catherine Peak,** representative of the estate of Stacey Lynn Peak;

**Catherine Pedersen,** representative of the estate of Loretta A. Vero;

**Nancy Pedicini,** representative of the estate of Thomas Pedicini;

**Ryan Pemberton,** representative of the estate of Susan Marie Sauer;

**Michele Pena,** representative of the estate of Angel R. Pena;

**Cielita Peralta,** representative of the estate of Carl Allen Peralta;

**Tammy Perconti,** representative of the estate of Jon A. Perconti;

**Luis Perez,** representative of the estate of Jennifer DeJesus;

**Patricia Perry,** representative of the estate of John William Perry;

**Chiara Pesce,** representative of the estate of Danny Pesce;

**Paul Pesce,** representative of the estate of Danny Pesce;

**Lynn Pescherine,** representative of the estate of Michael Joh Pescherine;

**D. Hamilton Peterson,** representative of the estate of Donald A. Peterson;

**Nicole Petrocelli,** representative of the estate of Mark James Petrocelli;

**Eileen Petti,** representative of the estate of Philip S. Petti;

**Susan Picarro,** representative of the estate of Ludwig John Picarro;

**Petrina Picerno,** representative of the estate of Matthew M. Picerno;

**Jacqueline Pietronico,** representative of the estate of Bernard Pietronico;

**John Pietrunti,** representative of the estate of Nicholas P. Pietrunti;

**Douglas Pinto,** representative of the estate of Susan Elizabeth Pinto;

**Rosemary Piskadlo**, representative of the estate of Joseph Piskadlo;

**Eric Pitman**, representative of the estate of Christopher Todd Pitman;

**Susan Piver**, representative of the estate of Joshua Michael Piver;

**Alla Plakht,** representative of the estate of Igor Zukelman;

**Doreen Plumitallo,** representative of the estate of Joseph Plumitallo;

**Donald Poissant,** representative of the estate of Cynthia Marie Connolly;

**Barbara Polhemus,** representative of the estate of Thomas H. Polhemus;

**Phyllis Pollio,** representative of the estate of Susan M. Pollio;

**Devora Pontell,** representative of the estate of Darin H. Pontell;

**Vasile Poptean,** representative of the estate of Joshua I. Poptean;

**Catherine Powell,** representative of the estate of Scott Alan Powell;

**Harry Powell**, representative of the estate of Brandon J. Powell;

**Edward Prince,** representative of the estate of Wanda Prince;

**Everett Proctor Jr.,** representative of the estate of Everett M. Proctor III;

**Donald Progen**, representative of the estate of Carrie Beth Progen;

**Marie Puccio-Pick**, representative of the estate of Joseph Pick;

**Michael Puckett,** representative of the estate of John F. Puckett;

**Marion Puiia**, representative of the estate of Jacqueline Donovan;

**Melissa Pullis,** representative of the estate of Edward Frank Pullis;

**Jacqueline Pykon,** representative of the estate of Edward Pykon;

**John Quigley,** representative of the estate of Beth Ann Quigley;

**Virginia Quinn,** representative of the estate of Ricardo J. Quinn;

**Frank Racaniello,** representative of the estate of Christopher A. Racaniello;

**Ed Radburn,** representative of the estate of Betty Browne Radburn;

**Donna Ragaglia,** representative of the estate of Leonard J. Ragaglia;

**Vincent Ragusa,** representative of the estate of Michael Paul Ragusa;

**Lenore Raimondi,** representative of the estate of Peter F. Raimondi;

**Lauren Raines,** representative of the estate of Harry A. Raines;

**Ana Raley,** representative of the estate of Ian J. Gray;

**Darlene Rall,** representative of the estate of Edward J. Rall;

**Migdalia Ramos,** representative of the estate of Harry Ramos;

**Alexander Rapoport,** representative of the estate of Faina Rapoport;

**Anna Rasmussen,** representative of the estate of Robert A. Rasmussen;

**Rodney Ratchford,** representative of the estate of Marsha Ratchford;

**Julia Rathkey,** representative of the estate of David A.J. Rathkey;

**Maureen Raub,** representative of the estate of William R. Raub;

**Thomas Reidy,** representative of the estate of Gregg Reidy;

**Karen Reilly,** representative of the estate of
Ronald G. Tartaro;

**Jeanne Fattori Reinig,** representative of the estate of Thomas Barnes Reinig;

**Gayle Reisman,** representative of the estate of Frank Reisman;

**Judith Reiss,** representative of the estate of Joshua Scott Reiss;

**Christina Resta,** representative of the estate of John Resta;

**Jo Ann Riccio,** representative of the estate of Rudolph N. Riccio;

**Hugh Rice,** representative of the estate of David H. Rice;

**Nilsa Rivera,** representative of the estate of Isaias Rivera;

**Elaine Rizza,** representative of the estate of Paul V. Rizza;

**Debra Roberts,** representative of the estate of Leo A. Roberts;

**John Roberts,** representative of the estate of Michael Edward Roberts;

**Paulette Roberts,** representative of the estate of Michael E. Roberts;

**Joyce Ann Rodak,** representative of the estate of John M. Rodak;

**Cristina Rodrigues,** representative of the estate of Antonio J. Rodrigues;

**Carmen Rodriguez,** representative of the estate of Angel Perez Jr.;

**Eloisa Rodriguez,** representative of the estate of Azael Vasquez;

**Ramon Rodriguez,** representative of the estate of Angel Perez Jr.;

**Thomas Roger,** representative of the estate of Jean Destrehan Roger;

**Angela Rogers,** representative of the estate of Karlie Barbara Rogers;

**Keith Rogers,** representative of the estate of Karlie Barbara Rogers;

**Arnold Roma,** representative of the estate of Keith Roma;

**Diane Romero,** representative of the estate of Elvin Romero;

**Patricia Rosen,** representative of the estate of Mark H. Rosen;

**Susan Rosen,** representative of the estate of Joshua S. Vitale;

**Richard Rosenblum,** representative of the estate of Joshua Rosenblum;

**Susan Rosenblum,** representative of the estate of Joshua Rosenblum;

**Avram Rosenthal,** representative of the estate of Joshua Alan Rosenthal;

**Loren Rosenthal,** representative of the estate of Richard D. Rosenthal;

**Marilynn Rosenthal,** representative of the estate of Joshua Alan Rosenthal;

**Jason Rothberg,** representative of the estate of Michael C. Rothberg;

**Meredith Rothenberg,** representative of the estate of Mark D. Rothenberg;

**Fern Ruhalter,** representative of the estate of Adam K. Ruhalter;

**Marie Russell,** representative of the estate of Stephen P. Russell;

**Ralph Sabbag,** representative of the estate of Jason E. Sabbag;

**Brian Saber,** representative of the estate of Scott Saber;

**Bruce Saber,** representative of the estate of Scott Saber;

**Arlene Sacerdote,** representative of the estate of Joseph Sacerdote;

**Stephen Sachs,** representative of the estate of Jessica Leigh Sachs;

**John Safi,** representative of the estate of Jude Elias Safi;

**Melanie Salisbury,** representative of the estate of Edward R. Hennessy Jr.;

**Debra Saloman,** representative of the estate of Wayne J. Saloman;

**Luis Samaniego,** representative of the estate of Carlos A. Samaniego;

**Linda Samuel,** representative of the estate of James K. Samuel Jr.;

**Jose San Pio,** representative of the estate of Sylvia San Pio;

**Felicita Maria Sanchez,** representative of the estate of Jesus Sanchez;

**Carol Sandler,** representative of the estate of Herman S. Sandler;

**Jennifer Sands,** representative of the estate of James Sands Jr.;

**Expedito Santillan,** representative of the estate of Maria Theresa Santillan;

**Frances Santore,** representative of the estate of John A. Santore;

**Ellen Saracini,** representative of the estate of Victor J. Saracini;

**Anarkali Sarkar,** representative of the estate of Kalyan K. Sarkar;

**Valeriy Savinkin,** representative of the estate of Vladimir Savinkin;

**Sheila Scandole,** representative of the estate of Robert L. Scandole;

**Julie Scarpitta,** representative of the estate of Michelle Scarpitta;

**Jeanette Schardt,** representative of the estate of John A. Schardt;

**Elliott Scheinberg,** representative of the estate of Angela Susan Scheinberg;

**Paul Schertzer,** representative of the estate of Scott Mitchell Schertzer;

**Karl Schmidt,** representative of the estate of Karen Helene Schmidt;

**Dina Schott,** representative of the estate of Frank G. Schott Jr.;

**Sharon Schultz,** representative of the estate of Karamo Trerra;

**Charles Scibetta,** representative of the estate of Adriana Scibetta;

**Abraham Scott,** representative of the estate of Janice Marie Scott;

**Denise Scott,** representative of the estate of Randolph Scott;

**Loreen Sellitto,** representative of the estate of Matthew Carmen Sellitto;

**Frances Ruth Selwyn,** representative of the estate of Howard Selwyn;

**Debbi Senko,** representative of the estate of Larry John Senko;

**Bruce Serva,** representative of the estate of Marian H. Serva;

**Irene Sessa,** representative of the estate of Adele Sessa;

**Joel Shapiro,** representative of the estate of Sareve Dukat;

**Paula Shapiro**, representative of the estate of Eric Adam Eisenberg;

**Debra Shaw,** representative of the estate of Jeffrey J. Shaw;

**Dawn Shay,** representative of the estate of Robert J. Shay Jr.;

**Daniel Sheehan,** representative of the estate of Linda June Sheehan;

**Maureen Sherry,** representative of the estate of John Anthony Sherry;

**Wen Shi,** representative of the estate of Weibin Wang;

**Jung Hea Shin,** representative of the estate of Gye Hyong Park;

**Julia Shontere,** representative of the estate of Angela Marie Houtz;

**Sarah Siller,** representative of the estate of Stephen G. Siller;

**Kathleen Simmons,** representative of the estate of Bruce E. Simmons;

**LaWanda Simmons,** representative of the estate of Wendy L. Small;

**Eileen Heather Simon,** representative of the estate of Michael John Simon;

**Ann Simpkin,** representative of the estate of Jane Louise Simpkin;

**Alana Siracuse,** representative of the estate of Peter Siracuse;

**William Skead,** representative of the estate of Christine Sheila McNulty;

**Ronald Sloan,** representative of the estate of Paul Kenneth Sloan;

**Karen Smart,** representative of the estate of James Thomas Waters Jr.;

**Joanne Smith,** representative of the estate of Karl T. Smith Sr.;

**Irene Smolicz,** representative of the estate of Frank J. Koestner;

**Charles O'Neal Snyder,** representative of the estate of Christine Ann Snyder;

**John Snyder,** representative of the estate of Dianne Bullis Snyder;

**Jean Somerville,** representative of the estate of Gregory Stajk;

**Katherine Soulas,** representative of the estate of Timothy Patrick Soulas;

**Paul Spagnoletti,** representative of the estate of Gregory T. Spagnoletti;

**Cheri Magnus Sparacio,** representative of the estate of Thomas Sparacio;

**Lorraine Spear,** representative of the estate of Robert W. Spear Jr.;

**Rena Speisman,** representative of the estate of Robert S. Speisman;

**Michelle Spinelli,** representative of the estate of Frank J. Spinelli Jr.;

**Colleen Spor,** representative of the estate of Joseph P. Spor Jr.;

**John Sproha,** representative of the estate of Gavin McMahon;

**Maureen Sproha**, representative of the estate of Gavin McMahon;

**Vee Stadelberger,** representative of the estate of Richard Stadelberger;

**Blanca Stahlman,** representative of the estate of Eric Adam Stahlman;

**Paul Stanley,** representative of the estate of Mary Domenica Stanley;

**Rosemary Stark,** representative of the estate of Jeffrey Stark;

**Stacey Staub,** representative of the estate of Craig William Staub;

**Blanche Steen,** representative of the estate of Eric Thomas Steen;

**Catherine Marie Stefani,** representative of the estate of Nicole Carol Miller;

**Russa Steiner,** representative of the estate of William R. Steiner;

**Angela Stergiopoulos,** representative of the   estate of Andrew Stergiopoulos;

**George Stergiopoulos M.D.,** representative of the estate of Andrew Stergiopoulos;

**Katherine Stern,** representative of the estate ofAndrew J. Stern;

**Nikki Stern,** representative of the estate of James E. Potorti;

**Joan Stewart,** representative of the estate of Richard H. Stewart Jr.;

**Richard Stewart,** representative of the estate of Richard H. Stewart Jr.;

**Sheryl Clark Stoll,** representative of the estate of Jason M. Dahl;

**Terry Strada,** representative of the estate of Thomas S. Strada;

**Patricia Straine,** representative of the estate of James J. Straine Jr.;

**Sandra Straub,** representative of the estate of Edward W. Straub;

**Virginia Strauch,** representative of the estate of George Strauch;

**Debra Strickland,** representative of the estate of Larry L. Strickland;

**Thelma Stuart,** representative of the estate of Walwyn W. Stuart Jr.;

**Elma Sugra,** representative of the estate of William Christopher Sugra;

**William Sugra,** representative of the estate of William Christopher Sugra;

**Nancy Suhr,** representative of the estate of Daniel Thomas Suhr;

**Evelyn Sullins,** representative of the estate of David Marc Sullins;

**Deirdre Dickinson Sullivan,** representative of the estate of Thomas G. Sullivan;

**Patrick Sullivan,** representative of the estate of Patrick Sullivan;

**Cynthia Sumner,** representative of the estate of Carl Max Hammond Jr.;

**Steven Supinski,** representative of the estate of Colleen M. Supinski;

**Bernell Sutton,** representative of the estate of Claudia Sutton;

**Julie Sweeney,** representative of the estate of Brian D. Sweeney;

**Michael Sweeney,** representative of the estate of Madeline Amy Sweeney;

**Michael Sztejnberg,** representative of the estate of Gina Sztejnberg;

**Joseph Keith Talbot,** representative of the estate of Phyllis Talbot;

**Diana Talhami,** representative of the estate of Robert R. Talhami;

**Diane Taormina,** representative of the estate of Dennis G. Taormina Jr.;

**Jennifer Tarantino,** representative of the estate of Kenneth J. Tarantino;

**Mehr Tariq,** representative of the estate of Tariq Amanulah;

**Michael Tavolarella,** representative of the estate of Deborah Medwig;

**Sarah Taylor,** representative of the estate of Donnie B. Taylor Sr.;

**Elaine Teague,** representative of the estate of Sandra D. Teague;

**Donna Teepe,** representative of the estate of Karl W. Teepe;

**Ana Tempesta,** representative of the estate of Anthony Tempesta;

**Louis Temple,** representative of the estate of Dorothy Temple;

**Rosalyn Temple,** representative of the estate of Dorothy Temple;

**Raju Thankachan,** representative of the estate of Valsa Raju;

**Charlette Thompson,** representative of the estate of Perry Thompson;

**Kai Thompson,** representative of the estate of Glenn Thompson;

**Lucy Thompson,** representative of the estate of Clive Thompson;

**Linda Perry Thorpe,** representative of the estate of Eric R. Thorpe;

**John Tierney,** representative of the estate of John P. Tierney;

**Debra Tieste,** representative of the estate of William R. Tieste;

**Laurie Tietjen,** representative of the estate of Kenneth F. Tietjen;

**Kathleen Tighe,** representative of the estate of Stephen E. Tighe;

**Kristine Timmes,** representative of the estate of Scott Charles Timmes;

**Joan Tino,** representative of the estate of Jennifer Tino;

**Arlene Tipping,** representative of the estate of John J. Tipping II;

**Angel Tirado,** representative of the estate of Hector Luis Tirado Jr.;

**Beverly Titus,** representative of the estate of Alicia Nicole Titus;

**Martin Toyen,** representative of the estate of Amy E. Toyen;

**Rosemary Travers,** representative of the estate of Walter P. Travers;

**George Trost,** representative of the estate of Gregory J. Trost;

**Judy Troy,** representative of the estate of Willie A. Troy;

**Marilyn Trudeau,** representative of the estate of Amy Nicole Jarret;

**Jennifer Tucker,** representative of the estate of Rochelle Monique Snell;

**Elizabeth Rachel Turner,** representative of the estate of Simon James Turner;

**Nancy Tzemis,** representative of the estate of Jennifer Lynn Tzemis;

**Stamatios Tzemis,** representative of the estate of Jennifer Lynn Tzemis;

**Leyla Uya,** representative of the estate of Zuhtu Ibis;

**Anne Marie Vaccacio,** representative of the estate of John Damien Vaccacio;

**Donald J. Vadas,** representative of the estate of Bradley H. Vadas;

**Allison Vadhan,** representative of the estate of Kristin White-Gould;

**Lorie Jill Van Auken,** representative of the estate of Kenneth Warren Van Auken;

**M. Rita Van Laere,** representative of the estate of Daniel Maurice Van Laere;

**Brenda Vandever,** representative of the estate of William A. Karnes;

**Janine VanRiper,** representative of the estate of Barbara A. Shaw;

**Eileen Varacchi,** representative of the estate of Frederick Varacchi;

**Srinivasa Varadhan,** representative of the estate of Gopalakrishnan Varadhan;

**Madeline Varriano,** representative of the estate of Frank Varriano;

**Diane Velin,** representative of the estate of Lawrence J. Veling;

**Lisa Ventura,** representative of the estate of Felicia Hamilton;

**Lisa Ventura,** representative of the estate of Anthony M. Ventura;

**Gary Vialonga,** representative of the estate of Christopher Vialonga;

**Jill Robin Vicario,** representative of the estate of Robert Anthony Vicario;

**Ellen Vignola,** representative of the estate of Frank J. Vignola Jr.;

**Delia Villanueva,** representative of the estate of Sergio Gabriel Villanueva;

**DavidVincent,** representative of the estate of Melissa Vincent;

**Nunzio Virgilio,** representative of the estate of Francine Virgilio;

**Marie Visciano,** representative of the estate of Joseph Gerard Visciano;

**Paul Wachtler,** representative of the estate of Gregory Kamal Bruno Wachtler;

**Michael Wahlstrom,** representative of the estate of Mary Alice Wahlstrom;

**Laura Walker,** representative of the estate of Benjamin James Walker;

**Susan Wallace,** representative of the estate of Roy Wallace;

**Raina Wallens,** representative of the estate of Matthew Blake Wallens;

**James Walsh,** representative of the estate of Barbara P. Walsh;

**Kate Walsh,** representative of the estate of James Walsh;

**Denis Warchola,** representative of the estate of Michael Warchola;

**Doyle Raymond Ward,** representative of the estate of Timothy Ray Ward;

**Maria Waring,** representative of the estate of James A. Waring;

**Barbara Waters,** representative of the estate of Charles Waters;

**Lisa Weems,** representative of the estate of William Michael Weems;

**Morton Weinberg,** representative of the estate of Michael T. Weinberg;

**Karla Weiss,** representative of the estate of David Martin Weiss;

**Charles Wells,** representative of the estate of Vincent Michael Wells;

65

**Julia Ann Wells,** representative of the estate of Vincent Michael Wells;

**Yun-Ju Wen,** representative of the estate of Ssu-Hui Wen;

**Eileen West,** representative of the estate of Peter Matthew West;

**Patricia Whalen,** representative of the estate of Meredith Lynn Whalen;

**Alfred Whelan Sr.,** representative of the estate of Eugene Michael Whelan;

**Mary Louise White,** representative of the estate of Honor Elizabeth Wainio;

**Michael White,** representative of the estate of James Patrick White;

**Renee Whitford,** representative of the estate of Mark P. Whitford;

**Marc Wieman,** representative of the estate of Mary Wieman;

**Arthur Wildman,** representative of the estate of Alison M. Wildman;

**Margaret Wilkinson,** representative of the estate of Glenn E. Wilkinson;

**Shirley Willcher,** representative of the estate of Ernest M. Willcher;

**Ronald Willett,** representative of the estate of John Charles Willett;

**Crossley Williams Sr.,** representative of the estate of Crossley R. Williams Jr.;

**Edward Williams,** representative of the estate of Manette M. Beckles;

**Patricia Williams,** representative of the estate of Kevin M. Williams;

**Roger Mike Williams,** representative of the estate of Kevin M. Williams;

**Sherri Williams,** representative of the estate of Candace Lee Williams;

**Tammy Williams,** representative of the estate of Dwayne Williams;

**Mary Williamson,** representative of the estate of John P. Williamson;

**Robert Winkis,** representative of the estate of Judith Florence Hofmiller;

**Joan Winton,** representative of the estate of David H. Winton;

**Carol Wisniewski,** representative of the estate of Frank Thomas Wisniewski;

**Arnold Wittenstein,** representative of the estate of Michael Robert Wittenstein;

**Benjamin Wong,** representative of the estate of Jennifer Wong;

**John Woods Jr.,** representative of the estate of James Woods;

**Joyce Woods,** representative of the estate of James Woods;

**Patrick Woods,** representative of the estate of Patrick Woods;

**Linda P. Woodwell,** representative of the estate of Richard H.Woodwell;

**Karen Wortley,** representative of the estate of Martin Wortley;

**Martha Wright,** representative of
the estate of John Wayne Wright III;

**Nancy Yambem,** representative of
the estate of Jupiter Yambem;

**David Yancey,** representative of the
estate of Vick L. Yancey;

**Ted Yarnell,** representative of the
estate of Matthew David Yarnell;

**Jay Yaskulka,** representative of the
estate of Myrna Yaskulka;

**Kimberly York,** representative of
the estate of Edward Philip York;

**Felicia Young,** representative of the
estate of Donald McArthur Young;

**Nagat Zakhary,** representative of
the estate of Adel A. Zakhary;

**Robert Zampieri,** representative of
the estate of Robert Alan Zampieri;

**Jill Zangrilli,** representative of the
estate of Mark Zangrilli;

**Rui Zheng,** representative of the
estate of Yuguang Zheng; and

**Rui Zheng,** representative of the
estate of Shuyin Yang.

Respectfully submitted,

**MOTLEY RICE LLC**

/s/_____
Ronald L. Motley, Esq. (SC Bar #4123)
Jodi Westbrook Flowers, Esq. (SC Bar #66300)
Donald A. Migliori, Esq. (RI Bar #4936)
Michael Elsner, Esq. (NY & VA Bar #ME-8337)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)
Justin B. Kaplan, Esq. (TN-022145)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29645
(843) 216-9000

Date: June 14, 2005

Attorneys for Plaintiffs